Jacob Gunter (Bar No. 12732)
**HOWARD LEWIS & PETERSEN, PC**
120 East, 300 North
Provo, UT  84606
Telephone: 801.373.6345
Jacob@provolawyers.com

Tina Wolfson (*pro hac vice* forthcoming)
**AHDOOT & WOLFSON, P.C.**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
twolfson@ahdootwolfson.com

*Attorneys for Plaintiff John Doe and the Proposed Class in*
*Doe v. Instructure, Inc., No. 2:26-cv-00401-CMR*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

---

| | |
|---|---|
| JABON PETERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>Defendant. | No. 2:26-cv-00374-RJS-JCB<br><br><br>**PLAINTIFF JOHN DOE'S MOTION TO TRANSFER RELATED CASES PURSUANT TO DUCivR 83-2(e)** |

Pursuant to Local Rule 83-2(e), Plaintiff John Doe in the related action *Doe v. Instructure, Inc.*, No. 2:26-cv-00401-CMR ("Plaintiff Doe") respectfully moves this Court for an order relating the following related cases (the "Related Cases"), each pending in the United States District Court

of the District of Utah, and reassigning the Related Cases to the judge assigned to this case (the

lowest numbered case) so the cases can be heard by the same judge:

1.  *Sarkis v. Instructure, Inc.*, No. 2:26-cv-00380-DBP, filed on May 6, 2026;

2.  *Islas v. Instructure, Inc.*, No. 2:26-cv-00382-DBB-DBP, filed on May 7, 2026;

3.  *Singh v. Instructure, Inc.*, No. 2:26-cv-00385-TC-DAO, filed on May 7, 2026;

4.  *Steinhoff v. Instructure, Inc.*, No. 2:26-cv-00387-JCB, filed on May 7, 2026;

5.  *Escoto v. Instructure, Inc.*, No. 2:26-cv-00388-DBB-DAO, filed on May 7, 2026;

6.  *Sabre et al. v. Instructure, Inc.*, No. 2:26-cv-00391-TS, filed on May 8, 2026;

7.  *Monville v. Instructure, Inc.*, No. 2:26-cv-00393-CMR, filed on May 8, 2026;

8.  *Verbish v. Instructure, Inc.*, No. 2:26-cv-00394-RJS, filed on May 8, 2026;

9.  *Coelho v. Instructure, Inc.*, No. 2:26-cv-00395-TC, filed on May 8, 2026;

10. *Nelson v. Instructure, Inc.*, No. 2:26-cv-00396-DBP, filed on May 8, 2026;

11. *Hall v. Instructure, Inc.*, No. 2:26-cv-00397-JCB, filed on May 8, 2026;

12. *Brown v. Instructure, Inc.*, No. 2:26-cv-00399-JCB, filed on May 8, 2026;

13. *Clarkson, et al. v. Instructure, Inc.* No. 2:26-cv-00400-TC, filed on May 8, 2026;

14. *Doe v. Instructure, Inc.*, No. 2:26-cv-00401-CMR, filed on May 9, 2026;

15. *Hernandez Silva, et al. v. Instructure, Inc.*, No. 2:26-cv-00407-DAO, filed on May 11, 2026;

16. *Hamersley v. Instructure, Inc., et al.*, No. 2:26-cv-00408-DBP, filed on May 11, 2026;

17. *Hornthal v. Instructure, Inc.*, No. 2:26-cv-00412-DAO, filed on May 12, 2026;

18. *Rios et al v. Instructure, Inc.*, No. 2:26-cv-00414-AMA-DBP, filed on May 12, 2026;

19. *Schneider v. Instructure, Inc.*, No. 2:26-cv-00417-DBP, filed on May 12, 2026;

20. *Khorami v. Instructure Holdings, Inc.*, No. 2:26-cv-00418-RJS, filed on May 12, 2026; and

21. *Moran v. Instructure, Inc.*, No. 2:26-cv-00431-AMA, filed on May 13, 2026.

## BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS

The Related Cases should be related to the instant *Peterman* action and be reassigned to this Court because they: (a) assert the same claims against the same Defendant, Instructure, Inc.; (b) arise from the same underlying event, i.e., a data breach which resulted in the exposure of sensitive personal information; and (c) will result in duplicative motions and discovery if they proceed independently because the cases raise common questions of law or fact.

Rule 83-2(e) of the Local Rules of the District of Utah provides that two or more related cases pending before different judges may be transferred to a single judge upon motion of any party to a later-filed cause if they "involve a common question of law or fact." *See* DUCivR 83-2(e).

In this instance, the factors from Rule 83-2(e) weigh heavily in favor of transferring the matters to this Court. The instant action and the Related Cases involve a data breach which resulted in the exposure of sensitive personal information. Relating the Related Cases to the *Peterman* case promotes judicial economy by eliminating the risk of inconsisting rulings on the same legal issues and requiring only one court to be familiarized with the complex facts and issues involved in the cases. As such, this Court should transfer all Related Cases to Judge Shelby. In the alternative, Plaintiff Doe requests that a single judge be assigned to preside over these cases.

Because the Related Cases have common factual issues to the instant case, each should be transferred to this Court to ensure judicial economy and consistent outcomes. A proposed order transferring the cases is submitted concurrently herewith.

Dated: May 14, 2026

/s/ Jacob Gunter

Jacob Gunter
**HOWARD LEWIS & PETERSEN, PC**

Tina Wolfson (*pro hac vice* forthcoming)
**AHDOOT & WOLFSON, P.C.**

*Attorneys for Plaintiff John Doe in*
*Doe v. Instructure, Inc., No. 2:26-cv-00401-*
*CMR and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion to **PLAINTIFF JOHN DOE'S MOTION TO TRANSFER RELATED CASES PURSUANT TO DUCivR 83-2(e)** was filed with the Court on this 14th day of May, 2026, and served via ECF on all parties who have requested notice in this case.

I further certify that a Notice of the above motion is concurrently filed in all Related Cases.

Dated: May 14, 2026

/s/ *Jacob Gunter*
Jacob Gunter