Jacob Gunter (Bar No. 12732)
**HOWARD LEWIS & PETERSEN, PC**
120 Eeast, 300 North
Provo, UT  84606
Telephone: 801.373.6345
Jacob@provolawyers.com

Tina Wolfson (*pro hac vice* forthcoming)
**AHDOOT & WOLFSON, P.C.**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
twolfson@ahdootwolfson.com

*Attorneys for Plaintiff John Doe and the Proposed Class in*
*Doe v. Instructure, Inc., No. 2:26-cv-00401-CMR*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JABON PETERMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INSTRUCTURE, INC., <br><br> Defendant. | No. 2:26-cv-00374-RJS-JCB <br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF JOHN DOE'S MOTION TO TRANSFER RELATED CASES PURSUANT TO DUCivR 83-2(e)** |

This matter comes before the Court on Plaintiff John Doe's ("Plaintiff Doe") Motion to

Transfer Related Cases Pursuant to DUCivR 83-2(e) (the "Motion").

The Court, having considered Plaintiff Doe's Motion and good cause appearing, hereby

**GRANTS** the motion.

These following actions ("Related Cases") concern substantially the same parties and common questions of law or fact. Cases conducted before different judges will likely lead to conflicting results and produce an unduly burdensome duplication of labor and/or expenses.

1. *Sarkis v. Instructure, Inc.*, No. 2:26-cv-00380-DBP, filed on May 6, 2026;

2. *Islas v. Instructure, Inc.*, No. 2:26-cv-00382-DBB-DBP, filed on May 7, 2026;

3. *Singh v. Instructure, Inc.*, No. 2:26-cv-00385-TC-DAO, filed on May 7, 2026;

4. *Steinhoff v. Instructure, Inc.*, No. 2:26-cv-00387-JCB, filed on May 7, 2026;

5. *Escoto v. Instructure, Inc.*, No. 2:26-cv-00388-DBB-DAO, filed on May 7, 2026;

6. *Hall v. Instructure, Inc.*, No. 2:26-cv-00397-JCB, filed on May 8, 2026;

7. *Brown v. Instructure, Inc.*, No. 2:26-cv-00399-JCB, filed on May 8, 2026;

8. *Sabre et al. v. Instructure, Inc.*, No. 2:26-cv-00391-TS, filed on May 8, 2026;

9. *Monville v. Instructure, Inc.*, No. 2:26-cv-00393-CMR, filed on May 8, 2026;

10. *Verbish v. Instructure, Inc.*, No. 2:26-cv-00394-RJS, filed on May 8, 2026;

11. *Coelho v. Instructure, Inc.*, No. 2:26-cv-00395-TC, filed on May 8, 2026;

12. *Nelson v. Instructure, Inc.*, No. 2:26-cv-00396-DBP, filed on May 8, 2026;

13. *Clarkson, et al. v. Instructure, Inc.* No. 2:26-cv-00400-TC, filed on May 8, 2026;

14. *Doe v. Instructure, Inc.*, No. 2:26-cv-00401-CMR, filed on May 9, 2026;

15. *Hernandez Silva, et al. v. Instructure, Inc.*, No. 2:26-cv-00407-DAO, filed on May 11, 2026;

16. *Hamersley v. Instructure, Inc., et al.*, No. 2:26-cv-00408-DBP, filed on May 11, 2026;

17. *Hornthal v. Instructure, Inc.*, No. 2:26-cv-00412-DAO, filed on May 12, 2026;

18. *Rios et al v. Instructure, Inc.*, No. 2:26-cv-00414-AMA-DBP, filed on May 12, 2026;

19. *Schneider v. Instructure, Inc.*, No. 2:26-cv-00417-DBP, filed on May 12, 2026;

20. *Khorami v. Instructure Holdings, Inc.*, No. 2:26-cv-00418-RJS, filed on May 12, 2026; and

21. *Moran v. Instructure, Inc.*, No. 2:26-cv-00431-AMA, filed on May 13, 2026.

Accordingly, the Related Cases are hereby related, and reassigned to the undersigned judge.

**SO ORDERED**.

Dated: _____

_____
ROBERT J. SHELBY
UNITED STATES DISTRICT JUDGE