Mark Miller (9567)
Kimberly Neville (9067)
Maryann Bauhs (17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  miller.mark@dorsey.com
          neville.kimberly@dorsey.com
          bauhs.maryann@dorsey.com

<table>
<tr><td>John P. Bueker (<em>Pro Hac Vice</em> to be filed)</td><td>Edward R. McNicholas (<em>Pro Hac Vice</em> to be filed)</td></tr>
<tr><td>Sarah E. Walters (<em>Pro Hac Vice</em> to be filed)</td><td>Robert Silvers (<em>Pro Hac Vice</em> to be filed)</td></tr>
<tr><td><strong>ROPES & GRAY</strong></td><td><strong>ROPES & GRAY</strong></td></tr>
<tr><td>Prudential Tower</td><td>2099 Pennsylvania Avenue, NW</td></tr>
<tr><td>800 Boylston Street</td><td>Washington, DC 2006</td></tr>
<tr><td>Boston, MA 02199-3600</td><td>Telephone: (202) 508-4600</td></tr>
<tr><td>Telephone: (617) 951-7000</td><td>Email:  Edward.McNicholas@ropesgray.com</td></tr>
<tr><td>Email:  John.Bueker@ropesgray.com</td><td>          Silvers.Robert@ropesgray.com</td></tr>
<tr><td>          Sarah.Walkers@ropesgray.com</td><td></td></tr>
</table>

*Attorneys for Defendant Instructure, Inc.*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JABON PETERMAN, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>    v.<br><br>INSTRUCTURE, INC.,<br><br>                 Defendant. | **UNOPPOSED MOTION TO STAY DEFENDANT INSTRUCTURE, INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br><br>Civil No. 2:26-cv-374<br><br>Judge Robert J. Shelby<br>Magistrate Judge Jared Bennett |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and DUCivR 6-2, Defendant Instructure, Inc. ("Instructure') moves to stay its deadline to answer or otherwise respond to Plaintiff Jabon Peterman's complaint pending resolution of a forthcoming motion to appoint Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3) and file a consolidated amended complaint.

As of May 20, 2026, thirty-four complaints have been filed against Instructure, twenty-eight of which have been filed in the District of Utah, alleging that plaintiffs' Personally Identifiable Information ("PII") was involved when a cyberhacker, ShinyHunters, attacked Instructure's platform.  The parties are currently working to transfer and consolidate these complaints before a single judge in this District, pursuant to Rule 83-2(e).

Instructure's current deadline to respond to Plaintiff Peterman's complaint is May 26, 2026.  Counsel for Plaintiff Peterman does not oppose this motion.

This motion is not intended to delay or otherwise interfere with these proceedings, but rather to ensure that these matters proceed efficiently.

As of the filing of this motion, Instructure's deadline to respond has not expired.

Accordingly, Instructure contends that there is good cause for the Court to stay Instructure's deadline to respond to the complaint.

A proposed order is submitted herewith.

DATED this 20th day of May, 2026.

**DORSEY & WHITNEY LLP**

_/s/ Mark Miller_
Mark Miller
Kimberly Neville
Maryann Bauhs
_Attorneys for Instructure, Inc._

2