Jacob S. Gunter (Bar No. 12732)
**HOWARD LEWIS & PETERSEN PC**
Attorneys and Counselors at Law
120 East 300 North
Provo, UT  84606
Telephone: 801.373.6345
Jacob@provolawyers.com

*Attorneys for Plaintiff John Doe and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | No. 2:26-cv-00374-RJS-CMR<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF JEFF WESTERMAN**<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

I move for the *pro hac vice* admission of Jeff Westerman (Applicant) as counsel for Plaintiff John Doe and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate

Dated: June 24, 2026

*/s/ Jacob S. Gunter*
Jacob S. Gunter, for:
**HOWARD LEWIS & PETERSEN PC**
*Attorneys for Plaintiff and the Proposed Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 24th day of June, 2026, I filed a true and correct copy of the foregoing MOTION FOR PRO HAC VICE ADMISSION OF JEFF WESTERMAN via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

*/s/ Jacob S. Gunter*     
Jacob S. Gunter, Attorney
