JUSTIN T. TOTH (Utah Bar No. 8438)
JTOTH@RQN.COM
**RAY QUINNEY & NEBEKER, P.C.**
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
TELEPHONE: 801.532.7840

TINA WOLFSON (ADMITTED PRO HAC VICE)
TWOLFSON@AHDOOTWOLFSON.COM
JEFF WESTERMAN*
JWESTERMAN@AHDOOTWOLFSON.COM
**AHDOOT AND WOLFSON, P.C.**
2600 W. OLIVE AVENUE, SUITE 500
BURBANK, CALIFORNIA 91505
TELEPHONE: 310.474.9111

ATTORNEYS FOR PLAINTIFF LUIZ PRUDENCIO
AND PROPOSED CLASS

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

---

| | |
|---|---|
| *IN RE INSTRUCTURE DATA BREACH LITIGATION* | **MOTION FOR PRO HAC VICE ADMISSION OF TINA WOLFSON**<br><br>Case No.  2:26-CV-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia Romero |

Pursuant to DUCiv Rule 83-1.1(c), I move for the admission of Tina Wolfson as pro hac vice counsel for Plaintiff Luiz Prudencio and Proposed Class, and consent to serve as local counsel in the above captioned matter. The application for pro hac vice admission is attached as Exhibit A to this motion, and the admission fee, if required, has been paid to the court with the submission of this motion. I also certify that Ms. Wolfson is not a member of the Utah State Bar, does not maintain a law office in Utah, and has been admitted pro hac vice in the case indicated on the attached application within this district in the previous 5 years as set forth in the application for pro hac vice admission.  A proposed order is submitted herewith.

DATED this 1st day of July, 2026.

<div style="margin-left:40%">

RAY QUINNEY & NEBEKER P.C.


*/s/ Justin T. Toth*
Justin T. Toth

*Attorneys for Plaintiff Luiz Prudencio and
Proposed Class*

</div>

4932-9900-8695