# EXHIBIT A

Case 2:26-cv-00374-RJS-CMR    Document 80-1    Filed 07/01/26    PageID.327    Page 1 of 4



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Justin T. Toth (Bar No. 8438) |
| Firm: | Ray Quinney & Nebeker P.C. |
| Address: | 36 S. State Street, Suite 1400 |
| | Salt Lake City, UT 84111 |
| Telephone: | (801) 532-1500 |
| Email: | jtoth@rqn.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Tina Wolfson |
| Firm: | Ahdoot & Wolfson, PC |
| Address: | 2600 W. Olive Avenue, Suite 500 |
| | Burbank, CA 91505 |
| Telephone: | (310) 474-9111 |
| Email: | twolfson@ahdootwolfson.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California State Bar | 174806 | 12/12/1994 |
| New York State Bar | 5436043 | 6/20/2016 |
| District of Columbia Bar | 475161 | 11/2/2001 |
| U.S. District Court, Central District of California | | 12/12/1994 |
| U.S. District Court, Eastern District of California | | 6/14/2011 |
| U.S. District Court, Northern District of California | | 6/22/2011 |
| U.S. District Court, Southern District of California | | 11/4/2011 |
| U.S. District Court, Eastern District of New York | | 9/2/2016 |
| U.S. District Court, Southern District of New York | | 9/2/2016 |
| U.S. District Court, District of Colorado | | 7/6/2017 |
| U.S. District Court, Northern District of Illinois | | 12/23/2019 |
| U.S. District Court, Northern District of New York | | 5/5/2020 |
| U.S. District Court, Eastern District of Wisconsin | | 8/10/2021 |

1

| | | |
|---|---|---|
| U.S. District Court, Central District of Illinois | | 5/27/2022 |
| U.S. Court of Appeals, District of Columbia Circuit | | 10/15/18 |
| U.S. Court of Appeals, Ninth Circuit | | 2/2/2012 |
| U.S. Court of Appeals, Second Circuit | | 11/26/2014 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?     ☐ Yes     ☒ No

If yes, please explain:

n/a

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Doe v. Instructure, Inc. | 2:26-cv-00401 | 5/15/26 |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

n/a

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.


/s/ Tina Wolfson_____          _6/18/2026_____
Signature                                          Date