JUSTIN T. TOTH (Utah Bar No. 8438)
JTOTH@RQN.COM
**RAY QUINNEY & NEBEKER, P.C.**
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
TELEPHONE: 801.532.7840

TINA WOLFSON (ADMITTED PRO HAC VICE)
TWOLFSON@AHDOOTWOLFSON.COM
JEFF WESTERMAN*
JWESTERMAN@AHDOOTWOLFSON.COM
**AHDOOT AND WOLFSON, P.C.**
2600 W. OLIVE AVENUE, SUITE 500
BURBANK, CALIFORNIA 91505
TELEPHONE: 310.474.9111

ATTORNEYS FOR PLAINTIFF LUIZ PRUDENCIO
AND PROPOSED CLASS

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| *IN RE INSTRUCTURE DATA BREACH LITIGATION* | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF TINA WOLFSON**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(c), the motion for the admission pro hac vice of Tina Wolfson in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this _____ day of July, 2026.

BY THE COURT:

_____
Magistrate Judge Cecilia Romero

4932-9900-8695