Justin T. Toth (8438)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
njepson@rqn.com

TINA WOLFSON (ADMITTED PRO HAC VICE)
TWOLFSON@AHDOOTWOLFSON.COM
JEFF WESTERMAN*
JWESTERMAN@AHDOOTWOLFSON.COM
**AHDOOT AND WOLFSON, P.C.**
2600 W. OLIVE AVENUE, SUITE 500
BURBANK, CALIFORNIA 91505
TELEPHONE: 310.474.9111

*Attorneys for Plaintiff Luiz Prudencio and
 Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

Please take notice that Nathan L. Jepson hereby enters his appearance of counsel on behalf of Plaintiff Luiz Prudencio and Proposed Class in the above-captioned matter.

DATED this 1st day of July 2026.

**RAY QUINNEY & NEBEKER P.C.**


*/s/ Nathan L. Jepson*
Justin T. Toth
Nathan L. Jepson
*Attorneys for Plaintiff Luiz Prudencio and
Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st  day of July 2026, I caused a true and accurate copy

of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be filed with the Clerk of

Court using the CM/ECF system, which automatically provides notice to counsel of record.


_/s/ Ryan J. Lowe_

4938-2176-8376