Jason R. Hull [11202]
**Marshall Olson & Hull, PC**
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: 801.456.7655
jhull@mohtrial.com

Nicholas Andrew Hall *
**Hall Attorneys, PC**
P.O. Box 1370
Edna, Texas 77957
Telephone: (713) 428-8967
nhall@hallattorneys.com

Attorneys for Consol Plaintiff Jane Doe

*Pro Hac Vice Forthcoming

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

---

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | **MOTION FOR PRO HAC VICE ADMISSION NICHOLAS ANDREW HALL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

I move for the pro hac vice admission of Nicholas Andrew Hall (Applicant) as counsel for Consolidated Plaintiff Jane Doe and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Dated: July 1, 2026

**MARSHALL OLSON & HULL, PC**

By:    /s/ Jason R. Hull
       Jason R. Hull
       *Attorneys for Consol Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2026, I filed a true and correct copy of the foregoing **MOTION FOR *PRO HAC VICE* ADMISSION OF NICHOLAS ANDREW HALL** via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

/s/ Jason R. Hull_____
Jason R. Hull