

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
APPLICATION FOR PRO HAC VICE ADMISSION**

**CONTACT INFORMATION**

| | |
|---|---|
| Local Counsel: | Jason R. Hull [11202] |
| Firm: | **Marshall Olson & Hull, PC** |
| Address: | Ten Exchange Place, Suite 350 |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 456-7655 |
| Email: | jhull@mohtrial.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Nicholas Andrew Hall |
| Firm: | **Hall Attorneys, PC** |
| Address: | P.O. Box 1370 |
| | Edna, Texas  77957 |
| Telephone: | (713) 428-8967 |
| Email: | nhall@hallattorneys.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

**STATE AND FEDERAL BAR MEMBERSHIPS**

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Texas State Bar | 24069863 | 11/6/2009 |
| Southern District of Texas | N/A | 9/22/2011 |
| Western District of Texas | N/A | 4/8/2010 |
| Eastern District of Texas | N/A | 8/16/2011 |
| Northern District of Texas | N/A | 9/26/2011 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

|  |
|--|
|  |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|-----------|-------------|-------------------|
| NONE |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|--|
|  |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to e-file to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_/s/ Nicholas Andrew Hall_____    July 1, 2026_____
Signature                                        Date

2