THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | **ORDER GRANTING PRO HAC VICE ADMISSION OF NICHOLAS ANDREW HALL**<br><br>CASE NO: 2:26-cv-00374-RJS-CMR |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Nicholas

Andrew Hall.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of July, 2026.

BY THE COURT:

_____
Honorable Cecilia M. Romero
Magistrate Judge