FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 0 6 2026

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

Case: 2:26cv374

Lori  G. Feldman
MILBERG LLP
1 PENNSYLVANIA PLAZA
NEW YORK, NY 10119

------------------------------------------------------------

District Court
of Utah

he Clerk
Courthouse
/est Temple
City, Utah
01

usiness

SALT LAKE CITY

18 JUN 2026



$000.74
06/16/2026 ZIP 84101
043M31261400

US POSTAGE

NIXIE        100    FE 1           0006/29/26
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC:  84101190899    *1036-10628-18-43

10119-000299
84101>1908

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Message-Id: Subject:Activity in Case 2:26-cv-00374-RJS-CMR Peterman v. Instructure, Inc. Order on Motion to Consolidate Cases Content-Type: text/html

*This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.*

\*\*\*NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS\*\*\* The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under â€œNotice has been delivered by other means to. . . â€œ. The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the â€œNotice has been delivered by other means to. . . â€œ states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

*US District Court Electronic Case Filing System*

*District of Utah*

**Notice of Electronic Filing**

The following transaction was entered on 6/16/2026 at 12:09 PM MDT and filed on 6/16/2026

| | |
|---|---|
| *Case Name:* | Peterman v. Instructure, Inc. |
| *Case Number:* | 2:26-cv-00374-RJS-CMR |
| *Filer:* | |
| *Document Number:* | 41 |

*Docket Text:*
  **ORDER granting in part and denying in part [38] Motion to Consolidate Cases. Pursuant to DUCivR 42-1 and in the interest of judicial efficiency, the Motion is GRANTED IN PART. The court GRANTS the request to consolidate and DENIES without prejudice the Motion's proposed procedure going forward. A forthcoming order will outline the next steps for the parties. Accordingly, IT IS HEREBY ORDERED:**

**The 31 cases enumerated in the Motion are consolidated into Peterman v. Instructure, Inc., 2:26-cv-00374.**

**Hinds v. KKR & Co., Inc., 2:26-cv-00541-RJS, and Hernandez v. Instructure, Inc., 2:26-cv-00527 are also consolidated into Peterman v. Instructure, Inc., 2:26-cv-00374.**

**The consolidated matter is re-captioned In re Instructure Data Breach Litigation, Case No.**

1

**2:26-cv-00374-RJS-CMR. All subsequent docketing shall occur in this case.**

**Signed by Judge Robert J. Shelby on 6/16/2026. (jwt)**

**2:26-cv-00374-RJS-CMR Notice has been electronically mailed to:**

Karra J. Porter    karra.porter@chrisjen.com, ashlee.mason@cjlaw.com, erisa@chrisjen.com, john.mejia@cjlaw.com, lorin.kell@cjlaw.com, molly.johnson@cjlaw.com, natalie.jackson@cjlaw.com

Charles H. Thronson    ecf@parsonsbehle.com, krichmond@parsonsbehle.com

Brent O. Hatch    hatch@hatchpc.com, admin@hatchpc.com, brenthatch@gmail.com, pace@hatchpc.com, snow@hatchpc.com

Nathan D. Alder    nathan.alder@chrisjen.com

James E. Magleby    magleby@mcpc.law, gibson@mcgiplaw.com, maart@mcgiplaw.com

Kimberly Neville    neville.kimberly@dorsey.com, kimberly-neville-0116@ecf.pacerpro.com, liechty.amber@dorsey.com

Brady L. Rasmussen    brasmussen@parsonsbehle.com, ecf@parsonsbehle.com, morton-brown@parsonsbehle.com

Mark A. Miller    miller.mark@dorsey.com, stucki.sherri@dorsey.com, thompson.vanessa@dorsey.com

Jennifer F. Parrish    parrish@mcpc.law, gibson@mcgiplaw.com, maart@mcgiplaw.com, wayment@mcgiplaw.com

Jason R. Hull    jhull@mohtrial.com, jasonrhull79@gmail.com, staff@mohtrial.com

Rachel L. Sykes    rachel@pearsonbutler.com

Kristen C. Kiburtz    kristen.kiburtz@chrisjen.com, anne.macleod@chrisjen.com

Jacob S. Gunter    gunterjacob@yahoo.com, gunterjacob@gmail.com, heelisj@provolawyers.com

Adam M. Pace    pace@hatchpc.com, admin@hatchpc.com

James J. Pizzirusso    jpizzirusso@hausfeld.com

John A. Wirthlin    johnwirthlin@gmail.com

James E Cecchi    jcecchi@carellabyrne.com, ltaylor@carellabyrne.com, mrago@carellabyrne.com

Jake J. Lee    jake@truenorthinjurylaw.com, jacque@truenorthinjurylaw.com, julia@truenorthinjurylaw.com

Tina Wolfson    twolfson@ahdootwolfson.com, 1946088420@filings.docketbird.com, aferich@ahdootwolfson.com, bking@ahdootwolfson.com, filings@ahdootwolfson.com, hliivamagi@ahdootwolfson.com, jwesterman@ahdootwolfson.com, llowe@ahdootwolfson.com,

2

mmontecalvo@ahdootwolfson.com, rahdoot@ahdootwolfson.com, tmaya@ahdootwolfson.com

Ernest James Istook, Jr    istook@provolawyers.com

Beau R. Burbidge    beau@burbidgemitchell.com, lbutler@burbidgemitchell.com

Maryann Bauhs    bauhs.maryann@dorsey.com, maryann−bauhs−8875@ecf.pacerpro.com, thompson.vanessa@dorsey.com

Ben Barnow    b.barnow@barnowlaw.com, 9404145420@filings.docketbird.com, aparkhill@barnowlaw.com, rprince@barnowlaw.com

Jason L. Lichtman    jlichtman@lchb.com, jason−lichtman−9410@ecf.pacerpro.com

Yuchen Cook    yuchen.cook@chrisjen.com, anne.macleod@chrisjen.com

James J. Rosemergy    jrosemergy@careydanis.com

Beena M. McDonald    bmm@chimicles.com

Mariya Weekes    mweekes@milberg.com, atyrrell@milberg.com, hsheflin@milberg.com, ljordan@milberg.com

Nickolas J. Hagman    nhagman@caffertyclobes.com, docket@caffertyclobes.com, snyland@caffertyclobes.com

Jessica A. Wilkes    jaw@federmanlaw.com

Kristen Lake Cardoso    cardoso@kolawyers.com, KOParalegals@kolawyers.com, ostrow@kolawyers.com

Maureen M Brady    mbrady@mcshanebradylaw.com

Kevin Laukaitis    ecf@laukaitislaw.com

Carlynne A Wagner    cwagner@hausfeld.com

Kira Hessekiel    khessekiel@hausfeld.com

Steven M Nathan    snathan@hausfeld.com

Arshia Nilchian    anilchian@tousley.com

Cecily C. Jordan    cjordan@tousley.com

Kim D. Stephens    kstephens@tousley.com, 2790368420@filings.docketbird.com, lteppner@tousley.com, mpeterson@tousley.com

Lauren KW Brennan    lbrennan@consumerlawfirm.com

James A Francis    jfrancis@consumerlawfirm.com

John Soumilas    jsoumilas@consumerlawfirm.com

Kennedy M. Brian    kbrian@sirillp.com

John P. Bueker    john.bueker@ropesgray.com, Elise.Ogden@ropesgray.com, ashley.stamegna@ropesgray.com, courtalert@ropesgray.com, neema.hakim@ropesgray.com

Edward R. McNicholas    edward.mcnicholas@ropesgray.com, courtalert@ropesgray.com

Sarah E. Walters    sarah.walters@ropesgray.com, courtalert@ropesgray.com

**2:26−cv−00374−RJS−CMR Notice has been delivered by other means to:**

Aaron Hinds


Lori G. Feldman
MILBERG LLP
1 PENNSYLVANIA PLAZA
NEW YORK, NY 10119

Russell B. Cate
RILEYCATE LLP
11 MUNICIPAL DR STE 320
FISHERS, IN 46038

The following document(s) are associated with this transaction:

***Document description:***Main Document
***Original filename:***n/a
***Electronic document Stamp:***
[STAMP dcecfStamp_ID=1060034973 [Date=6/16/2026] [FileNumber=6539200−0
] [6e3eaabd116ac9f081d38482bf113c56a570b726c1fd8ed1b892bccb5a21006175e
333be886e0dad9938438a1ccdccca2b4e23f4b0eb91e4041fc5cb0b62749f]]

4