Brady L. Rasmussen [9619]
**Parsons Behle & Latimer**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
ecf@parsonsbehle.com
brasmussen@parsonsbehle.com

Norman E. Siegel*
siegel@stuevesiegel.com
Barrett J. Vahle*
vahle@stuevesiegel.com
Andi M. Hammack*
hammack@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100

*Attorneys for plaintiffs Daniella Rios and Bella Donna Tordecillas, individually and on behalf of all others similarly situated*

*\* Pro Hac Vice Pending*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANIELLA RIOS and BELLA DONNA TORDECILLAS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INSTRUCTURE, INC., <br><br> Defendant. | **NOTICE OF VOLUNTARY DISMISSALS** <br><br> Case No. 2:26-cv-00374 <br><br> Judge Robert J. Shelby |

COMES NOW Plaintiffs, Daniella Rios and Bella Donna Tordecillas, by and through their

undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby notifies

4911-8426-2332

the Court of the voluntary dismissal of their claims against Defendant Instructure, Inc. without prejudice, with each party to bear their own fees and costs. Defendant has not served either an answer or a motion for summary judgment in either the related case or in the consolidated action. Dismissal without prejudice is therefore appropriate.

Dated: July 8, 2026                                    Respectfully submitted,

                                                       /s/*Brady L. Rasmussen*
                                                       Brady L. Rasmussen
                                                       **Parsons Behle & Latimer**

                                                       Norman E. Siegel*
                                                       Barrett J. Vahle*
                                                       Andi M. Hammack*
                                                       **Stueve Siegel Hanson LLP**

                                                       *Attorneys for Plaintiffs and on behalf of all others similarly situated*

                                                       ** pro hac vice pending*

4911-8426-2332