Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone:  (801) 877-8134
Facsimile:  (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
rothm@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| *In Re: Instructure Data Breach Litigation* | **MOTION FOR *PRO HAC VICE* ADMISSION** <br><br> Case No. 2:26-cv-00374-RJS-CMR <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Cecilia M. Romero |

I, Michael S. Lehr, move for the *pro hac vice* admission of Cristina Martinez Squiers as counsel for  Instructure, Inc., and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 8th day of July, 2026

Respectfully submitted,

/s/ Michael S. Lehr _____
Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
mike.lehr@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of July 2026, I filed a true and correct copy of the foregoing **MOTION FOR *PRO HAC VICE* ADMISSION OF CRISTINA MARTINEZ SQUIERS** via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

/s/ Michael S. Lehr_____
Michael S. Lehr