

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Michael S. Lehr |
| Firm: | Kirkland & Ellis LLP |
| Address: | 95 South State Street |
| | Salt Lake City, Utah 84111 |
| | |
| Telephone: | (801) 877-8134 |
| Email: | mike.lehr@kirkland.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Cristina Martinez Squiers |
| Firm: | Kirkland & Ellis LLP |
| Address: | 4550 Travis Street, Dallas, TX 75205 |
| | Dallas, TX 75205 |
| | |
| Telephone: | (214) 432-5146 |
| Email: | Cristina.squiers@kirkland.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Texas State Court | 24093764 | 11/04/2016 |
| U.S. Court of Appeals, Fifth Circuit | | 04/18/2023 |
| U.S. Court of Appeals, Seventh Circuit | | 09/13/2019 |
| U.S. Court of Appeals, Tenth Circuit | | 12/08/2023 |
| U.S. Court of Appeals, Eleventh Circuit | | 05/10/2023 |
| U.S. District Court, NDTX | | 11/30/2021 |
| U.S. District Court, WDTX | | 05/22/2025 |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?      ☐ Yes      ☒ No

If yes, please explain:

|  |
|  |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|  |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ Cristina Martinez Squiers_____         7/8/2026_____ _____
Signature                                              Date

2