## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER GRANTING IN PART [78] MOTION TO PROCEED BY PSEUDONYM/ANONYMOUSLY**<br><br>Civil No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiff's Motion to Proceed by Pseudonym/Anonymously (Motion) (ECF 78). The Motion was filed on June 26, 2026 (*id*.). Plaintiff requests leave to proceed under a pseudonym in this consolidated action (*id*.). No response to the Motion has been filed, and the time for doing so has passed. *See* DUCivR 10-2(d) ("The opposing party must file any objection within 7 days after service of the motion and notice . . ."). Failure to respond is grounds for granting the Motion. *See* DUCivR 7-1(f) ("[F]ailure to respond timely to a motion may result in the court granting the motion without further notice."). For the reasons stated in the motion, and finding good cause appearing, the Motion is GRANTED IN PART. Accordingly, the court ORDERS as follows:

1. Plaintiff shall proceed under the pseudonym "Jane Doe."

2. The Unredacted Notice of Intention to Proceed Under a Pseudonym filed at ECF 77 shall remain under seal.

3. Public filings shall refer to Plaintiff as "Jane Doe" and shall not disclose her full legal name.

4. Regarding Plaintiff's request that no public filings include "information that would necessarily reveal" Plaintiff's full name, the court DENIES this request as it appears to

be a request to amend the Standard Protective Order (SPO). To the extent Plaintiff seeks to amend the SPO, she must file a separate motion requesting this specific relief and explaining why she is entitled to it.

DATED this 8 July 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah