**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SAM MOCKERT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INSTRUCTURE, INC., <br><br><br> Defendant. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION (DANIEL E. GUSTAFSON)** <br><br> Case No. 2:26:cv-00605-RJS <br><br> District Judge Robert J. Shelby |

Before this court is Local Counsel's Motion for Pro Hac Vice Admission of Daniel E.

Gustafson. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is Granted.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
District Judge Robert J. Shelby