

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Brent O. Hatch, Adam M. Pace |
| Firm: | Hatch Law Group, PC |
| Address: | 22 East 100 South, Suite 400 |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 869-1919 |
| Email: | Hatch@hatchpc.com; Pace@HatchPC.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | David A. Goodwin |
| Firm: | Gustafson Gluek, PLLC |
| Address: | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| Telephone: | 612-333-8844 |
| Email: | DGoodwin@gustafsongluek.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Minnesota Bar | #0386715 | 10/27/2006 |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?　　☐ Yes　　☒ No

If yes, please explain:

| |
|---|
| |

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|-----------|-------------|-------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*s/ David A. Goodwin*                                    7/8/2026
Signature                                                        Date

2