Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
**HATCH LAW GROUP, PC**
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919

*Counsel for Plaintiff Sam Mockert and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAM MOCKERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION (MARY M. NIKOLAI)**<br><br>Case No. 2:26-cv-00605-RJS<br><br>District Judge Robert J. Shelby |

I move for the *pro hac vice* admission of Mary M. Nikolai as counsel for plaintiff Sam Mockert, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: July 8, 2026


/s/ Brent O. Hatch
**HATCH LAW GROUP, PC**
Brent O. Hatch