**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SAM MOCKERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br><br>Defendant. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION (MARY M. NIKOLAI)**<br><br>Case No. 2:26:cv-00605-RJS<br><br>District Judge Robert J. Shelby |

Before this court is Local Counsel's Motion for Pro Hac Vice Admission of Mary M. Nikolai. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is Granted.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
District Judge Robert J. Shelby