April Hollingsworth, Esq. (Utah Bar # 09391)
**HOLLINGSWORTH LAW OFFICE, LLC**
HC 63 Box 8715
Duchesne, Utah 84021

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Ella Jacobs, on behalf of herself and all others similarly situated<br><br>       Plaintiff,<br><br>v.<br><br>Instructure, Inc., a Delaware corporation; and DOES 1 through 100, Inclusive<br><br>       Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-CV-00606-RJS<br><br><br>District Judge Robert J. Shelby |

I move for the pro hac vice admission of  Michael Nourmand as counsel for

Ella Jacobs, on behalf of herself and all others similarly situated, and I consent to serve

as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits 1 and 2, respectively, and the

admission fee will be paid to the court at the time of filing. I certify that I have verified with the

Applicant that the information contained in the application is true and accurate.

DATED this 6th day of July 2026.

                                      **HOLLINGSWORTH LAW OFFICE, LLC**

                                      /s/April L. Hollingsworth
                                      April L. Hollingsworth
                                      Counsel for Plaintiff