# EXHIBIT 1



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | April Hollingsworth, Esq. |
| Firm: | HOLLINGSWORTH LAW OFFICE, LLC |
| Address: | HC 63 Box 8715 |
| | Duchesne, Utah 84021 |
| Telephone: | (801) 415-9909 |
| Email: | april@aprilhollingsworthlaw.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Michael Nourmand, Esq. |
| Firm: | THE NOURMAND LAW FIRM, APC |
| Address: | 8822 West Olympic Boulevard |
| | Beverly Hills, California 90211 |
| Telephone: | (310) 553-3600 |
| Email: | mnourmand@nourmandlawfirm.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State Bar of California | 198439 | 12/7/1998 |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?     ☐ Yes     ☒ No

If yes, please explain:

|  |
|---|
|  |

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | |
|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes   ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes   ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes   ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes   ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes   ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes   ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_Michael Nourmand_
Signature

__July 1, 2026_____
Date

2