EXHIBIT 2

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Ella Jacobs, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>Instructure, Inc., a Delaware corporation; and DOES 1 through 100, Inclusive,<br><br>            Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:26-CV-00606-RJS |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of

James A. De Sario, Esq. of The Nourmand Law Firm, APC.  Based on the motion and

for good cause appearing,

   **IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.


DATED this ____ day of _____, 20_____.


                                        BY THE COURT:


                                        _____
                                        Name
                                        Title