

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jason L. Lichtman |
| Firm: | Lieff Cabraser Heimann & Bernstein, LLP |
| Address: | 250 Hudson Street, 8th Floor |
| | New York, NY 10013 |
| Telephone: | (212) 355-9500 |
| Email: | jlichtman@lchb.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Thomas E. Loeser |
| Firm: | Cotchett, Pitre & McCarthy LLP |
| Address: | 1809 7th Avenue |
| | Suite 1610 |
| | Seattle, WA 98101 |
| Telephone: | 206-802-1272 |
| Email: | tloeser@cpmlegal.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California State Bar | 202724 | 11/24/1999 |
| Washington State Bar | 38701 | 05/15/2007 |
| Supreme Court of the United States | 317840 | 02/21/2023 |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?     ☐ Yes     ☒ No

If yes, please explain:

| |
|---|
| |

1

## <u>LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH</u>
## <u>IN THE PREVIOUS 5 YEARS</u>

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Keane v. HealthEquity, Inc. | 2:24-cv-00561-JNP | 8/16/2024 |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ Thomas E. Loeser*_____          July 8, 2026_____
Signature                                          Date