# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| *In Re: Instructure Data Breach Litigation* | **[PROPOSED] ORDER ON MOTION FOR** *PRO HAC VICE* **ADMISSION** <br><br> Case No. 2:26-cv-00374-RJS-CMR <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for *Pro Hac Vice* Admission of Thomas E. Loeser. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 2026

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

3533439.1