**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER GRANTING [ECFs 88, 92–98] MOTIONS FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court are eight (8) Motions for Pro Hac Vice Admission (Motions) (ECFs 88, 92–98) filed by each applicant's respective Local Counsel. Local Counsel seeks Pro Hac Vice Admission for: Christina Martinez Squiers (ECF 88); Adam J. Kolb (ECF 92); Daniel E. Gustafson (ECF 93); David A. Goodwin (ECF 94); Mary M. Nikolai (ECF 95); Michael Nourmand (ECF 96); James A. De Sario (ECF 97); and Thomas E. Loeser (ECF 98). Based on the Motions and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

DATED this 10 July 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah