Charles H. Thronson (USB 3260)
PARSONS BEHLE & LATIMER
201 S. Main, Suite 1800
Salt Lake City, Utah 84111
Tel: (801) 532-1234
cthronson@parsonsbehle.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| In Re: Instructure Data Breach Litigation | **MOTION FOR PRO HAC VICE ADMISSION** |
| | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| | Chief Magistrate Judge Cecilia M. Romero |

I move for the *pro hac vice* admission of Casondra Turner as counsel for Plaintiff Moore Public Schools, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 10th day of July, 2026.

PARSONS BEHLE & LATIMER

By */s/ Charles H. Thronson*
Charles H. Thronson

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2026, I filed a true and correct copy of the foregoing **MOTION FOR *PRO HAC VICE* ADMISSION OF CASONDRA TURNER** via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

*/s/ Charles H. Thronson*
Charles H. Thronson
