

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Charles H. Thornson |
| Firm: | PARSONS BEHLE & LATIMER |
| Address: | 201 S. Main, Suite 1800 |
| | Salt Lake City, Utah 84111 |
| | |
| Telephone: | (801) 532-1234 |
| Email: | cthronson@parsonsbehle.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Casondra Turner |
| Firm: | MILBERG, PLLC |
| Address: | 260 Peachtree Street NW, Suite 2200 |
| | Atlanta, GA 30303 |
| | |
| Telephone: | (771) 772-308 |
| Email: | cturner@milberg.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| See Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

| |
|---|
| |

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | |
|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes    ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes    ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes    ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes    ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes    ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes    ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*Casondra Turner*

_____
Signature

7/10/2026

_____
Date

2

# EXHIBIT A

## Casondra Turner
## <u>List of Court Admissions</u>

| Court: | Date of Admission: | Bar No. |
|---|---|---|
| State Bar of Georgia | 10/13/2021 | 418426 |
| Supreme Court of Georgia | 6/16/2022 | 418426 |
| State Bar of Massachusetts | 11/26/2013 | 687682 |
| U.S. District Court of Colorado | 1/15/2026 | |
| U.S. District Court Northern District of Georgia | 7/11/2022 | 418426 |
| U.S. Bankruptcy Court Northern District of Georgia | 7/12/2022 | 418426 |
| U.S. District Court Middle District of Georgia | 7/5/2022 | 418426 |
| U.S. District Court Southern District of Georgia | 11/13/2023 | 418426 |
| U.S. District Court of Massachusetts | 8/19/2014 | 687682 |
| U.S. District Court Eastern District of Michigan | 5/4/2026 | |
| U.S. District Court Eastern District of Missouri | 2/10/2026 | 418426GA |
| Eleventh Circuit Court of Appeals | 9/8/2022 | 418426 |