Charles H. Thronson (USB 3260)
PARSONS BEHLE & LATIMER
201 S. Main, Suite 1800
Salt Lake City, Utah 84111
Tel: (801) 532-1234
cthronson@parsonsbehle.com

*Attorney for Plaintiff and the Proposed Class*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| In Re: Instructure Data Breach Litigation | **ORDER GRANTING *PRO HAC VICE* ADMISSION**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for *Pro Hac Vice* Admission of Casondra Turner.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah