Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
njepson@rqn.com

*Attorneys for Plaintiff Emma Ivey and*
 *Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *IN RE INSTRUCTURE DATA BREACH LITIGATION* | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

Please take notice that Justin T. Toth hereby enters his appearance of counsel on behalf of Plaintiff Emma Ivey and Proposed Class in the above-captioned matter.

DATED this 13th day of July 2026.

                              **RAY QUINNEY & NEBEKER P.C.**


                              */s/ Justin T. Toth*
                              Justin T. Toth
                              *Attorneys for Plaintiff Emma Ivey and*
                              *Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of July 2026, I caused a true and accurate copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be filed with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

/s/ Brandy Sears

4913-8023-2124