# EXHIBIT A



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Justin T. Toth |
| Firm: | Ray Quinney & Nebeker P.C. |
| Address: | 36 S State Street, Suite 1400 |
| | Salt Lake City, UT 84111 |
| | |
| Telephone: | (801) 532-1500 |
| Email: | jtoth@rqn.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Dan S. Guerra |
| Firm: | Bursor & Fisher, P.A. |
| Address: | 1990 N. California Blvd., 9th Floor |
| | Walnut Creek, CA 94596 |
| | |
| Telephone: | (925) 300-4455 |
| Email: | dguerra@bursor.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of California | 267559 | 12/04/2009 |
| Northern District of California | | 03/29/2017 |
| Central District of California | | 04/17/2025 |
| Eastern District of California | | 04/16/2025 |
| Southern District of California | | 04/16/2025 |
| Western District of Texas | | 06/14/2022 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?          ☐ Yes          ☒ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

July 10, 2026_____
Date

2