Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
njepson@rqn.com

*Attorneys for Plaintiff Emma Ivey and
 Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *IN RE INSTRUCTURE DATA BREACH LITIGATION* | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF JOSHUA B. GLATT**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of

DUCiv R 83-1.1(c), the motion for the admission pro hac vice of Joshua B. Glatt in the United

States District Court, District of Utah in the subject case is GRANTED.

DATED this _____ day of July, 2026.

BY THE COURT:


_____
Magistrate Judge Cecilia Romero

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 13th day of July 2026, I caused a true and accurate copy

of the foregoing **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF**

**JOSHUA B. GLATT** to be filed with the Clerk of Court using the CM/ECF system, which

automatically provides notice to counsel of record.

*/s/ Brandy Sears*

4907-2823-8780