Beau Burbidge (Utah Bar No. 17046)
Beau@burbidgemitchell.com
**BURBIDGE | MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorney for Plaintiff Theresa Coelho*
  *and the Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

---

| | |
|---|---|
| *In re: Instructure Data Breach Litigation* | **MOTION FOR *PRO HAC VICE* ADMISSION** |
| | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| | Chief Magistrate Judge Cecilia M. Romero |

I move for the *pro hac vice* admission of Israel David as counsel for Plaintiff Theresa Coelho, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 13th day of July, 2026

Respectfully submitted,

*/s/ Beau Burbidge*
Beau Burbidge (Utah Bar No. 17046)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2026, I filed a true and correct copy of the foregoing MOTION FOR *PRO HAC VICE* ADMISSION OF ISRAEL DAVID via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

*/s/ Beau Burbidge*
Beau Burbidge (Utah Bar No. 17046)