Beau Burbidge (Utah Bar No. 17046)
Beau@burbidgemitchell.com
**BURBIDGE | MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

*Attorney for Plaintiff Theresa Coelho*
  *and the Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

---

| | |
|---|---|
| *In re: Instructure Data Breach Litigation* | **ORDER GRANTING *PRO HAC VICE* ADMISSION** |
| | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| | Chief Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for *Pro Hac Vice* Admission of Israel David.  Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this ___ day of _____, 2026

BY THE COURT:


_____
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah