# Exhibit A

| Title | Counsel |
|---|---|
| *Peterman v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Kristen Lake Cardoso<br>**KOPELOWITZ OSTROW, P.A.**<br>One W Las Olas Blvd, Suite 500<br>Fort Lauderdale, FL 33301<br>Tel: 954.525.4100<br>kcardoso@kolawyers.com<br><br>Gary M. Klinger<br>**MILBERG, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: 866.252.0878<br>gklinger@milberg.com<br><br>James E. Cecchi<br>**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: 973.994.1700<br>jcecchi@carellabyrne.com |
| *Sarkis v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Beena M. McDonald<br>**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>One Haverford Centre<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>Tel: 610.642.8500<br>bmm@chimicles.com<br><br>James J. Rosemergy<br>**CAREY & DANIS, LLC**<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>Tel: 314.725.7700<br>jrosemergy@careydanis.com |

| *Islas v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Maureen M. Brady<br>**MCSHANE & BRADY, LLC**<br>4006 Central Street<br>Kansas City, MO 64111<br>Tel: 816.888.8010<br>mbrady@mcshanebradylaw.com |
| --- | --- |
| *Singh v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Leanna A. Loginov<br>**SHAMIS & GENTILE, P.A.**<br>14 NE 1st Ave, Suite 705<br>Miami, FL 33132<br>Tel: 305.479.2299<br>lloginov@shamisgentile.com |
| *Steinhoff v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Scott J. Falgoust<br>**BRYSON, HARRIS, SUCIU & DEMAY, PLLC**<br>5301 Canal Boulevard<br>New Orleans, LA 70124<br>sfalgoust@brysonpllc.com |

| *Escoto v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Kevin Laukaitis<br>**LAUKAITIS LAW LLC**<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Tel: 215.789.4462<br>klaukaitis@laukaitislaw.com |
| --- | --- |

| *Hinds v. KKR & Co. Inc., et al.* | Blake Hunter Yagman<br>**YAGMAN PLLC**<br>118-35 Queens Boulevard<br>Suite 444<br>Forest Hills, NY 11375<br>Tel: 929.709.1493<br>blake.yagman@yagmanpllc.com |
|---|---|
| *Hall v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Darrius D. Dixon<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: 615.254.8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>ddixon@stranchlaw.com |

| | |
|---|---|
| *Brown v. Instructure, Inc.* | Jason L. Lichtman<br>Michael J. Miarmi<br>John D. Maher<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: 212.355.9500<br>jlichtman@lchb.com<br>mmiarmi@lchb.com<br>jmaher@lchb.com<br><br>Steven M. Nathan<br>**HAUSFELD LLP**<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel: 646.357.1100<br>snathan@hausfeld.com<br><br>James J. Pizzirusso<br>Kira Hessekiel<br>Carlynne Wagner<br>**HAUSFELD LLP**<br>1200 17th Street, N.W., Suite 600<br>Washington, D.C. 20036<br>Tel: 202.540.7200<br>jpizzirusso@hausfeld.com<br>khessekiel@hausfeld.com<br>cwagner@hausfeld.com |
| *Jane Doe v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Nicholas Andrew Hall<br>**HALL ATTORNEYS, P.C.**<br>P.O. Box 1370<br>Edna, TX 77957<br>Tel: 713.428.8967<br>nhall@hallattorneys.com |

| | |
|---|---|
| *Sabre et al. v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Nickolas J. Hagman<br>**CAFFERTY CLOBES**<br>**MERIWETHER & SPRENGEL LLP**<br>135 S. LaSalle, Suite 3210<br>Chicago, IL 60603<br>Tel: 312.782.4880<br>nhagman@caffertyclobes.com |

| | |
|---|---|
| *Monville v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Mark S. Reich<br>Tyler A. Litke<br>Melissa G. Meyer<br>**LEVI & KORSINSKY, LLP**<br>33 Whitehall Street, 27th Floor<br>New York, NY 10004<br>Tel: 212.363.7500<br>mreich@zlk.com<br>tlitke@zlk.com<br>mmeyer@zlk.com |
| *Verbish v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Kennedy M. Brian<br>**SIRI & GLIMSTAD LLP**<br>101 Park Avenue<br>Suite 1300, # 16982799<br>Oklahoma City, OK 73102<br>Tel: 212.532.1091<br>kbrian@sirillp.com |

| | |
|---|---|
| *Coelho v. Instructure, Inc.* | Beau Burbidge<br>**BURBIDGE \| MITCHELL**<br>215 South State Street, Suite 920<br>Salt Lake City, UT 84111<br>Tel: 801.355.6677<br>beau@burbidgemitchell.com<br><br>Israel David<br>Adam M. Harris<br>**ISRAEL DAVID LLC**<br>60 Broad Street, Suite 2900<br>New York, NY 10004<br>Tel: 212.350.8850<br>israel.david@davidllc.com<br>adam.harris@davidllc.com<br><br>Mark A. Cianci<br>**ISRAEL DAVID LLC**<br>399 Boylston Street, Floor 6, Suite 23<br>Boston, MA 02116<br>Tel: 617.295.7771<br>mark.cianci@davidllc.com |
| *Nelson v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>jhull@mohtrial.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Darrius D. Dixon<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>ddixon@stranchlaw.com |
| *Clarkson, et al. v. Instructure, Inc.* | Ryan J. McGee<br>John A. Yanchunis<br>Riya Sharma<br>John A. Wirthlin<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: 813.223.5505<br>rmcgee@forthepeople.com<br>jyanchunis@forthepeople.com<br>rsharma@forthepeople.com<br>john.wirthlin@forthepeople.com |

| | |
|---|---|
| *John Doe v. Instructure, Inc.* | Jacob Gunter<br>**HOWARD LEWIS & PETERSEN, PC**<br>120 East, 300 North<br>Provo, UT 84606<br>Tel: 801.373.6345<br>Jacob@provolawyers.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Hernandez Silva, et al. v. Instructure, Inc.* | Karra J. Porter<br>Nathan D. Alder<br>Kristen C. Kiburtz<br>Yuchen Cook<br>**CHRISTENSEN & JENSEN, P.C.**<br>257 East 200 South, Suite 1100<br>Salt Lake City, UT 84111<br>Tel: 801.323.5000<br>Karra.Porter@cjlaw.com<br>Nathan.Alder@cjlaw.com<br>Kristen.Kiburtz@cjlaw.com<br>Yuchen.Cook@cjlaw.com<br><br>Lori G. Feldman<br>Justin Alvarez-Herman<br>Tiffany Wong<br>**HECHT PARTNERS LLP**<br>125 Park Avenue, 25th Floor<br>New York, NY 10017<br>Tel: 212.851.6821<br>lfeldman@hechtpartners.com<br>jalvarezherman@hechtpartners.com<br>twong@hechtpartners.com |

Case 2:26-cv-00374-RJS-CMR    Document 107-1    Filed 07/13/26    PageID.470    Page 8 of 17

| | |
|---|---|
| *Hamersley v. Instructure, Inc., et al.* | Rachel Sykes<br>**PEARSON BUTLER**<br>1802 S. Jordan Parkway, Suite 200<br>South Jordan, UT 84095<br>Tel: 801.495.4104<br>rachel@pearsonbutler.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>**AYLSTOCK WITKIN**<br>**KREIS & OVERHOLTZ PLC**<br>18 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Tel: 850.202.1010<br>jmartin@awkolaw.com<br>fburne@awkolaw.com |
| *Hornthal v. Instructure, Inc.* | James E. Magleby<br>Jennifer Fraser Parrish<br>**MAGLEBY CATAXINOS, PC**<br>141 West Pierpont Avenue<br>Salt Lake City, UT 84101<br>Tel: 801.359.9000<br>magleby@mcpc.law<br>parrish@mcpc.law<br><br>Ben Barnow<br>Riley W. Prince<br>**BARNOW AND ASSOCIATES, P.C.**<br>205 West Randolph Street, Ste. 1630<br>Chicago, IL 60606<br>Tel: 312.621.2000<br>b.barnow@barnowlaw.com<br>rprince@barnowlaw.com<br><br>Russell B. Cate<br>**RILEYCATE, LLC**<br>11 Municipal Drive, Suite 320<br>Fishers, IN 46038<br>Tel: 317.588.2866<br>rcate@rileycate.com |

| | |
|---|---|
| *Rios et al. v. Instructure, Inc.*<br><br>***Voluntarily dismissed*** | Brady L. Rasmussen<br>**PARSONS BEHLE & LATIMER**<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>Tel: 801.532.1234<br>brasmussen@parsonsbehle.com<br><br>Norman E. Siegel<br>Barrett J. Vahle<br>Andi M. Hammack<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Tel: (816) 714-7100<br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br>hammack@stuevesiegel.com |
| *Schneider v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>Gary F. Lynch<br>Michael H. Sampson<br>Nicholas A. Colella<br>**LYNCH CARPENTER LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>gary@lcllp.com<br>mike@lcllp.com<br>nickc@lcllp.com |

| | |
|---|---|
| *Khorami v. Instructure Holdings, Inc.* | Kim D. Stephens<br>Cecily C. Jordan<br>Arshia Nilchian<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 5th Ave., Suite 1700<br>Seattle, WA 98101<br>Tel: 206.682.5600<br>kstephens@tousley.com<br>cjordan@tousley.com<br>anilchian@tousley.com<br><br>Jason L. Lichtman<br>Michael J. Miarmi<br>John D. Maher<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: 212.355.9500<br>jlichtman@lchb.com<br>mmiarmi@lchb.com<br>jmaher@lchb.com |
| *Moran v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Amber L. Schubert<br>**SCHUBERT JONCKHEER & KOLBE LLP**<br>2001 Union Street, Suite 200<br>San Francisco, CA 94123<br>Tel: 415.788.4220<br>aschubert@sjk.law |
| *McFadden v. Instructure, Inc.* | William B. Federman<br>Jessica A. Wilkes<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Avenue<br>The Village, OK 73120<br>Tel: 405.235.1560<br>wbf@federmanlaw.com<br>jaw@federmanlaw.com<br><br>Charles H. Thronson<br>**PARSONS BEHLE & LATIMER**<br>201 S. Main, Suite 1800<br>Salt Lake City, UT 84111<br>Tel: 801.532.1234<br>cthronson@parsonsbehle.com |

| | |
|---|---|
| *Bonham v. Instructure, Inc.* | Jason L. Lichtman<br>Michael J. Miarmi<br>John D. Maher<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: 212.355.9500<br>jlichtman@lchb.com<br>mmiarmi@lchb.com<br>jmaher@lchb.com<br><br>Thomas E. Loeser<br>Karin B. Swope<br>Ellen J. Wen<br>**COTCHETT, PITRE & McCARTHY LLP**<br>1809 7th Avenue, Suite 1610<br>Seattle, WA 98101<br>Tel: 206.802.1272<br>tloeser@cpmlegal.com<br>kswope@cpmlegal.com<br>ewen@cpmlegal.com |
| *Odom v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>James A. Francis<br>John Soumilas<br>Lauren KW Brennan<br>**FRANCIS MAILMAN SOUMILAS, P.C.**<br>1600 Market Street, Suite 3510<br>Philadelphia, PA 19103<br>Tel: 215.735.8600<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com |

| | |
|---|---|
| *Becker v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Raina C. Borrelli<br>**STRAUSS BORRELLI PLLC**<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Tel: 872.263.1100<br>raina@straussborrelli.com |
| *Cox v. Instructure, Inc.* | Jake J. Lee<br>**TRUE NORTH INJURY LAW**<br>10808 S. River Front Parkway #302<br>South Jordan, UT 84095<br>Tel: 801.849.3664<br>jake@truenorthinjurylaw.com<br><br>Leigh S. Montgomery<br>**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**<br>4200 Montrose Blvd., Suite 200<br>Houston, TX 77006<br>Tel: 888.350.3931<br>lmontgomery@eksm.com |
| *Price v. Instructure, Inc.* | Brian C. Gudmundson<br>Michael J. Laird<br>Benjamin R. Cooper<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: 612.341.0400<br>brian.gudmundson@zimmreed.com<br>michael.laird@zimmreed.com<br>benjamin.cooper@zimmreed.com<br><br>Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com |

| *Zellers v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>MaryBeth V. Gibson<br>**GIBSON CONSUMER LAW GROUP, LLC**<br>4279 Roswell Road<br>Suite 208-108<br>Atlanta, GA 30342<br>Tel: 678.642.2503<br>marybeth@gibsonconsumerlawgroup.com |
| --- | --- |
| *Moore Public Schools v. Instructure Holdings, Inc. et al.* | Charles H. Thronson<br>**PARSONS BEHLE & LATIMER**<br>201 S. Main, Suite 1800<br>Salt Lake City, UT 84111<br>Tel: 801.532.1234<br>cthronson@parsonsbehle.com<br><br>James E. Cecchi<br>**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: 973.994.1700<br>jcecchi@carellabyrne.com<br><br>Kristen Lake Cardoso<br>**KOPELOWITZ OSTROW, P.A.**<br>One W Las Olas Blvd, Suite 500<br>Fort Lauderdale, FL 33301<br>Tel: 954.525.4100<br>cardoso@kolawyers.com<br><br>Gary M. Klinger<br>**MILBERG, PLLC**<br>227 W Monroe St, Suite 2100<br>Chicago, IL 60606<br>Tel: 866.252.0878<br>gklinger@milberg.com<br><br>William Shinoff<br>**FRANTZ LAW GROUP, APLC**<br>402 W. Broadway<br>San Diego, CA 92101<br>Tel: 855.735.5945<br>wshinoff@frantzlawgroup.com |

| | Tyler S. Graden<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>tgraden@ktmc.com |
|---|---|
| *Costa v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>Arthur M. Murray<br>Stephen B. Murray, Jr.<br>Ruston Pritchard<br>**MURRAY LAW FIRM**<br>701 Poydras Street, Suite 4250<br>New Orleans, LA 70139<br>Tel: 504.525.8100<br>amurray@murray-lawfirm.com<br>smurrayjr@murray-lawfirm.com<br>rpritchard@murray-lawfirm.com |
| *Hernandez v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>E. Michelle Drake<br>**BERGER MONTAGUE PC**<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>Tel: 612.594.5933<br>emdrake@bergermontague.com |

| | |
|---|---|
| *Prudencio v. Instructure, Inc.* | Justin T. Toth<br>**RAY QUINNEY & NEBEKER, P.C.**<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111<br>Tel: 801.532.7840<br>jtoth@rqn.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br><br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Roach v. Instructure, Inc.* | Chad S. Pehrson<br>**KNH LLP**<br>50 W. Broadway, 9th Floor<br>Salt Lake City, UT 84401<br>Tel: 801.994.4646<br>cpehrson@knh.law<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Mikayelyan v. Instructure, Inc.* | Daniel L. Steele<br>**SUMSION STEELE CRANDALL**<br>2150 S 1300 East Suite 300<br>Salt Lake City, UT 84106<br>Tel: 801.426.6888<br>dan@sumsionsteele.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Pitts v. Instructure, Inc.* | Michael R. Reese<br>**REESE LLP**<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211<br>Tel: 917.596.3283<br>mreese@reesellp.com |

| | |
|---|---|
| *Brownlee v. Instructure Holdings, Inc.* | Sabita J. Soneji<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Tel: 510.254.6808<br>ssoneji@tzlegal.com |
| *Jacobs v. Instructure, Inc.* | Michael Nourmand<br>James A. De Sario<br>**THE NOURMAND LAW FIRM, APC**<br>8822 West Olympic Boulevard<br>Beverly Hills, CA 90211<br>Tel: 310.553.3600<br>mnourmand@nourmandlawfirm.com<br>jdesario@nourmandlawfirm.com<br><br>April Hollingsworth<br>**HOLLINGSWORTH LAW OFFICE, LLC**<br>HC 63 Box 8715<br>Duchesne, UT 84021<br>Tel: 801.415.9909<br>april@aprilhollingsworthlaw.com |
| *Mockert v. Instructure, Inc.* | Daniel E. Gustafson<br>David A. Goodwin<br>Mary M. Nikolai<br>Adam J. Kolb<br>**GUSTAFSON GLUEK PLLC**<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: 612.333.8844<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>mnikolai@gustafsongluek.com<br>akolb@gustafsongluek.com |
| *Bless v. Instructure, Inc.* | Jonathan O. Hafen<br>**PARR BROWN GEE & LOVELESS**<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br>Tel: 801.532.7840<br>jhafen@parrbrown.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |

| | |
|---|---|
| *Vallera v. Instructure, Inc.* | Charles H. Thronson<br>**PARSONS BEHLE & LATIMER**<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>Tel: 801-532-1234<br>CThronson@parsonsbehle.com<br><br>William B. Federman (pro hac vice forthcoming)<br>Jessica A. Wilkes (pro hac vice forthcoming)<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>The Village, OK 73120<br>Tel: 405.235.1560<br>wbf@federmanlaw.com<br>jaw@federmanlaw.com<br><br>Nicholas Andrew Hall (pro hac vice forthcoming)<br>**HALL ATTORNEYS, P.C.**<br>P.O. Box 1370<br>Edna, TX 77957<br>Tel: (713) 428-8967<br>nhall@hallattorneys.com |
| *Ivey v. Instructure Holdings, Inc.* | Justin T. Toth<br>RAY QUINNEY & NEBEKER, P.C.<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111<br>Tel: 801.532.7840<br>jtoth@rqn.com<br><br>L. Timothy Fisher (pro hac vice forthcoming)<br>Daniel S. Guerra (pro hac vice forthcoming)<br>Joshua B. Glatt (pro hac vice forthcoming)<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Tel: 925.300.4455<br>Facsimile: (925) 407-2700<br>ltfisher@bursor.com<br>dguerra@bursor.com<br>jglatt@bursor.com |