**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-374 <br><br> **PLAINTIFFS' PROPOSED AGENDA ITEMS** <br><br> District Judge: Robert J. Shelby |

<u>**PLAINTIFFS' PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE**</u>

Pursuant to this Court's Case Management Order No. 1 (ECF No. 14), counsel submit this joint proposed agenda in advance of the upcoming July 22, 2026, Case Management Conference.

**1.** **Method, Timing, and Structure for Leadership Selection Process.** Plaintiffs suggest the Court discuss the process for submitting Plaintiffs' counsel's leadership applications, including any preferences the Court may have. This would include the timing and method of submissions; the roles of liaison counsel, lead counsel, and executive committees; and any additional considerations under Rule 16.1(b)(2)(A).

Although the Parties are open to whatever process the Court may suggest, counsel would propose the following:

A. Applications for Interim Class Counsel (including Liaison, Lead, and Executive Committee) to be submitted by August 15, with no replies.

B. Individual applications should be limited to five pages not including exhibits. If Plaintiffs' counsel are seeking to be appointed as part of a "slate," the slate may submit an application of no more than 20 pages not including exhibits. The Parties should also discuss the Court's desire for any oral argument or a hearing regarding these applications.

Counsel also propose the Court appoint a Defendants' Liaison Counsel to coordinate with Interim Class Counsel.

2.    **Briefing Schedule.**  Plaintiffs propose that any Consolidated Complaint(s) be filed within 45 days of the appointment of Interim Class Counsel. Other dates, including Motions to Dismiss, are proposed in the Joint Statement. The Parties should discuss the desire to file any other early motions and a schedule for those, as well.

3.    **Discovery Plan.**  Plaintiffs would propose to submit a proposed order (or, if an agreement cannot be reached, competing proposed orders) related to the discovery of electronically stored information, preservation, and a proposed protective order within 30 days of the appointment of Interim Class Counsel. Additional dates related to discovery and class certification should be determined following the Court's order on any Rule 12 Motions.

Plaintiffs propose that discovery should commence upon the appointment of Interim Class Counsel.

4.    **Counsel to have ongoing discussions**.  Counsel will meet and confer routinely to reach agreements under Rule 16.1(b)(2)(A).

5.    **Regular Status Conferences.**  Plaintiffs suggest the Court hold regular status conferences to the extent necessary with Interim Class Counsel (including other Plaintiffs' counsel as needed) and Defendants' counsel.

6.    **Prospects for Resolution.**

7.    **Miscellaneous Housekeeping Matters.**