Charles H. Thronson
Parsons Behle & Latimer
201 S. Main, Suite 1800
(801) 532-1234
cthronson@parsonsbehle.com

*Attorneys for Plaintiff and proposed class*

---

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | **MOTION FOR *PRO HAC VICE* ADMISSION**<br><br>Case No. 2:26-cv-00374-RJS-CMR |

I, Charles H. Thronson, move for the *pro hac vice* admission of William B. Federman as counsel for Allyson McFadden, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: July 14, 2026.

PARSONS BEHLE & LATIMER

*/s/ Charles H. Thronson*
Charles H. Thronson, USB 3260