

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Charles H. Thronson |
| Firm: | Parsons Behle & Latimer |
| Address: | 201 S. Main, Suite 1800 |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 532-1234 |
| Email: | cthronson@parsonsbehle.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | William B. Federman |
| Firm: | Federman & Sherwood |
| Address: | 10205 N. Pennsylvania Ave. |
| | Oklahoma City, OK 73120 |
| Telephone: | (405) 235-1560 |
| Email: | wbf@federmanlaw.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

1

If yes, please explain:

| |
|---|
| |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Shane White v. Medical Review Institute of America, LLC | 2:22-cv-00082 | 3/1/2022 |
| James T. Buechler v. MedQuest Pharmacy, Inc., et al. | 2:22-cv-00540 | 9/12/2022 |
| Raymond Dreger v. Progressive Leasing | 2:23-cv-00783 | 2/7/2024 |
| Kynnedi Dorsey v. Zullas, L.C. d/b/a Zupas L.C. | 2:25-cv-00195 | 3/26/2025 |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

*Mr. Federman specializes in data breach class actions. Data breach class actions are extremely technical and require specialized knowledge from the representing attorneys. Mr. Federman does not intend to practice law in Utah for any extended period beyond these class actions. Given the complexity of these data breach cases and Mr. Federman's experience and success with data breach class action suits, Mr. Federman's participation in this suit will provide a great benefit to the purported class.*

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case

2

3

activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ William B. Federman*                                    7/13/2026____
Signature                                                    Date

EXHIBIT A
WBF – COURTS ADMITTED

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Oklahoma | October 14, 1982 | 2853 |
| USDC Western District of Oklahoma | December 1, 1982 | N/A |
| USDC Northern District of Oklahoma | May 26, 1983 | N/A |
| U.S. Court of Appeals, 10th Circuit | November 8, 1983 | N/A |
| USDC District of Columbia | July 15, 1985 | N/A |
| State of New York | September 22, 1988 | 2215341 |
| USDC Southern District of New York | October 2, 1990 | WF9124 |
| State of Texas | November 2, 1995 | 00794935 |
| USDC Eastern District of Oklahoma | February 1, 1996 | N/A |
| USDC Southern District of Texas | January 6, 1998 | 21540 |
| USDC Western District of Arkansas | January 23, 1998 | N/A |
| USDC Eastern District of Arkansas | January 23, 1998 | N/A |
| U.S. Court of Appeals, Federal Circuit | November 4, 1998 | 042939 |
| USDC Northern District of Texas | January 13, 1999 | N/A |
| USDC Eastern District of Texas | July 30, 2002 | N/A |
| U.S. Court of Appeals, 2nd Circuit | June 16, 2003 | N/A |
| USDC Eastern District of New York | October 9, 2003 | WF9124 |
| U.S. Court of Appeals, 4th Circuit | October 10, 2003 | N/A |
| U.S. Court of Appeals, 5th Circuit | February 19, 2004 | N/A |
| United States Supreme Court | May 16, 2005 | N/A |
| USDC Western District of Texas | November 4, 2005 | N/A |
| USDC Eastern District of Ohio | January 13, 2006 | N/A |
| U.S. Court of Appeals, 1st Circuit | January 24, 2006 | 110174 |
| U.S. Court of Appeals, 3rd Circuit | June 19, 2007 | N/A |
| U.S. Court of Appeals, 8th Circuit | April 28, 2008 | N/A |
| U.S. Court of Appeals, 6th Circuit | May 28, 2009 | N/A |
| U.S. Court of Appeals, 7th Circuit | January 28, 2011 | N/A |
| U.S. Court of Appeals, 9th Circuit | April 16, 2012 | N/A |
| USDC District of Colorado | June 8, 2012 | N/A |
| USDC Central District of Illinois | February 3, 2020 | N/A |
| USDC District of Nebraska | September 8, 2022 | N/A |
| USDC Eastern District of Michigan | September 12, 2022 | N/A |
| USDC Eastern District of Wisconsin | October 4, 2022 | N/A |
| USDC Northern District of Illinois | August 15, 2023 | N/A |
| USDC Northern District of New York | November 21, 2023 | N/A |
| USDC Western District of Michigan | November 21, 2023 | N/A |



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

    *I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *William Bernard Federman*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 30, 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on July 2, 2026.*

*Clerk of the Court*

*CertID-00297917*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

## C E R T I F I C A T E

STATE OF OKLAHOMA          )
                          )
COUNTY OF OKLAHOMA         )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That WILLIAM B. FEDERMAN, OBA #2853, was admitted to the practice of law by the Supreme Court of Oklahoma on October 14, 1982 and is an active member in good standing of the Oklahoma Bar Association.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 6th day of July, 2026, by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
02/04/30

Commission Number:
26001169



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065

www.okbar.org

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 02, 2026

Re: William B. Federman, State Bar Number 00794935

To Whom It May Concern:

This is to certify that William B. Federman was licensed to practice law in Texas on November 02, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253