## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | ORDER FOR *PRO HAC VICE* ADMISSION OF WILLIAM B. FEDERMAN<br><br>Case No. 2:26-cv-00374-RJS-CMR |

Before the court is Local Counsel's Motion for *Pro Hac Vice* Admission of William B.

Federman.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this _____ day of July, 2026.

BY THE COURT:

_____

Judge Robert J. Shelby