## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER GRANTING [ECFs 103–106] MOTIONS FOR PRO HAC VICE ADMISSION** <br><br> Civil No. 2:26-cv-00374-RJS-CMR <br><br> District Judge Robert J. Shelby <br><br> Chief Magistrate Judge Cecilia M. Romero |

Before the court are four (4) Motions for Pro Hac Vice Admission (the Motions) (ECFs 103–106) filed by each applicant's respective Local Counsel. Local Counsel seeks Pro Hac Vice Admission for: L. Timothy Fisher (ECF 103); Dan S. Guerra (ECF 104); Joshua B. Glatt (ECF 105); and Israel David (ECF 106). Based on the Motions and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

DATED this 14 July 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah