**AFFIDAVIT OF SERVICE**

| Case: 26-cv-00073 | Court: United States District Court | County: District of Utah, UT | Job: 16293979 |
|---|---|---|---|
| **Plaintiff / Petitioner:** KYLLIA BLESS, individually and on behalf of all others similarly situated, | | **Defendant / Respondent:** INSTRUCTURE, INC., | |
| **Received by:** ICU Investigations, LLC | | **For:** Parr Brown Gee & Loveless | |
| **To be served upon:** Instructure, Inc. | | | |

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named jurisdiction. I have not included any non-public information from this document. Pursuant to Section 78B-18a-106; I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

**Recipient Name / Address:**    Korrin Evira, 6330 South 3000 East Suite 700, Salt Lake City, UT 84720

**Manner of Service:**    Corporation, Jul 6, 2026, 2:22 pm MDT

**Documents:**    Summons; Complaint; Bilingual Notice to Responding Party

**Additional Comments:**
1) Successful Attempt: Jul 6, 2026, 2:22 pm MDT at 6330 South 3000 East Suite 700, Salt Lake City, UT 84720 received by Korrin Evira. Age: 52; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'9"; Hair: Blond; Relationship: Authorized Agent; GPS Coordinates: 40.6360646, -111.8076147

_____    07/07/2026

Ray Christensen                         **Date**
R113281

ICU Investigations, LLC
250 N Red Cliffs Dr, #4B-275
Saint George, UT 84790
435-986-1200

# ICU INVESTIGATIONS LLC

Process Servers & Private Investigators

250 N Red Cliffs Dr
STE 4B-275
St. George, UT 84790

serve@iculegal.com
**435-986-1200**
processserverutah.com

**Invoice**

| DATE IN | DUE DATE |
|---------|----------|
| **7/6/2026** | **7/7/2026** |

| JOB TYPE | Process Service |
|----------|-----------------|
| Priority is: | Routine |

| TERMS | INVOICE # |
|-------|-----------|
| **Due on receipt** | **71826** |

CLIENT:     801-532-7840     apackard@parrbrown.com

Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, UT 84111

| CLIENT REF | **Alice** |
|------------|-----------|
| STATE/DOCS | UT S&C |
| SERVE ON | **Instructure, Inc.** |
| FINAL STATUS | **Served** |
| WHO SERVED | **Korrin Evira** |

| ITEM | QTY | COURT DATE | DESCRIPTION | AGENT | RC | OUR # | PRICE | AMOUNT |
|------|-----|-----------|-------------|-------|-----|-------|-------|--------|
| Process ... | | | BLESS v INSTRUCTURE | | | 16293979 | 85.00 | 85.00 |
| | | | Civil Process Service (Instructure, Inc./ 6330 South 3000 East Suite 700, Salt Lake City, UT 84720) | | | | | |
| Pages | 33 | | Page fee | | | | 0.25 | 8.25 |
| Civil PS A... | | | Civil Process Attempt (Mon, Jul 6, 2026, 2:22 pm MDT) =Served Korrin Evira, authorized agent. | | | | 0.00 | 0.00 |
| | | | Subtotal | | | | | 93.25 |
| | | | NOTES | | | | | |
| | | | 071126 = Emailed invoice and affidavit. | | | | | |

**All work is complete! Please remit payment to the above address.**

*Remit by credit card online: https://www.processserverutah.com/remit-payment*

Client agrees to pay the balance of this invoice, including all fees, expenses and sales tax upon receipt of this invoice by mail or email. There are no open terms. Bookkeeping charges equal to 2.5% of the balance shall be added every thirty (30) days to all unpaid invoices which become 30 or more days past due. Over 90 days is subject to an additional $25 excess bookkeeping fee. Client will be responsible for any attorney fees or court costs associated with collection of this invoice. Pay from this invoice, no statement will be sent. Make checks payable to ICU Investigations, credit card payments can be made on our website. We add 3.5% to all credit card payments. See website for our W9. ICU is not and cannot be responsible for the filing of proofs of service to any court. Mail all checks to the address noted at the top of this invoice.

| Total | $93.25 |
|-------|--------|
| **Payments** | **$0.00** |
| **Balance** | **$93.25** |

EIN - 90-0546546