Israel David (*pro hac vice*)
israel.david@davidllc.com
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850
Facsimile: (212) 350-8860

*Attorneys for Plaintiff Theresa Coelho
  and the Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| *In re: Instructure Data Breach Litigation* | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Please take notice that Israel David, admitted *pro hac vice*, enters his appearance of counsel on behalf of Theresa Coelho and the Proposed Class in the above-captioned matter.

DATED this 15th day of July, 2026

Respectfully submitted,

/s/ Israel David
Israel David (*pro hac vice*)

*Attorneys for Plaintiff Theresa Coelho
  and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2026, I filed a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

*/s/ Israel David*
Israel David (*pro hac vice*)