Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
njepson@rqn.com

*Attorneys for Plaintiff Emma Ivey and*
 *Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *IN RE INSTRUCTURE DATA BREACH LITIGATION* | **MOTION FOR PRO HAC VICE ADMISSION OF CAROLINE C. DONOVAN**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

Pursuant to DUCiv Rule 83-1.1(c), I move for the admission of Caroline C. Donovan as pro hac vice counsel for Plaintiff Emma Ivey and Proposed Class, and consent to serve as local counsel in the above captioned matter. The application for pro hac vice admission is attached as Exhibit A to this motion, and the admission fee, if required, has been paid to the court with the submission of this motion. I also certify that Ms. Donovan is not a member of the Utah State Bar, does not maintain a law office in Utah, and has not been admitted pro hac vice within this district in the previous 5 years as set forth in the application for pro hac vice admission.  A proposed order is submitted herewith.

DATED this 17th day of July 2026.

RAY QUINNEY & NEBEKER P.C.


/s/ Justin T. Toth
Justin T. Toth
*Attorneys for Plaintiff Emma Ivey and Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of July 2026, I caused a true and accurate copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION OF CAROLINE C. DONOVAN** to be filed with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

/s/ Brandy Sears

4923-8692-3966