FLORENCE LAW FIRM, LLC
L. Reagan Florence (UT Bar No. 15501)
Florence Law Firm, LLC
1873 W Traverse Pkwy Ste. E #452
Lehi, UT 84048
Ph: 801.584.9407
Email: rflorence@florence-lawfirm.com

*Counsel for Plaintiff Jaquel Pitts and the Putative Class*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No.  2:26-cv-00374-RJS-CMR **NOTICE OF GENERAL APPEARANCE OF COUNSEL L. REAGAN FLORENCE** District Judge: Robert J. Shelby Chief Magistrate Judge: Cecilia M. Romero |

Please take notice that L. Reagan Florence is admitted to practice in this Court, and hereby enters her general appearance in this case as counsel for Plaintiff Jaquel Pitts, individually, and the Putative Class in the above-entitled action. Pursuant to Fed. R. Civ P. 5, counsel respectfully requests that all further notices and copies of pleadings, papers and other material relevant to this action be directed and served upon her.

DATED this 18th day of July, 2026

Respectfully submitted,

/s/ L. Reagan Florence

L. Reagan Florence (UT Bar No. 15501)
Florence Law Firm, LLC
1873 W Traverse Pkwy Ste. E #452
Lehi, UT 84048
Ph: 801.584.9407

1

Email: rflorence@florence-lawfirm.com

*Counsel for Plaintiff Jaquel Pitts and the Putative Class*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on July 18, 2026, she electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ L. Reagan Florence
L. Reagan Florence (UT Bar No. 15501)