FLORENCE LAW FIRM, LLC
L. Reagan Florence (UT Bar No. 15501)
Florence Law Firm, LLC
1873 W Traverse Pkwy Ste. E #452
Lehi, UT 84048
Ph: 801.584.9407
Email: rflorence@florence-lawfirm.com

*Counsel for Plaintiff Jaquel Pitts and the Putative Class*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *IN RE: INSTRUCTURE DATA BREACH LITIGATION* | Case No.  2:26-cv-00374-RJS-CMR<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL MICHAEL R. REESE**<br><br>District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Cecilia M. Romero |

I, L. Reagan Florence, respectfully move for the *pro hac vice* admission of Michael R. Reese as counsel for Plaintiff Jaquel Pitts and the Putative Class, and I consent to serve as local counsel in this action. I am an active member of this Court's bar, and my membership is in good standing. The application and proposed order are attached as exhibits hereto, and the admission fee will be paid to the court at the time of filing. I hereby certify that I have verified with the Applicant that the information contained in the application is true and accurate.

1

DATED this 20th day of July, 2026

Respectfully submitted,

/s/ L. Reagan Florence
L. Reagan Florence (UT Bar No. 15501)
Florence Law Firm, LLC
1873 W Traverse Pkwy Ste. E #452
Lehi, Utah 84048
Ph: 801.584.9407
Email: rflorence@florence-lawfirm.com

*Counsel for Plaintiff Jaquel Pitts and the Putative Class*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 20, 2026, she electronically filed the foregoing motion and corresponding documents with the Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ L. Reagan Florence
L. Reagan Florence (UT Bar No. 15501)