

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | L. Reagan Florence (UT Bar No. 15501) |
| Firm: | FLORENCE LAW FIRM, LLC |
| Address: | 1873 W Traverse Pkwy Ste. E #452 |
| | Lehi, Utah 84048 |
| Telephone: | 801.584.9407 |
| Email: | rflorence@florence-lawfirm.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Michael R. Reese |
| Firm: | REESE LLP |
| Address: | 8484 Wilshire Boulevard, Suite 515 |
| | Los Angeles, California 90211 |
| Telephone: | 310.393.0070 |
| Email: | mreese@reesellp.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 2818672 | May 21, 1997 |
| California | 206773 | June 5, 2000 |
| Florida | 10702069 | December 18, 2025 |
| | | |
| **PLEASE SEE ATTACHED FOR FEDERAL BAR MEMBERSHIPS** | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?     ☐ Yes     ☒ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| **NONE** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

July 20, 2026
Date

2

**MICHAEL R. REESE**
**BAR ADMISSIONS**

**Federal District Courts (and Bar Number, if Provided)**

| | |
|---|---|
| Northern District of California | June 5, 2000 |
| Central District of California | August 3, 2004 |
| Eastern District of California | June 22, 2000 |
| Southern District of California | January 26, 2010 |
| Southern District of New York | September 17, 2002 |
| Eastern District of New York | October 3, 2002 |
| Northern District of New York (517774) | September 24, 2012 |
| Western District of New York | October 31, 2016 |
| Northern District of Illinois (90785908) | March 24, 2004 |
| Eastern District of Wisconsin | August 25, 2008 |
| Western District of Wisconsin (206773) | June 5, 2020 |
| Southern District of Texas | September 28, 2004 |
| Northern District of Texas (206773CA) | January 1, 2022 |
| District of New Mexico | August 12, 2016 |
| District of Vermont | June 5, 2020 |
| Eastern District of Missouri | December 9, 2025 |
| Middle District of Florida (1072069) | May 2, 2026 |
| Southern District of Florida | May 4, 2026 |

**Federal Appellate Courts**

Second Circuit Court of Appeals                    October 15, 2010
(renewed  September 17, 2015 and good until September 17, 2020)
(renewed September 16, 2020 and good until September 16, 2025)
(renewed May 21, 2025 and good until May 21, 2030)

Seventh Circuit Court of Appeals                    March 23, 2015

Eighth Circuit Court of Appeals                    March 14, 2016

Ninth Circuit Court of Appeals                    July 28, 2000

Tenth Circuit Court of Appeals                    April 19, 2019