FLORENCE LAW FIRM, LLC
L. Reagan Florence (UT Bar No. 15501)
Florence Law Firm, LLC
1873 W Traverse Pkwy Ste. E #452
Lehi, UT 84048
Ph: 801.584.9407
Email: rflorence@florence-lawfirm.com

*Counsel for Plaintiff Jaquel Pitts and the Putative Class*

---

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No.  2:26-cv-00374-RJS-CMR |
| | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL R. REESE** |
| | District Judge: Robert J. Shelby |
| | Chief Magistrate Judge: Cecilia M. Romero |

Before this Court is Local Counsel, L. Reagan Florence's Motion for the *Pro Hac Vice*

Admission of Michael R. Reese. Based on the motion, and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

DATED this ___ day of July, 2026

**BY THE COURT:**

_____
Cecilia M. Romero, Chief Magistrate Judge
United States District Court
District of Utah, Central Division

1