IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | **INTIAL CASE MANAGEMENT CONFERENCE AGENDA**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

This matter is set for an in-person case management conference on Wednesday, July 22, 2026, at 1:30 PM.[1]  To help the parties prepare, the court publishes the following agenda:

1. Disclosure
2. Consolidated Class Action Complaint
3. Track approach
4. Structure of Plaintiffs' leadership counsel, including the roles of liaison counsel, lead counsel, and executive committee
5. Appointment of Plaintiffs' leadership counsel, including the method, timing, and structure
6. The prospect of appointing a settlement officer
7. Procedural issues, including parallel state court proceedings, bellwether proceedings, and the timing of discovery
8. Outstanding Motions to Proceed by Pseudonym[2]
9. Scheduling Order[3]
10. Miscellaneous housekeeping matters

   SO ORDERED this 20th day of July, 2026.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 68, *Order Setting Initial Case Management Conference.*

[2] *See* Dkt. 42, *Plaintiff John Doe's Motion to Proceed Under a Pseudonym*; Dkt. 78, *Plaintiff Jane Doe's Renewed Motion to Proceed Under a Pseudonym and for Limited Relief from General Order 26–007.*

[3] Attached to this agenda is the court's proposed initial scheduling order. *See Exhibit A.*

**Exhibit A, Court's Proposed Initial Scheduling Order**

| Event | Proposed Deadline |
|---|---|
| Plaintiffs file status report addressing whether Plaintiffs have reached a consensus on Track 1 counsel | August 5, 2026 |
| If no consensus is reached, Plaintiffs' Counsel file motions to be appointed leadership counsel[1] | August 15, 2026 |
| Filing of Consolidated Class Action Complaint | 45 days after order appointing leadership counsel |
| Filing of consolidated Motion to Proceed Under Pseudonyms | 45 days after order appointing leadership counsel |
| Defendants file Motion to Stay Discovery pending the resolution of Defendants' motion to dismiss | 30 days after the filing of the Consolidated Complaint |
| Filing of Consolidated Opposition to Motion to Stay Discovery | 30 days after the filing of the Motion to Stay |
| Filing of Reply in support of Motion to Stay Discovery, if any | 14 days after the filing of the Opposition |
| Filing of Motion to Dismiss[2] | 45 days after the filing of the Consolidated Complaint |
| Filing of Consolidated Opposition to Motion to Dismiss | 45 days after the filing of the Motion |
| Filing of Reply in support of Motion to Dismiss, if any | 30 days after the filing of the Opposition |
| Hearing on Motion to Dismiss | Thursday, March 4, 2027, at 1:30 PM |

---

[1] The motion for appointment will be limited to 5 pages for individual applications and 15 pages for applications submitted as a slate, not including firm resumes.  No response or reply briefs will be considered.

[2] The court anticipates permitting a single motion to dismiss and a single opposition to the motion to dismiss.