# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER GRANTING [ECF 114 and 116] MOTIONS FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court are two (2) Motions for Pro Hac Vice Admission (the Motions) (ECF 114 and 116) filed by each applicant's respective Local Counsel. Local Counsel seeks Pro Hac Vice Admission for Caroline C. Donovan (ECF 114) and Michael R. Reese (ECF 116). Based on the Motions and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

DATED this 21 July 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah