

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

Local Counsel: Jake J. Lee

Firm: True North Injury Law

Address: 10808 S. river Front Parkway, Suite 302 South Jordan, Utah 84095

Telephone: (801) 849-3664

Email: jake@truenorthinjurylaw.com

Pro Hac Vice Applicant: Leigh S. Montgomery

Firm: Ellzey Kherkher Sanford Montgomery, LLP

Address: 4200 Montrose Boulevard, Suite 200 Houston, Texas 77006

Telephone: (888) 350-3931

Email: Service@eksm..com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Bresnahan v Onset Financial, Inc. | 2:26-cv-00040-DAO | 1/28/2026 |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

N/A

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ Leigh S. Montgomery_____
Signature

07/21/2026_____
Date

2

Leigh S. Montgomery

Court Admissions

| Title of Court | Date Admitted |
| --- | --- |
| State of Texas | 5//2/2008 |
| Fifth Circuit Court of Appeals | 12/2020 |
| Ninth Circuit Court of Appeals | 7/16/2021 |
| U.S. District Court (N.D. of Texas) | 8/2009 |
| U.S. District Court (E.D of Wisconsin) | 3/17/2022 |
| U.S. District Court (W.D. of Texas) | 8/2009 |
| U.S. District Court (S.D. of Texas) | 6/2009 |
| U.S. District Court (E.D. of Texas) | 8/10/2010 |
| U.S. District Court of Colorado | 12/3/2024 |
| U.S. District Court Nebraska | 11/22/24 |
| U.S District Court (E.D of Michigan) | 10/07/2025 |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 24, 2026

Re: Leigh Skye Montgomery, State Bar Number 24052214

To Whom It May Concern:

This is to certify that Leigh Skye Montgomery was licensed to practice law in Texas on May 02, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253