Jake J. Lee
TRUE NORTH INJURY LAW
10808 S. River Front Parkway #302
South Jordan, Utah 84095
jake@truenorthinjurylaw.com
Utah Bar No. 14991

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| *In re Instructure Data Breach Litigation* | **NOTICE OF ERRATA** <br><br> Civil No.: 2:26-cv-00453-CMR |

On July 21, 2026, filing no.: 120 was submitted to the docket and erroneously omitted the Motion and proposed order. This filing needs to be corrected to include the included documents: Motion for Pro Hac Vice Admission and [proposed] Order Granting The Motion For Pro Hac Vice Admission. All other information in this filing was correct.

DATED: July 22, 2026                    TRUE NORTH INJURY LAW

By: /s/ *Jake J. Lee*
Jake J. Lee
**TRUE NORTH INJURY LAW**
10808 S. River Front Parkway #302
South Jordan, Utah 84095
jake@truenorthinjurylaw.com
Utah Bar No. 14991