Jake J. Lee
TRUE NORTH INJURY LAW
10808 S. River Front Parkway #302
South Jordan, Utah 84095
jake@truenorthinjurylaw.com
Utah Bar No. 14991

**COUNSEL FOR PLAINTIFF AND THE
PUTATIVE CLASS**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| *In re Instructure Data Breach Litigation* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**[proposed] ORDER GRANTING THE MOTION FOR PRO HAC VICE ADMISSION** |

Before the Court is Local Counsel, Jake J. Lee's Motion for Pro Hac Vice Admission of Leigh S. Montgomery on behalf of Plaintiff Ethan Cox. Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated this _____ day of _____, 2026.

_____
United States District Judge