Jake J. Lee
TRUE NORTH INJURY LAW
10808 S. River Front Parkway #302
South Jordan, Utah 84095
jake@truenorthinjurylaw.com
Utah Bar No. 14991

**COUNSEL FOR PLAINTIFF AND THE
PUTATIVE CLASS**

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| *In re Instructure Data Breach Litigation* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**MOTION FOR PRO HAC VICE ADMISSION** |

I, Jake J. Lee, hereby move for the pro hac vice admission of Leigh S. Montgomery ("Applicant") as counsel for Plaintiff Ethan Cox, and I consent to serve as local counsel. I am an active member in good standing of the Bar of this Court.

This application and the proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and correct.

DATED: 7/22/2026                    Respectfully submitted,

                                       */s/ Jake J. Lee*
                                       Jake J. Lee
                                       **TRUE NORTH INJURY LAW**
                                       10808 S. River Front Parkway #302
                                       South Jordan, Utah 84095
                                       jake@truenorthinjurylaw.com
                                       Utah Bar No. 14991