Jason R. Hull [11202]
MARSHALL OLSON & HULL, PC
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Tel: (801) 456-7655
jhull@mohtrial.com
ahoidal@mohtrial.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *IN RE: INSTRUCTURE DATA BREACH LITIGATION* | Case No. 2:26-cv-00374-RJS-CMR <br><br> **MOTION FOR PRO HAC VICE ADMISSION OF GRAYSON WELLS** <br><br> District Judge: Robert J. Shelby <br><br> Chief Magistrate Judge: Cecilia M. Romero |

I, Jason R. Hull, in accordance with Local Rule of Civil Procedure 83-1.1(c)(2), hereby move for the pro hac vice admission of Grayson Wells as counsel for Plaintiffs Crystal Hall and Brandi Nelson. I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 22nd day of July, 2026

*/s/ Jason R. Hull*
Jason R. Hull [11202]
**MARSHALL OLSON & HULL, PC**
Newhouse Building
Ten Exchange Place, Suite 350

1

Salt Lake City, Utah 84111
Tel: (801) 456-7655
jhull@mohtrial.com
ahoidal@mohtrial.com

*Attorneys for Plaintiff Jessica Christensen*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on July 22, 2026, he electronically filed the foregoing motion and corresponding documents with the Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ Jason R. Hull
Jason R. Hull [11202]