

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jason R. Hull |
| Firm: | Mashall Olson & Hull, PC |
| Address: | Ten Exchange Place, Suite 350 |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 456-7655 |
| Email: | jhull@mohtrial.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Grayson Wells |
| Firm: | Stranch, Jennings & Garvey, PLLC |
| Address: | 223 Rosa L. Parks Avenue, Suite 200 |
| | Nashville, TN 37203 |
| Telephone: | (615) 254-8801 |
| Email: | Gwells@stranchlaw.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State Bar of Missouri | 73068 | 9/16/2020 |
| Tennessee Supreme Court | 039658 | 1/14/2022 |
| U.S.D.C. for the Western District of Tennessee | None Assigned | 9/27/2022 |
| U.S.D.C. for the Eastern District of Tennessee | None Assigned | 10/11/2023 |
| U.S.D.C. for the Middle District of Tennessee | None Assigned | 10/17/2022 |
| U.S.D.C. for the Eastern District of Missouri | None Assigned | 3/28/2023 |
| U.S.D.C. for the Western District of Missouri | None Assigned | 1/23/2026 |
| U.S.D.C. for the Eastern District of Wisconsin | None Assigned | 9/5/2024 |
| U.S.D.C. for the Western District of Wisconsin | None Assigned | 5/8/2025 |
| U.S.D.C. for the Central District of Illinois | None Assigned | 8/18/2025 |

1

| U.S.D.C. for the District of Colorado | None Assigned | 5/8/2025 |
|---|---|---|
| 6th District Court of Appeals | None Assigned | 9/21/2023 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?      ☐ Yes      ☒ No

If yes, please explain:

|  |
|---|
|  |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| *In Re CCI Financial Data Litigation* | 2:25-cv-00468 | 3/11/2026 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|---|
|  |

| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
|---|---|---|
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to e-file to receive electronic notification of case

activity. Please visit the court's Attorney Admissions webpage for instructions.


 /s/ Grayson Wells                                    July/22/2026
Signature                                            Date