Jason R. Hull [11202]
MARSHALL OLSON & HULL, PC
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Tel: (801) 456-7655
jhull@mohtrial.com
ahoidal@mohtrial.com

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *IN RE: INSTRUCTURE DATA BREACH LITIGATION* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**ORDER ON MOTION FOR PRO HAC VICE ADMISSION OF GRAYSON WELLS**<br><br>District Judge: Robert J. Shelby<br>Chief Magistrate Judge: Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Grayson

Wells.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is Granted.


DATED this __ day of _____, 2026



**BY THE COURT:**


_____
HON. CECELIA M. ROMERO
MAGISTRATE JUDGE OF THE
USDC DISTRICT OF UTAH

1