IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | **CASE MANAGEMENT ORDER NO. 1 and ORDER IMPOSING STAY OF DISCOVERY**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

On July 22, 2026, the court held an Initial Case Management Conference.[1]  Having considered the parties' positions on scheduling and other pretrial matters, the court ORDERS as follows:

### I.  Discovery Is Stayed

The court STAYS DISCOVERY until the court resolves Defendant Instructure Inc.'s forthcoming motion to stay discovery.  If Instructure does not file such a motion, the stay is automatically lifted 46 days after the Consolidated Class Action Complaint is filed.

### II.  Notice of Parallel State Court Proceedings

The court ORDERS Instructure to file a notice within 14 days of service if they are served in any parallel state court action.

### III.  Scheduling Order

The court sets the following initial schedule.  Deadlines are at 11:59 P.M. on the date indicated.  Stipulated motions for extension must articulate reasonable necessity.  Unilateral motions for extension must make a strong showing of necessity and demonstrate prejudice if relief from the schedule is not granted.

---

[1] Dkt. 122, *Minute Entry*.

| Event | Deadline |
|---|---|
| Plaintiffs' counsel shall file status report addressing whether Plaintiffs have reached a consensus on (1) the structure of Track 1 leadership, and (2) the specific appointment of lawyers who will serve as Track 1 leadership counsel. If consensus is not reached on specific appointment, the report must also address whether there is consensus on the approach the court should take in selecting leadership counsel | August 5, 2026 |
| Counsel Jessica A. Wilkes shall file status report addressing whether Plaintiffs have reached a consensus on the need for Track 3 and if so whether a leadership structure is likely to increase efficiency | August 5, 2026 |
| Filing of a single Consolidated Class Action Complaint | 45 days after order appointing leadership counsel |
| Filing of a consolidated Motion to Proceed Under Pseudonyms | 45 days after order appointing leadership counsel |
| Filing of a Motion to Dismiss | 30 days after the filing of the Consolidated Complaint |
| Filing of a consolidated Opposition to Motion to Dismiss | 45 days after the filing of the Motion |
| Filing of a Reply in support of Motion to Dismiss, if any | 30 days after the filing of the Opposition |
| Defendants file a Motion to Stay Discovery pending the resolution of the Motion to Dismiss | 45 days after the filing of the Consolidated Complaint |
| Filing of a consolidated Opposition to Motion to Stay Discovery | 45 days after the filing of the Motion to Stay |
| Filing of a Reply in support of Motion to Stay Discovery, if any | 21 days after the filing of the Opposition |
| In-person Hearing on Motion to Dismiss | Thursday, March 4, 2027, at 1:30 PM |

## IV.    Supplemental Orders

As necessary, the court shall issue additional Case Management Orders to govern the administration of this action. These Orders shall supplement this Order, unless otherwise stated.

SO ORDERED this 23rd day of July, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge