

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

Local Counsel:      Jason L. Lichtman
Firm:               Lieff Cabraser Heimann & Bernstein, LLP
Address:            250 Hudson Street, 8th Floor
                    New York, NY 10013

Telephone:          (212) 355-9500
Email:              jlichtman@lchb.com

Pro Hac Vice Applicant:   Andi M. Hammack
Firm:                     Stueve Siegel Hanson LLP
Address:                  460 Nichols Road, Suite 200
                          Kansas City, MO 64112

Telephone:                (816) 714-7144
Email:                    hammack@stuevesiegel.com

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Kansas | 28589 | 10/1/2020 |
| District of Kansas | 28589 | 10/17/2025 |
| Missouri | 78697 | 4/29/2026 |
| Western District of Missouri | KS-001332 | 10/24/2025 |
| U.S. Court of Federal Claims | | 10/4/2021 |
| United States Supreme Court | | 2/28/2024 |

1

| Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|  |

| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____          __7/14/2026_____
Signature                                Date