## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| *In re Instructure Data Breach Litigation* | **MOTION FOR *PRO HAC VICE* ADMISSION**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

I move for the *pro hac vice* admission of Norman E. Siegel as counsel for Plaintiff Moore Public Schools, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 23rd day of July, 2026

/s/ Jason L. Lichtman
Jason L. Lichtman
Lieff Cabraser Heimann &
Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
jlichtman@lchb.com
*Attorney for Plaintiff*

3549510.1

## <u>CERTIFICATE OF SERVICE</u>

I, Jason L. Lichtman, an attorney, hereby certify that this **Motion for *Pro Hac Vice***

**Admission** was electronically filed on July 23, 2026, and will be served electronically via the

Court's ECF Notice system upon the registered parties of record.

Dated:  July 23, 2026                                   */s/ Jason L. Lichtman*
                                                                Jason L. Lichtman

3549510.1