

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

Local Counsel: Jason L. Lichtman
Firm: Lieff Cabraser Heimann & Bernstein, LLP
Address: 250 Hudson Street, 8th Floor
New York, NY 10013

Telephone: (212) 355-9500
Email: jlichtman@lchb.com

Pro Hac Vice Applicant: Norman E. Siegel
Firm: Stueve Siegel Hanson LLP
Address: 460 Nichols Road, Suite 200
Kansas City, Missouri 64112

Telephone: (816) 714-7100
Email: siegel@stuevesiegel.com

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Missouri | 44378 | 10/01/1993 |
| USDC, Eastern District of Missouri | 44378MO | 06/11/2024 |
| USDC, District of Kansas | 70354 | 07/31/1998 |
| USDC, Eastern District of Michigan | | 10/24/2022 |
| 1st Circuit Court of Appeals | 1180672 | 08/10/2017 |
| 2nd Circuit Court of Appeals | | 11/16/2010 |
| 3rd Circuit Court of Appeals | | 06/02/2015 |
| 4th Circuit Court of Appeals | | 04/19/2016 |

1

| | | |
|---|---|---|
| 5th Circuit Court of Appeals | | 10/26/2020 |
| 7th Circuit Court of Appeals | | 10/23/2009 |
| 8th Circuit Court of Appeals | | 11/17/1993 |
| 9th Circuit Court of Appeals | | 08/10/2017 |
| 10th Circuit Court of Appeals | | 11/02/2000 |
| 11th Circuit Court of Appeals | | 10/12/2004 |
| United States Supreme Court | | 12/06/2010 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |

2

| | | |
|---|---|---|
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____        \_\_7/14/2026_____
Signature                                                      Date