**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| *In re Instructure Data Breach Litigation* | **[PROPOSED] ORDER ON MOTION FOR *PRO HAC VICE* ADMISSION** |
| | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| | Chief Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for *Pro Hac Vice* Admission of Norman E. Siegel.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 2026

**BY THE COURT:**

_____
ROBERT S. SHELBY
United States District Judge

3549510.1