**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION<br><br>*This Document Relates to Track 2* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**[PROPOSED] ORDER APPOINTING LEADERSHIP STRUCTURE**<br><br>District Judge: Robert J. Shelby |

This matter having come before the Court on the submission of case management proposals by counsel for plaintiffs and defendants; and the Court having conducted an initial case management conference on Wednesday, July 22, 2026 in Courtroom 3.100, United States District Court for the District of Utah, 351 South West Temple Street, Salt Lake City, Utah 84101; and having heard the positions of counsel the Court makes the following findings and orders as follows:

## I.    Creation of the School Track

The Court having heard from all parties concerning the creation of separate litigation tracks to efficiently manage this litigation, the Court concludes that in light of the district issues surrounding the school cases (including separate classes and claims), the creation of an educational or school track, with independent counsel under Rule 23(g) of the Federal Rules of Civil Procedure, is appropriate ("School Track").

## II.    The School Track Leadership

1.    **Lead Counsel.** James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C. shall serve as Lead Counsel for the School Track.

2.    Plaintiffs' School Lead Counsel shall discharge, without limitation, the following duties for the School Action:

a.    Determine and present to the Court and opposing parties the position of all matters arising during pretrial proceeding;

b.    Coordinate the initiation and conduct of discovery consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this court;

c.    Coordinate with members of their separate Plaintiffs' Executive Committee ("PEC") for the in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiffs' document depository;

d.    Coordinate settlement discussions or other dispute resolution efforts on behalf of the Plaintiffs, under the Court's supervision;

e.    Coordinate with counsel assigned to leadership and steering committee positions in the School Action for purposes of conducting discovery and other matters in furtherance of the effective, efficient, and economical coordination of this litigation;

f.    Delegate specific tasks to other counsel in the matter to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided;

g.    Consult with and employ consultants or experts, as necessary;

2

h.      Enter into stipulations with opposing counsel necessary for the conduct of the litigation;

i.      Encourage full cooperation and efficiency among all Plaintiffs' counsel;

j.      Prepare and distribute periodic status reports to the parties;

k.      Maintain adequate time and disbursement records covering service of designated counsel and establishing guidelines, for approval by the Court, as to the keeping of time records and expenses;

l.      Determine reasonable compensation for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

m.      Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

n.      Present all matters of common concern to Plaintiffs;

o.      Perform such other duties as may be incidental to proper coordination with the PEC's pretrial activities or as authorized by further order of the Court; and

p.      Submit, if appropriate, additional committees and counsel for designation by the Court.

III.    **Plaintiffs' Executive Committee**. The duties for members of the PEC include the coordination and oversight of pretrial activities. The PEC shall also manage and coordinate (under the direction of Lead Counsel) all pretrial proceedings on behalf of the Plaintiffs, including and without limitation, discovery, motion practice, and hearings, ensuring consistency and efficiency

across all cases. Subject to further orders of the Court, the PEC Members for the School Action are identified as follows:

Casondra Turner
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: (771) 772-3086
cturner@milberg.com

Jason L. Lichtman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com

Tyler S. Graden
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
tgraden@ktmc.com

Norman E. Siegel
STUEVE SIEGEL HANSON, LLP
460 Nichols Rd., Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7112
siegel@stuevesiegel.com

William Shinoff
FRANTZ LAW GROUP, LLC
402 West Broadway, Suite 860
San Diego, CA 92101
Telephone: (619) 233-5945
wshinoff@frantzlawgroup.com

Kristen Lake Cardoso
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

**IV.    Liaison Counsel.** Charles H. Thronson of Parsons Behle & Latimar, 201 S. Main, Suite 1800, Salt Lake City, Utah 84111, Telephone: (801) 532-1234, cthronson@parsonsbehle.com, is appointed as Liaison Counsel for the School Action. Liaison Counsel will be charged with administrative matters. Notwithstanding the appointment of Liaison Counsel, each counsel shall have the right to participate in all proceedings before the court as fully as such counsel deems necessary. Liaison Counsel shall not have the right to bind any party as to any matter without the consent of counsel for that party, except Liaison Counsel's own clients. Further, Liaison Counsel

shall remain free to represent the interests and positions of their clients free of any claim (including without limitation any claim of conflict) arising from service as Liaison Counsel. Liaison Counsel will be expected to:

    a.    Act as the primary contact between the court and Plaintiffs' counsel;

    b.    Maintain an up-to-date, comprehensive Service List of Plaintiffs and promptly advise the court and defense counsel of changes to Plaintiffs' Service List;

    c.    Receive and distribute to Plaintiffs' counsel, as appropriate, orders, notices, and correspondence from the Court, to the extent such documents are not electronically filed;

    d.    Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings, correspondence, and other documents from defense counsel that are not electronically filed;

    e.    Establish and maintain a document depository;

    f.    Maintain and make available to co-counsel at reasonable hours a complete file of all documents served by or upon each party;

    g.    Assist Lead Counsel and the PEC in resolving scheduling conflicts among the parties and coordinating activities, discovery, meetings, and hearings;

    h.    Maintain a file-endorsed copy of this Order, and serve the same on the parties and/or their attorneys in any actions later instituted in, removed to, or transferred to, these proceedings;

i.      Maintain records of receipts and disbursements advanced by members of the PEC and received by the PEC, and report in writing to the PEC concerning disbursements and receipts;

j.      Act as the treasurer for any common benefit assessments and expenses; and

k.      Perform such other functions necessary to effectuate these responsibilities or as may be expressly authorized by further orders from the court.

**V.    Court Correspondence**. All communications from Plaintiffs on the School Track, or on behalf of the putative Class, with the Court should be through Lead Counsel appointed for the School Track or Liaison Counsel. Lead Counsel may direct file in this Court so long as Lead Counsel adheres to each of this Court's Rules. If circumstances require direct correspondence with the Court by non-appointed individual counsel, copies of any said communications shall simultaneously be served upon Lead Counsel or Liaison Counsel.

**IT IS SO ORDERED.**

Dated: _____           _____
                                             HON. ROBERT J. SHELBY, U.S.D.J.