# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER GRANTING MOTIONS FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court are four (4) Motions for Pro Hac Vice Admission (the Motions) (ECF 120, 124, 126, and 127) filed by each applicant's respective Local Counsel. Local Counsel seeks Pro Hac Vice Admission for Leigh Skye Montgomery (ECF 120), Grayson Wells (ECF 124), Andi M. Hammack (ECF 126), and Norman E. Siegel (ECF 127). Based on the Motions and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

DATED this 23 July 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah