**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-374 <br><br> **PLAINTIFFS' STATUS REPORT** <br><br> District Judge: Robert J. Shelby <br><br> Chief Magistrate Judge: Cecilia M. Romero |

Plaintiffs respectfully submit this Status Report in response to the Court's Case Management Order No. 1, entered on July 23, 2026 ("CMO No. 1"). ECF No. 125.

In CMO No. 1, the Court ordered Plaintiffs' Counsel to file a status report addressing whether they have reached a consensus on (1) the structure of Track 1 leadership and (2) the specific appointment of lawyers who will serve as Track 1 leadership counsel. It further ordered that, if consensus could not be reached, the report also address whether there is consensus on the approach the Court should take in selecting leadership counsel.

On July 29, 2026, counsel for Track 1 Plaintiffs ("Plaintiffs' Counsel") met and conferred via Zoom to discuss the structure and appointment of leadership. The call was civil and productive, but Plaintiffs' Counsel were unable to reach consensus on a leadership structure or the appointment of specific attorneys to particular roles. Plaintiffs' Counsel agreed that their respective applications would address their proposed leadership structure, including whether to appoint Liaison Counsel, Lead or Co-Lead Counsel, and an Executive Committee.

Accordingly, Plaintiffs' Counsel have reached consensus on the following proposed approach: they would file applications for appointment on or before August 14, 2026. Each

application would identify the specific position(s) each attorney or team of attorneys is seeking (Liaison Counsel, Lead or Co-Lead Counsel, or Executive Committee member) and be limited to 5 pages for individual applications and 15 pages for applications submitted as a slate, not including firm resumes. Plaintiffs' Counsel have agreed to waive any response or reply briefs.[1]

Consistent with Rule 23(g), each application should address "(i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class," as well as "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ P. 23(g)(1).

Following submission of the applications, Plaintiffs' Counsel are available to participate in any further hearing or process the Court deems appropriate.

Dated: August 5, 2026                        Respectfully submitted,

                                            /s/ Amber L. Schubert

                                            Amber L. Schubert (*pro hac vice*)
                                            **SCHUBERT JONCKHEER**
                                            **& KOLBE LLP**
                                            2001 Union St Ste 200
                                            San Francisco, CA 94102
                                            Tel: 415.788.4220
                                            aschubert@sjk.law

                                            *On behalf of Plaintiffs Listed in Appendix A*

---

[1] To the extent the Court agrees that a third track comprising teachers who participated in the Free-for-Teacher program is necessary, Plaintiffs' Counsel propose that any applications for appointment to Track 3 follow the same process and deadlines. Counsel for Track 3 will address the need for and any consensus regarding this track in a separate status report filed contemporaneously with this report.

# APPENDIX A

| Title | Counsel |
|---|---|
| *Peterman v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Kristen Lake Cardoso<br>**KOPELOWITZ OSTROW, P.A.**<br>One W Las Olas Blvd, Suite 500<br>Fort Lauderdale, FL 33301<br>Tel: 954.525.4100<br>ostrow@kolawyers.com<br><br>Gary M. Klinger<br>**MILBERG, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: 866.252.0878<br>gklinger@milberg.com<br><br>James E. Cecchi<br>**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: 973.994.1700<br>jcecchi@carellabyrne.com |
| *Sarkis v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Beena M. McDonald<br>**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>One Haverford Centre<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>Tel: 610.642.8500<br>bmm@chimicles.com |

| | |
|---|---|
| | James J. Rosemergy<br>**CAREY & DANIS, LLC**<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>Tel: 314.725.7700<br>jrosemergy@careydanis.com |
| *Islas v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br> jhull@mohtrial.com<br><br>Maureen M. Brady<br>**MCSHANE & BRADY, LLC**<br>4006 Central Street<br>Kansas City, MO 64111<br>Tel: 816.888.8010<br>mbrady@mcshanebradylaw.com |
| *Singh v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Leanna A. Loginov<br>**SHAMIS & GENTILE, P.A.**<br>14 NE 1st Ave, Suite 705<br>Miami, FL 33132<br>Tel: 305.479.2299<br>lloginov@shamisgentile.com |
| *Steinhoff v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Scott J. Falgoust<br>**BRYSON, HARRIS, SUCIU & DEMAY, PLLC**<br>5301 Canal Boulevard<br>New Orleans, LA 70124<br>sfalgoust@brysonpllc.com |

| | |
|---|---|
| *Escoto v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Kevin Laukaitis<br>**LAUKAITIS LAW LLC**<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Tel: 215.789.4462<br>klaukaitis@laukaitislaw.com |
| *Hinds v. KKR & Co. Inc., et al.* | Blake Hunter Yagman<br>**YAGMAN PLLC**<br>118-35 Queens Boulevard<br>Suite 444<br>Forest Hills, NY 11375<br>Tel: (929) 709-1493<br>blake.yagman@yagmanpllc.com |
| *Hall v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Darrius D. Dixon<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: 615.254.8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>ddixon@stranchlaw.com |

| | |
|---|---|
| *Brown v. Instructure, Inc.* | Jason L. Lichtman<br>Michael J. Miarmi<br>John D. Maher<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: 212.355.9500<br>jlichtman@lchb.com<br>mmiarmi@lchb.com<br>jmaher@lchb.com<br><br>Steven M. Nathan<br>**HAUSFELD LLP**<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel: 646.357.1100<br>snathan@hausfeld.com<br><br>James J. Pizzirusso<br>Kira Hessekiel<br>Carlynne Wagner<br>**HAUSFELD LLP**<br>1200 17th Street, N.W., Suite 600<br>Washington, D.C. 20036<br>Tel: 202.540.7200<br>jpizzirusso@hausfeld.com<br>khessekiel@hausfeld.com<br>cwagner@hausfeld.com |
| *Jane Doe v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Nicholas Andrew Hall<br>**HALL ATTORNEYS, P.C.**<br>P.O. Box 1370<br>Edna, TX 77957<br>Tel: 713.428.8967<br>nhall@hallattorneys.com |

| *Sabre et al. v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Nickolas J. Hagman<br>**CAFFERTY CLOBES**<br>**MERIWETHER & SPRENGEL LLP**<br>135 S. Lasalle, Suite 3210<br>Chicago, IL 60603<br>Tel: 312.782.4880<br>nhagman@caffertyclobes.com |
|---|---|

| *Monville v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Mark S. Reich<br>Tyler A. Litke<br>Melissa G. Meyer<br>**LEVI & KORSINSKY, LLP**<br>33 Whitehall Street, 27th Floor<br>New York, NY 10004<br>Tel: (212) 363-7500<br>mreich@zlk.com<br>tlitke@zlk.com<br>mmeyer@zlk.com |
|---|---|
| *Verbish v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Kennedy M. Brian<br>**SIRI & GLIMSTAD LLP**<br>101 Park Avenue<br>Suite 1300, # 16982799<br>Oklahoma City, OK 73102<br>Tel: (212) 532-1091<br>kbrian@sirillp.com |

| | |
|---|---|
| *Coelho v. Instructure, Inc.* | Beau Burbidge<br>**BURBIDGE \| MITCHELL**<br>215 South State Street, Suite 920<br>Salt Lake City, UT 84111<br>Tel: 801.355.6677<br>beau@burbidgemitchell.com<br><br>Israel David<br>Adam M. Harris<br>**ISRAEL DAVID LLC**<br>60 Broad Street, Suite 2900<br>New York, NY 10004<br>Tel: 212.350.8850<br>israel.david@davidllc.com<br>adam.harris@davidllc.com<br><br>Mark A. Cianci<br>**ISRAEL DAVID LLC**<br>399 Boylston Street, Floor 6, Suite 23<br>Boston, MA 02116<br>Tel: 617.295.7771<br>mark.cianci@davidllc.com |
| *Nelson v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>Ten Exchange Place, Suite 350<br>Salt Lake City, UT 84111<br>jhull@mohtrial.com<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>Darrius D. Dixon<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>ddixon@stranchlaw.com |
| *Clarkson, et al. v. Instructure, Inc.* | Ryan J. McGee<br>John A. Yanchunis<br>Riya Sharma<br>John A. Wirthlin<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel: 813.223.5505<br>rmcgee@forthepeople.com<br>jyanchunis@forthepeople.com<br>rsharma@forthepeople.com<br>john.wirthlin@forthepeople.com |

| | |
|---|---|
| *John Doe v. Instructure, Inc.* | Jacob Gunter<br>**HOWARD LEWIS & PETERSEN, PC**<br>120 East, 300 North<br>Provo, UT 84606<br>Tel: 801.373.6345<br>Jacob@provolawyers.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Hernandez Silva, et al. v. Instructure, Inc.* | Karra J. Porter<br>Nathan D. Alder<br>Kristen C. Kiburtz<br>Yuchen Cook<br>**CHRISTENSEN & JENSEN, P.C.**<br>257 East 200 South, Suite 1100<br>Salt Lake City, UT 84111<br>Tel: 801.323.5000<br>Karra.Porter@cjlaw.com<br>Nathan.Alder@cjlaw.com<br>Kristen.Kiburtz@cjlaw.com<br>Yuchen.Cook@cjlaw.com<br><br>Lori G. Feldman<br>Justin Alvarez-Herman<br>Tiffany Wong<br>**HECHT PARTNERS LLP**<br>**125 Park Avenue, 25th Floor**<br>**New York, NY 10017**<br>Tel: 212.851.6821<br>lfeldman@hechtpartners.com<br>jalvarezherman@hechtpartners.com<br>twong@hechtpartners.com |

| | |
|---|---|
| *Hamersley v. Instructure, Inc., et al.* | Rachel Sykes<br>**PEARSON BUTLER**<br>1802 S. Jordan Parkway, Suite 200<br>South Jordan, UT 84095<br>Tel: 801.495.4104<br>rachel@pearsonbutler.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>**AYLSTOCK WITKIN**<br>**KREIS & OVERHOLTZ PLC**<br>18 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Tel: 850.202.1010<br>jmartin@awkolaw.com<br>fburne@awkolaw.com |
| *Hornthal v. Instructure, Inc.* | James E. Magleby<br>Jennifer Fraser Parrish<br>**MAGLEBY CATAXINOS, PC**<br>141 West Pierpont Avenue<br>Salt Lake City, UT 84101<br>Tel: 801.359.9000<br>magleby@mcpc.law<br>parrish@mcpc.law<br><br>Ben Barnow<br>Riley W. Prince<br>**BARNOW AND ASSOCIATES, P.C.**<br>205 West Randolph Street, Ste. 1630<br>Chicago, IL 60606<br>Tel: 312.621.2000<br>b.barnow@barnowlaw.com<br>rprince@barnowlaw.com<br><br>Russell B. Cate<br>**RILEYCATE, LLC**<br>11 Municipal Drive, Suite 320<br>Fishers, IN 46038<br>Tel: 317.588.2866<br>rcate@rileycate.com |

| | |
|---|---|
| *Schneider v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>Gary F. Lynch<br>Michael H. Sampson<br>Nicholas A. Colella<br>**LYNCH CARPENTER LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>gary@lcllp.com<br>mike@lcllp.com<br>nickc@lcllp.com |
| *Khorami v.*<br> *Instructure Holdings, Inc.* | Kim D. Stephens<br>Cecily C. Jordan<br>Arshia Nilchian<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 5th Ave., Suite 1700<br>Seattle, WA 98101<br>Tel: 206.682.5600<br>kstephens@tousley.com<br>cjordan@tousley.com<br>anilchian@tousley.com<br><br>Jason L. Lichtman<br>Michael J. Miarmi<br>John D. Maher<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: 212.355.9500<br>jlichtman@lchb.com<br>mmiarmi@lchb.com<br>jmaher@lchb.com |

11

| | |
|---|---|
| *Moran v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>**Ten Exchange Place, Suite 350**<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Amber L. Schubert<br>**SCHUBERT JONCKHEER & KOLBE LLP**<br>2001 Union Street, Suite 200<br>San Francisco, CA 94123<br>Tel: 415.788.4220<br>aschubert@sjk.law |
| *McFadden v. Instructure, Inc.* | William B. Federman<br>Jessica A. Wilkes<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Avenue<br>The Village, OK 73120<br>Tel: 405.235.1560<br>wbf@federmanlaw.com<br>jaw@federmanlaw.com<br><br>Charles H. Thronson<br>**PARSONS BEHLE & LATIMER**<br>201 S. Main, Suite 1800<br>Salt Lake City, UT 84111<br>Tel: 801.532.1234<br>cthronson@parsonsbehle.com |
| *Bonham v. Instructure, Inc.* | Jason L. Lichtman<br>Michael J. Miarmi<br>John D. Maher<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Tel: 212.355.9500<br>jlichtman@lchb.com<br>mmiarmi@lchb.com<br>jmaher@lchb.com<br><br>Thomas E. Loeser<br>Karin B. Swope<br>Ellen J. Wen<br>**COTCHETT, PITRE & McCARTHY LLP**<br>1809 7th Avenue, Suite 1610<br>Seattle, WA 98101<br>Tel: 206.802.1272<br>tloeser@cpmlegal.com<br>kswope@cpmlegal.com<br>ewen@cpmlegal.com |

| | |
|---|---|
| *Odom v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>James A. Francis<br>John Soumilas<br>Lauren KW Brennan<br>**FRANCIS MAILMAN SOUMILAS, P.C.**<br>1600 Market Street, Suite 3510<br>Philadelphia, PA 19103<br>Tel: (215) 735-8600<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com |
| *Becker v. Instructure, Inc.* | Jason R. Hull<br>**MARSHALL OLSON & HULL, PC**<br>**Ten Exchange Place, Suite 350**<br>Salt Lake City, UT 84111<br>Tel: 801.456.7655<br>jhull@mohtrial.com<br><br>Raina C. Borrelli<br>**STRAUSS BORRELLI PLLC**<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Tel: 872.263.1100<br>raina@straussborrelli.com |
| *Cox v. Instructure, Inc.* | Jake J. Lee<br>**TRUE NORTH INJURY LAW**<br>10808 S. River Front Parkway #302<br>South Jordan, UT 84095<br>Tel: 801.849.3664<br>jake@truenorthinjurylaw.com<br><br>Leigh S. Montgomery<br>**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**<br>4200 Montrose Blvd., Suite 200<br>Houston, TX 77006<br>Tel: 888.350.3931<br>lmontgomery@eksm.com |

| | |
|---|---|
| *Price v. Instructure, Inc.* | Brian C. Gudmundson<br>Michael J. Laird<br>Benjamin R. Cooper<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: 612.341.0400<br>brian.gudmundson@zimmreed.com<br>michael.laird@zimmreed.com<br>benjamin.cooper@zimmreed.com<br><br>Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com |
| *Zellers v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>MaryBeth V. Gibson<br>**GIBSON CONSUMER LAW GROUP, LLC**<br>4279 Roswell Road<br>Suite 208-108<br>Atlanta, GA 30342<br>Tel: 678.642.2503<br>marybeth@gibsonconsumerlawgroup.com |
| *Moore Public Schools v. Instructure Holdings, Inc. et al.* | Charles H. Thronson<br>**PARSONS BEHLE & LATIMER**<br>201 S. Main, Suite 1800<br>Salt Lake City, UT 84111<br>Tel: 801.532.1234<br>cthronson@parsonsbehle.com<br><br>James E. Cecchi<br>**CARELLA, BYRNE, CECCHI,<br>BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: 973.994.1700<br>jcecchi@carellabyrne.com |

| | |
|---|---|
| | Kristen Lake Cardoso<br>**KOPELOWITZ OSTROW, P.A.**<br>One W Las Olas Blvd, Suite 500<br>Fort Lauderdale, FL 33301<br>Tel: 954.525.4100<br>cardoso@kolawyers.com<br><br>Gary M. Klinger<br>**MILBERG, PLLC**<br>227 W Monroe St, Suite 2100<br>Chicago, IL 60606<br>Tel: 866.252.0878<br>gklinger@milberg.com<br><br>William Shinoff<br>**FRANTZ LAW GROUP, APLC**<br>402 W. Broadway<br>San Diego, CA 92101<br>Tel: 855.735.5945<br>wshinoff@frantzlawgroup.com<br><br>Tyler S. Graden<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>tgraden@ktmc.com |
| *Costa v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>Arthur M. Murray<br>Stephen B. Murray, Jr.<br>Ruston Pritchard<br>**MURRAY LAW FIRM**<br>701 Poydras Street, Suite 4250<br>New Orleans, LA 70139<br>Tel: 504.525.8100<br>amurray@murray-lawfirm.com<br>smurrayjr@murray-lawfirm.com<br>rpritchard@murray-lawfirm.com |

| | |
|---|---|
| *Hernandez v. Instructure, Inc.* | Brent O. Hatch<br>Adam M. Pace<br>**HATCH LAW GROUP, PC**<br>22 East 100 South, Suite 400<br>Salt Lake City, UT 84111<br>Tel: 801.869.1919<br>hatch@hatchpc.com<br>pace@hatchpc.com<br><br>E. Michelle Drake<br>**BERGER MONTAGUE PC**<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>Tel: 612.594.5933<br>emdrake@bergermontague.com |
| *Prudencio v. Instructure, Inc.* | Justin T. Toth<br>**RAY QUINNEY & NEBEKER, P.C.**<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111<br>Tel: 801.532.7840<br>jtoth@rqn.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br><br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Roach v. Instructure, Inc.* | Chad S. Pehrson<br>**KNH LLP**<br>50 W. Broadway, 9th Floor<br>Salt Lake City, UT 84401<br>Tel: 801.994.4646<br>cpehrson@knh.law<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |

| | |
|---|---|
| *Mikayelyan v. Instructure, Inc.* | Daniel L. Steele<br>**SUMSION STEELE CRANDALL**<br>2150 S 1300 East Suite 300<br>Salt Lake City, UT 84106<br>Tel: 801.426.6888<br>dan@sumsionsteele.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Pitts v. Instructure, Inc.* | Michael R. Reese<br>**REESE LLP**<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211<br>Tel: 917.596.3283<br>mreese@reesellp.com |
| *Brownlee v. Instructure Holdings, Inc.* | Sabita J. Soneji<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Tel: 510.254.6808<br>ssoneji@tzlegal.com |
| *Jacobs v. Instructure, Inc.* | Michael Nourmand<br>James A. De Sario<br>**THE NOURMAND LAW FIRM, APC**<br>8822 West Olympic Boulevard<br>Beverly Hills, CA 90211<br>Tel: (310) 553-3600<br>mnourmand@nourmandlawfirm.com<br>jdesario@nourmandlawfirm.com<br><br>April Hollingsworth<br>**HOLLINGSWORTH LAW OFFICE, LLC**<br>HC 63 Box 8715<br>Duchesne, Utah 84021<br>Telephone:  (801) 415-9909<br>april@aprilhollingsworthlaw.com |

| | |
|---|---|
| *Mockert v. Instructure, Inc.* | Daniel E. Gustafson<br>David A. Goodwin<br>Mary M. Nikolai<br>Adam J. Kolb<br>**GUSTAFSON GLUEK PLLC**<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>mnikolai@gustafsongluek.com<br>akolb@gustafsongluek.com |
| *Bless v. Instructure, Inc.* | Jonathan O. Hafen<br>**PARR BROWN GEE & LOVELESS**<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br>Tel: 801.532.7840<br>jhafen@parrbrown.com<br><br>Tina Wolfson<br>Jeff Westerman<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: 310.474.9111<br>twolfson@ahdootwolfson.com<br>jwesterman@ahdootwolfson.com |
| *Vallera v. Instructure, Inc.* | Charles H. Thronson<br>Parsons Behle & Latimer<br>201 South Main Street, Ste. 1800<br>Salt Lake City, Utah 84111<br>Tel: 801-532-1234<br>CThronson@parsonbehle.com<br><br>William B. Federman (pro hac vice forthcoming)<br>Jessica A. Wilkes (pro hac vice forthcoming)<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>The Village, OK 73120<br>Tel: (405) 235-1560<br>wbf@federmanlaw.com<br>jaw@federmanlaw.com<br><br>Nicholas Andrew Hall (pro hac vice forthcoming)<br>Hall Attorneys, PC<br>P.O. Box 1370<br>Edna, Texas 77957<br>Telephone: (713) 428-8967<br>nhall@hallattorneys.com |

| *Ivey v. Instructure Holdings, Inc.* | Justin T. Toth<br>RAY QUINNEY & NEBEKER, P.C.<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111<br>Tel: 801.532.7840<br>jtoth@rqn.com<br><br>L. Timothy Fisher (pro hac vice forthcoming)<br>Daniel S. Guerra (pro hac vice forthcoming)<br>Joshua B. Glatt (pro hac vice forthcoming)<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br>dguerra@bursor.com<br>jglatt@bursor.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed the foregoing Plaintiffs' Joint Initial Case Management Conference Report with the Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of record.

Dated: August 5, 2026

Respectfully submitted,

*/s/ Amber L. Schubert*
Amber L. Schubert