Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone:  (801) 877-8134
Facsimile:  (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
rothm@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| *In Re: Instructure Data Breach Litigation* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**DEFENDANT INSTRUCTURE'S CORPORATE DISCLOSURE STATEMENT**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Instructure, Inc. ("Instructure") hereby states that Instructure's sole owner is Instructure Holdings, LLC and Instructure Holdings, LLC's sole owner is Icon Parent I, Inc. Investment funds affiliated with KKR and Dragoneer indirectly own Icon Parent I, Inc.

Dated this 7th day of August, 2026

Respectfully submitted,

*/s/ Devin S. Anderson*

Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile:  (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
rothm@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026 I filed a true and correct copy of the foregoing **DEFENDANT INSTRUCTURE'S CORPORATE DISCLOSURE STATEMENT** via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

_/s/ Devin S. Anderson_
Devin S. Anderson