Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rothm@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| *In Re: Instructure Data Breach Litigation* | Case No. 2:26-cv-00374-RJS-CMR **DEFENDANT INSTRUCTURE'S NOTICE OF PARALLEL STATE COURT ACTION** District Judge Robert J. Shelby Chief Magistrate Judge Cecilia M. Romero |

2

Pursuant to the Court's Case Management Order No. 1 and Order Imposing Stay of Discovery, ECF No. 125 at 1, Defendant Instructure, Inc. ("Instructure") hereby gives notice of the filing of a parallel state court action.  On July 28, 2026, Instructure was served with a complaint in *Raymond Martinez v. Instructure, Inc.*, Case No. 26CU039185C, then pending in the Superior Court of California, County of San Diego.  The *Martinez* action asserts putative class claims arising from the same alleged cyber-attack at issue in this litigation.  On July 31, 2026, Instructure removed the *Martinez* action to the United States District Court for the Southern District of California, Case No. 3:26-cv-04419-DMS-MSB.  On August 6, 2026, the parties filed a joint motion to transfer the *Martinez* action to this Court pursuant to 28 U.S.C. § 1404(a).

Dated this 7th day of August, 2026          Respectfully submitted,


_/s/ Devin S. Anderson_

Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile:  (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (_Pro Hac Vice_)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
rothm@kirkland.com

Cristina M. Squiers (_pro hac vice_)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
cristina.squiers@kirkland.com


_Attorneys for Defendant Instructure, Inc._

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026 I filed a true and correct copy of the foregoing

**DEFENDANT INSTRUCTURE'S NOTICE OF PARALLEL STATE COURT ACTION** via

the Court's CM/ECF system, which automatically effectuated service on all parties of record in

this matter.


*/s/Devin S. Anderson*
Devin S. Anderson