IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | **CASE MANAGEMENT ORDER NO. 2**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

On August 5, 2026, Plaintiffs filed two status reports addressing the statuses of Track 1 and Track 3.[1]  Having considered the reports, the court ORDERS as follows:

### I.        Applications for Track 1 Leadership Counsel Are Due August 14, 2026.

The court is likely to appoint a leadership structure for Track 1 that is similar, if not identical, to the structure that Plaintiffs have agreed to for Track 2.

Any plaintiff attorneys interested in serving in a leadership role for Track 1 are instructed to file an individual application with support regarding the position sought by August 14, 2026. The court provides the following instructions and guidance:

1. Individual applications shall be limited to 5 double-spaced pages, 12-point font, and may be filed with firm resumes or other supporting materials not exceeding 10 additional pages.  Slate applications are not permitted.

2. Applications should be filed in *In re: Instructure Data Breach Litigation*, 2:26-cv-00374 and with a courtesy copy emailed to UTDecf_Shelby@utd.uscourts.gov. Applications should not include a proposed order.

---

[1] Dkt. 137, *Plaintiffs' Status Report* (addressing Track 1); Dkt. 138, *Plaintiff Farah L. Vallera's Status Report Regarding Track 3 and the Efficiency of a Separate Interim Leadership Structure* (addressing Track 3).

3. The court will not consider more than one application from the same law firm.

4. The court will consider the following factors in appointing leadership counsel: willingness and ability to commit to a time-consuming process, counsel's ability to work cooperatively, prior professional experience in litigation of this type, access to resources to advance the litigation in a timely manner, ability to meet the requirements of the case, and a composition of a leadership team that adequately reflects a diversity of legal talent and experiences, including gender, national origin, geography, years of practice, age, and other pertinent factors.

5. Each application should include the following:

   a. Identify the specific leadership role(s) sought.

   b. Explain instances where the applicant has served in similar capacities in other litigation.

   c. Describe the applicant's experience in managing or participating in complex litigation.

   d. Summarize the applicant's knowledge of the instant subject matter.

   e. Detail resources and infrastructure available to contribute to the litigation. At the applicant's discretion, this portion of the application may be redacted from the filing and an unredacted version emailed to UTDecf_Shelby@utd.uscourts.gov for in camera consideration.

6. Each application may include the following:

   a. Identify other attorneys with whom they have a professional relationship or have effectively collaborated in prior litigation. This may include explaining that experience and the leadership roles respectively held. This option is

provided in lieu of permitting slate applications.

b. Propose an efficient leadership structure and any case-specific issues that may inform the structure. The court cautions counsel that as the *Manual for Complex Litigation* recognizes, "[c]ommittees of counsel can sometimes lead to substantially increased costs, and they should try to avoid unnecessary duplication of efforts and control fees and expenses."[2]

c. Provide references from Judges and Special Masters who are familiar with their work in other MDLs.

## II.    Track 3 Leadership

The court has not independently assessed the necessity of Track 3 at this point. But to facilitate the filing of a Consolidated Complaint, the court will proceed on a preliminary basis by appointing Jessica A. Wilkes and Nicholas Andrew Hall as interim lead and liaison counsel for Track 3. By August 14, 2026, Jessica A. Wilkes and Nicholas Andrew Hall are directed to submit a proposal indicating who will serve in which position.

## III.    Order Appointing Counsel

After the court has selected leadership counsel for each track, the court will enter a single order appointing counsel for all three tracks.

SO ORDERED this 7th day of August, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[2] *Organizational Structures*, Ann. Manual Complex Lit. § 10.221 (4th ed.).