John A. Wirthlin (UT 14847)
Ryan J. McGee (*pro hac vice pending*)
John A. Yanchunis (*pro hac vice pending*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.223.5505
john.wirthlin@forthepeople.com
rmcgee@forthepeople.com
jyanchunis@forthepeople.com

*Attorneys for Plaintiffs Audlisha Clarkson,*
*Serena Delagarza, and Alexander Leslie*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN A. YANCHUNIS**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

I, John A. Wirthlin, move for the *pro hac vice* admission of John A. Yanchunis as counsel for Plaintiffs Audlisha Clarkson, Serena Delagarza, and Alexander Leslie. I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 12th day of August, 2026

/s/ John A. Wirthlin
John A. Wirthlin
Utah Bar No. 14847
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.223.5505
john.wirthlin@forthepeople.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 12, 2026, he electronically filed the foregoing motion and corresponding documents with the Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ John A. Wirthlin
John A. Wirthlin (14847)