

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | John A. Wirthlin |
| Firm: | Morgan and Morgan Complex Litigation Group |
| Address: | 201 N. Franklin Street, 7th Floor, Tampa, FL 33602 |
| | |
| Telephone: | 813-777-2570 |
| Email: | john.wirthlin@forthepeople.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | John A. Yanchunis |
| Firm: | Morgan and Morgan Complex Litigation Group |
| Address: | 201 N. Franklin Street, 7th Floor, Tampa, FL 33602 |
| | |
| Telephone: | 813-223-5505 |
| Email: | jyanchunis@forthepeople.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?     ☐ Yes     ☒ No

If yes, please explain:

| |
|---|
| |

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

May 11, 2026_____
Date

2

| Court of Admission | Bar No. | Date of Admission | Status |
|---|---|---|---|
| State of Florida | 324681 | 7/23/1981 | Active |
| State of Texas | 22121300 | 05/26/1980 | Active |
| Supreme Court for the United States of America | 233426 | 5/1/2000 | Active |
| United States Circuit Court Of Appeals, 2nd Circuit | NA | 3/4/2022 | Active |
| United States Circuit Court Of Appeals, 3rd Circuit | NA | 2/10/2020 | Active |
| United States Circuit Court Of Appeals, 4th Circuit | NA | 12/29/2022 | Active |
| United States Circuit Court Of Appeals, 5th Circuit | NA | 1/6/2011 | Active |
| United States Circuit Court Of Appeals, 9th Circuit | NA | 3/13/2003 | Active |
| United States District Court, District Of Colorado | 1878754 | 8/5/2010 | Active |
| United States District Court, Southern District Of Florida | NA | 4/9/2004 | Active |
| United States District Court, Northern District Of Florida | NA | 6/17/2019 | Active |
| United States District Court, Middle District Of Florida | NA | 12/3/1982 | Active |
| United States District Court, Central District Of Illinois | NA | 5/3/2018 | Active |
| United States District Court, Northern District Of Illinois | NA | 3/20/2007 | Active |
| United States District Court, Eastern District of Michigan | NA | 10/14/2008 | Active |
| United States District Court, Northern District Of Texas | NA | 04/25/2025 | Active |
| United States District Court, Northern District Of Texas | NA | 12/9/2004 | Active |
| United States District Court, Southern District Of Texas | NA | 10/6/1980 | Active |
| United States District Court, Western District Of Texas | NA | 1/20/2010 | Active |
| United States District Court, Eastern District of Wisconsin | NA | 11/03/2000 | Active |
| United States District Court, District of Nebraska | NA | 09/01/2022 | Actice |