John A. Wirthlin (UT 14847)
Ryan J. McGee (*pro hac vice pending*)
John A. Yanchunis (*pro hac vice pending*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.223.5505
john.wirthlin@forthepeople.com
rmcgee@forthepeople.com
jyanchunis@forthepeople.com

*Attorneys for Plaintiffs Audlisha Clarkson,*
*Serena Delagarza, and Alexander Leslie*

---

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **MOTION FOR *PRO HAC VICE* ADMISSION OF RYAN J. McGEE**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

I, John A. Wirthlin, move for the *pro hac vice* admission of Ryan J. McGee as counsel for Plaintiffs Audlisha Clarkson, Serena Delagarza, and Alexander Leslie. I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 12th day of August, 2026

/s/ John A. Wirthlin
John A. Wirthlin
Utah Bar No. 14847
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.223.5505
john.wirthlin@forthepeople.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on August 12, 2026, he electronically filed the foregoing motion and corresponding documents with the Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ John A. Wirthlin*
John A. Wirthlin (14847)
