

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

Local Counsel: John A. Wirthlin
Firm: Morgan and Morgan Complex Litigation Group
Address: 201 N. Franklin Street, 7th Floor, Tampa, FL 33602

Telephone: 813-777-2570
Email: john.wirthlin@forthepeople.com

Pro Hac Vice Applicant: Ryan J. McGee
Firm: Morgan and Morgan Complex Litigation Group
Address: 201 N. Franklin Street, 7th Floor, Tampa, FL 33602

Telephone: 813-223-5505
Email: rmcgee@forthepeople.com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Florida Bar | 64957 | 4/20/2009 |
| USDC Middle District of Florida | | 8/04/2014 |
| USDC Northern District of Florida | | 6/17/2019 |
| USDC Southern District of Florida | | 2/22/2019 |
| USDC District of Colorado | | 3/10/2020 |
| USDC Northern District of Illinois | | 4/28/2026 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?     ☐ Yes     ☒ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

May 11, 2026_____
Date

2