John A. Wirthlin (14847)
Ryan J. McGee (*pro hac vice pending*)
John A. Yanchunis (*pro hac vice pending*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.223.5505
john.wirthlin@forthepeople.com
rmcgee@forthepeople.com
jyanchunis@forthepeople.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER ON MOTION FOR *PRO HAC VICE* ADMISSION OF RYAN J. McGEE**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is the Motion for Pro Hac Vice Admission of Ryan J. McGee.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is Granted.

DATED this __ day of _____, 2026

**BY THE COURT:**

_____
HON. CECELIA M. ROMERO
MAGISTRATE JUDGE OF THE
USDC DISTRICT OF UTAH