# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER GRANTING MOTIONS FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court are two (2) Motions for Pro Hac Vice Admission (the Motions) (ECF Nos. 142 and 143) filed by each applicant's respective Local Counsel. Local Counsel seeks Pro Hac Vice Admission for John A. Yanchunis (ECF 142) and Ryan J. McGee (ECF 143). Based on the Motions and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

DATED this 13 August 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah