# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| *In Re: Instructure Data Breach Litigation* | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

I move for the *pro hac vice* admission of  Sabita J. Soneji as counsel for Gayle Brownlee, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 13th day of August, 2026.

/s/ *Jason L. Lichtman*
Jason L. Lichtman
Lieff Cabraser Heimann &
Bernstein, LLP 250 Hudson Street,
8th Floor New York, NY 10013
Telephone: 212.355.9500
jlichtman@lchb.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on August 13, 2026, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Jason L. Lichtman*
Jason L. Lichtman
