

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jason L. Lichtman |
| Firm: | Lieff Cabraser Heimann & Bernstein, LLP |
| Address: | 250 Hudson Street, 8th Floor |
| | New York, NY 10013 |
| Telephone: | (212) 355-9500 |
| Email: | jlichtman@lchb.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Sabita J. Soneji |
| Firm: | Tycko & Zavareei LLP |
| Address: | 1970 Broadway, Suite 1070 |
| | Oakland, California 94612 |
| Telephone: | (510) 254-6808 |
| Email: | ssoneji@tzlegal.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California State Bar | 224262 | 01/31/2003 |
| District of Columbia Bar | 974062 | 04/06/2009 |
| Northern District of California | 224262 | 08/08/2019 |
| Central District of California | 224262 | 02/04/2003 |
| U.S. Court of Appeals for the Ninth Circuit | 224262 | 09/01/2020 |
| Supreme Court of the United States | 316492 | 08/22/2022 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☑ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☑ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☑ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☑ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☑ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☑ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☑ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ Sabita J. Soneji*
_____
Signature

August 13, 2026
_____
Date

2