## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| *In Re: Instructure Data Breach Litigation* | **[PROPOSED] ORDER ON MOTION FOR** *PRO HAC VICE* **ADMISSION** |
| | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| | Chief Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Sabita J. Soneji.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.


DATED this _____ day of _____ , 2026


**BY THE COURT:**

_____
ROBERT J. SHELBY
United States District Judge