Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
jaw@federmanlaw.com

Nicholas Andrew Hall (admitted *pro hac vice*)
**Hall Attorneys, PC**
P.O. Box 1370
Edna, Texas 77957
Telephone: (713) 428-8967
nhall@hallattorneys.com

*Attorneys for Plaintiff and the Proposed Educator Track 3 Classes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-00374-RJS-CMR<br><br>**PROPOSAL FOR TRACK 3 INTERIM LEADERSHIP POSITIONS**<br><br>District Judge: Robert J. Shelby |

Pursuant to Case Management Order No. 2, ECF No. 141, Jessica A. Wilkes and Nicholas Andrew Hall jointly submit this proposal identifying the allocation of the two interim leadership positions for Track 3. This proposal is submitted jointly and by agreement.

1.      Nicholas Andrew Hall of Hall Attorneys, P.C. will serve as interim Lead Counsel for Track 3.

2.      Jessica A. Wilkes of Federman & Sherwood will serve as interim Liaison Counsel for Track 3.

Interim Lead Counsel will have primary responsibility for Track 3's substantive strategy, pleadings, motion practice, Track 3-specific discovery, class-certification work, expert

development, and settlement positions. Interim Liaison Counsel will assist Lead Counsel with the foregoing responsibilities and, in addition, will have primary responsibility for administrative coordination with the Court, defense counsel, and leadership for Tracks 1 and 2; filing and service matters; scheduling; and dissemination of Track 3 communications. Both counsel will consult on material Track 3 decisions and cooperate to avoid unnecessary duplication.

Mr. Hall and Ms. Wilkes jointly accept the respective appointments and will work cooperatively to prepare the Track 3 portions of the Consolidated Complaint, coordinate common matters with leadership for Tracks 1 and 2, and discharge the responsibilities described in Exhibit 1.

The undersigned understand that, after completing the Track 1 selection process, the Court intends to enter a single order appointing leadership counsel for all three tracks. To assist the Court in preparing that order, the undersigned attach as Exhibit 1 form of proposed order for possible incorporation into the Court's eventual consolidated leadership order. Exhibit 1 is not submitted for entry as a standalone order.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ Jessica A. Wilkes*
Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
The Village, OK 73120
Telephone: (405) 235-1560
jaw@federmanlaw.com

Proposed Liaison Counsel for Track 3

By: */s/ Nicholas Andrew Hall*
Nicholas Andrew Hall (admitted *pro hac vice*)
**HALL ATTORNEYS, P.C.**
P.O. Box 1370
Edna, Texas 77957
Telephone: (713) 428-8967
nhall@hallattorneys.com

Proposed Lead Counsel for Track 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

By: */s/ Jessica A. Wilkes*
Jessica A. Wilkes