Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
jaw@federmanlaw.com

Nicholas Andrew Hall (admitted *pro hac vice*)
**Hall Attorneys, PC**
P.O. Box 1370
Edna, Texas 77957
Telephone: (713) 428-8967
nhall@hallattorneys.com

*Attorneys for Plaintiff and the Proposed
Educator Track 3 Classes*

## UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-00374-RJS-CMR<br><br>**[PROPOSED] ORDER APPOINTING LEADERSHIP STRUCTURE FOR TRACK 3**<br><br>District Judge: Robert J. Shelby |

This matter having come before the Court on the submission of case management proposals by counsel for plaintiffs and defendants; and the Court having conducted an initial case management conference on Wednesday, July 22, 2026 in Courtroom 3.100, United States District Court for the District of Utah, 351 South West Temple Street, Salt Lake City, Utah 84101; Plaintiff Farah's Status Report (ECF No. 138), and having heard the positions of counsel the Court makes the following findings and orders as follows:

I.      **Creation of the Free-for-Teacher ("FFT") Track (*i.e.*, Track 3)**

Pursuant to the Court's August 7, 2026 Order, the Court has not independently assessed the necessity of Track 3 at this point. But to facilitate the filing of a Consolidated Complaint, the court will proceed on a preliminary basis by appointing Jessica A. Wilkes and Nicholas Andrew Hall as interim liaison and lead counsel, respectively, for Track 3.

II.     **Proposed FFT Track Leadership**

Nicholas Andrew Hall of Hall Attorneys, P.C. shall serve as interim Lead Counsel for Track 3 ("Lead Counsel") and Jessica A. Wilkes of Federman & Sherwood shall serve as interim Liaison Counsel for Track 3 ("Liaison Counsel") pursuant to the duties and responsibilities set forth below.

**<u>Lead Counsel:</u>** Nicholas Andrew Hall shall discharge, without limitation, the following duties for Track 3:

a.  Meet and confer with defense counsel concerning the Track 3 Plaintiffs position on all matters arising during pretrial proceeding;

b.  Coordinate the initiation and conduct of discovery consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this court;

c.  Fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiff's document depository;

d.  Coordinate settlement discussions or other dispute resolution efforts on behalf of Plaintiff, under the Court's supervision;

e.  Delegate specific tasks to other counsel in the matter, in coordination with Liaison Counsel, to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided while having the appropriate level of attorney work on each matter;

f.  Consult with and employ consultants or experts, as necessary;

g.  Enter into stipulations with opposing counsel necessary for the conduct of the litigation;

h.  Coordinate with Liaison Counsel to determine reasonable compensation for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

i.  Present all matters of common concern to Plaintiff or Track 3; and

j.  Perform such other duties as may be incidental to proper coordination pretrial activities or as authorized by further order of the Court.

**Liaison Counsel:** Jessica A. Wilkes shall discharge, without limitation, the following duties for Track 3:

a.  Present arguments to the Court and work with the Court's clerks and opposing counsel to efficiently coordinate hearings and pleading schedules;

b.  Act as the primary contact between the court and Plaintiffs' counsel;

c.  Assist Lead Counsel in the efficient, timely, and effective litigation of Track 3 claims, including drafting pleadings, participating in discovery, preparing drafts and other court filings, participating in all settlement discussions and potential resolution of Track 3 claims;

d.  Prepare and distribute periodic status reports to the parties;

e.   Fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiffs' document depository;

f.   Coordinate with Lead Counsel to delegate specific tasks to other counsel in the matter to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided;

g.   Consult with and employ consultants or experts, as necessary;

h.   Coordinate with Lead Counsel to determine reasonable compensation, if any, for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

i.   Maintain an up-to-date, comprehensive Service List of Plaintiffs and promptly advise the court and defense counsel of changes to Plaintiffs' Service List;

j.   Receive and distribute, as appropriate, orders, notices, and correspondence from the Court, to the extent such documents are not electronically filed;

k.   Receive and distribute, as appropriate, discovery, pleadings, correspondence, and other documents from defense counsel that are not electronically filed;

l.   Maintain a file-endorsed copy of this Order, and serve the same on the parties and/or their attorneys in any actions later instituted in, removed to, or transferred to, these proceedings;

m.  Maintain adequate time and disbursement records covering service of designated counsel and establishing guidelines, as to the keeping of time records and expenses;

n.   Act as the treasurer for any common benefit assessments and expenses; and

o.  Perform such other duties as may be incidental to proper coordination pretrial activities or as authorized by further order of the Court.

**III.    Court Correspondence**

All communications from Plaintiffs on the FFT Track 3, or on behalf of the putative Class, with the Court should be through Lead Counsel or Liaison Counsel for the FFT Track. Lead Counsel or Liaison Counsel may direct file in this Court so long as Lead Counsel adheres to each of this Court's Rules. If circumstances require direct correspondence with the Court by non-appointed individual counsel, copies of any said communications shall simultaneously be served upon Lead Counsel or Liaison Counsel.

**IT IS SO ORDERED.**

Dated: _____            _____
                                         HON. ROBERT J. SHELBY, U.S.D.J.