**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | Case No. 2:26-cv-374<br><br>**APPLICATION OF JAMES PIZZIRUSSO FOR TRACK 1 CO-LEAD**<br><br>District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Cecilia M. Romero |

James Pizzirusso, based in Washington, DC and supported by Hausfeld[1]—one of the leading (and largest) class action firms in the country with more than 170 lawyers in 12 offices in the United States and Europe—seeks appointment as an Interim Co-Lead Counsel for Track 1. He offers the greatest subject-matter knowledge, complex-litigation experience, and resources to help the Court move this case forward efficiently and in coordination with the other Tracks. Under Fed. R. Civ. Proc. 23(g)(2), "[i]f more than one adequate applicant seeks appointment, the court must appoint the applicant *best able* to represent the interests of the class." (Emphasis added). While there will likely be many capable applicants here, given his unique experience, skills, and resources, Mr. Pizzirusso is "*best able*" to assist the Court in leadership here for at least the following reasons:

- Mr. Pizzirusso is the ***only applicant who is also serving as a Co-Lead in the analogous PowerSchool Data Breach Litigation*** against Instructure's competitor, a proceeding with significant similarities to this case.[2]

- Mr. Pizzirusso has ***more than two decades of experience*** litigating large-scale data breach and consumer matters—including data breach cases involving tens of millions of affected individuals—and taking those cases through the merits, certification, appellate, and settlement stages.

- Mr. Pizzirusso brings ***substantial subject-matter knowledge***, including authorship of the leading LexisNexis treatise on data-breach litigation, that will allow him to help the Court and leadership counsel identify and efficiently address the recurring legal and factual issues presented in this case.

- Mr. Pizzirusso has received ***significant professional recognition in the privacy field*** with numerous awards and accolades.

- Mr. Pizzirusso is highly resourced and is ***supported by a dedicated data breach team*** of over 15 diverse and technologically savvy attorneys -- larger than entire firms seeking appointment here.

---

[1] Hausfeld previously served as Co-Lead Counsel before this Court resulting in $169 Million in settlements. *In re Boiler Chicken Grower Antitrust Litigation No. II*, 6:20-md-02977 (E.D. Ok.).

[2] Co-applicants Michelle Drake and Amber Schubert are on the Executive Committee in *PowerSchool*, and Mr. Pizzirusso has successfully worked with them in that matter.

**<u>Mr. Pizzirusso has the requisite knowledge and experience to lead this litigation.</u>**

As a founding partner of Hausfeld, member of the firm's Management Committee, and Chair of the firm's Data Breach practice group, Mr. Pizzirusso has achieved national renown and unmatched success over the past decades as one of the country's pre-eminent cybersecurity attorneys. Most recently, Mr. Pizzirusso was selected as a lead author and commentator in the first comprehensive treatise in this area, *Data Breach Litigation* (published by LexisNexis in early 2026) demonstrating his knowledge and familiarity with this subject matter.[3] In 2026, *Chambers and Partners* ranked Mr. Pizzirusso (for the sixth year in a row – the only plaintiffs' lawyer to receive that distinction) as a top lawyer in "Privacy and Data Security: Litigation." It described Mr. Pizzirusso as "a highly experienced litigator, noted for his successful track record acting for plaintiffs in high-stakes cybersecurity and privacy law class actions."[4] Hausfeld is also the only plaintiffs' firm in the country to be ranked in Band 2 (for the fifth year in a row) by *Chambers* in the category of Privacy & Data Security-Litigation, where they noted: "[Hausfeld] has a team of highly talented and hard working attorneys. Their work product is top shelf."[5] Hausfeld is the only plaintiffs' firm in the country ranked by *Legal500* in Cyber Law. *Legal500* also named Mr. Pizzirusso a Washington, DC Cybersecurity and Data Protection City Elite Attorney – the only plaintiff's lawyer to receive that distinction. *The National Law Journal* named Mr. Pizzirusso as one of its "2023 Class Action/Mass Tort Trailblazers" for his data breach work and in 2017, as a "Cybersecurity Trailblazer." In 2021, *Law360* named him a "Cybersecurity & Privacy MVP."

---

[3] https://store.lexisnexis.com/en-us/products/data-breach-litigation.html
[4] https://chambers.com/lawyer/james-pizzirusso-usa-5:25411758
[5] https://chambers.com/department/hausfeld-llp-privacy-data-security-litigation-usa-5:2933:12788:1:193727

Mr. Pizzirusso's awards and recognition in this field are paralleled by his litigation accomplishments. Given his extensive expertise in data breach, starting with the *In re: Target* data breach MDL in 2013, over 40 courts (including 14 MDL judges)[6] have appointed Mr. Pizzirusso personally to leadership positions in data breach and privacy class actions, and he has effectively directed and worked with hundreds of lawyers, including nearly every firm that has filed cases here. His data breach and privacy cases have resulted in more than $2.5 billion in recoveries for victims – far greater than any other applicant.

Hausfeld attorneys have been been involved in leadership in nearly every "mega breach" like this one involving more than 50 million victims. Courts have appointed Mr. Pizzirusso personally to leadership positions in at least 8 such mega breach cases:

| Case | Leadership role | Number of Victims | Status |
|---|---|---|---|
| Equifax | Plaintiffs' Steering Committee and Settlement Committee Member | ~148 Million | Settled for ~$1.5 Billion |
| Marriott | 1 of 3 Co-Lead Counsel | ~340 Million | Stayed for settlement discussions |
| MOVEit | Executive Committee, Chair of Law and Briefing | ~67 Million | Several settlements reached, in active litigation |
| T-Mobile | 1 of 3 Co-Lead Counsel | ~77 Million | Settled for $500 Million |
| Under Armour | Sole Lead Counsel | ~73 Million | Active Litigation |
| Snowflake | Plaintiffs' Executive Committee Member | ~100 Million | Several settlements reached, in active litigation |
| PowerSchool | 1 of 3 Co-Leads | ~73 Million | Active Litigation |
| Caesar | Executive Committee | ~65 Million | Active Litigation |

Of particular relevance, after considering dozens of applicants, Judge Benitez (Ret.) appointed Mr. Pizzirusso as one of three Co-Leads in one of the largest pending data breach MDLs: *In re PowerSchool Holdings, Inc. and PowerSchool Group Customer Sec. Breach Litig.*, 25-md-

---

[6] A full list of all of Mr. Pizzirusso's privacy-related leadership appointments is available in his Firm resume and biography at Exhibit 1. Mr. Pizzirusso addresses the Court's other questions in Exhibit 2.

3149-BEN-MSB (June 17, 2025) (Dkt. No. 221). The PowerSchool breach is similar to this one because both involved an educational technology vendor used widely across K-12 and higher education, both were tied to the extortion group ShinyHunters, and both exposed tens of millions of student and staff records to cybercriminals. In *PowerSchool*, Mr. Pizzirusso successfully argued against Defendants' Motion to Dismiss on Article III standing resulting in a groundbreaking decision. *See In Re: PowerSchool Holdings, Inc. and PowerSchool Group, LLC Customer Security Breach Litigation.*, No. 25-MD-03149-BEN-MSB, 2026 WL 772329 (S.D. Cal. Mar. 18, 2026), *reconsideration denied by* 2026 WL 1507833 (S.D. Cal. May 29, 2026). Judge Benitez has given Mr. Pizzirusso a personal reference, attached as Exhibit 3.

Mr. Pizzirusso is also the only applicant here who helped negotiate the two largest data breach settlements ever reached. Judge Thomas W. Thrash appointed Mr. Pizzirusso to the PSC and Settlement Committees in *In re Equifax, Inc. Customer Data Sec. Breach Litig.*, MDL No. 1:17-md-2800-TWT (N.D. Ga.), where he was instrumental in facilitating the largest ever data breach settlement: a $500 million cash settlement with $1 billion in upgraded data security. Judge Brian C. Wimes appointed Mr. Pizzirusso as Co-Lead Counsel in *In re T-Mobile Data Security Breach Litig.*, MDL No. 4:21-md-03019-BCW (W.D. Mo.), where he secured a settlement valued at $500 million for the 70 million victims of that data breach. Judge Paul Grimm (Ret.) appointed Mr. Pizzirusso as Co-Lead Counsel in *In re: Marriott International Inc., Customer Data Security Breach Litig.*, MDL No. 19-md-2879 (D. Md.), a breach impacting over 340 million customers. In *Marriott*, Mr. Pizzirusso became one of the few lawyers to litigate and certify a data breach case as a class action (his second). *See In re Marriott Int'l, Inc., Customer Data Sec. Breach Litig.*, 341 F.R.D. 128 (D. Md. 2022) (later overturned on class waiver issues unrelated to Rule 23 factors).

While other applicants may have handled small data breach cases, only a few have led cases involving the number of victims here, and none has successfully led the number that Mr. Pizzirusso has or achieved his level of recovery in those cases. While, like every applicant, Mr. Pizzirusso has other leadership positions, he has the capacity to take on this important case and, if appointed, will dedicate himself to seeing it through to its completion.

**<u>Hausfeld has the resources to lead this case.</u>**

Hausfeld has the means and ability to litigate this case on its own. Hausfeld is one of the largest plaintiffs' class action firms in the world with over 170 attorneys and 12 offices worldwide. The firm has recovered tens of billions of dollars for its clients (including over $2.5 billion in data breach and privacy settlements alone), is sufficiently capitalized, and has more resources, staff, and infrastructure to handle this complex litigation than nearly any other firm. Hausfeld will fully self-fund its share of expenses in this case without the assistance of outside or third-party funding. Given the size and scope of this case, as well as the significant defense firms on the other side, a large, well-capitalized law firm like Hausfeld is essential to help lead it.

Hausfeld also has a dedicated and diverse Data Breach practice group with over 15 members across the United States and Europe, including several Partner, Associates, Counsel, and Staff Attorneys who will assist here as necessary. The firm has a Technology Team including members with backgrounds in coding, information security, and source code review. The firm has also worked closely with the top experts in the data breach field including in forensics, cybersecurity assessments, liability, and damages.

If appointed, Mr. Pizzirusso and his team will commit the personnel, time, and resources necessary to advance Track 1 promptly, coordinate with counsel in other Tracks, and serve the interests of the putative class.

Dated: August 14, 2026

/s/   *James J. Pizzirusso*
James J. Pizzirusso
**HAUSFELD LLP**
1200 17th St NW Suite 600,
Washington, DC 20036
T: 202.540.7200
jpizzirusso@hausfeld.com