

# FIRM RESUME
## HAUSFELD PRIVACY & DATA BREACH

# About Hausfeld

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier of private enforcement of antitrust/competition law, as well as a firm to watch in privacy law, in both the United States and the United Kingdom by *The Legal 500* and *Chambers and Partners*. Our German office is also ranked by *The Legal 500* for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Hamburg, Stockholm, Paris, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of Antitrust/Competition, Commercial and Financial Disputes, Environmental and Product Liability, Human Rights, and Privacy & Data Breach. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. The *New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while *Washingtonian* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

## Privacy & Data Breach

Hausfeld has long been recognized as a leader in cybersecurity and privacy litigation and has been involved in many of the largest and most cutting-edge data breach and privacy cases – both in the United States and in Europe. Hausfeld's Technology & Data Breach attorneys have led dozens of cases and been pioneers in seeking compensation for victims of data breaches and privacy violations. Hausfeld has also contributed to the development of privacy law in the United States and abroad. We have recovered billions of dollars of benefits for consumers and other entities in legal actions against retailers, healthcare companies, credit bureaus, and others whose ineffective security measures led to the exfiltration of private information. We have also been pioneers in seeking enhanced business practice changes to ensure that such data is protected in the future.

Hausfeld's accolades in the cybersecurity world are unmatched. Hausfeld is the only plaintiffs' firm in the country ranked by *Legal500* in Cyber Law (including data privacy and data protection). *Chambers and Partners* ranks the leading lawyers and law firms across the world. In 2026, it ranked Jamie Pizzirusso, Hausfeld's Technology & Data Breach practice group leader, (for the sixth year in a row) as a top lawyer in "Privacy and Data Security: Litigation." It described Mr. Pizzirusso as "one of the nation's most preeminent data breach lawyers."  Hausfeld is also the only Plaintiffs' firm in the country to be ranked for the fifth year in a row by *Chambers* in the category of Privacy & Data Security: Litigation, Nationwide where they described the firm as "a full shop in terms of privacy issues" that does "everything well in briefing, strategy, and case management." In 2024, *The National Law Journal* recognized Hausfeld as the top firm in the Privacy/Data Breach category in their Elite Trial Lawyer awards. The *The National Law Journal* also named Mr. Pizzirusso as one of its "2023 Class Action/Mass Tort Trailblazers" for his work on data breach and privacy cases and in 2017

**HAUSFELD**
FOR THE CHALLENGE

as a "Cybersecurity Trailblazer." In 2020, *The National Law Journal* recognized Mr. Pizzirusso as a "Washington Trailblazer" for his role in data breach and privacy matters. *Law360* recognized Hausfeld as having a "2021 Practice Group of the Year" in Cybersecurity & Privacy. Additionally, in 2021, Mr. Pizzirusso was personally named as one of *Law360'*s "Cybersecurity & Privacy MVPs" (the only plaintiffs' attorney to receive that distinction). *SuperLawyers* has recognized Mr. Pizzirusso as a "Top Rated Class Action & Mass Torts Attorney" in Washington, DC since 2016 and Lawdragon has named him as one of 500 Leading Plaintiff Consumer Lawyers since 2019.



**Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms.**
*The Legal 500*

# Hausfeld: a global reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. The firm's inventive cross border solutions work to the benefit of the multinational companies it often represents.

## Creative solutions to complex legal challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the *Financial Times*, which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, *The Legal 500* has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a

company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

## Unmatched global resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 170 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Hamburg, Stockholm, Paris, London, Hausfeld is a "market leader for claimant-side competition litigation" (*The Legal 500*).

# Litigation achievements

Hausfeld has achieved groundbreaking decisions and settlements on behalf of victims of data breach and privacy violations, including:

*In re: T-Mobile Customer Data Security Breach Litigation MDL* Represented a class of plaintiffs, as co-lead counsel, whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.

*In re Marriott International Inc., Customer Data Security Breach Litig.* Representing a class of plaintiffs as co-lead plaintiffs' counsel against hotel chain Marriott and its data security vendor Accenture. Hausfeld's filing came on the heels of Marriott's admission that approximately 5.25 million unencrypted passport numbers and 20.3 million encrypted passport numbers were among the sensitive customer records accessed by hackers. A federal judge in Maryland granted class certification in May 2022, issuing a 70-plus page opinion certifying the case for trial. The opinion allows the plaintiffs to seek damages related to overpayment for hotel rooms, as well as statutory and nominal damages. The Court also found that consumers might be able to recover damages for the inherent value of their personal information stolen during the breach. This is by far the largest of any consumer data breach class action ever certified. The order was later overturned on other grounds.

*In re Equifax, Inc. Customer Data Security Breach Litig.* Reached a $1.5 billion settlement for data breach victims as part of the court-appointed Plaintiffs' Steering and Settlement Committee. This massive 2017 breach exposed the Social Security numbers, birth dates, addresses, driver's licenses, and credit card numbers of

# HAUSFELD
## FOR THE CHALLENGE

millions of consumers. In 2021, the Eleventh Circuit Court of Appeals upheld the settlement over the appeal of several objectors making it the largest data breach settlement ever approved by a Circuit Court of Appeals.

***In re TikTok, Inc. Consumer Privacy Litig.*** Obtained a $92 million settlement, one of the largest Biometric Information Protection Act ("BIPA") settlements ever, against popular app, TikTok. TikTok violated the Illinois BIPA laws, as well as numerous other privacy statutes, with its face capturing software that numerous minors and young adults use to share videos and messages.

***In re Target Corporation Customer Data Security Breach Litig.*** Secured a $60 million settlement to a nationwide class of financial institutions after class certification. This data breach was the largest data breach at the time, where financial institutions were forced to replace millions of credit cards. The settlement covered the out-of-pocket costs sustained due to the breach and required Target to implement numerous data security changes going forward.

***In re Premera Blue Cross Customer Data Sec. Breach Litig.*** Secured a $74 million settlement, as a member of the Executive Leadership Committee, on behalf of health insurance customers' whose data was stolen. Premera Blue Cross was aware of their inadequate data security when an employee opened a phishing email, giving hackers access to company data.

***Baker v. ParkMobile, LLC.*** This case asserts that ParkMobile was negligent in allowing attackers to access records of 21 million customers. Consumers sued ParkMobile LLC for a data breach that affected users of the parking app. The ParkMobile app allows users to pay for parking without having to use a traditional meter. The complaint alleges that ParkMobile was negligent in its safeguarding of consumer data, which led to the data breach of users' license plate numbers, email addresses, telephone numbers, passwords, and other mobile app account information. The cases in the Northern District of Georgia have been consolidated and Swathi Bojedla of Hausfeld was appointed to the Plaintiffs' Steering Committee. ParkMobile moved to dismiss arguing that the plaintiffs' negligence claim fails because the company did not have a duty to protect consumer data under Georgia law, and no personal information was affected. In August 2022, however, the court disagreed, holding that ParkMobile did indeed have a legal duty to protect the information that was compromised, and, as such, it was too early in the proceedings to simply accept ParkMobile's premise that sensitive information was not exposed. In September 2023, Park Mobile again attempted to have the case dismissed in a Motion for Judgment on the Pleadings but the court once again denied most of the Motion dismissing only three of the pending claims. Hausfeld took the lead role on drafting the plaintiffs' class

certification motion, securing final approval on a $30,000,000 settlement in 2025.

***In Re: Post Meds, Inc. Data Breach Litigation***. Hausfeld serves as co-lead counsel, appointed in March 2024, in a data breach case against Post Meds, Inc. an online pharmacy delivery service that was targeted by cybercriminals who stole customers' sensitive information during a breach of its systems in August 2023. Information stolen included pharmacy management files, patient names, medications, and prescribing doctor information. The team has brought action against Post Meds seeking monetary damages, restitution, and/or injunctive relief for a proposed class of individuals whose who allege that the breach exposed users' personally identifying information of hundreds of thousands of patients. A $7,500,000 settlement was reached and final approval obtained in 2025.

***In re Wawa, Inc. Data Security Litigation.*** Hausfeld serves as court-appointed Interim Co-lead Counsel in In re Wawa Data Security Litigation (No. 19-cv-6019, E.D. Pa.) for a proposed class of financial institutions alleging the convenience-store chain's negligence resulted in a massive data breach, compromising more than 30 million payment cards used at up to 850 store locations on the East Coast. The card issuers sustained losses from issuing refunds for fraudulent purchases, replacing compromised cards, and monitoring and blocking unauthorized transactions, among other injuries. In May 2022, the Court rejected Wawa's arguments and motion to dismiss Plaintiffs' claims for negligence and injunctive relief. On March 13, 2023, plaintiffs filed for preliminary approval settlement of up to $28.5 on behalf of a class of financial institutions, led by a plaintiff group composed of Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit. Of the $28.5 million settlement, up to $18.5 million will directly compensate financial institutions for card cancellations and replacement costs, up to $8 million will compensate card issuers for fraud losses incurred on affected customer cards, and up to $2 million for other costs incurred by financial institutions from the breach as an alternative to filing another form of claim.

***Bointy v. Integris Health, Inc.*** Hausfeld serves as Co-Lead Counsel in this state court class action arising from a cyberattack on Integris Health, Oklahoma's largest nonprofit healthcare system. The breach compromised the personal and medical information of approximately 2.4 million individuals, including names, birthdates, contact details, health diagnoses, and insurance information. After coordinated case development and settlement negotiations, the parties reached a $30 million settlement that includes monetary compensation, credit monitoring, and mandatory improvements to Integris's cybersecurity infrastructure that was granted final approval in December 2025.

# JAMES J. PIZZIRUSSO

**Partner**
Washington, DC

✉ jpizzirusso@hausfeld.com

📞 +1 202 540 7154

in  [LinkedIn](LinkedIn)



## OVERVIEW

As a co-founder of the firm and current member of the firm's Management Committee, James has led Hausfeld's Data Breach/Privacy and Consumer Protection practice groups since the firm's inception and courts have personally appointed him to leadership positions in dozens of successful class actions. He has diverse practice centering on cybersecurity and privacy law, but he has also handled cases involving consumer protection, antitrust law (with an emphasis in agriculture), and sports and entertainment law. James' practice also includes domestic and international environmental and public health litigation.

## EDUCATION

George Washington University Law School, J.D., with honors, 2001
University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998

## WHAT OTHERS SAY

**Chambers and Partners**
- Band 2, Privacy and Data Security: Litigation, since 2024
- Band 3, Privacy and Data Security: Litigation since 2021-2024
- Global Guide: Privacy & Data Security: Litigation - USA in 2023

**Financial Times**
- Shortlisted Hausfeld for the "Innovative Lawyers in Cyber Security and Data Protection" Award

**Law360**
- Hausfeld recognized as "2021 Practice Group of the Year" in Cybersecurity & Privacy
- Cybersecurity & Privacy MVP in 2021 (the only plaintiffs' attorney to receive that distinction)
- Runner up Litigator of the Week in December 2023

**Legal 500**
- Washington, DC Cybersecurity and Data Protection City Elite in 2026
- Hausfeld ranked as Tier 4 in Media, Technology, and Telecom: Cyber Law (Including Data Privacy and Data Protection) since 2024

**National Law Journal**
- Elite Trial Lawyers, Hausfeld wins Privacy/Data Breach category in 2024
- Class Action/Mass Tort Trailblazer in 2023
- Washington, D.C. Trailblazer in 2020
- Cybersecurity Trailblazer in 2017

**Super Lawyers**
- Super Lawyer, Consumer Law in Washington, DC since 2016

# ◢ EXPERIENCE

## Technology & Data Breach (Practice Group Chair)

### MDLs (14)

- *In re PowerSchool Holdings, Inc. and PowerSchool Group Customer Sec. Breach Litig.,* 25-md-3149-BEN-MSB (S.D. Cal.) (Co-Lead)
- *In re: Evolve Bank & Trust Cust. Data Sec. Litig.,* 2:24-md-03127-SHL (W.D. Tenn.) (PSC) ($11M settlement)
- *In re: Snowflake, Inc., Data Sec. Breach Litig.,* 2:24-md-03126-BMM (D. Mont.) (PEC) (various settlements)
- *In re: Perry Johnson & Associates Medical Transcription Data Sec. Breach Litig.,* 1:24-MD-3096-RPK-LGD (E.D.N.Y.) (Co-Lead)
- *In re: MOVEit Customer Data Sec. Breach Litig.,* 1:23-md-03083-ADB (D. Mass.) (PSC) (various settlements)
- *In re: T-Mobile 2022 Customer Data Sec. Breach Litig.,* 4:23-md-03073-BCW (W.D. Mo.) (Co-Lead)
- *In re: Overby-Seawell Co. Customer Data Sec. Breach Litig.,* MDL No. 1:23-md-03056 (N.D. Ga.) (PSC) ($6.5M settlement)
- *In re: T-Mobile Data Security Breach Litig.,* MDL No. 4:21-md-03019-BCW (W.D. Mo.) (Co-Lead) ($500M settlement)
- *In re: American Medical Collection Agency, Inc. Customer Data Sec. Breach Litig.,* MDL No. 19-md-2904 (D.N.J.) (Steering Committee) (various settlements)
- *In re: Marriott International Inc., Customer Data Security Breach Litig.,* MDL No. 19-md-2879 (D. Md.)
- *In re: Equifax, Inc. Customer Data Sec. Breach Litig.,* MDL No. 1:17-md-2800-TWT (N.D. Ga.) (PSC and Settlement Committee) ($500 million settlement with $1 billion in upgraded data security) (largest data breach settlement ever reached)
- *In re: Premera Blue Cross Customer Data Sec. Breach Litig.,* MDL No. 3:15-md-2633-SI (D. Or.) (Executive Leadership Committee) ($74M settlement)
- *In re: The Home Depot, Inc. Customer Data Security Breach Litig.,* MDL No. 14-md-02583 (N.D. Ga.) (Chair of PSC) (~$35M settlement)
- *In re: Target Corporation Customer Data Security Breach Litig.,* MDL No. 14-2522 (D. Minn.) (Steering Committee on behalf of financial institutions) ($60M settlement)

### Other (28)

- *Christopher McPhee, et al., v Prosper Funding, LLC, et al.,* 3:25-cv-07947-CRB (N.D. Cal.) (Co-Lead)
- *In re: Oracle Corp. Data Breach Litig.,* 1:25-cv-01964-ADA (W.D. Tex.) (PSC, Settlement Chair)
- *In re: Kelly Benefits Data Breach Litig.,* 1:25-cv-1304-SAG (D. Md.) (Co-Lead)
- *In re: Boyd Gaming Corop Breach Litig.,* 2:25-cv-01814 (D. Nev.) (Co-Lead)
- *In re Anne Arundel Data Breach Litig.,* 1:25-cv-02274-GLR (D. Md.) (Co-Lead)
- *Doe 1 v. Weiss,* 2:25-cv-10999-MAG-EAS (E.D. Mich.) (Co-Lead)
- *In re: Capital One Financial Corporation, Affiliate Marketing Litigation,* 1:25-cv-00023-AJT (E.D.V.A.) (Co-Lead)
- *Harrell v. WebTPA Employer Services, LLC.,* No. 3:24-cv-01158-L-BN (PSC, $13.75M settlement)
- *Stroup, et al. v. Cardiovascular Consultants, LTD.,* Case No. CV2023-020048 (Ariz. Sup. Ct., Maricopa County) (PSC, $3.85M settlement)
- *In re: Sav-RX Data Breach Litig.,* 8:24-00204-RFR-RCC (D. Neb.) (Co-Lead)
- *In re: HealthEC LLC Data Breach Litig.,* No. 2:24-cv-00026-JKS-ESK (D.N.J.) (Plaintiffs' Executive Committee) ($5.5M settlement)
- *In re: Harvard Pilgrim Data Security Incident, No. 1:23-11211-NMG* (D. Mass.) (Co-Lead) ($16M settlement)
- *Detrixhe v. Integris Health, Inc.,* CJ-2023-7235 (Dist. Ct. Okl. Cty) (Co-Lead) ($30M settlement)
- *In re: Entertainment Partners Data Breach Litig.,* 2:23-cv-06546-CAS-PVC (PSC) ($10M settlement)
- *In re: Postmeds, Inc., Data Breach Litig.,* No. 4:23-cv-05710-HSG (N.D. Cal.) (Co-Lead) ($7.5M settlement)
- *In re: Enzo Biochem Data Sec. Litig.,* 2:23-cv-04282 (E.D.N.Y.) (Co-Lead) ($7.5M settlement)
- *Gordon v. Zeroed-In Technologies,* LLC, 1:23-cv-03284-BAH (D. Md.) (Co-Lead)
- *Cabezas v. Mr. Cooper Group, Inc.,* No. 3:23-cv-2453-N (N.D. Tex.) (Chair of EC)
- *In re: Capital Health Systems, Inc.,* Data Breach Litig., No: 3-23-cv-23234 (D.N.J.) (Co-Lead)
- *Miller v. NextGen Healthcare, Inc.,* 1:23-cv-02043 (N.D. Ga.) (PSC) ($19,375,000 settlement)
- *Owens v. MGM Resorts Int'l.,* 2:23-cv-01480 (D. Nev.) ($45 million settlement)
- *In re: Data Breach Sec. Litig. Against Caesars Ent., Inc.,* 2:23-cv-01447 (D. Nev.) (PSC)
- *In re: HCA Healthcare, Inc. Data Sec. Litig.,* 3:23-cv-00684 (M.D. Tenn.) (Executive Committee)
- *Doe v. Highmark, Inc.,* No. 2:23-cv-00250-NR (W.D. Pa.) (PSC); Price v. Carnival Corp., 3:23-cv-00236-GPC-DTF (S.D. Cal.) (Co-Lead)
- *Kolstedt v. TMX Fin. Corp. Serv., Inc.,* 4:23-cv-00076 (S.D. Ga.) (PSC) ($32M settlement))
- *In re: LastPass Data Sec. Incident Litig.,* 1:22-cv-12047-PBS (D. Mass.) (Co-Chair of PSC)
- *In re: Arby's Rest. Group, Inc. Data Security Litig.,* 1:17-cv-514-AT (N.D. Ga.) (Co-Lead) (~$5M settlement)
- *First Choice Federal Credit Union v. Wendy's,* 2:16-cv-00506 (W.D. Pa.) (Plaintiffs' Executive Committee) ($50M settlement)
- *Greater Chautauqua Federal Credit Union v. Kmart Corp.,* 1:15-cv-02228 (N.D. Ill.) (Co-Lead) (~$18.5M settlement)