**James J. Pizzirusso**

| | |
|---|---|
| **From:** | Hon. Roger Benitez (Ret.) <judgebenitez@adrservices.com> |
| **Sent:** | Tuesday, August 11, 2026 1:47 PM |
| **To:** | James J. Pizzirusso |
| **Subject:** | Reference |



James,

Of course you may use me as a reference.
I appointed you to be lead counsel in the Powerschool case and you never gave me even the slightest reason to regret my decision. You were always prepared. You were professional, yet friendly. You seemed to get along well with your co-counsel as well opposing counsel. You represented and advocated for your respective clients competently.
I don't know what more one could expect.

You are welcomed to provide a copy of this email to Judge Shelby, if you wish.

Best regards,
RTB
**Hon. Roger T. Benitez (Ret.)**
**Mediator | Arbitrator | Discovery Referee**
**ADR Services, Inc**. *Your Partner in Resolution*
www.JudgeBenitez.com

**Case Manager: Haward**
**Cho** | 619.233.1323 | hawardsdteam@adrservices.com | www.adrservices.com

**SEVEN OFFICES STATEWIDE:** San Diego |Century City | Downtown Los Angeles | Orange County | Oakland | San Francisco | San Jose
*Confidential Communication From Mediator. Contents may not be disclosed to anyone other than intended Recipient.*

*Please consider the environment before printing this e-mail*
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.