## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In Re Instructure Data Breach Litigation* | **ORDER GRANTING [145] MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is the Motion for Pro Hac Vice Admission (Motion) (ECF 145) filed by Local Counsel. Local Counsel seeks Pro Hac Vice Admission for Sabita J. Soneji. Based on the Motion and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this 14 August 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah