## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | Case No. 2:26-cv-00374-RJS-DMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

### APPLICATION OF KENNEDY M. BRIAN OF SIRI & GLIMSTAD LLP
### TO PLAINTIFFS' EXECUTIVE COMMITTEE

Pursuant to Case Management Order No. 2 (Dkt. No. 141), Kennedy M. Brian of Siri & Glimstad LLP ("Siri & Glimstad") respectfully requests that the Court appoint her to the Plaintiffs' Executive Committee ("PEC") for Track 1.[1] Ms. Brian is prepared to devote the time, resources, and subject matter expertise necessary to efficiently advance plaintiffs' claims in Track 1 while avoiding unnecessary duplication and inflated costs. Ms. Brian's extensive data breach experience, combined with the resources of Siri & Glimstad LLP—one of the largest plaintiff-side data privacy law firms in the country—positions her to contribute meaningfully to a streamlined and effective leadership structure. As such, Ms. Brian is well-suited to serve on the PEC.

### I.      MS. BRIAN HAS EXTENSIVE EXPERIENCE IN DATA BREACH LITIGATION.

Ms. Brian has successfully worked on and/or led hundreds of data privacy cases in federal courts, state courts, and multidistrict litigation ("MDL") throughout the United States. A select handful of the cases Ms. Brian has worked on include—*In re Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC Data Security Litig.*, No. 4:26-md-3185 (E.D. Mo.) (appointed to the Plaintiffs' Executive Committee in a data privacy MDL involving millions of potential class members); *In re: Change Healthcare, Inc. Customer Data Security Breach Litig.*, No. 0:24-md-03108 (D. Minn.) (served as a member of the Patient Track Plaintiff Steering

---

[1] Ms. Brian agrees that a leadership structure similar to Track 2 should be used for Track 1.

Committee in a data privacy MDL involving millions of individuals); *In re Microf Data Security Litig.*, No. 1:25-cv-07434 (N.D. Ga.) (interim co-lead class counsel); *In re Aligned Orthopedic Partners Data Security Litig.*, No. 8:26-cv-01607 (D. Md.) (interim co-lead class counsel); *In re: Lewis Drug, Inc. Data Breach Litig.*, No. 4:26-cv-4051 (D.S.D.) (interim co-lead class counsel); *In re Abri Credit Union Data Security Litig.*, No. 2026CH000004 (Ill. Cir. Ct. Will Cty.) (interim co-lead class counsel); *In re Southern Illinois Dermatology, P.C.*, No. 2026LA13 (Ill. Cir. Ct. Williamson Cty.) (interim co-lead class counsel).

Ms. Brian has also played an important role in the following data privacy cases—*Bointy v. Integris Health, Inc.*, No. CJ-2023-7235 (Okla. Dist. Ct. Okla. Cty.) (actively participating in discovery, briefing, and plaintiff vetting for a data privacy case involving over two million individuals); *In re Mednax Services, Inc. Customer Data Security Breach Litig.*, No. 0:21-md-02994 (S.D. Fla.) (assisting lead counsel in various stages of the litigation in a data privacy MDL involving over two million individuals); *Carr v. Oklahoma Student Loan Auth.*, No. CIV-23-99-R, 2023 U.S. Dist. LEXIS 187959, 2023 WL 6929850 (W.D. Okla. Oct. 19, 2023) (one of two decisions) (Ms. Brian helped established Oklahoma data breach jurisprudence by drafting the first successful response to a Fed. R. Civ. P. 12(b)(6) motion to dismiss for a data privacy case in the Western District of Oklahoma); *Carr v. Okla. Student Loan Auth.*, 699 F. Supp. 3d 1241 (W.D. Okla. 2023) (similar). Thus, Ms. Brian is well-equipped to serve on the PEC.

## II.    MS. BRIAN IS A RECOGNIZED PRACTITIONER IN THE DATA PRIVACY SECTOR.

Ms. Brian is also recognized as a knowledgeable practitioner in the data privacy field and often speaks on various data privacy topics across the nation. This year alone, Ms. Brian has had multiple speaking engagements, including: (i) serving as a co-panelist at the HarrisMartin Data Breach Litigation Conference in Milwaukee, Wisconsin where she co-presented on hub and spoke

data breach cases; (ii) serving as a co-panelist at a Class of Our Own Women's Summit where she spoke on the importance of advancing women's leadership in class action litigation; and (iii) co-presenting with Jean S. Martin at the American Association for Justice ("AAJ") 2026 Annual Convention on various data privacy and e-discovery issues. In years prior, Ms. Brian was a co-presenter for the Consumer Privacy/Data Breach Litigation Group CLE at the AAJ 2025 Annual Convention, presenting on class certification orders in data privacy matters and was a co-panelist at the HarrisMartin Data Breach Litigation Conference in Nashville, Tennessee in September 2024, where she presented on Article III standing in data privacy cases.

In addition to the above, Ms. Brian currently serves as the Vice Chair of the Consumer Privacy/Data Breach Litigation Group of AAJ. This depth of subject matter engagement ensures that Ms. Brian will bring current, well-informed perspectives to the leadership team from the outset of the litigation.

## III.    MS. BRIAN'S APPOINTMENT WILL DIVERSIFY THE LEADERSHIP TEAM.

Ms. Brian's appointment will also meaningfully advance the Court's interest in building a leadership team that is not only experienced but genuinely diverse across multiple dimensions—including the often-underrepresented factors of years of practice and age.

Younger practitioners, such as Ms. Brian, bring the distinct capacity to engage intensively, adapt to emerging legal frameworks, and sustain long-term continuity in litigation that may span years of active case management. Ms. Brian exemplifies this profile—she has already served in leadership roles in multiple MDLs and complex data breach matters, demonstrating that newer generations of attorneys can deliver the same caliber of work that the Court expects from its leadership team, while also offering fresh perspective, energy, and long-term availability.

Appointing leadership that reflects a range of career stages also advances the efficiency

goals the Court has identified. A team that blends seasoned practitioners with younger leaders avoids insularity, encourages innovative approaches to case management and discovery, and ensures that the workload is distributed among attorneys who are committed to seeing this case through resolution. Ms. Brian is prepared to lead and litigate this action on behalf of the class, and her inclusion would reinforce the Court's commitment to a leadership structure that is both effective and representative.

## IV.    SIRI & GLIMSTAD HAS THE RESOURCES TO SUPPORT THE LITIGATION.

Siri & Glimstad is a national class action law firm of more than 110 dedicated professionals that frequently serves as court-appointed class counsel in a wide range of high-stakes class action and civil rights litigation and has recovered substantial relief for tens of millions of individuals. As a prominent class action law firm—which includes a Data Privacy Group of over 30 attorneys and staff dedicated solely to litigating complex and novel privacy issues, including data breach class actions—Siri & Glimstad has the financial resources, staff, and technological capacity to fully support this litigation through trial, if necessary. Ms. Brian and her firm are prepared to advance costs, manage document-intensive discovery, retain experts, and commit the personnel necessary to meet every case requirement and deadline. Additional information about Ms. Brian and Siri & Glimstad is set forth in the firm résumé attached hereto as **Exhibit 1.**

## V.    MS. BRIAN AND SIRI & GLIMSTAD ARE COMMITTED TO WORKING COOPERATIVELY WITH THE CLASS ACTION BAR.

Ms. Brian is prepared to dedicate the significant time and effort this litigation requires. Her track record of leadership across multiple concurrent data privacy matters demonstrates her ability to manage demanding dockets while meeting case requirements. Equally important, Ms. Brian's extensive experience collaborating with co-counsel in MDL matters and other complex litigation, including many of the leadership applicants in this litigation, reflects her commitment to

cooperative, efficient advocacy that avoids duplication of effort and controls fees and expenses—values this Court has expressly prioritized. Indeed, Siri & Glimstad and Ms. Brian pride themselves on maintaining collegial and cooperative relationships with both the plaintiffs' bar and the defense bar alike. Ms. Brian and her firm regularly work with multiple individuals and law firms applying for leadership positions here, including James Pizzirusso of Hausfeld, LLP, Amber L. Schubert of Schubert Jonckheer & Kolbe, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP, Sabita Soneji of Tycko & Zavareei LLP, Israel David of Israel David LLC, Stranch Jennings & Garvey, PLLC, and Maureen Brady of McShane & Brady—all of whom would be excellent choices for leadership roles in Track 1. However, Ms. Brian and Siri & Glimstad would consider it a privilege to work with any of the individuals applying for leadership.

*     *     *

For the foregoing reasons, Kennedy M. Brian respectfully requests that the Court appoint her to Track 1 leadership as a PEC member.

Date: August 14, 2026

Respectfully submitted,

/s/: Kennedy M. Brian
Kennedy M. Brian
(admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300, #16982799
Oklahoma City, OK 73102
Tel: (212) 532-1091
E: kbrian@sirillp.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and courtesy copied to UTDecf_Shelby@utd.uscourts.gov.

/s/: Kennedy M. Brian