# EXHIBIT 1



# Siri | Glimstad

## FIRM RESUME

With attorneys across the country, Siri & Glimstad LLP represents clients from coast to coast in class actions and mass torts in state and federal courts. Utilizing decades of experience at major global law firms, we tackle each dispute with a sophisticated, strategic approach, and we fight hard for every one of our clients.

## Offices Nationwide

**NEW YORK**
745 Fifth Ave • Suite 500
New York, NY 10151

**MIAMI**
20200 West Dixie Highway • Ste 902
Aventura, FL 33180

**PHOENIX**
11201 N. Tatum Boulevard • Ste 300
Phoenix, AZ 85028

**DETROIT**
220 West Congress Street • 2nd Floor
Detroit, MI 48226

**WASHINGTON D.C.**
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

**LOS ANGELES**
700 S Flower Street • Ste 1000
Los Angeles, CA 90017

**AUSTIN**
1005 Congress Avenue • Ste 925-C36
Austin, TX 78701

**CHARLOTTE**
525 North Tryon Street • Ste 1600
Charlotte, NC 28202

**CHICAGO**
111 West Jackson Blvd
Chicago, IL 60604

**MINNEAPOLIS**
331 2nd Ave • Ste 400
Minneapolis, MN 55401

**1-888-SIRI-LAW (747-4529)**

## Admitted States

Alabama • Arizona • California • Colorado • Connecticut • District of Columbia • Florida
Idaho • Illinois • Indiana • Kentucky • Louisiana • Maryland • Massachusetts • Michigan
Minnesota • Mississippi • Missouri • New Jersey • New York • North Carolina • Oklahoma
Oregon • Pennsylvania • South Carolina • Tennessee • Texas • Utah • Virginia

Siri | Glimstad

www.sirillp.com



# Data Privacy Class Action Group

## Aaron Siri *Managing Partner*



Aaron Siri is the Managing Partner of Siri & Glimstad LLP and has extensive experience in a wide range of complex civil litigation matters, with a focus on civil rights, class actions, and commercial litigation.

Mr. Siri has successfully litigated numerous civil rights cases, prosecuted class actions against large corporations resulting in payments to hundreds of thousands of Americans, and has acted as counsel to clients in multiple commercial disputes exceeding one billion dollars, including regarding Oracle Team's challenge for the America's Cup and the collapse of the World Trade Center.

Prior to founding Siri & Glimstad, Mr. Siri was a litigation attorney at Latham & Watkins for over five years. Before Latham, Mr. Siri clerked for the Chief Justice of the Supreme Court of Israel from 2004-2005 where he advised the Chief Justice of relevant American, English (including Commonwealth Countries), and International Law precedents for cases of first impression.

Mr. Siri has also been involved in various pro-bono matters, including representation of asylum applicants, housing discrimination victims, and non-profit organizations in tenant-landlord disputes, as well as being chosen as a Frank C. Newman delegate to present a paper he authored before the United Nations Human Rights Sub-Commission.

Mr. Siri earned his law degree at the University of California, Berkeley School of Law where he received four Prosser Prizes and ten High Honors. He was also the Editor-in-Chief and founder of the Berkeley Business Law Journal, which he developed into a nationally recognized publication, and was ranked as the leading commercial law journal in the country.

Prior to law school, Mr. Siri was an auditor at Arthur Andersen LLP, where he examined internal controls and audited corporate documents for private and public micro-cap technology companies. Mr. Siri is a Certified Public Accountant and an attorney admitted in federal and state courts across the country.

Mr. Siri is regularly interviewed on national television for his expertise regarding certain legal issues. He has also been published in the Washington Post, Stat News, and Bloomberg.

## Mason A. Barney *Senior Partner*



Mason A. Barney is an experienced trial attorney who for nineteen years has represented both individuals and corporations in complex litigations. Mr. Barney received his J.D., *summa cum laude* from Brooklyn Law School, in 2005, where he graduated second in his class of nearly 500 students, and received numerous academic honors, in addition to being an editor on the Brooklyn Law Review. He then served as a law clerk to the Honorable Judge David G. Trager in the U.S. District Court for the Eastern District of New York. After clerking, he joined the litigation department at Latham & Watkins LLP, and later joined Olshan Frome Wolosky LLP a large established New York City law firm. Before law school, Mr.



Barney earned his B.A. from Bowdoin College, where he double majored in Computer Science and Studio Art, and after college he served as a lead database developer for three years at a successful Internet start-up in Washington D.C.

Mr. Barney focuses his practice on class actions and representing individuals in complex litigations. In this practice he has won tens of millions of dollars for his clients. Among other matters, Mr. Barney has fought to stop companies from illegally spamming consumers with unwanted phone calls, has worked to stop companies from illegally obtaining their customers' biometric information (e.g., facial scans and fingerprints), and obtained recovery for numerous victims of data breaches. Mr. Barney has also served as counsel of record for numerous lawsuits involving alleged violations of the Illinois Genetic Information Privacy Act, successfully opposing dispositive motions and defeating improperly raised affirmative defenses.

Mr. Barney is recognized by the New York Legal Aid Society for his outstanding pro bono work representing indigent individuals in matters concerning prisoners' rights, immigration, and special education.

Mr. Barney has published a number of articles concerning a variety of legal issues. These include authoring or co-authoring: *The FBI vs. Apple: What Does the Law Actually Say?,* Inc. Magazine (February 2016); *Can Lawyers Be Compelled to Produce Data They Compile? An Emerging Front in the Trenches of e-Discovery Battles*, Bloomberg BNA (May 2015); *Legal Landscape for Cybersecurity Risk is Changing as Federal Government and SEC Take Action*, Inside Counsel Magazine (May 2015); *Tellabs v. Makor, One Year Later*, Securities Law 360 (July 2008); *Not as Bad as We Thought: The Legacy of Geier v. American Honda Motor Co.in Product Liability Actions,* 70 Brooklyn L. Rev. 949 (Spring 2005). Mr. Barney serves as an adjunct professor at Brooklyn College in New York, teaching Education Law in its graduate studies program, and separately has presented continuing legal education instruction regarding the Foreign Corrupt Practices Act.

## Tyler J. Bean *Partner*

Mr. Bean is widely regarded as one of the nation's leading plaintiff-side data privacy litigators, having been recognized as a top-12 litigator under the age of 40 in the country. Mr. Bean's practice focuses on complex civil litigation and consumer class actions, with a particular emphasis on Data Breach, Internet Surveillance, and Camera Surveillance matters. Over the course of his career, he has played a central role in the successful prosecution of hundreds of data privacy cases, from inception through discovery and final approval, helping to shape outcomes in rapidly evolving areas of law. As the lead  attorney of the Firm's Data Privacy Group, Mr. Bean has secured over $150 million in settlement relief for millions of class members nationwide, overseeing all data privacy matters in which the Firm served or is serving as court-appointed lead class counsel and settlement class counsel. His work reflects not only a mastery of the law in these novel and complex spaces, but also the strategic judgment and leadership required to litigate against sophisticated and well-funded defendants.

During law school, Mr. Bean served as Editor for the Oil and Gas, Natural Resources, and Energy Law Journal and was named to the Dean's List, the Faculty Honor Roll, and was a Merit Scholar. He also completed the University of Oklahoma's pro bono and public service work pledge.



## Kennedy Brian *Attorney*



Ms. Kennedy Brian is an accomplished attorney in the data privacy litigation sector who practices in state and federal courts across the nation. She has played a pivotal role in obtaining favorable decisions for data breach victims throughout the United States. Ms. Brian has successfully worked on dozens of data privacy cases and has spoken on various data privacy topics at conferences across the nation.

During law school, Ms. Brian was a member of the American Indian Law Review, received awards for trial techniques and moot court, and was listed on the Dean's Honor Roll.

## Sonjay Singh *Attorney*



Sonjay Singh is a seasoned litigator with broad experience in data privacy matters.

Prior to joining Siri & Glimstad, Mr. Singh worked with prominent plaintiffs' firms in the District of Columbia and Pennsylvania, where he brought claims for individuals affected by data privacy violations, predatory lending, defective products, false advertising, institutional abuse, and other corporate misconduct. Mr. Singh has also practiced as a trial lawyer, pursuing personal injury, medical malpractice, defective premises, and other tort cases on behalf of his clients.

Mr. Singh graduated from Temple University's Beasley School of Law with both his J.D. and a certificate in Trial Advocacy and Litigation. During his time in law school, he was active on campus, and served as Vice President of the Student Bar Association. Mr. Singh also competed on Temple's highly-ranked Trial Team, winning the Inter-American Invitational at the University of Puerto Rico among other honors. For his dedication to plaintiffs' representation, Mr. Singh was named the Eisenberg Scholar, a scholarship given yearly to the outstanding student in civil litigation, and received the Trial Program Award for excellence in trial advocacy. Upon graduating, Mr. Singh was inducted into the Rubin Public Interest Society for his commitment to public service.

Mr. Singh is active in the legal community, and served as the 2022-23 Communications Chair for the MSBA Young Lawyers Division. Before starting his legal career, Mr. Singh co-founded a DEI hiring and recruiting startup, and was elected to serve as Democratic Committeeperson for the Townships of Marple and Newtown, PA.

## Neil Williams *Attorney*



With a robust background in data breach litigation, Mr. Williams is a seasoned legal professional dedicated to protecting the interests of clients in the digital age. Leveraging his extensive experience in cybersecurity law and privacy regulations, he has successfully represented numerous individuals in complex data breach cases. Mr.

Williams meticulously navigates the intricate legal landscape surrounding data breaches, providing strategic counsel and vigorous advocacy to achieve favorable outcomes for his clients.

Mr. Williams received his J.D. from Charleston School of Law, where he was awarded CALI Awards on two occasions for the top grade in his class. He also worked alongside several South Carolina Pro Bono Services to ensure that competent legal representation was reaching the most at need populations in the area. Mr. Williams received his undergraduate degree from the University of South Carolina.

### Alyssa Tolentino *Attorney*



Ms. Tolentino represents consumers in class actions involving data privacy issues. She received her J.D. from St. John's University School of Law where she served as Editor-in-Chief of the New York International Law Review. During law school, Ms. Tolentino also represented low income New Yorkers in their housing, employment, and public benefits disputes through the Economic Justice Clinic.

### Gabrielle Williams *Attorney*



Ms. Williams obtained her J.D. from the University of Maryland Francis King Carey School of Law. During her time in law school, she represented clients in state court through the Justice for Victims of Crime Clinical Law Program. She also served as an Associate Editor on the Journal of Healthcare Law and Policy, Executive Board Member of the Black Law Students Association, and Class Representative for the Student Bar Association. Prior to joining Siri and Glimstad, Ms. Williams served as a Judicial Law Clerk on the Appellate Court of Maryland.

### Albert Asciutto *Attorney*



Ms. Albert Asciutto is a skilled litigator with extensive experience in class and collective action matters. At Siri & Glimstad, Mr. Asciutto represents plaintiffs in privacy class action lawsuits, advocating for individuals harmed by negligent or unlawful data security and privacy practices.

Before joining Siri & Glimstad, Mr. Asciutto concentrated his practice on wage-and-hour litigation in state and federal courts nationwide, including claims involving unpaid "off-the-clock" work and negligent or fraudulent pay practices. Mr. Asciutto also worked to safeguard the rights of whistleblowers throughout the United States in qui tam actions brought under the False Claims Act, as well as advocated for employees in cases challenging employers' unlawful practices affecting workplace benefits and retirement security under ERISA. Earlier in his career, Mr. Asciutto gained valuable experience litigating large-scale environmental contamination class actions and managing a wide range of pharmaceutical mass tort matters.

After obtaining his Bachelor of Arts degree from Western Michigan University with dual majors in creative writing and criminal justice, Mr. Asciutto received his Juris Doctor from Wayne State University Law School. Outside of the classroom, Mr. Asciutto served as Managing Editor of The Journal of Law in Society, President of the Medical and Health Law Society, and Vice President of Finance for the Entrepreneurship and Business Law Society. Additionally, Mr. Asciutto gained practical experience in the State of Michigan Appellate Defender Office preparing criminal appellate briefs for incarcerated clients, and as a student attorney in the

### Siri | Glimstad

www.sirillp.com

Legal Advocacy for People with Cancer Clinic at the Barbara Ann Karmanos Cancer Institute. Mr. Asciutto also had the privilege of working as research assistant to late U.S. Senator Carl Levin, where he advocated for the reduction of barriers to treatment for those suffering from Opioid Use Disorder.

## Tanner Hilton *Attorney*



Tanner R. Hilton is an experienced class action litigator with a focus on data breach and privacy litigation. Mr. Hilton has held multiple leadership roles in data privacy cases in both federal and state courts nationwide and has played a key role in successfully managing numerous class actions from their inception through court-approved settlement. Before joining Siri & Glimstad, Mr. Hilton was an attorney at a class action law firm where he focused primarily on data privacy and securities litigation, while also representing plaintiffs in a variety of consumer protection matters.

Mr. Hilton earned his bachelor's degree in political science from Texas A&M University in 2019 and his JD from Oklahoma City University in 2022. During law school, Mr. Hilton competed on two national moot court teams, including the NALSA Moot Court Competition Team and the Hispanic National Bar Association Moot Court Competition Team. He also received the CALI Award for Secured Transactions and was inducted into the Order of the Barristers in 2022.

## Tammana Malik *Attorney*



Tammana Malik is a dual-qualified attorney with extensive experience navigating U.S. and international privacy laws. At Siri & Glimstad, Ms. Malik represents plaintiffs in privacy and internet surveillance class action lawsuits.

Prior to joining Siri & Glimstad, Ms. Malik served as outside counsel to corporate clients, advising on federal and state laws governing consumer outreach and advocating for increased accountability and transparency in digital data sharing and privacy practices.

Ms. Malik earned her LL.M. in Media, Entertainment, and Technology Law from UCLA School of Law. During her time at UCLA, she co-authored a comprehensive report to guide public and private stakeholders on the best practices for content moderation and user safety in extended reality technologies (XR), which was published by the UCLA Institute for Technology, Law & Policy. Ms. Malik also served as a Board Member for the Art Law Society and was actively involved with the Entertainment Law Association.

Ms. Malik received her B.A. LL.B. (Hons.) from National Law University, Delhi, in India.

## Zane Johnson *Attorney*



Zane Johnson is a litigator with broad experience in class actions and commercial litigation. He represents individuals and classes of consumers in complex litigation in federal courts nationwide. His work at Siri & Glimstad focuses on assisting consumers impacted by the improper sharing of their private information, including matters involving data privacy, consumer protection statutes, and emerging technology-related harms.

## Siri | Glimstad

www.sirillp.com



Prior to joining Siri & Glimstad, Mr. Johnson brought claims for individuals affected by violations of the Employee Retirement Income Security Act (ERISA) with a prominent plaintiff's law firm, successfully advocating for plan participants in disputes involving fiduciary breaches and unlawful plan practices. Mr. Johnson has also practiced as a corporate litigator, helping to resolve contract disputes, business tort claims, and high-stakes commercial conflicts, and as an intellectual property attorney, helping clients secure and enforce patent and trademark rights through litigation and strategic portfolio management.

Mr. Johnson earned his J.D., with honors, from the University of Connecticut School of Law with a certificate in intellectual property. During his time in law school, he earned CALI Excellence for the Future Awards in Contracts, Lawyering Process, and Case Studies in Compliance Systems, reflecting his academic distinction and commitment to legal excellence.

Prior to and while attending law school, Mr. Johnson worked as a software engineer for multiple Fortune 500 companies. Mr. Johnson has experience designing and building business-critical software from the ground up at every level of the software development stack, including hands-on experience with various user analytics tools, which provides him with a unique technical fluency in cases involving digital platforms, data tracking technologies, and complex software systems.

Outside the office, Mr. Johnson volunteers to coach youth hockey and lacrosse teams, demonstrating his commitment to mentorship, teamwork, and community involvement.

## AJ Garcia *Attorney*

AJ Garcia is an experienced litigator focusing his practice on privacy class action lawsuits. Prior to Joining Siri & Glimstad, Mr. Garcia worked for a plaintiff-side firm handling various civil litigation matters, including catastrophic injury, premises liability, and insurance matters.



Mr. Garcia earned his J.D. from Temple University's Beasley School of Law on a merit scholarship. During his time in law school, Mr. Garcia interned for the honorable Charles Cunningham III of the Philadelphia Court of Common Pleas and was a liaison to the Honorable Timothy Rice of the US. District Court for the Eastern District of PA. Mr. Garcia also served as a mediator for Philadelphia's housing court and interned for Citibank, providing guidance on fair lending compliance related to alternative data and AI. Prior to law school, Mr. Garcia obtained dual degrees in finance and economics from Michigan State University.

## Nathaniel Barry *Attorney*

Nathaniel Barry is an attorney in the Firm's Data Privacy Group. He graduated with honors from the University of Notre Dame Law School in 2024, where he served as President of the Tax Law Society, competed on the Mock Trial Team, worked with the Eviction Clinic, and served as a research assistant studying charitable contributions of digital assets, including cryptocurrency. Mr. Barry received both a Faculty Award for Excellence and the International Academy of Trial Lawyers Award for distinguished achievement in the art of advocacy.



Following law school, Mr. Barry joined the Elkhart County Prosecutor's Office as a Deputy Prosecuting Attorney. In that role, he managed hundreds of criminal cases from charging through plea negotiations, contested hearings, and trial. He has tried seven felony jury trials, each resulting in a conviction.

## Jacob Onile-Ere *Attorney*



Jacob Onile-Ere is an accomplished senior attorney with years of class action, antitrust, consumer protection, and commercial litigation experience working in state and federal courts across the country. He has played a pivotal role in obtaining favorable outcomes for consumers throughout the United States and brings that vast depth of knowledge and experience to the data privacy litigation sector. He has also represented and vigorously advocated on behalf of clients in various commercial litigation practice areas, earning favorable decisions and outcomes.

Mr. Onile-Ere earned his JD from Benjamin N. Cardozo School of Law in 2017. Prior to his admission to the New York Bar, Mr. Onile-Ere gained experience in immigration law while completing a fellowship program at Brooklyn Defender Services' Immigration Practice Unit. During law school, he also served in New York City's housing court as a judicial intern for Judge Cheryl Gonzales, assisted clients in immigration defense and advocacy at Cardozo's Immigration Justice Clinic, advocated for the indigent through Cardozo's Unemployment Action Center, and served as a legal intern at the National Center for Law and Economic Justice. He also served as a research assistant for the Dean of Cardozo, Melanie Leslie, and as a Staff Editor of the *Cardozo Journal for Conflict Resolution*.

# Notable Class Actions Handled
# By Siri & Glimstad LLP

**In re Progressive Leasing Data Breach Litigation**
Case No. 2:23-cv-00783 (D. Utah)
Final approval granted for a settlement involving 215,924 class members and a $3.25 million non-reversionary settlement fund.

**Hefstetler, et al. v. Upstream Rehabilitation, Inc., et al.**
Case No. 2024-902563.00 (AL Cir. Ct., Jefferson Cty.)
Final approval granted for a settlement involving roughly 545,000 class members and a $4,304,898.50 non-reversionary settlement fund.

**Reedy, et al. v. Everlywell, Inc., et al.**
Case No. 1:24-cv-02713 (N.D. Ill.)
Final approval granted for a settlement involving 2 million class members and a $5,000,000 non-reversionary settlement fund.



www.sirillp.com



**In re Retina Group of Washington Data Security Incident Litigation**
Case No. 8:24-cv-00004 (D. Md.)
Final approval granted for a settlement involving 450,000 class members and a $3.6 million non-reversionary settlement fund.

**Terrance Rosa, et al. v. Brightline, Inc.**
Case No. 24-md-03090 (S.D. Fla.)
Final approval granted for a settlement involving over 1 million class members and a $7,000,000 non-reversionary settlement fund.

**In re Berry, Dunn, McNeil & Parker Data Security Incident Litigation**
Case No. 2:24-cv-00146 (D. Me.)
Final approval granted for a settlement involving 2 million class members and a $7.25 million non-reversionary settlement fund.

**Corona-Cantu v. Ingo Money, Inc.**
Case No. 1:24-cv-03023 (N.D. Ga.)
Final approval granted for a settlement involving 27,000 class members and a $1.5 million non-reversionary settlement fund.

**Buchanan v. Sirius XM Radio, Inc.**
Case No. 3:17-cv-00728 (N.D. Tex.)
Appointed co-lead class counsel in a case alleging violations of the TCPA, which resulted in a settlement of $25,000,000, plus free satellite radio service, to a class of 14.4 million members.

**Thomas v. Dun & Bradstreet Credibility Corp**.
Case No. 15-cv-3194 (S.D. Cal.)
Appointed co-lead class counsel in a case alleging violations of the TCPA which resulted in a settlement of $10,500,000.

**Gatto v. Sentry Services, Inc., et al.**
Case No. 13 CIV 05721 (S.D. N.Y.)
Appointed co-lead class counsel in a case involving ERISA claims relating to an ESOP which resulted in a settlement of $11,138,938.

**Kindle v. Dejana**
Case No. 14-cv-06784 (E.D. N.Y.)
Appointed co-lead trial counsel for plaintiffs in an ERISA matter filed as a class action involving breaches of fiduciary duty related to  the management  and termination of an ESOP, which settled after the beginning of trial for $1,080,000 for the class.

**MacNaughton v. Young Living Essential Oils, LC,**
67 F.4th 89 (2d Cir. 2023)
Successfully reversed motion to dismiss, creating a significant precedent regarding the definition of "puffery" in N.Y. false advertising cases.



www.sirillp.com



**MacNaughton v. Young Living Essential Oils, LC,**
Case No. 24LA0329 (Cir. Ct. Ill.)
Received final approval of settlement in false advertising class action valued at $10,000,000.

**Carter, et al. v. Vivendi Ticketing US LLC d/b/a See Tickets**
Case No. 8:22-cv-01981 (C.D. Cal.)
Final approval granted, appointing firm as sole class counsel, in a data breach class action settlement involving 437,310 class members and a $3,000,000 non-reversionary settlement fund.

**Medina v. Albertsons Companies, Inc.**
Case No. 1:23-cv-00480 (D. Del.)
Obtained final approval of a class settlement involving 33,000 class members and a $750,000 non-reversionary settlement fund.

**In re Sovos Compliance Data Security Incident Litigation**
Case No. 1:23-cv-12100-AK (D. Mass.)
Obtained final approval of a class settlement that includes a non-reversionary settlement fund of $3,534,128.50 involving 490,000 individuals, and separate from the settlement fund, requires the defendant to pay for data security improvements.

**Owens v. US Radiology Specialists, Inc.,**
Case No. 22 CVS 17797 (N.C. Super. Ct.)
Received final approval for settlement in data breach involving 1,309,429 customer's private health information, creating non-reversionary settlement fund of $5,050,000 to compensate class members.

**In re: Planet Home Lending, LLC Data Breach**
Case No. 3:24-cv-127 (D. Conn.)
Final approval granted for data breach settlement affecting 285,000 individuals, which will create a non-reversionary settlement fund valued at $ 2,425,000.

**In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident**
Case No. 2:23-cv-07498 (C.D. Cal.)
Final approval of settlement in second data breach affecting 323,498 individuals, where the settlement agreement calls for the creation of a non-reversionary settlement fund in the amount of $3,250,000.

**Fortra File Transfer Software Data Security Breach Litigation**
Case No. 24-MD-03090-RAR (S.D. Fl.).
Appointed to leadership team in nationwide multi-district litigation concerning data breach affecting more than 4,000,000 individuals' personal and health information.

**In re UNITE HERE Data Security Incident Litigation**
Case No. 1:24-cv-01565-JSR (S.D.N.Y.)
Obtained final approval of data breach settlement affecting roughly 790,000 individuals, creating a non-reversionary settlement fund of $6,000,000 to compensate class members.

Siri | Glimstad

www.sirillp.com