# Exhibit 1



**McShane & Brady**
**Champions for the Injured**

📞 816.888.8010

✉️ firm@mcshanebradylaw.com

📍 4006 Central Street
Kansas City, MO 64111

# Firm Resumé



# Firm Overview

*Est. 2013*

Founded in 2013 by Maureen Brady and Lucy McShane, McShane & Brady, LLC is a Kansas City based law firm that exclusively represents plaintiffs in complex personal injury, healthcare data breach, and consumer privacy litigation. While our practice proudly serves individuals across Missouri and Kansas, McShane & Brady has developed a national reputation as a leader in HIPAA privacy and healthcare data breach class actions. Firms and clients across the country regularly seek our insight and experience in rapidly evolving areas of data breach and consumer protection law.

McShane & Brady employs a comprehensive, team driven approach to every matter. Each case is staffed with at least two attorneys to ensure depth of analysis, effective strategy, and continuity of representation. Our firm also routinely partners with co-counsel nationwide, allowing for coordinated litigation efforts, shared expertise, and the development of multi layered accountability structures that are essential in complex class action litigation.

Our attorneys maintain active involvement in the legal communities of Kansas City, Missouri, and Kansas, as well as in state and national trial lawyer organizations. Members of our firm currently serve on boards including the Missouri Association of Trial Attorneys, the Association of Women Lawyers, and the Solo and Small Firm Committee of the Missouri Bar Association, where Maureen Brady serves as the current Chair. These leadership positions expand our professional network and strengthen our ability to advocate effectively for plaintiffs in large scale, high stakes litigation.

Beyond the courtroom, McShane & Brady is committed to supporting community based organizations throughout the region. Our engagement with groups such as the American Heart Association's Go Red for Women, Infant Toddler Services of Johnson County, United WE, and Empowering Parents KC reflects our dedication to the communities we serve.

The following pages highlight McShane & Brady's recent successes in complex class action matters, our active nationwide litigation efforts, and the experience our attorneys bring to leadership roles on behalf of plaintiffs in multifaceted legal actions.

**1**



# Maureen Brady
## FOUNDING/MANAGING PARTNER

## Professional Experience:
*Managing Member/Owner*, **McShane & Brady, LLC**, Kansas City, MO - April 2013 to present

*Associate*, **Sanders Warren & Russell, LP**, Overland Park, KS - October 2008 to April 2013

*Law Clerk*, **Hon. Michael W. Manners**, Independence, MO - October 2005 to October 2008

## Court Admissions:
- Admitted to the Missouri Bar - 2005
- Admitted to the Kansas Bar - 2006
- Admitted to the Western District of Missouri - 2008
- Admitted to the Kansas District Court - 2008
- Admitted to the 10th Circuit Court of Appeals - 2010
- Admitted to the United States Supreme Court - 2011
- Admitted to the Eastern District of Missouri - 2015
- Admitted to the 9th Circuit Court of Appeals - 2015
- Admitted to the Eastern District of Wisconsin - 2025

### Contact



📞 816.888.8010

✉️ mbrady@mcshanebradylaw.com

📍 4006 Central Street Kansas City, MO 64111

## Multi District Litigation/Class Case Appointments:

**T-Mobile Customer Data Security Breach Litigation:** Western District of Missouri – MDL No. 3019 – Master Case No. 4:21-md-03019-BCW. Member of Executive Committee.Data breach case involving millions of customers personally identifiable information ($500 million settlement)

**T-Mobile CustomerData Security BreachLitigation:** Western Districtof Missouri- MDL No. 2027 – Master Case No. 4:23-MD-03073-BCW. Appointed Liaison Counsel. Personal information was accessed by unauthorized individuals resulting in information being available on the dark web.

**Mednax Services, Inc. Customer Data Security Breach Litigation:** Southern District of Florida – 21-MD-02994-RAR. Appointed Co-Lead Counsel. Multidistrict Litigation (MDL) case of privacy/breach of fiduciary duty wherein thousands of patient medical records were released ($6 million settlement)

**Skurauskis v. NationsBenefits:** SouthernDistrict of Florida– 0:23-cv-60830-RAR. Member of the Executive Committee. Healthcare Data Breach involving millions of patient records and Protected Health Information. (ongoing litigation)

**In Re: BetterHelp, Inc., Data Disclosure Cases:** Northern District of California – 3:23-cv-01033-RS. Appointed Co-LeadCounsel. Healthcare Data Breach involving the disclosure of millions of mental health records and Protected Health Information. (ongoing litigation)

# Maureen Brady
## FOUNDING/MANAGING PARTNER

McShane & Brady, LLC

## Multi District Litigation/Class Case Appointments:  *(Cont.)*

**Fortra File Transfer SoftwareData Security BreachLitigation:** Southern District of Florida- 24-MD-03090-RAR. Appointed Lead Counsel for Track 3. Unauthorized third party accessed and downloaded personal identifiable information and protected health information. (ongoing litigation)

**Cabezas v. Mr. Cooper Group, Inc.:**Northern District of Texas, Dallas Division 3:23-cv-02453-N. Appointed Executive Committee. Unauthorized third party accessed and downloaded personal identifiable information. (ongoing litigation)

**Owens v. MGM ResortsInternational:** District of Nevada 2:23-cv-01480-JAD- VCF. Appointed Executive Committee. Unauthorized third party accessed and downloaded personal identifiable information. (ongoing litigation)

**Garland v. Dollar Tree:** Middle Distric tof Florida- 2:23-cv-0128. Appointed to Executive Committee. Data Breach involving disclosure of personal identifiable information (ongoing litigation)

**23ANDME Customer Data Security Breach:** Northern District of California- 24- md-03098-EMC. Data breach involving unauthorized third party access to personally identifiable information and personal health information. (ongoing litigation)

**Jenkins and Perryman v DaVita, Inc.:** District Court of Colorado 1:25-cv-01358-DDD-SBP. Appointed Executive Committee. Data breach involving unauthorized third party access to personally identifiable information and personal health information. (ongoing litigation)

**In Re: Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC Data Security Breach Litigation**: Eastern District of Missouri - MDL No. 3185 - Master Case No. 4:26-md-03185-JAR. Appointed Co-Lead Counsel. Multidistrict Litigation (MDL) case involving Data Breach wherein millions of patient records were impacted. (ongoing litigation)

## Representative Class Cases:

**T.D. v. Mercy Hospital:** Circuit Court of St. Louis, Missouri - 20-SL-CC05974 - Co- Lead Counsel. Employee at Hospital accessed medical record information on patients that was not needed for patient care purposes. ($1.8 million settlement)

**Barron v. Clay County Public HealthCenter:** Clay County MissouriCircuit Court- 21CY-CV07781. Lead Counsel. Defendant disclosed personal identifiable information and personal health information of individuals on their website without authorization. (ongoing litigation)

**Marks v. Reproductive Associates:** State Court of Gwinnett County,Georgia: 21-c- 06178-S3. Lead Counsel. Unauthorized party gained access to defendant's servers containing personal identifiable information. ($1 million settlement)

# Maureen Brady
## FOUNDING/MANAGING PARTNER

## Representative Class Cases: *(Cont.)*

**T.P.H. v. Blue Springs Family Care:** Jackson County Circuit Court – 1916- CV07105. Lead counsel.Class case involving disclosure of medical records through phishing scam ($2.2 million settlement)

**T.L. v. Truman MedicalCenter:** Jackson County Circuit Court – 1916-CV34029 Co-Lead Counsel for class case involving disclosure of medical records on a stolen laptop ($3.1 million settlement with healthcare provider)

**K.A., et al. v. Children's Mercy Hospital:** Circuit Court Jackson County, MO– 1816-CV13521 Co-Lead Counsel.Class case involving disclosure of medicalrecords from vehicle owned by employee of hospital ($3.5 million settlement)

**C.P. and Dan Cook v New Liberty Hospital Corporation:** Clay County, MO Circuit Court – 24CY-CV00681. Co-Lead Counsel. Class Case involving ransomware attack and disclosure of personally identifiable information and personal health information to a third party threat actor. (ongoing litigation)

## Professional Affiliations:

- **Kansas City Metropolitan Bar Association** - Member
- **Association of Women Lawyers of Greater KC** - Member
- **Missouri Association of Trial Attorneys** - Member
- **American Association of Justice** - Member

## Community and Volunteer Service:

- **American Heart Association** "Go Red for Women" - Executive Leadership Team - 2019 *to present*
- **Empowering Parents Kansas City** - Board Member - 2020 to present
- **Association of Women Lawyers Kansas City -** Executive Board Member - 2015 *to present*
- **Association of Women Lawyers Kansas City** - Chapter Vice President - 2024 to 2025
- **Association of Women Lawyers Kansas City** - Chapter President - 2025 *to* 2026
- **Missouri Association of Trial Lawyers (MATA)** - Member - 2013 *to present*
- **MATA Board of Governors** - 2015 *to present*
- **Braden's Hope** - Advisory Board Member - 2015 to 2017
- **Missouri Bar Leadership Academy** - 2013 *to* 2014
- **Missouri Bar Solo and Small Firm** - Chairperson - 2021 to 2023
- **Missouri Bar Solo and Small Firm** -  Conference Planning Committee - 2014 *to present*
- **Missouri Bar Solo and Small Firm** - Conference Vice Chairperson - 2015 *to* 2021
- **Board of Creighton University Alumni Association** - 2008 *to present*

4

# Maureen Brady
## FOUNDING/MANAGING PARTNER

## Honors, Awards & Recognition:

- **2025** - *Missouri Lawyers Weekly*, "Law Firm Leader"
- **2024** - *Missouri Lawyers Media*, "Top Plaintiffs' Settlements in 2023, *T-Mobile*"
- **2020 through 2025** - *Missouri Lawyers Media: The Power List*, "The Top 30 Commercial & Consumer Litigators in Missouri"
- **2020** - *Missouri Lawyers Media*, "Litigation Practitioner Award in Missouri"
- **2018** - *Missouri Lawyers Media*, "Innovator's Award"
- **2014 through 2021** - Top 100 Trial Lawyers
- **2013, 2014, 2016** - *Kansas City Business Journal*, "Best of the Bar, Plaintiff's Personal Injury"
- **2014 through 2023** - *Super Lawyers of Missouri and Kansas*, "Top 50 Women; Top 50 Kansas City Lawyers; Top 100 Lawyers in Missouri/Kansas"
- **2011 through 2017** - *Super Lawyers of Missouri and Kansas* "Rising Star and Super Lawyers"
- **2014 through 2018** - A "V" rating by *Martindale Hubbell*
- **2016, 2019** - *Association of Women Lawyers*, President's Award
- **2017** - *St. Teresa's Academy*, "Dream Team"

## Publications and Presentations:

- **"Taxable Court Costs"** - CLE - Missouri Bar, 2013
- **"HIPAAPrivacy Laws – Pitfalls"** – CLE – KCMBA Bench Bar and Boardroom Conference, 2015
- **"HIPAA Damages"** – CLE – MATA Annual Convention, 2015
- **"Protecting Attorneys against Fiduciary Breaches"** – CLE – MissouriBar Family Law Conference, 2015 *and* 2023
- **"Protecting Your Privacy : HIPAA"** - UMKC School of Law, Res Ipsa, Alumni Magazine, *Fall, 2014*
- **"What is Privacy Worth?"** - MATA Quarterly Newsletter Publication, *Spring* 2015
- **"Health Insurance Portability and Accountability Act, Procedures and Covered Entities"** - Missouri Bar Family Law Conference - *Summer*, 2020
- **"Health Insurance Portability and Accountability Act, Procedures and Covered Entities"** - DWI Law and Science Seminar - *Fall*, 2020
- **"GrowingYour Law Practice"** - Missouri Bar Solo and Small Firm Conference - *Spring*, 2021
- **"Privacy Class Actions"** - Western Alliance Bank's Class Action Law Forum - *Spring*, 2024
- **"Leveling Up"** - CLE - Association of Women Lawyers KC, 2025
- **"Kansas and The State of Privacy"** - CLE - Kansas Paralegal Association Summer Seminar, 2025
- **"HIPAA Update"** - CLE - Missouri Association of Trial Attorneys , 2025

**5**