**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | APPLICATION OF E. MICHELLE DRAKE FOR APPOINTMENT AS CO-LEAD COUNSEL FOR TRACK 1 |
| | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| | Chief Magistrate Judge Cecilia M. Romero |

Pursuant to Case Management Order No. 2 (Dkt. 141) ("CMO No. 2") and Fed. R. Civ. P. 23(g)(3), E. Michelle Drake of Berger Montague PC seeks appointment as co-lead counsel for the Individual Track ("Track 1"). Ms. Drake has practiced law for 25 years, has served as lead or co-lead counsel in more than fifty class actions, and has achieved career settlements valued into the billions of dollars. Measured against the factors set forth in Rule 23(g)(1)(A) and CMO No. 2, Ms. Drake is "best able" to lead Track 1 for five reasons:

1. **Courts choose Ms. Drake to lead the nation's largest data breach cases.** She currently serves as co-lead counsel in two of the largest data breach MDLs in history: *In re MOVEit Customer Data Sec. Breach Litig.*, No. 1:23-md-03083 (D. Mass.) (93 million impacted individuals; over 200 defendants), and *In re Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, No. 24-md-03108 (D. Minn.) (over 192 million impacted individuals and hundreds of thousands of medical providers).

2. **Ms. Drake's peers trust her with the arguments that decide cases.** In both *MOVEit* and *Change Healthcare*, seasoned co-counsel selected Ms. Drake to argue the motions to dismiss. The plaintiffs prevailed both times.

3. **Ms. Drake knows the subject matter of this case.** Ms. Drake serves on the Steering Committee in *In re PowerSchool Holdings, Inc. Customer Data Sec. Breach Litig.*, No. 3:25-md-03149 (S.D. Cal.), the closest analog to this case: another breach of an education platform that exposed the data of millions of K-12 students. She also brings decades of credit reporting experience that maps directly onto the identity theft harms at issue here.

4. **Ms. Drake resolves cases.** To date, Ms. Drake has helped achieve settlements in *MOVEit* exceeding $40 million. Future settlements will be multiples of that number. Ms. Drake served as co-lead counsel in and settled *In re MGM Resorts Int'l Data Breach Litig.*, No. 2:20-cv-00376 (D. Nev.) (60 million impacted individuals; $45

1

million settlement). Her firm also played a significant role in *In re Capital One Customer Data Sec. Breach Litig.*, No. 1:19-md-02915 (E.D. Va.), and was the only firm awarded a multiplier by lead counsel. That case resolved for $190 million on behalf of 98 million impacted individuals. As liaison counsel in *Target*, she helped achieve a settlement on behalf of approximately 100 million consumers that was upheld by the Eighth Circuit. Ms. Drake also secured the second-largest settlement in the history of the Fair Credit Reporting Act; helped resolve the *Juul* consumer class claims, brought on behalf of minors, for over $1.2 billion; and led cases against all three national credit bureaus to resolutions valued in the billions of dollars.

5. **Berger Montague is built for big cases.** Berger Montague employs over 100 attorneys in nine offices, has secured numerous billion-dollar-plus settlements and verdicts in its 56-year history, and will fund this case itself, without litigation financing. The firm has also led before this bench: Berger Montague served as co-lead counsel before Judge Shelby and Chief Magistrate Judge Romero, sitting by designation, in *In re Broiler Chicken Grower Antitrust Litig. (No. II)*, No. 6:20-md-02977-RJS-CMR (E.D. Okla.).

These reasons, and the remaining considerations identified in Rule 23(g) and CMO No. 2, are addressed below.

**A. Ms. Drake Is Willing and Able to Commit the Time and Resources This Case Requires**

Ms. Drake is an Executive Shareholder at Berger Montague, one of the nation's oldest, largest, and most respected class action firms.[1] She founded the firm's Minneapolis office in 2016, serves on its Executive Committee, and chairs its Technology, Privacy, and Data Breach Department. Ms. Drake commits to making this litigation a priority and to doing the work personally: arguing the motions, taking the depositions, and appearing before the Court. Her firm stands behind her application with its full resources. Berger Montague has funded litigation requiring millions of dollars, has sufficient financial resources to fund this case, and will not use litigation financing in this matter. (See Drake Resume, Ex. A.)

---

[1] Berger Montague's firm biography is available at https://bergermontague.com/wp-content/uploads/Firm-Bio-Introduction.pdf.

**B. Ms. Drake Has a Demonstrated Track Record of Working Cooperatively and Efficiently with Co-Counsel, Opposing Counsel, and the Court**

Ms. Drake litigates the way she works: doggedly, plainly, and without pretense. In daily practice, Ms. Drake strives to be "Minnesota nice." That combination has earned her the respect of the judiciary and of the peers alongside whom she has led some of the country's largest cases, and it has built durable working relationships across the plaintiffs' bar. More than a decade before her appointments in *MOVEit*, *Change Healthcare*, and *MGM*, Ms. Drake served as liaison counsel in the seminal data breach case *In re Target Corp. Customer Data Sec. Breach Litig.*, No. 14-md-02522 (D. Minn.). In *Target*, she first worked with James Pizzirusso of Hausfeld and Gary Lynch of Lynch Carpenter, and she has worked with them and their firms ever since: in *MOVEit* (Ms. Drake and Mr. Lynch as co-leads, Mr. Pizzirusso on the Executive Committee), *Change Healthcare* (Ms. Drake as co-lead, Messrs. Pizzirusso and Lynch on the Executive Committee), *PowerSchool* (Mr. Pizzirusso as co-lead, Ms. Drake on the Steering Committee), and *In re Capital One Fin. Corp. Affiliate Mktg. Litig.*, No. 1:25-cv-00023 (E.D. Va.) (Ms. Drake and Mr. Pizzirusso as co-leads). She would be pleased to work alongside them at the highest levels of leadership in this case.

Ms. Drake shares the Court's concern about committees leading to increased costs. In other litigation, she has ensured efficiency by dividing primary responsibility for key case tasks among the co-leads, so that there is a clear "go-to" co-lead for each significant task, with executive committee members given specific assignments based on expertise and need. She will prioritize coordination with Track 2 and Track 3 leadership to avoid duplicative discovery and briefing, and she has worked cooperatively with several Track 2 leadership counsel in other contexts, including Mr. Cecchi in *PowerSchool* and Messrs. Siegel and Klinger, with whom she

has served as co-lead counsel in other data breach matters. Among those seeking positions in Track 1, Ms. Drake has worked effectively with, and would be pleased to work again with, Art Murray, Amber Schubert, Beena McDonald, Grayson Wells, Sabita Soneji, and John Yanchunis. Ms. Drake supports the appointment of Brent Hatch as liaison counsel.

Ms. Drake is equally committed to working cooperatively and professionally with opposing counsel and the Court, and she believes that strong advocacy requires actively pursuing opportunities for resolution. Judge Donovan Frank of the District of Minnesota and Judge Allison Burroughs of the District of Massachusetts are familiar with Ms. Drake's leadership and can attest to the quality of her work in other MDLs.

**C. Ms. Drake Has Substantial Experience in Litigation of This Type and Knows the Subject Matter of This Case**

This case arises from a breach of Instructure's Canvas platform, which is used by K-12 students and educators nationwide. Many of the impacted individuals, as in *PowerSchool*, are K-12 students whose email addresses, course enrollment information, and private educational correspondence were compromised. Ms. Drake knows this terrain: in *PowerSchool*, she is responsible for selecting and working with the expert witnesses, and her firm is extensively involved in offensive and defensive discovery. Representing minors, and their parents, also requires a sensitivity Ms. Drake has practiced for years. She chaired the class action committee in the *Juul* e-vaping MDL, representing minors to whom e-vaping devices were illegally marketed and sold, and ultimately helped resolve the consumer class case for over $1.2 billion. *In re Juul Labs, Inc., Mktg., Sales Pracs. & Prods. Liab. Litig.*, No. 3:19-md-02913 (N.D. Cal.).

4

Ms. Drake has also litigated numerous matters involving credit reporting and has deep working knowledge of the American credit reporting system.[2] That experience has proven invaluable in data breach actions, where identity fraud and resultant credit damage are among the primary harms class members experience. Because much of the data compromised here pertains to minors, whose information is frequently used to perpetrate phishing and identity theft, this experience is particularly relevant.[3]

**D. Ms. Drake Adds Diversity of Legal Talent, Experience, Gender, and Geography**

Ms. Drake fosters inclusion in her practice and actively mentors less experienced lawyers. Her appointment would add gender diversity and, as a Minneapolis-based lawyer, geographic diversity. And unlike many applicants, Ms. Drake has spent much of her career litigating outside the data breach context, including as a public defender trying death penalty cases; that breadth strengthens her advocacy.

**CONCLUSION**

For the foregoing reasons, Ms. Drake respectfully requests that the Court grant this application and appoint her as co-lead counsel for Track 1.

---

[2]Ms. Drake served as co-lead counsel in dozens of cases against Equifax, Experian, and TransUnion, which, after being voluntarily transferred and consolidated, resolved for relief valued in the billions of dollars. *Clark v. Trans Union, LLC*, No. 3:15-cv-00391 (E.D. Va.); *Clark v. Experian Info. Sols., Inc.*, No. 3:16-cv-00032 (E.D. Va.); *Thomas v. Equifax Info. Servs., LLC*, No. 3:18-cv-00684 (E.D. Va.). She also recently led a team of Berger Montague attorneys, as sole plaintiff's counsel, to secure final approval of the second-largest settlement in the history of the Fair Credit Reporting Act. *Fernandez v. CoreLogic Credco, LLC*, No. 3:20-cv-01262 (S.D. Cal.) ($58.5 million settlement).
[3]*See* Javelin Strategy & Research, *Child Identity Fraud: A Web of Deception and Loss* (2021).

Respectfully submitted,

Date: August 14, 2026

/s/ E. Michelle Drake
E. Michelle Drake, pro hac vice
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5933
emdrake@bergermontague.com

*Counsel for Plaintiff Hernandez*