# EXHIBIT A

# E. Michelle Drake



**BERGER|MONTAGUE**

Philadelphia – Malvern – Minneapolis – San Francisco
San Diego – Toronto – Chicago – Washington DC – Wilmington

bergermontague.com

### E. Michelle Drake – Executive Shareholder, Berger Montague PC

E. Michelle Drake is an Executive Shareholder at Berger Montague, one of the nation's oldest and largest class action litigation firms, employing over 100 attorneys in nine offices in the United States and Canada.

Ms. Drake founded and leads the firm's second-largest office, located in Minneapolis, Minnesota. Since she joined the firm in 2016, she has grown the Minneapolis office to employ over twenty employees, including eleven full-time attorneys. Ms. Drake co-chairs the firm's Technology, Privacy and Data Breach department and Consumer Protection department, and chairs the firm's Credit Reporting and Background Checks department. She is a member of Berger Montague's Executive Committee and, in addition to managing the Minneapolis office, also supervises several attorneys in Philadelphia, D.C., and San Diego.

Ms. Drake focuses her practice primarily on data/consumer privacy, financial services, and improper credit reporting class actions. She has practiced law since 2001 and holds degrees from Harvard College, Harvard Law School, and Oxford University. Ms. Drake began her legal career by defending high stakes criminal cases as a public defender in Atlanta, Georgia, and has also represented people facing the death penalty, including at trial. She has never lost her desire to litigate on the side of the "little guy." Possessing a rare combination of a strong academic pedigree and real-world trial skills, Ms. Drake has successfully gone toe-to-toe with some of the world's most powerful corporations.

Ms. Drake has extensive experience representing consumers in MDL/consolidated proceedings and class actions. In total, Ms. Drake has served as lead or co-lead class counsel in over fifty class actions and has achieved relief for consumers valued in the billions of dollars.

Ms. Drake has earned the respect of her peers. She is consistently named to the annual lists of The Best Lawyers of America, Top 50 Women Minnesota Super Lawyers, and Super Lawyers. Ms. Drake is routinely invited to present at continuing legal education seminars, and has presented at dozens of national conferences. She has been quoted in the New York Times, the Wall Street Journal and the National Law Journal, and her cases have been named as "Lawsuits of the Year" by Minnesota Law & Politics.

Ms. Drake is also dedicated to public service. She is currently the Chair of the Board of Directors of the Southern Center for Human Rights, and is a member *emeritus* of the Partner's Council of the National Consumer Law Center, former co-chair of the Consumer Litigation Section of the Minnesota State Bar Association, and former Board Member of the National Association of Consumer Advocates. She was also an appointee to the Federal Practice Committee in 2010 by the U.S. District Court for the District of Minnesota.

1

Ms. Drake along with fellow attorneys and staff in the firm's Minneapolis office, worked extensively on efforts to assist pro bono on multiple habeas petitions, and led a case team that also included non-profit immigration and refugee advocacy groups to achieve imperative injunctive relief for refugees, in the face of Operation Metro Surge and Operation PARRIS. *See*, *e.g.*, *U.H.A., et al. v. Bondi, et al*., No. 0:26-cv-0417-JRT (D. Minn). Related to this pro bono work, Berger Montague was the recipient of a 2026 Pro Bono Litigation Counsel Award from The Advocates of Human Rights.

### History of Berger Montague PC

Berger Montague was founded in 1970 by the late David Berger who helped pioneer the use of class actions in antitrust litigation and was instrumental in extending the use of the class action procedure to other litigation areas, including securities, employment discrimination, civil and human rights, and mass torts. The firm's complement of nationally recognized lawyers has represented both plaintiffs and defendants in these and other areas and has recovered more than $50 billion for its clients. In complex litigation, particularly in areas of class action litigation, Berger Montague has established new law and forged the path for recovery.

The firm has been involved in a series of notable cases, some of which are among the most important in the last 55 years of civil litigation. For example, the firm was one of the principal counsel for plaintiffs in the *Drexel Burnham Lambert/Michael Milken* securities and bankruptcy litigation. Claimants in these cases recovered approximately $2 billion in the aftermath of the collapse of the junk bond market and the bankruptcy of Drexel in the late 1980's. The firm was also among the principal trial counsel in the *Exxon Valdez Oil Spill* litigation in Anchorage, Alaska, a trial resulting in a record jury award of $5 billion against Exxon, later reduced by the U.S. Supreme Court to $507.5 million. Berger Montague was lead counsel in the *School Asbestos Litigation*, in which a national class of secondary and elementary schools recovered in excess of $200 million to defray the costs of asbestos abatement. The case was the first mass tort property damage class action certified on a national basis. Berger Montague was also lead/liaison counsel in the *Three Mile Island Litigation* arising out of a serious nuclear incident.

Additionally, in the human rights area, the firm, through its membership on the executive committee in the *Holocaust Victim Assets Litigation*, helped to achieve a $1.25 billion settlement with the largest Swiss banks on behalf of victims of Nazi aggression whose deposits were not returned after the Second World War. The firm also played an instrumental role in bringing about a $4.37 billion settlement with German industry and government for the use of slave and forced labor during the Holocaust.

Berger Montague twice received Public Justice's "Trial Lawyer of The Year Award" for its role as lead counsel in the *Rocky Flats* nuclear contamination litigation, a class action that took over 27 years, one trial, and two rounds of appeals to bring to resolution. *See Cook v. Rockwell Int'l Corp*., No. 90-cv-00181 (D. Colo.) ($377 million jury verdict, increased to $926 million with interest; settled on appeal for $375 million in 2017).

### Ms. Drake's Leadership Experience in Data Privacy and Consumer Class Actions

- *In re MOVEit Customer Data Security Breach Litigation*, No. 1:23-md-03083 (D. Mass.) (Ms. Drake was appointed co-lead counsel in one of the largest data breach MDLs in history, a case involving 200 defendants and over 93 million individuals)

2

- *In re PowerSchool Holdings, Inc. and PowerSchool Group, LLC Customer Data Security Breach Litigation*, No. 3:25-md-03149 (S.D. Cal.) (Ms. Drake was appointed to Plaintiffs' Steering Committee in data breach action involving breach of PII and PHI of potentially over 60 million people, including minor students)

- *In re: MGM Resorts International Data Breach Litigation*, No.: 2:20-cv-00376 (D. Nev.) (Ms. Drake was appointed co-lead counsel in this data breach class action affecting tens of millions of consumers, and which recently achieved preliminary approval of a $45 million settlement)

- *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 24-md-03108 (D. Minn.) (Ms. Drake was appointed co-lead counsel representing healthcare providers in a class action alleging that the defendants' post-security breach service shutdown caused healthcare providers to suffer billions of dollars in damages)

- *In re Target Corp. Customer Data Security Breach Litigation*, No. 14-2522 (D. Minn.) (Ms. Drake was appointed liaison counsel and helped achieve a settlement on behalf of a class of approximately 100 million consumers upheld by the Eighth Circuit)

- *Fernandez v. CoreLogic Credco, LLC*, No. 20-cv-1262 (S.D. Cal.) (FCRA class action, alleging violations by consumer reporting agency related to reporting possible matches to the OFAC List, resulting in historic $58.5 million gross settlement, the second-largest class action FCRA settlement, achieved and led by Ms. Drake, with Berger Montague as the only plaintiff's counsel)

- *In re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 3:19-md-02913-WHO (N.D. Cal.) (Ms. Drake was appointed to the Plaintiffs' Steering Committee and chaired the consumer class action committee, achieving an overall MDL settlement of approximately $1.2 billion, and a consumer class settlement of $255 million)

- *Clark v. Trans Union, LLC*, No. 3:15-cv-00391 (E.D. Va.) (Ms. Drake was appointed co-lead counsel in this consumer privacy and protection matter, achieving monetary and injunctive relief valued in the billions of dollars on behalf of a class of approximately 81 million consumers)

- *Clark v. Experian Info. Sols., Inc.*, No. 3:16-cv-00032 (E.D. Va.) (Ms. Drake served as co-lead counsel in this consumer privacy and protection matter, achieving monetary and injunctive relief valued in the billions of dollars on behalf of a class of approximately 50 million consumers)

- *Thomas v. Equifax Info. Services, LLC*, No. 3:18-cv-00684 (E.D. Va.) (Ms. Drake served as co-lead counsel in this consumer privacy and protection matter, achieving monetary and injunctive relief valued in the billions of dollars on behalf of a class of approximately 69 million consumers)

- *In re TransUnion Rental Screening Solutions, Inc. FCRA Litigation*, No. 1:20-md-02933 (N.D. Ga.) (Ms. Drake served as lead counsel in this consolidated MDL, achieving over $11 million in monetary relief, as well as injunctive relief, on behalf of hundreds of thousands of individual consumers)

- *In re: Capital One Customer Data Security Breach Litigation*, No. 1:19-MD-02915 (E.D. Va.) (Berger Montague assisted lead counsel in class action for data breach impacting 98 million individuals, ultimately resolved for $190 million)

- *Shackelford et al. v. Regents of the University of Minnesota*, No. 27-cv-23-14071 (Minn. 4th Jud. Dist.) (Ms. Drake served as leadership counsel in a class action for a data breach involving over 7 million individuals)

- *In re Consulting Radiologists Data Incident Litigation*, No. 27-CV-24-9850 (Henn. Cnty.) (Ms. Drake appointed co-lead counsel in data breach consolidated class action involving Minnesota consumers)

- *In re: MNGI Digestive Health, PA*, No. 27-CV-10788 (Henn. Cnty.) (Ms. Drake appointed class counsel in data breach consolidated class action involving Minnesota consumers)

- *Lurry v. Pharmerica Corp.*, No. 3:23-cv-00297 (W.D. Ky.) (Ms. Drake was appointed co-lead counsel in class action for data breach involving over 5.8 million individuals)

- *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litig.*, No. 19-md-02904 (D.N.J.) (Ms. Drake was appointed to the Plaintiff's Steering Committee in the Quest Diagnostics track, which is the largest track in the coordinated MDL proceedings in this class action for a data breach impacting over 20 million patients of various medical labs)

- *In re GEICO Customer Data Breach Litigation*, No. 21-cv-2210 (E.D.N.Y.) (Ms. Drake was appointed co-lead counsel in privacy class action alleging GEICO voluntarily disclosed millions of consumers' drivers' license numbers on its website in violation of the federal Drivers' Privacy Protection Act)

- *In re MAPFRE Data Disclosure Litigation*, No. 1:23-cv-12059 (D. Mass.) (Ms. Drake was appointed co-lead counsel in privacy class action alleging MAPFRE voluntarily disclosed millions of consumers' drivers' license numbers on its website in violation of the federal Drivers' Privacy Protection Act)

- *Beckett v. Aetna, Inc.,* No. 17-cv-03864 (E.D. Pa.) (Berger Montague was appointed co-lead counsel in case involving public disclosure of patient HIV information, which settled in a non-reversionary $17 million fund. Each class member received an automatic payment of $500 without being required to fill out a claim form, and class members were also allowed to submit claims for up to $20,000 for financial or non-financial harm)

- *Rodriguez v. National Credit Center, LLC*, No. A-23-869000-B (Clark Cnty.) (FCRA class action, alleging violations by consumer reporting agency related to reporting of inaccurate matches to the OFAC List, resulting in class action settlement of $30 million gross settlement for consumers, achieved and led by Ms. Drake, with Berger Montague acting as lead counsel)

- *Knights v. Publix Super Markets, Inc.*, No. 14-cv-720 (M.D. Tenn.) (FCRA class action, alleging violations by employer, resulting in a $6.75 million settlement, led by Ms. Drake)

- *Hillson v. Kelly Services, Inc.*, No. 15-cv-10803 (E.D. Mich.) (FCRA class action, alleging violations by employer, resulting in a $6.749 million settlement, led by Ms. Drake)

4

- *Ernst v. DISH Network, LLC & Sterling Infosystems, Inc.*, No. 12-cv-8794 (S.D.N.Y.) (FCRA class action, alleging violations by employer and consumer reporting agency, resulting in a $4.75 million settlement with consumer reporting agency, and a $1.75 million settlement with employer, led by Ms. Drake)

- *Hill-Green v. Experian Info. Sols., Inc.*, No. 3:19-cv-00708-MHL (E.D. Va.) (firm served as co-lead class counsel in credit reporting case involving allegations related to credit bureau's data analysis relating to fraud alert reporting, achieving injunctive relief settlement as well as monetary relief settlement of $23 million)

- *Stewart v. LexisNexis Risk Data Retrieval Services, LLC*, No. 3:20-cv-00903-JGA (E.D. Va.) (firm served as part of class counsel in credit reporting case involving inaccurate reporting of tax liens and judgments, resulting in injunctive relief and monetary relief of $24 million for the classes)

- *Saylor v. RealPage, Inc.*, No. 1:22-cv-00053-AJT-IDD (E.D. Va.) (firm served as class counsel in credit reporting case regarding inaccurate reporting of consumers as sex offenders, achieving settlement for $9.7 million)

- *Howell v. Checkr, Inc.*, No. 3:17-cv-04305 (N.D. Cal.) (firm was class counsel on this class action brought under 15 U.S.C. § 1681c, alleging consumer reporting agency reported adverse non-conviction information older than seven years, achieving class relief that established a settlement fund of $4,460,000 for 96,040 class members and injunctive relief in terms of practice changes)

- *Taylor v. Inflection Risk Solutions, LLC*, No. 20-cv-2266 (D. Minn.) (firm was co-lead class counsel on class action involving claims that consumer reporting agency mischaracterized criminal convictions and certain offenses in its reports on consumers, achieving $4 million common fund settlement)

- *Rubio-Delgado & Moore v. Aerotek, Inc.*, Nos. 2:15-cv-2701, 2:16-cv-1066 (S.D. Ohio) (Ms. Drake was one of lead class counsel and helped achieve $15 million settlement on behalf of a nationwide class of employees and applicants for violations of § 1681b(b)(2) of the Fair Credit Reporting Act, which at the time was the largest settlement of its kind)

- *Gambles v. Sterling Infosystems, Inc.*, No. 15-cv-9746 (S.D.N.Y.) (FCRA class action, alleging violations by consumer reporting agency, resulting in a gross settlement of $15 million, one of the largest FCRA settlements to date at the time, led by Ms. Drake)

- *In re Capital One Financial Corporation, Affiliate Marketing Litigation*, No. 1:25-cv-00023 (E.D. Va.) (Ms. Drake appointed co-lead counsel in consolidated class action representing affiliate marketers in allegations of cookie-stuffing by Capital One)

- *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-09470 (N.D. Cal.) (firm appointed to Executive Committee in consolidated class action representing affiliate marketers in allegations of cookie-stuffing by PayPal/Honey)

In addition to the foregoing cases in which Ms. Drake was directly involved, Berger Montague has served as lead or co-lead counsel in some of the largest class action settlements in U.S. history, including but not limited to the following:

5

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-MD-1720 (E.D.N.Y.) (Berger Montague served as co-lead counsel in antitrust class action in which it obtained a $5.6 billion antitrust settlement for a national class of direct purchasers)

- *In re MF Global Holdings Ltd. Investment Litigation*, No. 11-cv-07866 (S.D.N.Y.) (Berger Montague served as co-lead counsel and helped return approximately $1.6 billion to thousands of commodities account holders who were victims to massive theft and misappropriation of client funds at the former global commodities brokerage firm)

- *Connecticut v. Phillip Morris, Inc. et al.*, No. 18133 (Sup. Ct. Conn.) (Berger Montague was co-lead counsel for the State of Connecticut and helped it recover approximately $3.6 billion from manufacturers of tobacco products)

- *In re Namenda Direct Purchaser Antitrust Litigation*, No. 15-cv-7488 (S.D.N.Y.) (Berger Montague served as co-lead counsel and obtained a $750 million settlement on behalf of a class of direct purchasers of branded and/or generic drugs)

## Judicial Praise for Ms. Drake

**From Judge Paul A. Magnuson, United States District Court, D. Minn.:**

[T]he class representatives and their counsel more than adequately protected the class's interests. … [T]he comprehensive nature of the settlement in turn, reflects the adequacy, indeed the superiority, of the representation the class received from its named Plaintiffs and from class counsel. May 17, 2017, Mem. & Order on Mtn. to Certify Class, *In re Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 14-2522.

**From Judge Richard H. Kyle, United States District Court, D. Minn.:**

Well, I think you did a great job on this.  I mean, I really do. … it seems to me you folks have gotten it done the right way. Jan. 6, 2014, Prelim. Approval Hearing, *Bible v. General Revenue Corp.*, No. 12-cv-1236.

**From Judge Susan M. Robiner, Minnesota District Court, Henn. Cnty.:**

Plaintiffs' counsel are adequate legal representatives for the class.  They have done work identifying and investigating potential claims, have handled class actions in the past, know the applicable law, and have the resources necessary to represent the class.  The class will be fairly and adequately represented.  Oct. 16, 2012, Order Granting Mtn. for Class Cert., *Spar v. Cedar Towing & Auction, Inc.*, No. 27-CV-411-24993.

**From Judge Paul A. Engelmayer, United States District Court, Southern District of New York:**

6

I know the diligence of counsel and dedication of counsel to the class…Thank you, Ms. Drake. As always I appreciate the—your extraordinary dedication to your – to the class and the very obvious backwards and forwards familiarity you have with the case and level of preparation and articulateness today.  It's a pleasure always to have you before me…Class counsel [] generated this case on their own initiative and at their own risk.  Counsel's enterprise and ingenuity merits significant compensation…Counsel here are justifiably proud of the important result that they achieved. Sept. 22, 2020, Final Approval Hearing, *Gambles v. Sterling Info., Inc.*, No. 15-cv-9746.

**From Judge Harold E. Kahn, Dep't 302, Superior Court of Cal., San Fran. Cnty.:**

You're very articulate on this issue. … Obviously, you're very thoughtful and you have given it a great deal of thought. … And I appreciate your ability to respond to my questions off the cuff. … It shows that you have given these issues a lot of thought ... I have to say that your thoughtfulness this morning has somewhat diminished my concerns [regarding high multiplier on attorney fees]… You're demonstrating credibility by a mile as you go….You are extraordinarily impressive.  And I thank you for being here, and for your candid, noninvasive [sic] response to every question I have.  I was extremely skeptical at the outset this morning. You have allayed all of my concerns and have persuaded me that this is an important issue, and that you have done a great service to the class.  And for that reason, I am going to approve your settlement in all respects… And I congratulate you on your excellent work. Nov. 7, 2017, Final Approval Hearing, *Nesbitt v. Postmates, Inc.*, No. CGC-15-547146.

**From Judge Laurie J. Michelson, United States District Court, E.D. Mich.:**

Counsel's quality of work in this case was high.  The Court has been impressed with counsel's in-court arguments.  And counsel has provided the Court with quality briefing as well. Aug. 11, 2017, Opinion & Order on Mtn. for Atty. Fees, and Mtn. for Final Approval, *Hillson v. Kelly Services, Inc.*, No. 15-cv-10803.

**From Magistrate Judge Terence P. Kemp, United States District Court, S.D. Ohio:**

The parties in this case are represented by counsel with substantial experience in class action litigation, and FCRA cases in particular .… Class Counsel are experienced and knowledgeable in FCRA litigation, are skilled, and are in good standing. June 30, 2017, Report & Recomm'n. on Final Approval, *Rubio-Delgado v. Aerotek, Inc.*, No. 16-cv-1066.

**From Judge Paul A. Engelmayer, United States District Court, S.D.N.Y.:**

The high quality of [plaintiffs' counsel]'s representation strongly supports approval of the requested fees.  The Court has previously commended counsel for their excellent lawyering .… The point is worth reiterating here. [Plaintiffs' counsel] was energetic, effective, and creative throughout this long litigation.  The Court found [Plaintiffs' counsel]'s briefs and arguments first-rate.  And the documents and deposition transcripts which the Court reviewed in the course of resolving motions revealed the firm's far-sighted and strategic approach to discovery .… Further, unlike in many class actions, plaintiffs' counsel did not build their case by piggybacking on regulatory investigation or settlement. … The lawyers [] can genuinely

claim to have been the authors of their clients' success. Sept. 22, 2015, Final Approval Order, *Hart v. RCI Hospitality Holdings, Inc.*, No. 09-cv-3043.

**From Magistrate Judge Laurel Beeler, United States District Court, N.D. Cal.:**

Counsel have worked vigorously to identify and investigate the claims in this case, and, as this litigation has revealed, understand the applicable law and have represented their clients vigorously and effectively. June 13, 2014, Order Granting Mtn. for Class Cert., *Ellsworth v. U.S. Bank, N.A.*, No. 12-cv-2506.

**From Judge Deborah Chasanow, United States District Court, D. Md.:**

[Plaintiffs' counsel] are qualified, experienced, and competent, as evidenced by their background in litigating class-action cases involving FCRA violations. … As noted above, Plaintiffs' attorneys are experienced and skilled consumer class action litigators who achieved a favorable result for the Settlement Classes. Oct. 2, 2013, Final Approval Order, *Singleton v. Domino's Pizza, LLC*, No. 11-cv1823.

**From Judge Lorna G. Schofield, United States District Court, S.D.N.Y.:**

[Plaintiffs' Counsel] has demonstrated it is able fairly and adequately to represent the interests of the putative class. July 23, 2013, Order Appointing Interim Lead Counsel, *Ernst v. DISH Network, LLC*, No. 12-cv-8794.

**<u>Ms. Drake's Recent Speaking Engagements</u>**

- "The Ethics of Passing the Torch: Leaderships Changes at Plaintiffs' Law Firms," Panelist, Complex Litigation Ethics Conference, San Francisco, October 2025.

- "The Facts Make the Case: How to Find and Use Data To Win Your Case," Consumer Rights Litigation Conference, National Consumer Law Center and National Association of Consumer Advocates, October 2024.

- "Data-Driven Class Actions," Class Action Symposium at the Consumer Rights Litigation Conference, National Consumer Law Center and National Association of Consumer Advocates, October 2024.

- "Wrongly Accused of Terrorism and Drug Trafficking: A Case Study of One U.S. Navy Official's Battle," Harvard Plaintiffs' Law Association, October 2024.

- "National FCRA Landscape," National Association of Consumer Advocates Spring Training, May 2022.

- "Sealing, Expungement and FCRA: Criminal Records Reporting in a New Era," Equal Justice Conference, May 2022.

- "Evidentiary Challenges in Certifying Class Actions," Class Action Symposium, Consumer Rights Litigation Conference, National Consumer Law Center, December 2021.

- "COVID and Post-COVID Issues in FCRA Litigation," National Association of Consumer Advocates Spring Training, Virtual, April 2021.

- "Consumer Law: Overview of the Fair Credit Reporting Act," Minnesota Continuing Legal Education, Virtual, December 2020.

- "The Role of the Lawyer in Class Actions," Panel Chair, Global Class Actions Symposium 2020, Virtual, November 2020.

- "Hunting the Snark: Finding & Effectively Using Data to Certify Classes," Class Action Symposium, National Consumer Law Center Consumer Rights Litigation Conference, Virtual, November 2020.

- "Specialty CRAs Part 1: Conviction Histories, Expungement, and FCRA: Keeping up with Developments in a Changing Legal Landscape," National Consumer Law Center Consumer Rights Litigation Conference, Virtual, November 2020.

- "Conducting Financial & Criminal Background Checks – Applicant Rights & Employer Best Practices," Minnesota Continuing Legal Education, Minneapolis, MN, October 2020.

**Ms. Drake's Bar Admissions**

- United States Supreme Court, 2017

- State Bar of Georgia, 2001

- Georgia Supreme Court, 2006

- Minnesota Supreme Court, 2007

- U.S. Court of Appeals for the Eighth Circuit, 2010

- U.S. Court of Appeals for the First Circuit, 2011

- U.S. Court of Appeals for the Seventh Circuit, 2014

- U.S. Court of Appeals for the Ninth Circuit, 2015

- U.S. Court of Appeals for the Tenth Circuit, 2018

- U.S. Court of Appeals for the Third Circuit, 2019

- U.S. Court of Appeals for the Fourth Circuit, 2022

- U.S. Court of Appeals for the Sixth Circuit, 2023

- U.S. District Court for the Northern District of Georgia, 2007

- U.S. District Court for the District of Minnesota, 2007

- U.S. District Court for the Eastern District of Wisconsin, 2011

- U.S. District Court for the Western District of Texas, 2011

- U.S. District Court for the Western District of Wisconsin, 2015

- U.S. District Court for the Eastern District of Michigan, 2015

- U.S. District Court for the Central District of Illinois, 2016

- U.S. District Court for the Southern District of Texas, 2017

- U.S. District Court for the Western District of New York, 2017

- U.S. District Court for the Western District of Michigan, 2018

- U.S. District Court for the Northern District of Illinois, 2020

- U.S. District Court for the Middle District of Georgia, 2023

## Ms. Drake's Public Service

- Chair, Board of Directors, Southern Center for Human Rights

- Partner's Council Member, National Consumer Law Center

- Board Member Emeritus, Public Justice

- Consumer Litigation Section for the Minnesota State Bar Association (former co-chair)

- Board Member Emeritus, National Association of Consumer Advocates

- Member, Federal Practice Committee for the U.S. District Court for the District of Minnesota (2010)

## Ms. Drake's Professional Awards

- 2023 Edition "Lawyer of the Year" by Best Lawyers

- Named a 2021 Plaintiffs' Lawyers Trailblazer by the National Law Journal

- Elite Woman of the Plaintiffs' Bar, National Law Journal (2020)

- Named as a Super Lawyer (2013-2025)

- Named as a Rising Star (2011-2012)

- LawDragon 500 Leading Plaintiff Financial Lawyers List (2019-2025)

- Quoted in the New York Times and the National Law Journal

- Prior cases named as "Lawsuits of the Year" by Minnesota Law & Politics (2008, 2009)