**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No: 0:26-cv-00374-RJS-CMR <br><br> District Judge: Robert J. Shelby <br><br> Chief Magistrate Judge: Cecilia M. Romer |

**APPLICATION OF MARY M. NIKOLAI FOR APPOINTMENT**
**AS LEADERSHIP COUNSEL**

Pursuant to the Court's Case Management Order No. 2, Counsel Mary M. Nikolai respectfully submits this Application for appointment as Track 1 Leadership Counsel on behalf of the putative class in this matter. As explained below, Ms. Nikolai has the requisite experience to diligently litigate this case on behalf of Plaintiffs and the putative Class, is backed with the substantial resources of her firm, and would bolster a leadership slate for Track 1.

## LEGAL STANDARD

When selecting interim leadership counsel, courts consider: (1) the work counsel has done in investigating and identifying potential claims; (2) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (3) counsel's knowledge of the applicable law; and (4) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A). Courts "may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." *Lamas v. Zullas*, Case No. 2:25-cv-00183, 2025 WL 2161148, at *2 (D. Utah, July 30, 2025) (citing Fed. R. Civ. P. 23(g)(1)(B)). No single factor is determinative; all factors must be weighed to determine who can best represent the class. *See* Advisory Committee Notes (2003 Amendments).

## QUALIFICATIONS

1. **Ms. Nikolai and Her Firm Have Performed Extensive Work Thus Far in This Case**

Prior to filing, Ms. Nikolai and her firm spent time and effort thoroughly investigating the claims in this consolidated action. These efforts included extensive factual and legal investigation by the firm. Ms. Nikolai and her firm engaged in an investigation of Defendants' conduct and ultimately filed a class complaint on behalf of Plaintiff Sam Mockert and a putative nationwide class. If appointed, Ms. Nikolai will work collaboratively with other counsel to prepare a Consolidated Class Action Complaint.

1

**2.** **<u>Ms. Nikolai and Her Firm Have Extensive Experience in Complex Class Actions, Including Data Breaches</u>**

Courts across the country, including the Tenth Circuit, have found that experience as lead counsel in prior cases to be particularly persuasive. *See In re Oppenheimer Rochester Funds Group Securities Litigation*, Master Docket No. 09–md–02063–JLK–KMT, 2009 WL 4016635, at *4 (D. Colo., Nov. 18, 2009); *Lusk v. Life Time Fitness, Inc.*, No. 15-cv-1911 (JRT/JJK), 2015 WL 9858177, at *2 (D. Minn. July 10, 2015). Ms. Nikolai and her firm have the necessary experience in leading complex cases and knowledge of the law to effectively prosecute this action and possess unique experience and knowledge that will prove invaluable in litigating this case. *See* Fed. R. Civ. P. 23(g)(1)(A)(ii)–(iii).

**a)** **<u>*Gustafson Gluek*</u>**

Gustafson Gluek's practice focuses almost exclusively on plaintiff-side complex class action cases with significant experience in data breach litigation. Since its founding in 2003, Gustafson Gluek has led litigation against some of the nation's largest companies and law firms, seeking and obtaining relief for millions of class members consisting of both consumers and businesses. *See, e.g., In re Change Healthcare, Inc. Data Security Breach Litig.*, No. 0:24-md-03108-DWF-DJF (D. Minn.) (appointed overall lead counsel representing victims of the data security incident, which exposed more than six terabytes of healthcare patients' personal and health information and disabled the software that facilitated business operations to healthcare providers); *In re Allianz Life Insurance Company of North America Data Incident Litigation*, No. 0:25-cv-02777 (D. Minn.) (appointed lead counsel for class of 1.4 million individuals whose private information was exposed and stolen by hackers in July 2025); *In re Pork Antitrust Litig.*, No. 0:18-cv-01776 (D. Minn.) (appointed co-lead counsel for consumer class, resulting in settlements of $95 million to date); *In re Cattle and Beef Antitrust Litig.*, No. 0:22-cv-3031 (D.

Minn.) (appointed co-lead counsel for direct purchaser class, resulting in settlements of over $50 million to date); *In re Syngenta Litig.*, No: 27-cv-15-3785 (Minn. Dist. Ct.) (MDL No. 2591) (appointed co-lead counsel in state court action representing a class of Minnesota corn farmers and one of four counsel selected as settlement counsel, resulting in a settlement of $1.51 billion).

### b)  *Mary Nikolai*

Ms. Nikolai is a partner at Gustafson Gluek who has been heavily involved in complex and large-scale class actions. Currently, Ms. Nikolai is litigating alongside Dan Gustafson, her colleague and named Overall Lead Counsel, in *In re Change Healthcare Inc. Customer Data Security Breach Litig.*, MDL 3108 (D. Minn.), a case involving the largest healthcare data breach in history. Ms. Nikolai litigates on behalf of the Patient Track, a class of over 190 million individuals whose personal and health information was exposed. Ms. Nikolai helps manage a leadership team consisting of more than 30 law firms. Specifically, she is responsible for coordinating and drafting discovery, leading meet-and-confers regarding discovery disputes, attending all plaintiff depositions, and participating in monthly in chambers conferences with the court and opposing counsel.

In addition to her class work, Ms. Nikolai devotes time to her pro bono practice. In 2026, Ms. Nikolai spearheaded Gustafson Gluek's pro bono practice in response to Operation Metro Surge, a federal immigration enforcement campaign. Amidst a rapidly evolving legal landscape, Ms. Nikolai has represented more than 30 clients seeking habeas corpus relief in five different jurisdictions. In 2022, Ms. Nikolai was named 2022 Minnesota Attorney of the Year in recognition of her pro bono work in which she litigated claims against the Veterans Affairs Medical Center over injuries sustained by her client during his surgery and treatment at the facility. She was also named a Rising Star by Super Lawyers in 2025 and 2026.

As illustrated in the many complex and pro bono cases discussed above, Ms. Nikolai and

3

Gustafson Gluek have clearly demonstrated its dedication and commitment to prosecuting significant, complex cases to resolution and providing whatever resources are necessary to prevail. Ms. Nikolai will bring that same dedication and commitment to ensure the successful prosecution of this case as well.

3. **Ms. Nikolai Will Continue Cooperatively Working with All Parties.**

Ms. Nikolai appreciates that the "ability to work cooperatively with others is an essential qualification for the positions of lead counsel[.]" *In Re Motor Fuel Temperature Sales Practice Litigation*, Case No: 07-md-1840-KHV, 2007 WL 9684282, at *2 (D. Kansas, Sept. 7, 2007). Ms. Nikolai and Gustafson Gluek will coordinate and efficiently deploy the skills and efforts of other Plaintiffs' counsel in this litigation. They also have a demonstrated record of working professionally and successfully with defense counsel and will continue to do so. *See Baker v. Saint-Gobain Performance Plastics Corp., et al.*, No. 1:16-cv-0220, 2016 WL 4028974, at *4 (N.D.N.Y. July 27, 2016) (interim counsel's "ability to command the respect of their colleagues and work cooperatively with opposing counsel and the court" are important considerations) (internal quotations omitted) (*citing* Manual for Complex Litigation, (Fourth) § 10.224); *see also* Transcript of Status Conference at 7, in *In re Change Healthcare Inc. Customer Data Security Breach Litig.*, MDL 3108 (D. Minn. July 16, 2026) ("the Court really appreciates the amount of effort and cooperation that the parties have put into this. I wish all of my cases had counsel working together in the same way[.]").

4. **Gustafson Gluek Will Provide Ample Resources and Infrastructure to Contribute to this Litigation**

Gustafson Gluek has the resources needed to prosecute this action in the best interests of the putative class. *See* Fed. R. Civ. P. 23(g)(1)(A)(iv). In addition to Ms. Nikolai, Gustafson Gluek employs several experienced attorneys and legal professionals who are able to assist

depending on the needs of this litigation. Gustafson Gluek's past experience establishes its ability to allocate resources as needed to support this case as it progresses. As illustrated in the many complex cases discussed above, Gustafson Gluek has demonstrated its dedication and commitment to prosecuting significant, complex cases to resolution and providing whatever resources necessary to prevail.

5. **Ms. Nikolai and Gustafson Gluek will Contribute to Diverse and Inclusive Leadership Slate**

As a young, female partner of Gustafson Gluek, Ms. Nikolai will contribute to a diversity of age and gender within the leadership slate. Gustafson Gluek also represents a cross section of racially diverse attorneys ranging in age from their 20s to 60s, all of whom can provide their insights as needed by this litigation. Generational and racial diversity within the firm will ensure various vantage points are considered in important decision making. Furthermore, with offices in Minneapolis and San Diego, Gustafson Gluek provides geographical diversity that will be beneficial to a national class action. In sum, the combination of Ms. Nikolai's background and the highly qualified and diverse lawyers at Gustafson Gluek will promote the effective and efficient prosecution of this action.

## CONCLUSION

For the aforementioned reasons, Mary Nikolai requests that the Court appoint her to the leadership slate for Track 1.

Dated: August 14, 2026                    Respectfully submitted,

                                          */s/ Mary M Nikolai*
                                          Mary M. Nikolai (#0400354)
                                          **GUSTAFSON GLUEK PLLC**
                                          Canadian Pacific Plaza
                                          120 South Sixth Street, Suite 2600
                                          Minneapolis, MN 55402
                                          Tel: (612) 333-8844
                                          Fax: (612) 339-6622