**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | Case No. 2:26-cv-00374-RJS-CMR <br><br> Hon. Robert J. Shelby |

**APPLICATION OF NICKOLAS J. HAGMAN FOR
APPOINTMENT TO THE EXECUTIVE COMMITTEE FOR TRACK 1**

Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP ("Cafferty Clobes") submits this application for appointment to the Track 1 Executive Committee.

As an initial matter, Mr. Hagman proposes a leadership structure for Track 1 that consists of several Co-Lead Counsel, an Executive Committee, and a Liaison Counsel. In this matter, Track 1 will likely be significantly larger than both Tracks 2 and 3 combined, as Track 1 comprises all individuals who used Instructure's Canvas product, which includes students from every State. Due to the vast size and complex issues that will arise in Track 1, multiple Co-Lead Counsel, with the support of an Executive Committee, will best promote efficiency and conserve judicial resources by centralizing responsibility for strategic matters to a discrete group of individuals, while also permitting the Co-Lead Counsel to rely on the skills and resources of the other experienced counsel in an Executive Committee. The creation of an Executive Committee permits the assigned attorneys to focus on particular aspects of the case, such as offensive discovery, defensive discovery, or third-party discovery, thereby creating a clear division of roles. A Liaison Counsel will ensure coordination between the Tracks and with the Court.

**Willingness and Availability to Commit to a Time-Consuming Process**

Mr. Hagman and Cafferty Clobes are available and ready to commit to any time-consuming projects that will arise in this litigation. Indeed, Mr. Hagman and Cafferty Clobes attorneys are no strangers to complex, time-consumer litigation. They have a long history of working on major,

complex actions that have taken years to resolve. *See, e.g.*, *In re: Consumer Vehicle Driving Data Tracking Collection*, No. 1:24-MC3115-TWT, Dkt. 63 (N.D. Ga. Aug. 19, 2024) (appointing Cafferty Clobes as a track co-lead counsel in multidistrict consumer privacy litigation); *In re Realpage, Inc. Rental Software Antitrust Litig.*, No. 3:23-md-03071 (M.D. Tenn.) (Cafferty Clobes appointed to the plaintiffs' steering committee, which has obtained partial settlements totaling nearly $200 million); *In re: Cattle and Beef Antitrust Litig.*, No. 22-md-04699 (D. Minn.) (Cafferty Clobes appointed co-lead counsel on behalf of cattle sellers, obtaining settlements against certain defendants totaling more than $85 million); *In re Insurance Brokerage Antitrust Litig.*, MDL No. 1663, 297 F.R.D. 136, 153 (D.N.J 2013) (Cafferty Clobes served as co-lead counsel and obtained final approval of five separate settlements that exceeded $270 million).

Mr. Hagman's commitment to pursuing relief on behalf of class members as been recognized: "plaintiffs were aggressive and vigorous in collecting information and pursuing discovery . . . . I really want to applaud your [work] and the effort that you put in to get this resolved and I thank you very much for the work you did in this case." *In re: Kannact, Inc. Data Security Incident*, No. 6:23-cv-01132-AA (D. Or. Jan. 22, 2025). If granted the opportunity, Mr. Hagman and Cafferty Clobes will devote the time and effort necessary to this action.

**<u>Ability to Work Cooperatively with Others</u>**

Mr. Hagman and Cafferty Clobes have an extensive history working with many of the individuals and firms that are seeking leadership positions on a multitude of data privacy matters, including James Pizzirusso of Hausfeld, LLP, Amber L. Schubert of Schubert Jonckheer & Kolbe, Sabita Soneji of Tycko & Zavareei LLP, Maureen M. Brady of McShane & Brady, Kennedy Brian of Siri & Glimstad LLP, and Grayson Wells of Stranch Jennings & Garvey, PLLC.

For example, recently, Mr. Hagman and Mr. Pizzirusso worked together on a data breach action that entailed overcoming a motion to dismiss on matters of first impression. Subsequently,

they obtained a $3.85 million settlement, and expect final approval to be granted in August 2026. *Stroup v. Cardiovascular Consultants Ltd.*, No. CV2023-020048 (Ariz. Sup. Ct. Maricopa Cnty.).

Similarly, Cafferty Clobes has or is currently serving as co-counsel with many of the individuals and firms who are seeking leadership in this action. *See In re Hospital Sisters Health System Data Breach Litig.*, No. 2024CH00043 (Cir. Ct. Sangamon Cnty., Ill. Dec. 10, 2025) (Mr. Hagman appointed co-lead counsel with attorneys from Milberg and Siri & Glimstad and obtained a $7,600,000 class settlement); *Hood, et al. v. Educational Computer Systems, Inc.*, No. 24-cv-00666-CCW, Dkt. 63 (W.D. Pa. Aug. 5, 2026) (appointing Mr. Hagman co-lead counsel with attorneys from Lynch Carpenter on behalf of more than 2.5 million class members, and preliminarily approving the $6,500,000 class settlement); *Jordan, et al. v. Absolute Dental Group, LLC*, No. 2:25-cv-0986-JAD-DJA, Dkt. 108 (D. Nev. July 30, 2026) (Mr. Hagman served as co-lead counsel with attorneys from Stranch, Jennings, Garvey; Federman & Sherwood; and Milberg, and obtained final approval a settlement on behalf of 1.2 million class members); *In re WEL Companies Data Incident Litig.*, No. 1:25-CV-1851-BBC (E.D. Wis.) (Mr. Hagman serving as co-lead counsel with Israel David, with an executive committee that includes Jessica A. Wilkes, Gary M. Klinger, Maureen M. Brady, and Amber L. Schubert). Mr. Hagman wholeheartedly recommends the foregoing attorneys for a leadership role in this action.

Mr. Hagman and Cafferty Clobes attorneys have developed a reputation as competent and reliable co-counsels, and other firms involved in this litigation routinely seek to partner with Cafferty Clobes attorneys on complex cases.

**<u>Prior Professional Experience in this Litigation Type</u>**

Mr. Hagman has a proven track record of litigating and successfully resolving complex class actions on behalf of consumers. Mr. Hagman leads the firm's data breach practice and has successfully litigated more than hundreds of data breach actions. Through his efforts, Mr. Hagman

has secured scores of successful results and recoveries for millions of data breach victims across the country. *See supra*; *see also* Cafferty Clobes Firm Resume, attached as **Exhibit A**.

In addition to data breach actions, Mr. Hagman has also lead complex class actions against major companies. *See, e.g.*, *Barrett v. Apple Inc.*, No. 20-cv-04812-EJD (N.D. Cal. Dec. 19, 2024) (Mr. Hagman appointed co-lead counsel and obtained a $35 million class settlement on behalf of victims of gift card scams); *Nielsen v. Walt Disney Parks and Resorts, Inc.*, No. 21-cv-02055 (C.D. Cal. Mar. 4, 2023) (Mr. Hagman appointed co-lead counsel in a $9.5 million class settlement concerning annual passes for Disney's California theme parks); *Pattison, et al. v. Teladoc Health, Inc.*, No. 7:23-cv-11305-NSR, Dkt. 24 (S.D.N.Y. May 22, 2024) (appointing Cafferty Clobes co-lead counsel in privacy case brought on behalf of individuals who used defendant's website).

Beyond litigating, Mr. Hagman authored the 2024 edition of the Illinois Institute of Continuing Legal Education (IICLE) Class Action Handbook chapter *Settlement Procedures, Negotiations, and Agreements Under State and Federal Rules*, and twice served on the board of the Chicago Bar Association Class Action Committee. All Cafferty Clobes attorneys staffed on this matter are qualified and experienced in complex litigation, including consumer privacy litigation. *See* Cafferty Clobes Firm Resume, attached as **Exhibit A**.

**<u>Resources to Pursue this Matter in a Timely Manner</u>**

Cafferty Clobes has more than 30 years' experience in litigating, leading, and successfully resolving national consumer, antitrust, and commercial class actions. *See* Firm Resume, **Ex. A**. Cafferty Clobes possesses both the capacity and resources necessary to pursue this matter. Cafferty Clobes is well capitalized and has years of experience prosecuting and self-funding complex class action litigation, including actions against some of the largest companies in the world. Cafferty Clobes has advanced millions of dollars to fund expenses in cases, demonstrating a commitment to providing the resources and staffing needed to successfully prosecute class actions. Cafferty

Clobes is willing to advance all costs to prosecute this action, including advancing costs for document hosting, expert witnesses (both for liability and damages if necessary), and for trial.

**Ability to Meet the Requirements of the Case**

Mr. Hagman possesses extensive knowledge of the applicable facts and law concerning data breach class actions, including the facts of this case. He brings a depth of experience litigating data privacy cases, including conducting discovery concerning information security, as well as technical and damages witnesses and experts. Further, Mr. Hagman is proficient and skillful in researching and briefing essentially every aspect of data privacy class action cases. His litigation history and experience, in this case and in similar cases, allows Mr. Hagman to efficiently handle pivotal litigations issues, including class member identification and damages.

**Composition of a Leadership Team Reflecting Diversity**

Mr. Hagman and Cafferty Clobes firmly believe that a leadership team should reflect the diversity of the class of individuals they seek to represent. Mr. Hagman, who recently turned 40, is the youngest partner at Cafferty Clobes. In just a short handful of years since joining Cafferty Clobes, Mr. Hagman has demonstrated an ability to effectively lead large complex class actions.

Supporting Mr. Hagman in his efforts are several Cafferty Clobes attorneys, including Daniel O. Herrera, Nabihah Maqbool, and Alex Lee. Mr. Herrera is a first generation Cuban American who has served in leadership roles in a variety of complex actions and MDLs. Young Cafferty Clobes associates, Mr. Maqbool and Mr. Lee, both have substantial experience litigating data privacy matters, including several dozens of data breach class actions.

Mr. Hagman respectfully requests appointment to the Track 1 Executive Committee.

Dated: August 14, 2026                     Respectfully Submitted,

                                           /s/ Nickolas J. Hagman
                                           Nickolas J. Hagman (*pro hac vice*)
                                           **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
nhagman@caffertyclobes.com