# EXHIBIT A



Successful Solutions for Complex Litigation

www.caffertyclobes.com

Cafferty Clobes
Meriwether & Sprengel LLP

# Firm Overview

Cafferty Clobes Meriwether & Sprengel LLP combines the talents of attorneys with a wide range of experience in complex civil litigation.  The skill and experience of CCMS attorneys has been recognized on repeated occasions by courts that have appointed these attorneys to major positions in complex multidistrict or consolidated litigation.  As the representative sampling of cases listed below demonstrates, these attorneys have taken a leading role in numerous important actions on behalf of investors, employees, consumers, businesses and others.

# Data Privacy Class Actions

- ***Hood v. Educational Computer Systems, Inc.* (W.D. Penn.)**
  CCMS appointed Co-Lead Class Counsel in class action arising from data breach incident at the Educational Computer Systems, Inc. and obtaining a $6.5 million settlement on behalf of more than 2.5 million class members.

- ***Stroup et al v. Cardiovascular Consultants* (Sup. Ct. Maricopa Cty., AZ)**
  CCMS appointed Co-Lead Class Counsel in class action arising from data breach incident at the Cardiovascular Consultants, and secured a $3.85 million class settlement on behalf of victims, after overcoming a motion to dismiss on issues of first impression in Arizona.

- ***In re Purfoods, Inc. Data Security Litigation* (S.D. Iowa)**
  CCMS appointed Co-Lead Class Counsel in class action arising from data breach incident at Purfoods/Mom's Meals and obtained a $4.25 million settlement on behalf of victims, including substantial non-monetary injunctive relief.

- ***Rentschler et al. v. Atlantic General Hospital* (D. Md.)**
  CCMS appointed co-lead in class action rising out of a data breach at the Atlantic General Hospital and successfully obtained a settlement that provided $2.25 million in monetary compensation for damages, identity theft protection services, and defendant's promise to implement cybersecurity changes.

- ***In re Hospital Sisters Health System Data Breach Litig.*, No. 2024CH00043 (Cir. Ct. Sangamon Cnty., Ill. Dec. 10, 2025)**
  CCMS appointed co-lead counsel on behalf of nearly 900,000 victims of the data breach at Hospital Sisters Health System, and obtained a $7,600,000 class settlement.

- ***Bracy et al v. Americold Logistics, LLC* (D. Georgia)**
  CCMS representing plaintiffs in class action arising from data breach at Americold Logistics, LLC. CCMS was the lead firm responsible for defensive discovery, which lead to a $5.25 million settlement on behalf of victims of the data breach.

- ***Martemucci et al v. Peachtree Orthopaedic Clinic* (Sup. Ct. Forsyth Cty., GA)**
  CCMS appointed co-lead counsel in class action arising out of data breach incident at the Peachtree Orthopaedic Clinic and obtained a $1.3 million settlement on behalf of 37,000 class members.



- ***Hough v. Navistar, Inc.,*** **No. 21L1161 (Circ. Ct. DuPage Cnty., IL)**
  CCMS served as co-lead counsel in action arising out of a data breach of Navistar's computer systems that resulted in a settlement that provided $1.25 million to affected current and former employees, as well as significant non-monetary compensation.

- ***In re Kannact, Inc. Data Security Incident*** **(D. Or.)**
  CCMS appointed co-lead in class action arising out of a data breach incident at Kannact, Inc. which compromised private information belonging to 109,210 individuals. CCMS and co-lead successfully negotiated a $700,000 settlement that provided monetary compensation to victims, identity theft protection services, and guarantees of cybersecurity changes at Kannact.

- ***Mikulecky et al. v. Lutheran Social Services*** **(Cir. Ct. Cook Cty., IL)**
  CCMS worked as plaintiffs' counsel in class action arising from a data breach at Lutheran Social Services of Illinois, involving 184,183 victims, that was resolved through a $1.35 million settlement that provided monetary compensation to victims.

- ***Cornell v. Michigan Avenue Immediate Care*** **(N.D. Ill.)**
  CCMS served as plaintiffs' counsel in class action arising out of a data breach incident at Michigan Avenue Immediate Care, which involved 144,104 victims, and successfully negotiated a settlement that provided $850,000 in compensation to the victims.

- ***Sherma et al. v. Accutech Systems Corp.*** **(Cir. Ct. Delaware Cty., IN)**
  CCMS appointed co-lead counsel in class action arising out of a data breach incident at Accutech in which the private information of 106,078 individuals was exposed. CCMS and co-lead successfully negotiated a settlement through which Accutech agreed to compensate victims for up to $5,000 in losses resulting from the data breach and provide credit monitoring and identity theft services alongside implementing more robust cybersecurity measures.

- ***Woods et al. v. Albany ENT & Allergy Servs.*** **(Sup. Ct. Albany Cty, N.Y.)**
  CCMS appointed co-lead counsel in action arising out of breach of Albany ENT's computer systems in which the private information of 224,486 individuals was exposed. CCMS and co-lead successfully negotiated a settlement through which Albany ENT agreed to compensate victims for up to $7,500 in losses resulting from the data breach and provide credit monitoring and identity theft services alongside instituting more stringent cybersecurity measures.

- ***In re California Pizza Kitchen Data Breach*** **(C.D. Cal.)**
  CCMS appointed co-lead counsel in action arising out of cybersecurity incident at the California Pizza Kitchen in which the private information of 103,767 individuals was exposed. CCMS and co-lead counsel successfully obtained a settlement that provided substantial compensation to victims, including implementing major improvements to its cybersecurity measures, which was upheld following appeal to the Ninth Circuit Court of Appeals.



- ***Smith et al v. Hawaii Federal Credit Union* (1st Cir. Ct., HI)**
  CCMS appointed co-lead counsel in action arising out of cybersecurity incident at the Hawaii Federal Credit Union, and successfully obtained a settlement that provided substantial compensation to victims, including implementing major improvements to its cybersecurity measures.

- ***Gates v. Western Washington Medical Group* (Dist. Ct. Snohomish Cty., WA)**
  CCMS appointed co-lead counsel in class action arising out of data breach at the Western Washington Medical Group.

- ***Wilkins et al v. Mulkay Cardiology Consults.* (Sup. Ct. Bergen Cty., NJ)**
  CCMS appointed co-lead counsel in class action arising out of data breach at Mulkay Cardiology Consultants.

- ***Israel v. Medical Management Resource Group* (D. Ariz.)**
  CCMS appointed to the Executive Committee for plaintiffs in class action arising from data breach incident at the Medical Management Resource Group.

- ***Quaife et al v. Brady, Martz, & Associates, P.C.* (D. N.D.)**
  CCMS represented plaintiff in class action arising from data breach incident at Brady, Martz, and Associates.

- ***Cahill et al v. Memorial Heart Institute, LLC* (E.D. Tenn.)**
  CCMS representing plaintiff in class action arising from data breach incident at the Memorial Heart Institute.

- ***Francis v. Continuum Health Alliance* (D. N.J.)**
  CCMS representing plaintiff in class action arising from data breach incident at Continuum Health Alliance.

- ***Cortrecht v. DePauw University* (Cir. Ct. Putnam Cty., IN)**
  CCMS was sole lead counsel in a data breach action that obtained substantial monetary and non-monetary relief for students and employees of DePauw University.

- ***Rogers et al v. Des Moines Orthopaedic Surgeons* (Dist. Ct. Dallas City., IA)**
  CCMS appointed co-lead counsel in class action arising from data breach incident at the Des Moines Orthopaedic Surgeons, and obtained substantial relief for patients of the medical practice.

- ***Powers et al. Eastern Radiologists, Inc.* (E.D.N.C.)**
  CCMS representing plaintiff in class action arising from data breach incident at Eastern Radiologists.

- ***In re Emmanuel College Data Security Incident* (D. Mass.)**
  CCMS appointed co-lead counsel in class action arising from data breach incident at Emmanuel College, and obtained substantial relief for students and employees of the College.

- ***Martinez v. Earnest Health, Inc.* (N.D. Tex.)**
  CCMS representing plaintiff in class action arising from data breach incident at Earnest Health.



- **_Unsworth v. Lewis and Clark College_ (D. Or.)**
  CCMS appointed co-lead counsel in class action arising from data breach incident at Lewis & Clark College, and obtained substantial relief for students and employees of the College.

- **_In re McPherson Hospital Data Security Litig._ (Dist. Ct. McPherson Cty., KS)**
  CCMS representing plaintiffs in class action arising from data breach incident at the McPherson Hospital.

- **_In re Morrison Community Hospital Data Breach_ (Cir. Ct. Whiteside Cty., IL)**
  CCMS representing plaintiffs in class action arising from data breach incident at the Morrison Community Hospital.

- **_In re Mount Desert Island Hospital Data Security Incident Litigation_ (Cumberland Cty. Sta. Ct., ME)**
  CCMS representing plaintiff in class action arising from data breach incident at the Mount Desert Island Hospital.

- **_Hardy v. Pacific Guardian Life Insurance Co._ (D. Haw.)**
  CCMS appointed co-lead counsel in class action arising from data breach incident at the Pacific Guardian Life Insurance Company.

# Antitrust Class Actions

- **_In re Cattle Antitrust Litig.,_ No. 19-cv-01222 (D. Minn.)**
  CCMS is serving as Co-Lead counsel on behalf of a proposed class of cattle ranchers and industry trade groups alleging that some of the country's largest meatpacking companies, including Tyson, Cargill, JBS, and National Beef, have colluded to suppress the prices paid for cattle used in beef production. As discussed in a recent National Law Journal article, a successful outcome in this matter would ensure that cattle ranchers are paid what they deserve for their labor in raising live-fed cattle and bringing them to market. CCMS and its co-counsel have already secured a $83.5 million settlement from JBS. Litigation continues against the remaining Defendants, and Plaintiffs expect a ruling on their pending motion for class certification shortly.

- **_In re Apartment Rental Software Antitrust Litig._ No. 23-md-3071 (M.D. Tenn.)**
  CCMS serves on the Plaintiffs Steering Committee on behalf of renters alleging that the nation's largest property owners and managers conspired to inflate rental prices using rental "optimization" software offered by Defendant RealPage. Plaintiffs have secured more than $200 million in settlements to date in this groundbreaking litigation challenging Defendants' use of algorithmic pricing software to share proprietary data and minimize price competition in residential rental markets. Class certification proceedings are expected to commence shortly.

- **_In re Insurance Brokerage Antitrust Litig.,_ MDL No. 1663 (D.N.J.)**
  CCMS served as Co-Lead Counsel for plaintiffs in this class case alleging that insurance brokers and insurers conspired to allocate customers in a complicated scheme to maximize their own revenues at the expense of class members.  The litigation concluded in 2013 with final approval of the last of five separate

settlements that, in total, exceeded $270 million. Judge Cecchi observed that "Class counsel include notably skilled attorneys with experience in antitrust, class actions and RICO litigation." *In re Insurance Brokerage Antitrust Litig.*, 297 F.R.D. 136, 153 (D.N.J 2013); *see also In re Insurance Brokerage Antitrust Litig.*, MDL No. 1663, 2007 WL 1652303, at *6 (D.N.J. June 5, 2007).

- *In re Deutsche Bank Spoofing Litig.,* **No. 20-cv-03638 (N.D. Ill.).**
  CCMS serves on the executive committee in this case involving alleged manipulation through spoofing of Treasury and Eurodollar Futures.

- *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, **13-cv-7789 (S.D.N.Y.)**
  CCMS served as class counsel concerning manipulation of foreign exchange rates by international banks and others, eventually obtaining more than $2 billion in settlements for the class.

- *Lawrence E. Jaffe Pension Plan v. Household International, Inc.,* **No. 1:02-cv-05893 (N.D. Ill.)**
  Securities fraud class action.  CCMS served as local counsel and helped recover a settlement of approximately $1.6 billion.

- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litig.,* **No. 4:14-md-02541 (N.D. Cal.)**
  CCMS represented a former Division 1 college basketball player in this antitrust litigation challenging the cap imposed by the NCAA on grant-in-aid packages. The efforts of the firm and its co-counsel resulted in certification of an injunctive class and a settlement of $209 million.

- *In re New Motor Vehicles Canadian Export Antitrust Litig.,* **MDL 1532 (D. Me.)**
  CCMS served as Class Counsel in multidistrict litigation alleging that automobile manufacturers and other parties conspired to prevent lower priced new motor vehicles from entering the American market thereby artificially inflating prices. The court approved a $37 million settlement with Toyota and the Canadian Automobile Dealers' Association.

- *In re Disposable Contact Lens Antitrust Litigation*, **MDL No. 2626 (M.D. Fla.)**
  CCMS served on the Defendant Discovery Committee, which was tasked with overseeing all aspects of discovery pertaining to Defendants, who are alleged to have conspired to implement retail price maintenance agreements intended to inflate the prices of disposable contact lenses to supracompetitive levels. The district court certified several horizontal and vertical nationwide antitrust classes, and settlements recovering $118 million for consumers were reached.

- *In re Automotive Parts Antitrust Litig.,* **MDL No. 2311 (E.D. Mich.)**
  CCMS has served as a member of Plaintiffs' Executive Committee representing the end-payor class in one of the largest civil antitrust actions in US history.  As a member of the Executive Committee, CCMS has played an important role in this groundbreaking litigation in which plaintiffs have recovered over $1 billion on behalf of end-payor consumers and businesses who allege they purchased or leased new automobiles at prices that were artificially inflated as a result of automotive component manufacturers' anticompetitive conduct.

**Cafferty Clobes Meriwether & Sprengel LLP**

# Consumer Class Actions

- ***In re: Consumer Vehicle Driving Data Tracking Collection***, **No. 1:24-MC3115-TWT, Dkt. 63 (N.D. Ga. Aug. 19, 2024)**
  CCMS appointed as a co-lead counsel for the GM/OnStar Track in multidistrict consumer privacy litigation.

- ***Barrett v. Apple Inc.***, **No. 20-cv-04812-EJD (N.D. Cal. Dec. 19, 2024)**
  CCMS appointed co-lead counsel on behalf of individuals who were victims of scams involving Apple iTunes gift cards, and obtained a $35 million class that provided up to 100% compensation to victims.

- ***Nielsen v. Walt Disney Parks and Resorts, Inc.***, **No. 21-cv-02055 (C.D. Cal. Mar. 4, 2023)**
  CCMS appointed co-lead counsel in a class action on behalf of individuals who purchased certain annual passes for Disney's California theme parks, and eventually obtained a $9.5 million class settlement.

- ***Pattison, et al. v. Teladoc Health, Inc.***, **No. 7:23-cv-11305-NSR (S.D.N.Y.)**
  CCMS appointed co-lead counsel in privacy case brought on behalf of individuals who used defendant's website, and successfully overcame defendant's motion to dismiss in substantial part. Discovery is ongoing.

# Individual Biographies

## PARTNERS



**NICKOLAS J. HAGMAN** received his undergraduate degree, *magna cum laude*, from the University of Minnesota in 2008. Mr. Hagman earned his law degree from Marquette University Law School, *cum laude*, in 2013, with a Certificate in Litigation. During law school, Mr. Hagman served as an associate editor of the Marquette Law Review, was a member of the Pro Bono Society, and worked as an intern for the late Wisconsin Supreme Court Justice N. Patrick Crooks, and current Wisconsin Supreme Court Justice Rebecca Dallet. Following law school, Mr. Hagman served as a judicial clerk in the Milwaukee County Circuit Court for two years. Prior to joining CCMS in 2019, Mr. Hagman was an associate at a plaintiff-side consumer class action firm for five years. Mr. Hagman is licensed to practice in Illinois and Wisconsin, and before the United State District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, and the District of Colorado. Mr. Hagman authored the 2024 Edition of the IICLE Class Actions handbook chapter: *Settlement Procedures, Negotiations, and Agreements Under State and Federal Rules*, CLASS ACTIONS (IICLE, 2024). He is also a member of the Wisconsin Bar Association and Chicago Bar Association, where he is a member of the Class Action and Consumer Committees.

Cafferty Clobes
Meriwether & Sprengel LLP



**DANIEL O. HERRERA** received his law degree, *magna cum laude*, and his MBA, with a concentration in finance, from the University of Illinois at Urbana-Champaign in 2008. Mr. Herrera received his bachelor's degree in economics from Northwestern University in 2004. Mr. Herrera joined CCMS as an associate in 2011 and is resident in its Chicago, Illinois Office. Since joining CCMS, Mr. Herrera has successfully prosecuted a wide range of antitrust, consumer and commodities class action. Mr. Herrera leads the firm's Consumer Class Action and Data Privacy practices, but also is active in the firm's antitrust matters, leading its ongoing efforts in *In re Cattle and Beef Antitrust Litigation* and *In re Apartment Rental Software Antitrust Litig. No. 23-md-3071 (M.D. Tenn.)*. Prior to joining CCMS, Mr. Herrera was an associate in the trial practice of Mayer Brown LLP, where he defended corporations in securities and antitrust class actions, as well as SEC and DOJ investigations and enforcement actions. Mr. Herrera, a first generation Cuban-American, is licensed to practice in Illinois, and several federal district and appellate courts, and is an active member of the Hispanic Bar Association



**BRYAN L. CLOBES** is a 1988 graduate of the Villanova University School of Law and received his undergraduate degree from the University of Maryland. Mr. Clobes clerked for Judge Arlin M. Adams of the United States Court of Appeals for the Third Circuit, Judge Mitchell H. Cohen of the United States District Court for the District of New Jersey, and Judge Joseph Kaplan of the Maryland Circuit Court in Baltimore. From 1989 through June, 1992, Mr. Clobes served as Trial Counsel to the Commodity Futures Trading Commission in Washington, D.C. Mr. Clobes has served as lead counsel in many of the firm's class cases covering all areas of the firm's practice, and is widely recognized as an expert in class action litigation. Mr. Clobes sustained and maintained the highest rating, AV®, from Martindale-Hubbell, and has been named a "Super Lawyer" for the past twelve years. Mr. Clobes is admitted in New Jersey and Pennsylvania, and admitted to practice in several federal district and appellate courts.



**NYRAN ROSE RASCHE** received her undergraduate degree *cum laude* from Illinois Wesleyan University in 1995, was awarded a graduate teaching fellowship for law school, and earned her law degree from the University of Oregon School of Law in 1999. Following law school, Ms. Rasche served as a law clerk to the Honorable George A. Van Hoomissen of the Oregon Supreme Court. She is the author of *Protecting Agricultural Lands: An Assessment of the Exclusive Farm Use Zone System*, 77 Oregon Law Review 993 (1998) and *Market Allocation through Contingent Commission Agreements: Strategy and Results in In re Insurance Brokerage Antitrust Litigation* (with Ellen Meriwether), The Exchange: Insurance and Financial Services Developments (Spring 2015). Since joining CCMS, Ms. Rasche has successfully prosecuted a wide range of

antitrust, consumer class, securities and commodities class actions.  Ms. Rasche is admitted to practice in Oregon and Illinois, as well as the United States District Courts for the Northern District of Illinois, the Southern District of Illinois, and the District of Colorado. She is a member of the American and Chicago Bar Associations.



**JENNIFER WINTER SPRENGEL** received her law degree from DePaul University College of Law, where she was a member of the DePaul University Law Review. Her undergraduate degree was conferred by Purdue University. Ms. Sprengel is an experienced litigator in matters involving commodities, antitrust, insurance and the financial industries.  In addition, Ms. Sprengel is a committee member of the Seventh Circuit Electronic eDiscovery Pilot Program and is a frequent speaker regarding issues of discovery.  Links to some of her presentations and articles can be found on the firm's website.  She also serves as co-chair of the Antitrust Law subcommittee of the ABA Class Action and Derivative Suits committee.  She is admitted to practice law in Illinois, and several federal district and appellate courts, and has attained the highest rating, AV®, from Martindale-Hubbell.  Ms. Sprengel serves as the managing partner of the Firm.

## OF COUNSEL



**CHRISTOPHER P. DOLOTOSKY** is a litigation attorney with 20 years' experience on a variety of complex legal cases, including participating in trials. Prior to joining CCMS, he worked for several law firms in Philadelphia. Mr. Dolotosky received his law degree from the Villanova University School of Law in 2001 where he was a Board Member of the *Villanova Law Review*. He obtained his bachelor's degree in political science from the University of Delaware where he was a member of *Phi Beta Kappa*.  Mr. Dolotosky is licensed in Pennsylvania and New Jersey, and is admitted in the Eastern District of Pennsylvania and the District of New Jersey.

## ASSOCIATES



**ALEX LEE** graduated *cum laude* from the University of Illinois College of Law in 2020. While at law school, he was a staff writer for the *Illinois Business Law Journal* and served in the Illinois Innocence Project where he worked to investigate and exonerate wrongfully convicted individuals in Illinois. Mr. Lee received his BA in political science from Boston College in 2017. While at university, Mr. Lee worked in special needs education for three years. Alex Lee joined Cafferty Clobes Meriwether Sprengel in 2023. Prior to joining Cafferty Clobes, Mr. Lee worked at several law firms on consumer law, employment law, civil rights, commercial litigation, and complex litigation.



**NABIHAH MAQBOOL** is an Associate at Cafferty Clobes Meriwether & Sprengel LLP. Ms. Maqbool has experience leading matters in state and federal courts at every stage of litigation. Prior to joining Cafferty Clobes she was an associate at boutique litigation firms in Washington D.C. and Chicago, with cases ranging from complex commercial and arbitral matters, civil rights, plaintiff-side employment disputes, to serving as outside counsel for non-profit organizations. Ms. Maqbool began her career as a litigation fellow and as a staff attorney at national impact litigation organizations focused on vindicating plaintiffs' constitutional rights. Ms. Maqbool earned her law degree from the University of Chicago in 2018, where she received the Thomas R. Mulroy Prize for Excellence in Appellate Advocacy and Oral Argument, the Edwin F. Mandel Award for Exceptional Contributions to the Law School Clinical Education Program, and with pro bono honors.  Ms. Maqbool graduated from the University of Missouri Honors College with bachelors degrees in Biological Sciences and Political Science, and a Master of Public Health with Delta Omega Honors. Ms. Maqbool is licensed in New York, and is admitted in the Northern, Central, and Southern Districts of Illinois.



**KAITLIN NAUGHTON** received her law degree from the George Washington University Law School in 2019, where she served as managing editor for the *George Washington Journal of Energy & Environmental Law*.  Ms. Naughton earned her bachelor's degree in political science and sociology with distinction from Purdue University in 2015.  Ms. Naughton joined CCMS in 2019 and is resident in its Chicago, Illinois office.  She is licensed to practice in Illinois and before the United State District Court for the Northern District of Illinois.



**MOHAMMED A. RATHUR** earned his law degree from the American University Washington College of Law in 2019, where he served as a Student Attorney for the International Human Rights Law Clinic. Prior to joining Cafferty Clobes, Mr. Rathur worked at a class action law firm specializing in employment and data privacy rights. Mr. Rathur's also served as a judicial law clerk in the Chancery Division of the Circuit Court of Cook County for two years. Mr. Rathur. Mr. Rathur graduated from Michigan State University.



**HENRY VISSER MELVILLE** is an Associate at Cafferty Clobes Meriwether & Sprengel LLP. Mr. Melville earned a Bachelor of Arts in economics from the University of Colorado Boulder and a law degree from the University of Chicago.  Prior to joining our firm in 2024, he was a transactional associate at a national law firm for three years.

www.caffertyclobes.com