Jonathan O. Hafen (6096)
**PARR BROWN GEE & LOVELESS**
101 South 200 East
Suite 700
P.O. Box 45385
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840
jhafen@parrbrown.com


*Attorneys for Plaintiff Kyllia Bless and*
 *Proposed Class*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | **APPLICATION FOR TRACK 1 LEADERSHIP COUNSEL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

---

Pursuant to Case Management Order No. 2, Jonathan O. Hafen, co-counsel for Kyllia

Bless, in Case 2:26-cv-00073-RJS, submits this application for appointment as Overall Liaison

Counsel or, any other position the Court thinks is appropriate for the Track 1 cases in *In re:*

*Instructure Data Breach Litigation*, 2:26-cv-00374 (D. Utah) (the "Litigation").

### BACKGROUND

I work at the law firm of Parr Brown Gee & Loveless. While at Parr, I have handled a wide

variety of commercial litigation matters over my nearly 35 years in practice. Over those years, I

have represented plaintiffs in approximately half of my matters and defendants in the other half. I

am now being increasingly called upon by other Utah counsel to assist them and their clients as a mediator.

My first class action experience was an appointment as class counsel in the *Bryant v. New England International Surety, Inc.* matter, Utah Third District Court, Civil No. 980905751. In that matter, we pursued the defendant and related parties for many years, eventually recovering over $15 million of the approximately $24 million that victims lost in a nationwide Ponzi scheme run out of Utah. I have also been defense counsel in several purported class actions, all of which were resolved.

Another significant matter that has occupied much of my last eight years but is now nearly wound down relates to my appointment by Judge Campbell to serve as the Receiver in the Rust Rare Coin Ponzi Scheme Case, Civil No. 2:18-cv-00892-TC. The *Rust* case involved hundreds of claims and dozens of ancillary litigation matters which have been successfully resolved. About $56 million has been recovered thus far on behalf of the victims. All that remains in *Rust* at this point are a handful of ancillary proceedings, final distributions and winding up the Receivership. A copy of my Firm Biography reflecting the breadth of my practice is attached as **Exhibit 1.**

I am co-counsel in the *Bless* case with Tina Wolfson and Jeff Westerman of Ahdoot & Wolfson, PC. By separate application, Ms. Wolfson and Ahdoot & Wolfson seek appointment as sole lead counsel for the Litigation and have outlined in that application the many reasons they are qualified for that position. I know Mr. Westerman through national service on behalf of the Federal Bar Association and its members. My client, Ms. Bless, along with Mr. Prudencio, represented by Justin Toth and Ahdoot & Wolfson, appear to be the only named Utah plaintiffs in this case.

## POSITION SOUGHT AND SUMMARY OF RELEVANT EXPERTISE

The Court invited Plaintiffs' Counsel to propose leadership structures during the Case Management Conference. Plaintiffs' Counsel have agreed that, at minimum, the structure should contain two tracks. As we learned at the hearing, the Court may also allow a separate third track based on the claims of teachers who utilized Canvas's Free for Teacher product. My co-counsel and I do not oppose a third track for the Teacher claims and there have been cooperative discussions with their proposed leadership.

At the hearing, I asked if the Court would be open to appointing an Overall Liaison Counsel to coordinate across all tracks. (CMC Transcript, p. 40-42). I asked that question because, in my view, an Overall Liaison Counsel is warranted to efficiently coordinate among the Tracks. Suggested tasks for an Overall Liaison Counsel are listed below.

We have over ninety lawyers representing plaintiffs in this case. That is a heavy logistical load. For example, as the various Plaintiffs' counsel worked towards filing the initial case management conference report, substantive edits and changes in positions to the joint report occurred up to the day before the report was due, which influenced my decision to raise the potential role of Overall Liaison at the hearing.

Similar issues for future filings may well continue to arise without someone in a coordinating role over all Tracks. For example, the work towards submitting a single consolidated complaint from all tracks would benefit from an Overall Liaison, as would planning and implementing briefing and hearing preparation, discovery and the eventual trial or trials.

More specifically, the proposal is that the selected interim Lead Counsel would run their own Tracks along with the Track Executive Committees. The Overall Liaison would be

responsible for coordinating among the Tracks. This will improve collaboration and efficiency by reducing the issues surfacing to the Court needing resolution or correction, and benefit the respective classes by saving on time and costs.

It appears that there are issues of fact common to all Tracks such as the quality of Instructure's cybersecurity. There may be similar or common factual and legal issues among the Tracks regarding the nature of the harms caused by the Data Breach, or exposed information, or damages. Where common issues exist, there should be common discovery among all Tracks which will require coordination. Such coordination also could reduce the need for multiple experts on similar issues. Coordinated discovery and fewer experts would be efficient and cost effective to the Track classes and reduce trial time and expert motion practice.

If the Court determines that there will be a single Consolidated Complaint, there will be a need to coordinate the drafting and the claims. There will be a similar need to coordinate among the Tracks for a response to a motion to dismiss.

The Overall Case Liaison provides a single point person to ensure coordination of issues that arise among the separate Plaintiff Track Leadership for coordinating, planning, scheduling and guiding implementation of overall case priorities and activities consistent with Utah Standards of Professionalism and Civility, such as:

a. Conduct that promotes cooperation and efficiency
b. Executing in coordination on a single or separate consolidated complaint(s)
c. Planning preparation for hearings and coordination of presentations
d. FRCP 16 efficiencies
e. Stipulations
f. Implementation of discovery
g. Retention of experts (and coordinating where possible on issues common to the tracks, such as the cybersecurity standard of care)
h. Settlement discussions
i. Trial preparation and trial

I respectfully request appointment as Overall Liaison Counsel if the Court chooses to create such a role. Otherwise, I request appointment to any other position the Court deems appropriate.

**SUMMARY OF RELEVANT EXPERTISE FOR
LEADERSHIP APPOINTMENT**

Through my experience here, I am familiar with what I call the "Utah Way" of conducting litigation, including before this Court.  That Utah Way includes embracing Utah's Standards of Professionalism and Civility and the clear requirement of Federal Rule of Civil Procedure 1 for counsel collectively to do their best to seek "the just, speedy, and inexpensive determination of every action and proceeding."  I am also familiar with *The Sedona Principles* and counsel's obligations in how they interact in cases such as this.

If appointed to a leadership role in this case, I would do my very best to facilitate the Utah Way of litigation that will assist all counsel and the Court in achieving a just result for all parties to this proceeding.

DATED this ____ day of August, 2026.

**PARR BROWN GEE & LOVELESS**


*/s/*_____
Jonathan O. Hafen
*Attorneys for Plaintiff Kyllia Bless and
Proposed Class*

5

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the _____ day of August 2026, I caused a true and accurate copy of the foregoing **APPLICATION FOR TRACK 1 LEADERSHIP COUNSEL** to be filed with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

_/s/ Alice Packard_____