**Jonathan O. Hafen**

Long regarded as one of Utah's top lawyers, Jonathan Hafen has been widely praised by clients and peers for his skilled and efficient approach to both litigation and pre-litigation disputes. As a trial lawyer, Mr. Hafen handles a wide variety of litigation, including in the areas of securities and investment law, receiverships, employment law, disputes over the ownership and control of businesses, shareholder oppression, breach of contract, property disputes, road and access disputes, entertainment law, intellectual property, medical devices, pharmaceutical products, insurance coverage, class actions, construction law, and legal malpractice defense. He has tried numerous cases to a successful outcome for his clients, including achieving some of Utah's largest awards for plaintiffs in tortious interference and eminent domain matters. Along with others at Parr Brown, Mr. Hafen has recovered over $100 million for his clients in various matters over the years. Mr. Hafen also helps to lead Parr Brown's Receivership Group, members of which collectively have recovered over $1 billion for victims of some of the nation's largest ponzi schemes.

He has successfully defended many companies and individuals facing lawsuits, including dismissals or favorable settlements in breach of contract cases; large-company shareholder claims against officers and directors; disputes among owners of closely held companies, including breach of fiduciary duty, corporate opportunity and shareholder oppression cases; class actions; legal malpractice actions; employment discrimination cases; ADA compliance litigation, accounting malpractice actions; partnership disputes; cases involving allegations of theft of trade secrets, violations of non-solicitation and non-competition agreements; and a wide variety of other disputes that made their way to the courthouse.

In addition to his work as a trial lawyer, Mr. Hafen serves as legal counsel to a number of start-ups, midsize businesses and multinational companies, utilizing the significant resources available at Parr Brown to address the broad spectrum of legal challenges routinely confronting business leaders.  Mr. Hafen has represented major national corporations, including Zions Bank, Walgreens, Lloyds of London, Breeze Airways, and Merrill Lynch, as well as some of Utah's leading companies, including Merit Medical and Franklin Covey.

Following a nomination, research and blue-ribbon review process, Mr. Hafen was named one of the "Top 10" Lawyers in the Mountain States (Utah, Nevada, Idaho, Montana, and Wyoming) by *Super Lawyers* Magazine. Mr. Hafen has been awarded an AV rating – the highest awarded by Martindale-Hubbell, and he has been repeatedly included in *The Best Lawyers in America®*, *Chambers USA – America's Leading Business Lawyers*, *Benchmark Litigation*, and by *Utah Business* magazine as one of Utah's Legal Elite.  Mr. Hafen has been repeatedly named "Lawyer of the Year" in Utah by Best Lawyers® in the following practice areas: Employment Law – Management; Labor Law – Union; Litigation-Labor and Employment; and Employment Law-Individuals. He also continues to be recognized as one of the "Top 100" lawyers in the Intermountain area by *Mountain States Super Lawyers*. He also comes highly recommended for "bet the company" litigation by *Best Lawyers*.

Mr. Hafen loves his community and therefore is heavily involved in service work for many of Utah's most prominent legal and charitable organizations. He currently serves as Chairman of the Board of Tuacahn Center for the Arts, which hosts over 350,000 visitors each year and contributes more than $125 million in positive economic impact to Southern Utah's economy.  He has held leadership positions with the Federal Bar Association (Past National President and former Utah Chapter President), the Salt Lake Chamber (Co-Chair of Public Policy and Executive Board Member), the Utah State Bar Litigation Section (Past Chair), The Women's Leadership Institute (Board Co-Chair), Utah Center for Legal Inclusion (Board Member and Chair of CLE Committee), BYU Alumni Association (Past President), Utah Tennis Association (Executive Board Member), BYU Law School Alumni Association (Past President), and the J. Reuben Clark Law Society (Past Chapter Vice-President).  He served for a number of years as the Chair of the Utah Supreme Court Advisory Committee on the Rules of Civil Procedure and is the long-time chair of the Utah State Bar's CLE Advisory Committee. Mr. Hafen has also served as Chair of the Magistrate Judge Merit Selection Panel for the Federal District Court for the District of Utah, Southern Division. Currently, he serves on the Nominating Commission for Utah's Business and Chancery Court.

Mr. Hafen has published and lectured widely on a variety of topics, including trial skills, receiverships, investment fraud, antitrust law, professionalism and civility, legal ethics, employment law, securities law compliance, and litigation strategy.

He graduated *summa cum laude* with a B.A. from BYU, where he was the valedictorian of the College of Humanities and *magna cum laude* from BYU Law School in 1991, where he was Executive Editor of BYU's Law Review. Following graduation from law school, Mr. Hafen served as a law clerk for Chief Judge Monroe G. McKay, Tenth Circuit Court of Appeals, and then worked at Sidley Ausin in Chicago before returning to Utah and joining Parr Brown.

The Utah State Bar named Mr. Hafen its "Lawyer of the Year" in 2025.