IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| IN RE: INSTRUCTURE DATA BREACH LITIGATION | Case No. 2:26-cv-00374-RJS-CMR<br><br>**APPLICATION OF BEENA M. McDONALD FOR APPOINTMENT TO TRACK 1 PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |
| --- | --- |

On behalf of Plaintiff Kristi Sarkis, and pursuant to Case Management Order No. 2 (Dkt. 141), I, Beena M. McDonald, a Partner at Chimicles Schwartz Kriner & Donaldson-Smith LLP ("Chimicles Schwartz" or my "Firm") respectfully apply for appointment as a member of the Plaintiffs' Executive Committee for Track 1, or in any other role the Court deems appropriate, based on (a) more than 25 years of trial and complex litigation experience, (b) regularly serving in leadership positions in data breach class actions and other complex cases with a record of collaboratively working with others, (c) a demonstrated willingness and ability to commit to a time-consuming and resource-intensive process, and (d) the addition of gender, national origin, experiential and geographic diversity that I would bring to the leadership team.

## I. Experience Managing Complex Litigation, Ability to Meet the Case's Requirements, and Prior Service in Similar Leadership Capacities

I have extensive experience managing complex, high-impact civil litigation that I would bring to the Executive Committee, including in data privacy class actions, other MDLs, class actions, and trials. I frequently lead prosecution teams in large-scale cases, with particular expertise in negotiating and overseeing high-volume productions and leading large teams of attorneys through all phases of discovery and depositions.

*First,* I am familiar with this Court's practices and expectations, having been part of the plaintiffs' Interim Class Counsel team in *In re The Church of Jesus Christ of Latter-Day Saints Tithing Litigation*, MDL No. 3102 (D. Utah), which experience informs how I would approach a leadership assignment and coordinating with firms across consolidated actions before this Court.

*Second*, I have meaningful and relevant experience in other high-stakes MDLs and class actions. For example, in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014 (W.D. Pa.), I successfully argued the JPML petition centralizing more than 100 cases. After Judge Joy Flowers Conti appointed my Firm as Co-Lead

1

counsel, I worked closely with the other Co-Lead firms to help develop and execute an efficient discovery program, including: negotiating over 70 custodians and search terms; directing a 65-person team through 3.5 million pages of documents from five defendants and numerous third parties; preparing for and assisting in more than 20 depositions and first-chaired a trial deposition; managing defensive discovery and depositions for 58 proposed class representatives on a compressed schedule; and taking charge of the Leadership Development Committee. I am proud that my work helped to achieve a collective settlement totaling approximately $1.7 billion, reached in less than three years after leadership was appointed.

Before the *Philips MDL*, I undertook a lead role in *In re MacBook Keyboard Litigation*, No. 5:18-cv-02813-EJD (N.D. Cal.), a consumer class action alleging that Apple's MacBook ultra-thin "butterfly" keyboards were defective, in which  Judge Edward Davila appointed my Firm as Co-Lead Counsel. My role extended to all aspects of the prosecution of class members' claims, including: primary responsibility for managing the offensive discovery team and negotiations with Apple over document discovery and depositions; managing the defensive discovery directed towards the class representative plaintiffs; taking and defending multiple merits and expert depositions; taking a lead role preparing other members of our team to take/defend depositions; securing key victories in defeating Apple's serial motions to dismiss and obtaining a ground-breaking, hotly-contested decision to certify a seven-state class (*see* 2021 U.S. Dist. LEXIS 65812); and working as part of plaintiffs' settlement negotiation team, including making a detailed liability presentation to Apple's counsel and senior Apple officials at the first mediation in the case under the auspices of Ret. Judge Jay C. Gandhi. The case was fully litigated and ready for trial, where I was slated to serve as one of plaintiffs' lead trial counsel, when the case settled for $50 million, making it one of the largest and most successful consumer

class actions in California in 2022.[1, 2]

 *Third*, in addition to pretrial class action experience, I am among the few class action attorneys who also has a real trial background that will aid in helping ready this case for trial. I was a public servant for much of my early career, having served as both a Special Assistant U.S. Attorney and an Assistant Defender, and collectively trying hundreds of felony and misdemeanor jury trials and bench trials. I further built my litigation foundation as in-house counsel for Allstate Insurance Company, where I also tried a wide array of jury trials, bench trials and arbitrations, and in sitting as an Arbitrator in the Pennsylvania state court compulsory arbitration program.[3]

 *Fourth*, I serve on the Executive Committee in *C.K. v. Ann & Robert H. Lurie Children's Hospital of Chicago*, No. 1:24-cv-05503 (N.D. Ill.) (arising from the theft and sale by a cybercrime group of confidential pediatric medical records of approximately 800,000 patients), and *Woodall v. Octapharma Plasma, Inc.*, No. 3:24-cv-00424 (W.D.N.C.) (alleging a targeted cyberattack case that produced a $2.55 million non-reversionary settlement granted final approval). I have also held leadership or substantial-assistance roles in the following data breach cases: *Albrigo v. Young Consulting, LLC*, No. 1:24-cv-08059 (N.D. Ga.); *In re Wawa, Inc. Data Security Litigation*, No. 2:19-cv-06019 (E.D. Pa.); *Christofferson v. Creation Entertainment, Inc.*, No. 19STCV11000 (Cal. Super. Ct.); and *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415 (D. Colo.).

---

[1] *See* https://topverdict.com/lists/2022/california/number-1-settlements.

[2] The Court should feel free to speak with Judge Conti or Judge Davila regarding the work of myself and my Firm.

[3] My full biography can be found at https://chimicles.com/beena-m-mcdonald/ and https://www.linkedin.com/in/beenamallyamcdonald/details/experience/, and our full Firm information can be viewed at https://chimicles.com/.

### III.  Knowledge of the Subject Matter and Work Investigating the Claims

I represent Plaintiff Kristi Sarkis, which was the *second* case filed in this litigation (No. 2:26-cv-00374, filed May 5, 2026). Before filing the complaint, my co-counsel and I independently investigated the Instructure incident, including interviewing many affected class members regarding the categories of student and family data exposed and the resulting harms and mitigation efforts, and drafted a detailed complaint on that basis. Since filing, I have continued to work collaboratively with other counsel, including in the meet-and-confer process and coordination on the status reports (Dkt. Nos. 107, 137). I am conversant in the issues this case will present, including: the mechanics of intrusion and exfiltration, forensic investigation and notice obligations, FTC Act and data-security standards, Article III injury and damages, and the discovery and expert work required to prove classwide inadequacy of a defendant's security controls.

Importantly, this case is also personal to me. I am the mother of twin teenage students whose coursework, grades, and daily school life run through platforms like the one at issue here. I understand what it means for parents to learn that information they had no practical choice but to entrust to a school-adopted system is potentially in the hands of wrongdoers, and I will prosecute this case with that understanding.

### IV.  Resources and Infrastructure to Advance the Litigation, Willingness to Commit and Ability to Work Cooperatively

Chimicles Schwartz is self-funded and well-capitalized, and uses *no* third-party litigation financing in this or any other matter, so no outside funder's interests bear on case decisions. The firm has funded and staffed litigation on a large scale, including the *Philips* MDL 3014, and stands ready to devote the full weight of our attorneys and staff, our e-discovery and document review infrastructure, our expert relationships, and advance costs. I also *personally* have the time

4

to devote to this case and have structured my casework to make this litigation a priority. I will work cooperatively with whatever leadership the Court appoints and accept assignments from Co-Lead Counsel.[4]

## VI.    Diversity of Legal Talent and Experience

My appointment would advance the composition of a leadership team that reflects a diversity of legal talent and experiences. I am a woman of color — the daughter of Indian immigrants, the first person born in the United States in her family, and its first attorney — with more than 25 years of practice, and a background spanning complex plaintiffs' class action litigation and trial work including as a public servant for many years. Since this breach affected students and schools nationwide, my East Coast-based firm also brings geographical diversity that this case deserves.

## VIII.    Conclusion

I respectfully request appointment as a member of the Track 1 Plaintiffs' Executive Committee, or to any other role the Court deems appropriate.


Dated: August 14, 2026                    Respectfully submitted,

/s/ Beena M. McDonald
Beena M. McDonald, *pro hac vice*
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
bmm@chimicles.com

---

[4] I realize many excellent lawyers will certainly seek leadership positions. Among the many attorneys and firms with whom I have effectively collaborated with in other litigation recently, include Jennnifer Parrish (Magelby Cataxinos), James Pizzurusso (Hausfeld), E. Michelle Drake (Berger Montague), and Amber Schubert (Schubert Jonckheer).