Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
**HATCH LAW GROUP, PC**
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919

MaryBeth V. Gibson (Pro Hac Vice to be Filed)
marybeth@gibsonconsumerlawgroup.com
**GIBSON CONSUMER LAW GROUP, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503

*Counsel for Plaintiff Remi Zellers and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecila M. Romero |

## APPLICATION FOR TRACK 1 LEADERSHIP OF MARYBETH V. GIBSON

Pursuant to the Court's Case Management Order No. 2, MaryBeth V. Gibson (hereinafter referred to as "MaryBeth Gibson") of Gibson Consumer Law Group, LLC, submits this leadership application seeking appointment to Track 1.

### a. Identify the specific leadership role(s) sought.

Ms. Gibson seeks appointment as Lead or Co-Lead Counsel of Track 1; alternatively, Ms. Gibson would welcome a position on the Executive Committee ("EC"). Drawing on her experience creating and leading the Data Privacy Practice at her former firm, Ms. Gibson founded her own firm in 2024, Gibson Consumer Law Group, LLC. Ms. Gibson has practiced law in Georgia for over thirty years and specializes in class actions involving complex civil litigation, including data privacy litigation, data breach and misuse, consumer fraud, and business torts. Ms. Gibson's experience has earned her leadership appointments in multiple data breach cases in the health care, financial, and retail industries. Ms. Gibson has demonstrated her ability to work amicably and cooperatively with co-counsel, as well as opposing counsel while at the same time fully representing clients' interests and in accordance with Rule 1's mandate to "secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. Proc. Rule 1.

### b-d. Explain instances where the applicant has served in similar capacities in other litigation, experience in managing or participating in complex litigation, and knowledge of subject matter.

Ms. Gibson has extensive experience litigating national data breach cases in the State of Georgia and in other states and as a result, she has been involved personally with the development of data privacy law with respect to pleading and briefing standing, concrete harm, theories of recovery and damages. Ms. Gibson interest in data breach litigation was sparked in her hometown when Home Depot experienced a massive data breach in 2014. While she did not initially seek

1

appointment as part of the proposed slate, she investigated the breach and worked intensively and collaboratively with co-counsel in litigating the matter – so much so that two years into the litigation, the court granted the motion by the appointed co-leads who requested that Ms. Gibson be appointed to the steering committee "in recognition of the high quality work and effort she has contributed during the pendency of this proceeding." *See In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, Case No. 1:14-md-02583-TWT (N.D. Ga.) (ECF No. 325 attached as Exhibit 1).

That experience fueled Ms. Gibson's passion to litigate data privacy and misuse matters. Ms. Gibson's history includes *personal* appointments in several data breach cases throughout the country including, notably, *In re: Marriott Int. Customer Data Breach Sec. Litig*., where Judge Paul W. Grimm of the District of Maryland selected Ms. Gibson from a pool of applicants and appointed her as additional counsel to the selected leadership slate. *See In Re: Marriott International Customer Data Security Breach Litigation*, MDL No. 19-md-2879, (D. Md.) (ECF Nos. 201, 238). Notably, in that case, Judge Grimm certified Rule 23(b)(3) damages classes and Rule 23(c)(4) issues classes. In *Kolstedt v. TMX Finance Corporate Services, Inc., et. al.,* No. 4:23-cv-00076-RSB-CLR (S.D. Ga.), in contested leadership, Chief Judge R. Stan Baker of the Southern District of Georgia selected Ms. Gibson as Interim Co-Lead Class Counsel to represent a class of 4.8 million individuals after he consolidated twenty-two actions regarding the data breach. That matter involved extensive litigation over a demand for arbitration and a motion to dismiss. In *Baker v. ParkMobile, LLC*, No. 21-cv-02182 (N.D. Ga.), Ms. Gibson was appointed Interim Co-Lead Class Counsel to represent a class of 21 million individuals by United States District Judge Steve C. Jones of the Northern District of Georgia. That matter involved extensive discovery, including experts' testimony and legal briefing, in which Ms. Gibson personally

participated. And, in *Miller v. NextGen Healthcare, Inc.*, Case No.: 1:23-cv-02043-TWT (N.D. Ga.), Judge Thomas W. Thrash, Jr., appointed Ms. Gibson as Interim Co-Lead Class Counsel to represent a class of over 1 million individuals.  (ECF No. 24).  That case was intensely litigated and hard fought over the course of four years and involved extensive written discovery, third-party discovery, numerous depositions, multiple discovery disputes presented to the court at status conferences, and two rounds of mediation before the Honorable Layn Phillips before ultimately resolving the matter with benefits to the Settlement Class Members via a non-reversionary $19,375,000 settlement Fund.  (ECF 252-2,3.)    Additional appointments are listed on Ms. Gibson's firm resume attached as Exhibit 2.

Ms. Gibson has extensive experience in briefing issues that routinely arise in data breach cases and has extensive experience mediating and structuring numerous settlements in data breach matters. All of this valuable insight will inure to the benefit of the proposed class here.  *See, e.g., Corona-Cantu v. Ingo Money, Inc.*, No. 1:24-cv-03023-MHC (class action settlement).

In addition to her experience with legal issues routinely raised by defendants in data breach cases, Ms. Gibson has a deep understanding of and experience with evolving electronic and digital discovery, including that which is unique to data breach litigation. Ms. Gibson co-founded and served as co-chair of the E-Discovery and Use of Technology section of the Georgia Bar.  She is well versed in the applicable rules and the various available methods of search, production format, and discovery prioritization, recognizing that each litigation requires dialogue with counsel for the defendant and third parties to ensure that the best solutions are applied uniquely to each case. Working collaboratively with her proposed co-counsel, her experience will aid in streamlining the litigation with respect to unique legal issues and discovery matters that will not doubt be involved here.

*e. Detail resources and infrastructure available to contribute to the litigation.*

Ms. Gibson's track record demonstrates that she is significantly and personally involved in the detailed and analytical research – as opposed to simply overseeing others' work as a named Co-Lead. That said, and knowing that other individuals will also be appointed who will seek to make significant time contributions, Ms. will pull on resources of her firm as needed.

All funding for the case will be self-funded by Gibson Consumer Law Group as are all cases litigated by the Firm. The Firm has a demonstrated track record of its willingness and ability to pay any assessments to fund the litigation as may be decided necessary by Leadership.

*f. Proposed Structure.*

Ms. Gibson respectfully suggests that a two-person Co-Lead and five-person Executive Committee, where each member has clearly-defined roles, will effectively and efficiently represent the best interests of the class and with proper oversight will avoid duplication of efforts. In order to maintain efficiency, and as Ms. Gibson has done in other matters in which she has served in Leadership, she will enforce the use of proven methodologies from prior cases to monitor billing, control costs, review assignments, and streamline the case. All attorneys would be required to maintain contemporaneous timekeeping records recorded in one-tenths of an hour and report detailed monthly timekeeping records for review by Interim Co-Lead Counsel. Co-Lead Counsel will communicate effectively to ensure that multiple attorneys are not performing duplicative or unnecessary work. Ms. Gibson would implement a time-keeping protocol and use of uniform templates for recording time entries of all counsel who participate in the litigation and quarterly *in-camera* submissions to the Court.

Ms. Gibson recommends a secure list-serve including *all* attorneys on the Executive Committee to ensure transparency and communication keeping all members up to date on the

litigation. Understanding that information and strategy must be kept confidential to the EC, Ms. Gibson would stablish a second, secure list-serve to include all EC members *and* non-lead law firms not serving on the EC and firms not in Leadership to issue routine updates on the status of litigation.

**g. Other attorneys with whom Ms. Gibson has effectively collaborated in prior litigation.**

Ms. Gibson has worked very well with the individual lawyers seeking appointment and is confident that they would say that, too. For example, Ms. Gibson has served as co-lead counsel with well-respected data privacy counsel such as John Yanchunis of Morgan & Morgan, Arthur Murray of the Murray Law Firm, Amy Keller of DiCello Levitt LLP, Maureen Brady of McShane and Brady, and Norman Siegel of Stueve Siegel Hanson, LLP (who is seeking appointment to Track 2).  Ms. Gibson has also served on executive committees with Gary Lynch of Lynch Carpenter, LLP, Jason Lichtman of Lieff Cabreser Heimann & Berstein, LLP, and James Cecchi of Carella, Bryne, Cecchi Brody & Angello, P.C. (seeking appointment to Track 2). Ms. Gibson welcomes the opportunity to work again with any of these highly skilled lawyers.

Ms. Gibson's track record in complex litigation matters demonstrates her willingness and ability to commit to a time-consuming process and her ability to work collegially with co-counsel, and importantly defense counsel. Ms. Gibson has significant prior professional experience in complex data breach litigation, access to resources to advance the litigation in a timely manner, and ability to meet the requirements of the case. If included in Leadership of Track 1, Ms. Gibson's female founded law firm would reflect diversity of legal talent and experiences, including gender, national origin, geography, years of practice, and age. Ms. Gibson respectfully requests that the Court consider female diversity, as well as small firm diversity in additional to Rule 23(g) factors when evaluating applications for Leadership.

Respectfully submitted,

Dated: August 14, 2026

*/s/ Brent O. Hatch*
**HATCH LAW GROUP, PC**
Brent O. Hatch
Adam M. Pace

*/s/ MaryBeth V. Gibson*
**GIBSON CONSUMER LAW GROUP, LLC**
MaryBeth V. Gibson  (*Pro Hac* Vice)
GA Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA  30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*Counsel for Plaintiff and the Proposed Class*