# EXHIBIT 2

GIBSON CONSUMER LAW GROUP, LLC FIRM RESUME

# GIBSON CONSUMER LAW GROUP, LLC

MaryBeth V. Gibson is the founding member of Gibson Consumer Law Group, LLC in Atlanta, Georgia. Ms. Gibson graduated *cum laude* with a B.S. in Biochemistry from the University of Georgia and earned her *juris doctorate* from the University of Georgia School of Law graduating *cum laude*.   Ms. Gibson practiced law in Atlanta initially for a large defense firm and then a boutique litigation firm before establishing her own firm in 2024.  Ms. Gibson specializes in complex civil litigation, including data privacy litigation, data breach and misuse, business litigation, consumer fraud, corporate fraud, and mass torts.

Ms. Gibson is routinely retained to act as Special Counsel to law firms throughout the United States to assist in complex civil litigation and provide trusted advice on complex discovery matters involving ESI, records retention, preservation strategies and compliance with legal process. In addition to her experience with legal issues routinely raised by defendants in data breach cases, Ms. Gibson has a deep understanding of and experience with evolving electronic and digital discovery, including that which is unique to data breach and privacy litigation. She is well versed in the applicable rules and the various available methods of search, production format, and discovery prioritization, recognizing that each litigation requires dialogue with counsel for the defendants and third parties to ensure that the best solutions are applied uniquely and efficiently to each case. Ms. Gibson is retained to act as Special-Counsel to law firms throughout the United States assisting in complex civil litigation. She has litigation and trial experience in state, federal and appellate courts, as well as mediation and arbitration experience.

Ms. Gibson finished serving a two-year term as Chair for the Consumer Privacy/Data Breach Litigation Group for the American Association for Justice and as Co-Chair of the Georgia State Bar E-Discovery and Use of Technology Section.  Ms. Gibson presently serves on the Board of the E-Discovery and Use of Technology Section which hosts an annual E-Discovery and Use of Technology Legal Technology Showcase.  Ms. Gibson has been selected to The Sedona Conference Working Group 1 Drafting Team on Privilege Logs and on Electronic Document Retention and Working Group 11 Data Security and Privacy's Brainstorming Group for Data Security and Privacy in Healthcare, Brainstorming Group Exploring Greater Efficiencies in Data Breach and Privacy Class Action Litigation and WG11 Brainstorming Group – Unique Procedural Aspects of Data Breach Class Actions.

Ms. Gibson has been appointed and serves in leadership positions in a number of multidistrict litigation and class action cases in the area of privacy and data breaches.  Representative cases include the following:

- *In re Aflac Inc. Data Breach Litigation,* United States District Court for the Middle District of Georgia, Columbus Division, Judge Clay D. Land, Case No. 4:25-cv-00183-CDL  (MaryBeth V. Gibson, Interim Co-Lead Counsel);
- *In re LexisNexis Risk Solutions, Inc. Data Breach Litigation*, United States District Court for the Northern District of Georgia, Atlanta Division, Judge Tiffany R. Johnson, Case No. 1:25-cv-02934-TRJ (MaryBeth V. Gibson, Interim Co-Lead Counsel);

- *Bracy v. Americold Logistics, LLC,* United States District Court for the Northern District of Georgia, Atlanta Division, Judge Thomas W. Thrash, Jr., Case No. 1:23-cv-05743-TWT (MaryBeth V. Gibson, Interim Co-Lead Counsel);

- *Kolstedt v. TMX Finance Corporate Services, Inc., et. al.,* United States District Court for the Southern District of Georgia, Savannah Division, Judge R. Stan Baker, Case No. 4:23-cv-00076-RSB-CLR, (MaryBeth V. Gibson, Interim Co-Lead Counsel);

- *Miller v. NextGen Healthcare, Inc.,* United States District Court for the Northern District of Georgia, Atlanta Division, Judge Thomas W. Thrash, Jr., Case No. 1:23-cv-02043 -TWT, (MaryBeth V. Gibson, Interim Co-Lead Counsel);

- *E.D., S.S., M.T, and C.C., v. Atlanta Women's Health Group, P.C.,* State Court of Fulton County, Georgia, Judge Wesley B. Tailor, Case No. 24V001838 (MaryBeth V. Gibson, Interim Co-Lead Class Counsel);

- *In Re: Overby Seawell Company Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Steven D. Grimberg, MDL No. 3056 (MaryBeth V. Gibson, Interim Co-Lead Class Counsel) (class action settlement);

- *In Re:  Marriott International Customer Data Security Breach Litigation*, United States District Court for the District of Maryland, Judge John Preston Bailey, MDL No. 2879 (MaryBeth V. Gibson, individual appointment by Judge Grimm to Plaintiffs' Steering Committee);

- *Baker, et al. v. ParkMobile, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division (data breach action), Judge Steven C. Jones, Case No.: 1:21-cv-02182 (MaryBeth V. Gibson, Co-Lead Counsel);

- *Tracy v. Elekta, Inc.*, United States District Court for the Northern District of Georgia, Judge Steven D. Grimberg, Case No. 1:21-cv-03997-SDG (MaryBeth V. Gibson, Interim Liaison Counsel) (class action settlement);

- *Sherwood, et al. v Horizon Actuarial Services, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division, Judge Eleanor L. Ross, Case No.: 1:22-cv-01495-ELR, (MaryBeth V. Gibson, Liaison Counsel);

- *Kleeberg, et al. v. St. Joseph's/Candler Health System, Inc.*, State Court of Chatham County, Judge Elizabeth Coolidge, Case No. STCV21-01638, (MaryBeth V. Gibson, Co-Lead Counsel);

- *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Thomas W. Thrash, Jr., MDL No. 2583 (MaryBeth V. Gibson, Plaintiffs' Steering Committee for Financial Institutions, Chair of Discovery Committee);

- *In Re: Equifax, Inc., Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Judge, Thomas W. Thrash, Jr., MDL No. 2800 (MaryBeth V. Gibson, Plaintiffs' Steering Committee).

Ms. Gibson's representative cases also include cases involving session replay, tracking and violations of wiretapping statutes:

- *In Re: BPS Direct, LLC, and Cabela's, LLC, Wiretapping,* United States District Court for the Eastern District of Pennsylvania, Judge J. Kearney, MDL No. 3074 (MaryBeth V. Gibson, appointed to Plaintiffs' Steering Committee);

- *In Re TikTok, Inc., Consumer Privacy Litigation,* United States District Court for the Northern District of Illinois, Judge Rebecca R. Pallmeyer, MDL No. 2948-A (MaryBeth V. Gibson, appointed to Plaintiffs' Sterring Committee).

Ms. Gibson also serves as class counsel in other cases involving complex litigation.  Representative cases include the following:

GCLG

ATLANTA, GEORGIA

PAGE 2

- *Moussa Kouyate, individually and on behalf of all others similarly situated, v. NUK USA LLC, et. al.,* Civil Action No. 1:24-cv-04020, United States District Court for the Northern District of Georgia, Judge Sarah E. Geraghty (involving allegations of greenwashing) (MaryBeth V. Gibson, Class Counsel);
- *Tara Kulwicki, on behalf of herself and all others similarly situated, v. Cobbb Hospital, Inc., a/k/a Wellstar Cobb Hospital, Inc., and Wellstar Health System, Inc.,* Case No.: 1:24-cv-04658, United States District Court for the Northern District of Georgia, Judge Michael L. Brown (class action involving discriminatory practices and violations of Title VII) (MaryBeth V. Gibson, Class Counsel).
- *Tara Kulwicki, on behalf of herself and all others similarly situated, v. AETNA, Inc. and AETNA Life Insurance Company*, United States District Court for the District of Connecticut, Case No.: 3:22-cv-229, Judge Robert Chatigny, (class action involving disparate treatment in violation of the Affordable Care Act) (MaryBeth V. Gibson, Class Counsel);
- *Varela v. State Farm Mutual Automobile Insurance Company*, United States District Court for the District of Minnesota, Case No.: 1:0:22-cv-00970, Judge John R. Tunheim United States District Court for the District of Minnesota (involving application of typical negotiation reduction) (MaryBeth V. Gibson, Class Counsel);

Ms. Gibson also has served as class counsel in mass tort cases.  Representative cases include the following:

- *In Re Bio-Lab Class Actions*, United States District Court for the Northern District of Georgia, Judge Sarah E. Geraghty, Case No. 1:24-cv-4407-SEG, (MaryBeth V. Gibson, Chair Business Class Committee)
- *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Ohio, Judge David A. Katz, MDL No. 2197 (MaryBeth V. Gibson, Science Committee);
- *In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Texas, Judge Ed Kinkeade, MDL No. 2244 (MaryBeth V. Gibson, Science Committee); and,
- *In Re Vioxx Products Liability Litigation,* United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657 (MaryBeth V. Gibson, Counsel).

Ms. Gibson is a member of the Georgia Association for Women Lawyers, Inc. ("GAWL"), Women In eDiscovery, The State Bar of Georgia, The American Bar Association, The Atlanta Bar Association, and The Sandy Springs Bar Association.  Ms. Gibson participates on various panels at conferences concerning data privacy and was a panelist at the 2023 NetDiligence Cyber Risk Summit. She has also been selected as Georgia Trend's Legal Elite: Georgia's Most Effective Lawyers.

Ms. Gibson is admitted to practice:

Georgia, 1990; Supreme Court of Georgia, 2022; U.S. District Court for the Northern District of Georgia, 1990; U.S. District Court for the Middle District of Georgia, 1991; U.S. District Court for the Southern District of Georgia, 2024; Eleventh Circuit Court of Appeals, 2016; Ninth Circuit Court of Appeals, 2022; Eighth Circuit Court of Appeals, 2023; Fourth Circuit Court of Appeals, 2021; and, Third Circuit Court of Appeals, 2024.