Justin T. Toth (8438)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
jtoth@rqn.com
njepson@rqn.com

*Attorneys for Plaintiff Luiz Prudencio and Proposed Class*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | **APPLICATION FOR TRACK 1 LEADERSHIP COUNSEL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia Romero |

Pursuant to Case Management Order No. 2, Justin T. Toth, co-counsel for Luz Prudencio, in Case 2:26-cv-00561-RJS (the "Prudencio Case"), submits this application for appointment to the Executive Committee of the Track 1 cases in *In re: Instructure Data Breach Litigation*, 2:26-cv-00374 (D. Utah) (the "Litigation").

**BACKGROUND**

I am a shareholder in the law firm of Ray Quinney & Nebeker P.C. ("RQN") based in Salt Lake City, Utah.  I have practiced law for 34 years focusing on complex commercial disputes in securities, antitrust, shareholder disputes and related matters.  My experience includes representing and understanding the perspectives from both the plaintiff and defense side of a case. A copy of

my Firm Biography is attached as **Exhibit 1.**  As the Court is aware, RQN is a Salt Lake City-based firm with more than 100 lawyers and storied history in our legal community.  RQN brings both financial and human resources to the Litigation that will serve the interests of the entire proposed Class, including Track 1 plaintiffs.  RQN also has attorneys who represent clients in data breach cases on a regular basis.  In addition, I am co-counsel in the *Prudencio* Case with Tina Wolfson and Jeff Westerman of Ahdoot & Wolfson, PC, a nationally renowned firm in data breach class action litigation.  Ms. Wolfson and Ahdoot & Wolfson seek appointment as sole lead counsel for the Litigation based upon their extensive and deep experience as lead counsel in MDL, class action matters and, more particularly, data breach class actions.

### POSITION SOUGHT AND SUMMARY RELEVANT EXPERTISE

I seek to be appointed to the Executive Committee of the Track 1 cases.  I have never served in a leadership position on a plaintiffs' committee of any type in class action litigation.  I have, however, served as counsel of record for defendants in several complex, global class action MDL cases involving multi-billion-dollar claims under Section 1 of the Sherman Act and related Clayton Act provisions.  The cases include *In re Urethanes Antitrust Litigation*, MDL No. 1616 (D. Kan), *In re Titanium Dioxide Antitrust Litigation,* No. 10-cv-00318-RDB (D. Md.)*, In re Diisocyanates Antitrust Litigation,* MDL No. 2862, Master Docket No. 2:18-mc-01001 (W.D. Pa).  I am also currently serving as local counsel in *In Re Broiler Chicken Grower Antitrust Litigation (No. III)*, 2:25-md-03167-RJS-JCB (D. Utah).  I have substantial familiarity with Rule 23's class certification standards, the proof required to satisfy those elements, and the discovery required to establish them.  I am well-versed in negotiating and navigating complex discovery agreements, schedules, disputes related to discovery obligations and related pre-trial activity for

these types of cases.  I have also tried several jury trials before this Court as well as other federal courts around the country.  I have also tried cases in Utah and Texas state courts involving complex commercial disputes and tort claims.

**SUMMARY OF RELEVANT EXPERTISE FOR
EXECUTIVE COMMITTEE APPOINTMENT**

I understand how litigation is to be conducted in Utah generally and, in particular, before this Court.  I understand the expectations of this Court in terms of compliance with the Utah Standards of Professionalism and Civility and the clear requirement of Federal Rules of Civil Procedure 1 to seek "the just, speedy, and inexpensive determination of every action and proceeding."  I am also familiar with *The Sedona Principles* and counsel's unambiguous obligation to communicate with each other clearly, cooperatively and in a manner to advance their client's legitimate interests.  Over the course of my career in Utah, I have always sought to work cooperatively, build relationships with co-counsel and opposing counsel and communicate effectively to achieve those ends.  I believe those skills are particularly important in sharing a leadership role in a complex case such as this; namely, to seek input from all counsel, identify opportunities for counsel with unique experience or expertise for leadership roles in fact discovery, development of expert testimony, motion practice and other material aspects of the Litigation, including trial.

DATED this 14th day of August, 2026.

RAY QUINNEY & NEBEKER P.C.

/s/ Justin T. Toth
Justin T. Toth
Nathan L. Jepson
*Attorneys for Plaintiff Luiz Prudencio and
Proposed Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of August 2026, I caused a true and accurate copy of the foregoing **APPLICATION FOR TRACK 1 LEADERSHIP COUNSEL** to be filed with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

/s/ Brandy Sears

4915-4139-8471