# EXHIBIT 1

# Justin T. Toth

SHAREHOLDER

801-323-3343

Mr. Toth is a shareholder, member of the firm's Executive Committee and serves as the firm's Business Development Director. He is the former Chair of the firm's Litigation Section. Mr. Toth practiced law for six years for a global law firm in Houston, Texas before returning to Utah. Mr. Toth's clients include many of Utah's largest publicly-traded and privately-held companies, including multi-national chemical companies, natural gas utilities, municipalities and private equity funds.  Mr. Toth's practice involves all types of commercial litigation with an emphasis on antitrust and unfair competition matters, including claims under the Sherman Act, Clayton Act, and Robinson-Patman Act. He has extensive expertise in counseling companies in establishing effective antitrust compliance programs, conducting internal investigations, responding to subpoenas and inquiries from the U.S. Department of Justice, Federal Trade Commission and Utah Attorney General's office.

Mr. Toth also has a broad range of experience representing plaintiffs and defendants involved in non-compete, non-solicitation, misuse of confidential information, shareholder and LLC disputes, as well as complex product liability and tort claims throughout the country.  In his 30 years of practice, he has represented a wide variety of businesses and individuals, including direct sellers and distributors, manufacturers of automobiles and recreational equipment, and engaged in everything from software design to civil rights litigation.

2034 Olympic & Paralympic Winter Games

Mr. Toth currently serves as outside General Counsel to the Organizing Committee for the Olympic and Paralympic Winter Games of 2034, which is the Utah non-profit entity formed to organize and host the 2034 Olympic and Paralympic Winter Games.  Prior to the award of the 2034 Winter Games to Utah on July 24, 2024, Mr. Toth served on a pro bono basis for more than a decade to Utah's bid committee to bring the Olympic Games back to Utah.  Prior to joining the Firm in 2002, Mr. Toth also served as Assistant General Counsel to the Salt Lake Olympic Committee for the 2002 Olympic Winter Games.

Mediation/Arbitration Services

Mr. Toth is also available to serve as a mediator or arbitrator in a wide range of commercial and personal injury litigation: http://utahadrservices.com/neutrals/?page_id=961

## Awards and Recognition

- *Chambers USA: America's Leading Lawyers for Business* as a leading attorney in General Commercial Litigation in Utah (Band 1) (2010-2025)
- *Forbes Best-in-State Lawyers* Named to Forbes Best-in-State Lawyers List (2025)
- *The Best Lawyers in America©* (2010-2025); Antitrust Law (*Lawyer of the Year – 2013, 2021, 2023-2025*); Commercial Litigation; Antitrust Litigation (*Lawyer of the Year – 2017*)
- *Mountain States Super Lawyers* (2010-2025); *The Top 100 Lawyers in Mountain States* (2014-2025); Business Litigation (2014-2025); Antitrust Law (2010-2025)
- *Utah Business Magazine's* "Legal Elite" in the category of Civil Litigation (as published in *Utah Business Magazine*)
- *AV Preeminent* (5.0) rating with Martindale-Hubbell (the highest rating awarded to attorneys for professional competence and ethics) (2005-2025)

## Representative Highlights

- In 2025, obtained order granting Petition for Writ of Mandamus on behalf of commercial developer requiring Salt Lake City to comply with the financial reporting requirements under Utah's Impact Fees Act from 2011 through 2023.
- In 2024, obtained award in arbitration before American Arbitration Association for Utah-based client against multi-national chemical producer for entire damages sought, including attorney fees, in excess of $1,000,000 for breach of construction and services agreement.
- In 2023, obtained jury verdict for client for breach of LLC operating agreement and usurpation of corporate opportunity of $2,000,000 in Third Judicial District Court, Salt Lake County, Utah.
- In 2022, after prevailing against the defendant's pre-trial motions and failed interlocutory appeal, obtained favorable settlement for West Valley City against neighboring sewage sludge processor with an agreement to cease operations within 5 years and pay $750,000.
- In 2020, obtained dismissal of damages claim of $225,000,000 by developer against clients West Valley City and WVC Redevelopment Agency.
- In 2018, obtained jury verdict for breach of contract and damages for investment banker against consultant in Fourth Judicial District Court, Provo, Utah.
- In 2015, obtained jury verdict in an amount in excess of requested damages in federal court in Utah on behalf of investment banker for breach of contract.
- In 2014, obtained affirmance by Utah Court of Appeals on behalf of medical testing laboratory dismissing all claims by plaintiff on summary judgment related to negligence and defamation. Fowler v. Teynor, 2014 UT App. 66
- In 2012, obtained favorable settlement for clients in products liability and negligence claims against device manufacturer and contractor in federal court in Idaho.
- In 2011, obtained favorable settlement on behalf of client in multi-district, class-action Section 1 Sherman Act case in which Class Plaintiffs and Opt-Out Plaintiffs alleged in excess of $1,500,000,000 damages in federal court in Kansas.
- In 2010, obtained settlements in excess of $2,000,000 on behalf of private equity investor involving claims of civil conspiracy, fraud, conversion and securities violations in Utah district court.

## Practice Areas

⊕ Antitrust and Trade Regulation Law and Litigation

⊕ Cannabis Law

⊕ Class & Collective Action Litigation

⊕ Direct Selling

⊕ Litigation

⊕ Personal Injury and Insurance Litigation

⊕ Products Liability Litigation

⊕ Securities and Investment Litigation

⊕ Transportation Law

⊕ Winter Sports Practice Group

## Education

**University of Utah**, J.D., 1992

Note & Comment Editor, UTAH LAW REVIEW
William H. Leary Scholar, 1989–1992

**University of Utah**, B.S., Political Science; B.S., Philosophy, 1989

*cum laude*
Phi Beta Kappa, Phi Kappa Phi
Pacesetter Award (Outstanding Graduating Senior in Political Science)

## Affiliations / Memberships

Member, Aldon J. Anderson American Inn of Court, 2019–Present
Member, Utah Supreme Court Advisory Committee on the Rules of Civil Procedure, 2017–Present; Vice–Chair (appointed from 2024–2027)
Founder and President, Antitrust & Unfair Competition Law Section of the Utah State Bar, 2005–2006
Executive Committee, Litigation Section of the Utah State Bar, 2000–2006
Panel Member, Ethics and Discipline Committee of the Utah Supreme Court, 2001–2007
Member, Antitrust Section of the American Bar Association, 2001–Present
Member, Robinson–Patman Committee, 2003–Present
Member, Judicial Performance Evaluation Commission of the Utah State Bar (2012)

## Professional Experience

The Salt Lake Organizing Committee for the Olympic Winter Games; Assistant General Counsel, 2000–2002
Van Cott, Bagley, Cornwall & McCarthy; Associate, 1999–2000
Weil, Gotshal & Manges LLP; Associate, 1993–1999
The Honorable Aldon J. Anderson, United States District Court for the District of Utah; Judicial Law Clerk, 1992–1993

**Admitted to Practice**

Utah State Bar (All Utah Courts)
Texas State Bar (All Texas Courts) (Inactive)
United States Court of Appeals for the Second Circuit
United States Court of Appeals, Fifth Circuit
United States Court of Appeals, Seventh Circuit
United States Court of Appeals, Tenth Circuit
United States District Court for the Southern District of Texas
United States District Court for the Eastern District of Texas
United States District Court, District of Utah
United States District Court for the Western District of Pennsylvania
United States District Court for the District of Idaho

## Awards

  



# Presentations and Publications

- • Panelist, Formal and Informal Dispute Resolution: Mediation Best Practices and Beyond (Utah State Bar Civility Day CLE), August 12, 2025
- Panelist, *Lessons from Veteran Practitioners for All Stages of a Legal Career* (Utah State Bar Litigation Section CLE), July 27, 2023
- Panelist, *Advanced Communication Skills for Utah Litigators & Lawyers* (Utah State Bar Fall Forum CLE), November 4, 2022
- Panelist and Presenter, *Expert Witness Examination at Trial* (Utah State Bar Trial Academy CLE), March 9, 2022
- Panelist, *Strategies for Selecting and Preparing Expert Witnesses* (Utah State Bar Fall Forum CLE), December 7, 2021
- Panelist and Presenter, *What's New? Updates to the Utah Rules of Civil Procedure* (Utah State Bar Litigation Section CLE), May 10, 2021
- Panelist and Presenter, *Best Practices for Written Discovery and Objections* (Utah Defense Lawyers Association CLE), April 30, 2021
- Panelist and Presenter, *Summary Judgment Best Practices* (Utah State Bar Fall Forum CLE), October 29, 2020
- Panelist and Presenter, *Litigation Skills Series: Effective Written Discovery* (Utah State Bar CLE), September 2, 2020
- Panelist and Presenter, *Utah Bar Fall Forum, Defending and Examining Difficult Witnesses at Trial* (Utah State Bar CLE), November 14–15, 2019
- Panelist and Presenter, *Utah State Bar Trial Academy, Expert and Witness Examination* (Utah State Bar CLE), March 21–23, 2018
- Panelist, *Litigation of the Future: Observations on How Litigation is Changing* (Utah State Bar Spring Convention CLE), March 9, 2018
- Panelist and Presenter, *Utah Bar Trial Academy, Expert Examination at Trial* (Utah State Bar CLE), May 21–22, 2015
- Panelist and Presenter, *Utah Bar Fall Forum, Prepare and Deposing Expert Witnesses* (Utah State Bar CLE), November 20–21, 2014
- Panelist and Presenter, *Utah Bar Trial Academy* (Utah State Bar CLE), May 17–18, 2013
- Panelist, *5 Top Tips from 5 Top Practioners* (Utah State Bar CLE), June 23, 2011
- Lecture, *Outside Counsel's Litigation Wish List* (Utah State Bar Corporate Counsel Section), May 16, 2011
- Panelist, *Utah State Bar Fall Forum, Deposition Boot Camp*, November 18–19, 2010
- Lecture, *Ethics and Litigation Primer for In–House Counsel*, CLE Presentation, November 5, 2008
- Co–Author, *Business Torts: A Fifty–State Guide* (Utah Chapter), Aspen Publishers (2007–2011 eds.)
- Lecture, *Antitrust Compliance: Avoiding Penalties and Jail Time in the Post–Enron Era*, Utah State Bar Annual Convention CLE, July 2006
- Lecture, *Marketing, Distribution and Purchasing: Big Antitrust Problems for Small Business,* Utah State Bar Spring Convention CLE, March 2006
- Article, *Antitrust Compliance: Are You Sure Your Company is Safe?,* Utah Business, May 2005
- Article, *Minimum & Maximum Resale Price Maintenance*, The Enterprise, May 9, 2005
- Article, *Fighting Back on the Internet: A Primer on the Anticybersquatting Consumer Protection Act*, Utah Bar Journal, November 2001
- Lecture, *Current Developments in Product Liability Claims for Medical Devices and Prescription Drugs,* Houston Bar Association CLE, December 1999
- Article, *Prescription Drugs and Medical Devices: The Impending Impact of the Restatement (Third) of Torts in Texas*, Houston Lawyer, March/April 1997
- Article, *Texas Usury Law: When is a Borrower's Promise to Repay Absolute?*, Caveat Vendor, Texas State Bar Consumer Law Section December 1995 (republished with permission)
- Article, *Litigating the Motion for Relief from the Automatic Stay*, 4 J. Bankr. L. & Prac. 459 (July/August 1995)
- Article, *Curbing Consumer Bankruptcy Abuse: Section 707(b) May Provide Creditors a Useful Tool*, Texas Bar Journal, April 1995
- Article, *Texas Usury Law: When is a Borrower's Promise to Repay Absolute?*, Houston Lawyer, September/October 1994
- Article, *Rehabilitating Bankruptcy Code Section 506(c): Should Third Party Claimants Have Independent Standing?,* 16 W. New Eng. L. Rev. 1 (1994)
- Note, *Colman v. Utah State Land Board: Searching for a Balanced Approach to Takings under the Utah Constitution*, 1991 Utah L. Rev. 505
- Development, Revisions to Utah's Labor Code, 1991 Utah L. Rev. 244

## Featured Media





— July 7, 2025

**RQN Shareholder Justin T. Toth Named to Forbes 2025 Best-in-State Lawyers List**

— June 5, 2025

**RQN Ranked as Leading Firm in 2025 Chambers USA Guide**

— August 15, 2024

**Forty-Five RQN Attorneys Recognized in The Best Lawyers in America© 2025**



Contact
Justin T. Toth

801-323-3343