Ben Barnow (admitted *pro hac vice*)
b.barnow@barnowlaw.com
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504

*Counsel for Plaintiff David Hornthal*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | **Case No. 2:26-cv-00374-RJS-CMR**<br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Cecilia M. Romero** |

**APPLICATION OF BEN BARNOW FOR TRACK 1 INTERIM LEAD COUNSEL**

Over a fifty-five year career, Ben Barnow has served as lead or co-lead class counsel in many of the nation's largest data breach MDLs, including Heartland Payment Systems (120 million class members), the Sony PlayStation breach (70 million consumers), TJX (45 million card numbers), and Countrywide (17 million members), giving him a depth of data breach MDL leadership experience matched by few attorneys in the country. His appellate court victories in data breach litigation have resulted in opinions that have been cited over 850 times. When he brings a case, it is with knowledge of the matters at issue and commitment to pursue the truth of the matter. His history demonstrates that hard work and determination defeat the many obstacles standing between consumers who have been wronged and a meaningful remedy that is due to them.

Ben Barnow of Barnow and Associates, P.C., counsel for Plaintiff David Hornthal, on behalf of his minor child S.H., submits this application for Track 1 interim lead counsel pursuant to the Court's Case Management Order No. 2 (ECF No. 141).

**A.     Leadership Role Sought**

Ben Barnow seeks an interim lead counsel role for Track 1, whether sole lead counsel or one of co-lead counsel appointed by the Court.

**B.     Similar Previous Leadership Roles**

Ben Barnow has served in similar capacities in no fewer than 65 cases of major consumer impact that reached a favorable resolution. These cases include the Microsoft civil antitrust litigation, in which he served as lead counsel in cases in Wisconsin, Kansas, Arkansas, and other states. He developed and achieved many other settlements of massive class membership, including: *Boland, et al. v. Simon Marketing, Inc. and McDonald's Corp.*, No. 01CH13803 (Cir. Ct. of Cook Cnty., IL), where he served as one of class counsel, coordinated the efforts of

approximately 25 plaintiffs' firms, and created, pursued, and achieved a substantial settlement; *In Re: High Sulfur Content Gasoline Products Liability Litigation*, No. 2:04-md-1632, where he served as co-lead settlement class counsel along with one other lead counsel in that 26-case MDL proceeding relating to Shell Oil's alleged sale of defective gasoline; *In re Heartland Payment Systems Inc., Data Security Breach Litigation*, No. 09-md-2046 (S.D. Tex.), Ben Barnow served as lead counsel in this MDL which resulted in a settlement for a class of approximately 120 million class members; *Warner v. Toyota Motor Sales, U.S.A., Inc.*, No. 2:15-cv-02171 (C.D. Cal.), where he and his co-lead counsel settled a case regarding excessive frame rust in approximately 1,500,000 vehicles and provided benefits valued in excess of $3.4 billion; *Schwab v. Binney & Smith*, No. 00CH08354 (Cir. Ct. of Cook Cnty., Ill.), in which he served as lead counsel and resulted in a settlement that included all persons who ever owned a crayon by gift or purchase; *In re: Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-2258 (S.D. Cal.), Ben Barnow served as one of the Plaintiffs' Steering Committee (the lead counsel group for that litigation) in this MDL which resulted in a settlement for a class of approximately 70 million class members; *In Re: TJX Companies Retail Security Breach Litigation*, No. 1:07-cv-10162 (D. Mass), he served as one of co-lead settlement class counsel for the Consumer Track in this MDL proceeding relating to the theft of approximately 45 million credit and debit card numbers used at TJX stores, creating a settlement structure that he along with defense counsel pioneered; *In Re M3 Power Razor System Marketing and Sales Practices Litigation*, No. 05-11177 (D. Mass.), Ben Barnow was appointed co-lead class counsel (one of two) in this MDL proceeding relating to the defendant's allegedly deceptive marketing and sale of M3Power shaving razors. Additional experience in similar cases can be found in Ben Barnow's resume, attached hereto as Exhibit 1.

**C.    Experience in Managing or Participating in Complex Litigation**

Each of the cases listed above, and in the attached resume, exemplifies Ben Barnow's massive experience in managing and participating in complex litigation, and illustrates respect and acceptance by the courts he has been before and the hundreds of counsel and firms he has worked with and against. To add detail to some of the above-referenced cases, in the Microsoft civil antitrust litigation, Ben Barnow obtained and achieved the first class certification against Microsoft in civil antitrust litigation. At that time, Ben Barnow's firm, after a recent shift to class actions from defense, public relations, and entertainment representations, was comprised of only one associate and himself. He also led in developing the settlement structures for the Microsoft antitrust cases and in data breach litigation. In the Microsoft cases, most, if not all of the cases, settled with terms which included cash claims for class members and residual cy pres to various state school organizations in the states where the settlements occurred to bridge the digital divide. In *In Re: TJX*, Ben Barnow was the primary plaintiffs' counsel who developed with defense counsel through a high level of mutuality in quality and meaningful resolution, a data breach settlement plan which has been referred to as the "gold standard" for data breach cases. More information regarding Ben Barnow's experience in these cases and others can be found in his resume, attached hereto.

**D.    Knowledge of the Subject Matter**

Ben Barnow's knowledge in data privacy litigation is recognized by many and is shown by the cases in which he has accomplished great results, such as in *In Re: TJX*, which might have been the first major data breach case and included approximately 45 million class members, in *In re: Sony Gaming*, which included approximately 70 million class members, in *In re: Zappos.com Inc. Customer Data Security Breach Litigation*, No. 12-cv-00325 (D. Nev.), which resulted in a

3

favorable 9th Circuit opinion, and in many others listed in his firm resume.

**E.    Resources and Infrastructure Available**

Start to finish, Barnow and Associates, P.C. has funded its share (and often all), in accordance with litigation requirements, all of the cases discussed in this paper and in the resume attached hereto, without utilizing third-party litigation funding. This includes cases against corporate giants, such as Microsoft, Toyota, AOL, McDonald's, Sony, Daimler-Chrysler, Nissan, and many more. Barnow and Associates, P.C. is more than capable of dedicating the time and resources needed to lead this litigation.

**F.    Professional Relationships with Other Attorneys**

Ben Barnow has fostered professional relationships with many attorneys and law firms in this practice and in others. In this litigation, he has worked extensively with James E. Magleby and Jennifer Fraser Parrish of Magleby Cataxinos, PC and has worked with them in other cases in the past. He sees their work and them as exceptional. In addition, he recently was co-lead counsel of the largest track in *In re Fortra File Transfer Software Data Security Breach Litigation*, No. 24-MD-03090 (S.D. Fla.) with Sabita Soneji of Tycko & Zavareei LLP. Working with her was valuable and she demonstrated the highest level of quality and attention to that litigation. Ben Barnow has also worked with Amber L. Schubert of Schubert Jonckheer & Kolbe LLP, who has performed excellent legal work in those matters. Ben Barnow is certain that the other applicants for lead roles are qualified attorneys as well and would be glad to work with any that the Court sees fit, but the above bring high regard to the profession.

**G.    Proposed Leadership Structure**

Ben Barnow proposes the following leadership structure:

4

1. Two Lead Counsel – Ben Barnow suggests that lead counsel will oversee all aspects of the litigation and negotiate settlements.

2. One Liaison Counsel

3. Committees

   a. Plaintiff Vetting and Defensive Discovery

   b. Briefing

   c. Offensive and Third Party Discovery

   d. Experts

**H.   Judges and Special Masters Familiar with Ben Barnow's Work in MDLs**

1. Hon. Anthony J. Battaglia, currently a senior United States District Court Judge for the Southern District of California. Judge Battaglia presided over *In re: Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-2258 (S.D. Cal.), in which Ben Barnow was one of Plaintiffs' Steering Committee (the lead counsel group).

2. Hon. Robert C. Jones, currently a senior United States District Court Judge for the District of Nevada. Judge Jones presided over *In re: Zappos.com Inc. Customer Data Security Breach Litigation*, No. 12-cv-00325 (D. Nev.), in which Ben Barnow was one of lead counsel.

3. Hon. Robert M. Dow, currently Counselor to the Chief Justice of the United States Supreme Court and a United States District Court Judge for the Northern District of Illinois. Judge Dow presided over *Schulte v. Fifth Third Bank*, No. 1:09-cv-06655, an MDL-related case in which Ben Barnow was one of lead counsel.

Dated: August 14, 2026

Respectfully submitted by,

/s/ Ben Barnow
Ben Barnow (admitted *pro hac vice*)
b.barnow@barnowlaw.com
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504

*Counsel for Plaintiff Hornthal*

## <u>CERTIFICATE OF SERVICE</u>

I, Ben Barnow, certify that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **APPLICATION OF BEN BARNOW FOR TRACK 1 INTERIM LEAD COUNSEL** was submitted to the Court's CM/ECF system this 14th day of August, 2026.

*/s/ Ben Barnow*
Ben Barnow
