# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *IN RE: INSTRUCTURE DATA BREACH LITIGATION* | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| This Document Relates To: ALL ACTIONS | Chief Magistrate Judge Cecilia M. Romero |

**APPLICATION OF BURSOR & FISHER, P.A. FOR APPOINTMENT TO EXECUTIVE COMMITTEE FOR TRACK 1 CASES**

## INTRODUCTION AND BACKGROUND

Bursor & Fisher, P.A., counsel for Plaintiff Emma Ivey, hereby applies for appointment to the Executive Committee. While Bursor & Fisher will work with whomever the Court appoints, it states its strong support for Tina Wolfson of Ahdoot & Wolfson, P.C. to be appointed as sole lead counsel for the Track 1 cases and Jonathan O. Hafen of Parr Brown Gee & Loveless as Overall Liaison. Bursor & Fisher has significant nationwide consumer class action experience, knowledge of the applicable law, and substantial resources that can be used to litigate this action. Appointment of Bursor & Fisher to the Executive Committee and Ahdoot & Wolfson as lead counsel and Mr. Hafen as Overall Liaison will promote efficiency, conserve judicial resources, and create a unified voice for putative class members that will streamline this litigation with a team capable of taking the case to trial if necessary.

On May 8, 2026, Bursor & Fisher filed one of the first cases concerning Defendant's Data Breach in the Northern District of California on behalf of a California plaintiff and putative nationwide class in a case entitled *Ivey v. Instructure Holdings Inc.*, Case No. 5:26-cv-04292 (N.D. Cal. 2026). The Bursor & Fisher team filed their appearances with this Court within 21 days after their case was transferred from N.D. Cal. to comply with the Court's Order, and Mr. Fisher appeared at the case management conference.

As of now, 43 cases and counting have been filed against Defendant related to the Data Breach. Thus, the need for appointment of lead counsel and an executive committee is essential. As set forth below, Bursor & Fisher and Ahdoot & Wolfson are well positioned to represent the putative class. Accordingly, Bursor & Fisher respectfully moves for appointment to the Executive Committee and Ahdoot & Wolfson as lead counsel of the Track 1 cases.

1

## ARGUMENT

### I. BURSOR & FISHER HAS THOROUGHLY INVESTIGATED THE CLAIMS

Here, Bursor & Fisher has thoroughly investigated the claims in this case thus far, including:

a) Investigated potential legal claims arising from Defendant's failure to implement adequate and reasonable cyber-security procedures and protocols, including state and federal laws applicable to student privacy;

b) Analyzed numerous articles describing Defendant's challenged conduct;

c) Reviewed Defendant's websites and accessed its Canvas platform;

d) Researched the relationship between the Defendant and the academic institutions subjected to the Data Breach;

e) Investigated the adequacy of Plaintiff Ivey to represent the putative class;

f) Drafted and filed the *Ivey* complaint well before the majority of the other cases; and

g) Attended the case management conference.

### II. BURSOR & FISHER HAS VAST EXPERIENCE PROSECUTING HIGHSTAKES CLASS ACTIONS, INCLUDING DATA BREACHES AND DATA PRIVACY

Over the past 15 years, Bursor & Fisher lawyers have been court-appointed counsel or interim class counsel in dozens of class actions across the country. *See* Ex. A (Bursor & Fisher's Firm Resume). Bursor & Fisher also negotiated and obtained court approval for two landmark settlements in *Nguyen v. Verizon Wireless* and *Zill v. Sprint Spectrum* (the largest and second largest classes ever certified, respectively). Moreover, in *Hendricks v. StarKist Co.*, Bursor & Fisher crafted a settlement that resulted in the submission of over 2.4 million claims from class members, the largest number of claims ever submitted in the history of Rule 23 class actions at that time. *Id.* Bursor & Fisher has also proven that it can—and will—take cases to trial if necessary, and will be victorious in doing so.

2

Bursor & Fisher has established a skilled team with diverse skills to handle this matter, which consists of L. Timothy Fisher, Daniel Guerra, Caroline Cella Donovan, and Joshua Glatt. Mr. Fisher is named partner at the firm, and has extensive experience prosecuting data breach and data privacy cases, including *In re GE/CBPS Data Breach Litigation*, 20-cv-02903-KPF (S.D.N.Y.) where he represented a nationwide class and GE employee subclass whose bank account information and social security numbers were breached. Mr. Fisher has also worked closely with Ms. Donovan and Mr. Guerra on *Young v. Salesforce Inc.*, 4:22-cv-09067-JST (N.D. Cal), a highly technical case involving privacy violations of Rite Aid pharmacy users which has survived two motions to dismiss, with class certification currently pending and summary judgment currently being briefed. Mr. Fisher and Ms. Donovan have also recently been victorious in *Newman v. Bayer et al*, 7:22-cv-07087 (S.D.N.Y.), where they achieved class certification and beat the defendant's motion for summary judgment. Mr. Guerra, the child of immigrants and a first-generation lawyer, has been practicing law for over 15 years and has a comprehensive data privacy portfolio, including the Salesforce matter as well as *Doe v. GoodRx Holdings, Inc. et* al, 3:23-cv-00501 (N.D. Cal), in which he worked with Mr. Fisher to achieve Bursor & Fisher's appointment of co-lead interim counsel and negotiated a $32 million settlement with two defendants that is awaiting court approval while pursuing class certification against the remaining defendants. Similarly, Mr. Glatt and Mr. Fisher recently worked diligently to achieve a nationwide settlement in *In re VNGR Beverage, LLC Litigation*, 4:24-cv-03229-HSG (N.D. Cal).

Perhaps most importantly, Bursor & Fisher has substantial experience prosecuting data security and data privacy cases. *See, e.g.*, *Edwards v. Hearst Communications, Inc.*, S.D.N.Y. Case No. 1:15-cv-09279-AT-JLC, ECF No. 314 (approving a $50 million cash settlement, negotiated by Bursor & Fisher, of data privacy claims); *In re Michaels Stores Pin Pad Litig.*, N.D. Ill. Case No. 11-cv-00350, ECF No. 22 (N.D. Ill. June 8, 2011) (appointing Bursor & Fisher class counsel

and approving a nationwide class settlement on behalf of hundreds of thousands of consumers who made in-store purchases at Michaels using a debit or credit card and had their private financial information breached as a result); *Moeller v. American Media, Inc.*, E.D. Mich. Case No. 16-cv-11367, ECF No. 42 (E.D. Mich. Sept. 28, 2017) (appointing Bursor & Fisher as co-class counsel and approving classwide $7.6 million settlement of data privacy claims).

Notably, numerous courts have opined favorably on Bursor & Fisher's ability to represent clients in class action cases. For instance, United States District Judge Morrison C. England, Jr. of the Eastern District of California appointed Bursor & Fisher as interim class counsel in *Melgar v. Zicam, LLC*, E.D. Cal. Case No. 2:14-cv-00160-MCE-AC, ECF No. 21 (E.D. Cal. Oct. 29, 2014), noting that the firm has extensive experience representing plaintiffs in large class actions, both in negotiating settlements and litigating through trial. Similarly, in appointing Bursor & Fisher as interim class counsel in *Rodriguez v. CitiMortgage*, Case No. 1:11-cv-4718 (PGG), ECF No. 22 (S.D.N.Y. Nov. 14, 2011), Judge Gardephe recognized that Bursor & Fisher is a "well-established law firm[]" that "ha[s] the resources and personnel necessary to carry out large-scale class action litigation." As a member of the Executive Committee, Bursor & Fisher will continue to commit the same resources and effort to this case as it has to its other successful class action litigations.

## III.   THE COURT SHOULD APPOINT TINA WOLFSON AS SOLE LEAD COUNSEL FOR TRACK 1 AND JONATHAN HAFEN AS OVERALL LIAISON COUNSEL

Bursor & Fisher also strongly supports the appointment of Tina Wolfson of Ahdoot & Wolfson as lead counsel for the Track 1 cases. Ms. Wolfson's credentials speak for themselves as she has handled some of the largest class action cases in the country including *Rivera v. Google*, which resulted in a $100 million settlement in a biometric privacy case against Google, and *In re Zoom Video Communications*, which resulted in an $85 million settlement of a privacy class action against Zoom. Ms. Wolfson will be supported by Mr. Westerman, who is widely considered a dean of the plaintiffs' class action bar. He has 45 years of experience and has been appointed as lead or

4

co-lead counsel in dozens of cases that have resulted in monetary recoveries for class members in excess of $2 billion. Mr. Westerman's skills are well known and regarded.

While Bursor & Fisher has worked successfully with numerous other firms who filed cases here, and will work cooperatively with whomever the Court appoints, Bursor & Fisher believes that Ms. Wolfson is particularly well suited for the role of lead counsel here. Bursor & Fisher has worked successfully with Ms. Wolfson and Mr. Westerman in numerous cases across the country over the last 15 years including: (1) *In re Apple App Privacy Litig.*, N.D. Cal. Case No. 5:22-cv-07069; (2) *In re NVIDIA GTX 970 Graphics Chip Litig.*, N.D. Cal. Case No. 15-cv-00760-PJH; (3) *Correa v. Sensa Products, LLC*, L.A. Superior Court (Ca.) Case No. BC476808; (4) *Rivera v. Google LLC*, Cook County (Ill.) Case No. 2019-CH-00990; (5) *In re Smashburger AP Holder, LLC*, C.D. Cal. Case No. 2:19-cv-00993-JAK; (6) *Lionetta v. InMarket Media, LLC*, D. Mass. Case No. 1:24-cv-11170-JEK; (7) *In re Meta Android Privacy Litig.*, N.D. Cal. Case No. 3:25-cv-04674-RFL.

Bursor & Fisher also supports Jonathan O. Hafen of Parr Brown Gee & Loveless as Overall Liaison counsel and believes such a role is necessary for this litigation for all the reasons set forth in Mr. Hafen's application. Mr. Hafen is generally regarded as one of the top lawyers in the State of Utah, and Mr. Hafen and his firm have extensive experience practicing before this Court.

For the reasons set forth above, Bursor & Fisher respectfully requests that the Court appoint the firm to the Executive Committee and appoint Tina Wolfson of Ahdoot & Wolfson as lead counsel of the Track 1 cases and appoint Jonathan O. Hafen of Parr Brown Gee & Loveless as liaison counsel.

Dated:  August 14, 2026

Respectfully submitted,

By:    */s/ L. Timothy Fisher*
          L. Timothy Fisher

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*pro hac vice*)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**RAY QUINNEY & NEBEKER P.C.**
Justin T. Toth (State Bar No. 8438)
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
Firm: 801-532-1500
Direct: 801-323-3343
Fax: 801-532-7543
Email: jtoth@rqn.com

*Attorneys for Plaintiff Emma Ivey*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system.

*/s/ L. Timothy Fisher*
     L. Timothy Fisher