Arthur M. Murray
(*Admitted Pro Hac Vice*)
**MURRAY LAW FIRM**
701 Poydras Street, Suite 4250
New Orleans, LA 70139
504-525-8100
amurray@murray-lawfirm.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Costa v. Instructure, Inc.,*<br>No. 2:26-cv-00480-RJS | Case No. 2:26-cv-00374-RJS-CMR<br><br>**APPLICATION OF ARTHUR M. MURRAY FOR APPOINTMENT TO TRACK 1 PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>District Judge Robert J. Shelby<br>Chief Magistrate Judge Cecilia M. Romero |

1

Pursuant to Case Management Order No. 2 (Dkt. 141), Arthur M. Murray of the Murray Law Firm respectfully applies for appointment to the Plaintiffs' Executive Committee for Track 1. Mr. Murray is counsel of record for Plaintiff Lucius Costa, a San Jose State University student whose Private Information was compromised in the Data Breach.[1]

Track 1 is not an ordinary consumer class. Its members are largely students, including minors, whose injuries will unfold over decades. Prosecuting their claims will require counsel who have litigated data breach cases through dismissal briefing, class certification and resolution, and who have run committees on a budget. Mr. Murray has done each of those things.

### A. Leadership Role Sought

Mr. Murray seeks appointment to the Plaintiffs' Executive Committee for Track 1. The accompanying firm resume and reference are submitted in support of this application.

### B. Service in Similar Capacities

Mr. Murray has held the role he seeks here, and has held it in data breach litigation specifically. He served as Co-Lead Counsel in *Baker v. ParkMobile, LLC*, No. 1:21-cv-02182 (N.D. Ga.) and on the Plaintiffs' Executive Committee in the Wendy's data breach litigation, *First Choice Fed. Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506 (W.D. Pa.). He was Co-Lead Counsel in the Kmart Data Breach Litigation (*Greater Chautauqua Fed. Credit Union v. Kmart Corp.*, No. 1:15-cv-02228 (N.D.Ill.)) and Co-Lead Counsel in the Chipotle Data Breach Litigation (*Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01102 (D.Colo.)). He also served on the Plaintiffs' Steering Committees in *In re Change Healthcare* (Patient Track), MDL No. 3108 (D. Minn.); *In re Equifax* (Financial Institution Track), MDL No.

---

[1] *Costa v. Instructure, Inc.,* No. 2:26-cv-00480 (D. Utah, filed May 26, 2026).

2

2800 (N.D. Ga.); *In re Home Depot* (Financial Institution Track), MDL No. 2583 (N.D. Ga.); and the Arby's breach litigation (*Midwest America Federal Credit Union v. Arby's Restaurant Group, Inc.*, No. 1:17-cv-00514 (N.D.Ga.)). He also co-chaired the Plaintiffs' Steering Committee in *In re NFL "Sunday Ticket" Antitrust Litigation*, MDL No. 2668 (C.D. Cal.). Additional appointments appear in the accompanying firm resume.

###### C.    Experience in Complex Litigation

Mr. Murray has more than twenty-five years' experience as trial counsel in class and mass actions at all trial and appellate levels, and has overseen more than twenty certified class actions on merits and settlement tracks. Those include the Louisiana PPO litigation (*Gunderson v. F.A. Richard & Assocs., Inc.*), which which ended with a total recovery of more than $300 million for the medical provider class, and *Opelousas General Hospital Authority v. Blue Cross/Blue Shield of Louisiana*, where Mr. Murray served as the lead negotiator and obtained a settlement of $115 million for the medical provider class.

Those results required the discipline an Executive Committee requires: budgeting, staffing to avoid duplication, coordinating dispersed counsel, and reporting on a schedule. More importantly, they required creativity and a willingness to think outside the box.   Mindful of the Court's caution regarding committee cost, he has worked within common benefit structures with time and expense protocols in each matter above. Kenneth W. DeJean served as Deputy Special Master for Time and Expense in the ACTOS MDL, where he reviewed the common benefit submissions of every firm seeking payment. He found the Murray Law Firm's work top tier, and its billing for time and expense extremely accurate and reasonable for the quality of work provide. *See* Reference from Deputy Special Master Kenneth W. DeJean (Aug. 13, 2026), *In Re: Actos (Pioglitazone) Products Liability Litigation*, (MDL 2399).

### D.    Knowledge of the Subject Matter

Mr. Murray is a leader in the representation of plaintiffs impacted by the theft and misuse of consumer data. He has been at the forefront of many data privacy class actions in recent years.[2] Because of this experience, he has a specialized knowledge of data privacy litigation and brings a unique perspective to this important MDL, which will help to advance the litigation in a timely manner.

Based on his extensive experience leading data breach cases, Mr. Murray was retained by an impacted college student in California. Prior to filing Mr. Murray, expended significant time and effort thoroughly investigating the claims pending against Defendant. Mr. Murray understands that the affected population is largely students, including minors, who did not choose the platform that held their data, who cannot undo the exposure, and who will carry it into their adult financial lives. He knows well the claims, arguments, and proceedings before the Court, as well as legal issues likely to arise in this case.

### E.    Resources, Infrastructure and Commitment

Mr. Murray can and will commit the time and resources needed to prosecute this case as a member of the Plaintiffs' Executive Committee. The Murray Law Firm has financed multi-year class litigation to judgment and settlement. Mr. Murray is prepared to fund his share of common benefit costs and to adhere to the Court's timekeeping, budgeting, and reporting requirements from the day of appointment.

Mr. Murray and the Murray Law Firm are more than able to commit the time and resources needed to successfully resolve this litigation and has the capacity to do so as shown by his history

---

[2] *First Choice Fed. Credit Union v. The Wendy's Co., No. 2:16-cv-00506 (W.D. Pa.); Baker v. ParkMobile, LLC, No. 1:21-cv-02182 (N.D. Ga.): In re Change Healthcare (Patient Track), MDL No. 3108 (D. Minn.); In re Equifax (Financial Institution Track), MDL No. 2800 (N.D. Ga.); In re Home Depot (Financial Institution Track), MDL No. 2583 (N.D. Ga.); and the Arby's breach litigation (Midwest America Federal Credit Union v. Arby's Restaurant Group, Inc., No. 1:17-cv-00514 (N.D.Ga.)).*

of leadership in MDLs. The Murray Law Firm employs ten attorneys admitted in numerous state and federal courts, which includes a former Louisiana appellate judge, former federal and state law clerks, and four women, which would add breadth to Track 1 leadership.

Mr. Murray is willing and able to commit to a time-consuming process and has no commitment that would impair his service. Indeed, he is seeking a new and interesting challenge and would relish the opportunity here. His only current appointment is on the Plaintiffs' Steering Committee in the Change Health MDL (MDL No. 3108). This appointment will not interfere with his service in this matter. In fact, his service in the Change Health Care Data Breach MDL alongside co-counsel and adversaries in that matter and the matters above reflects an ability to work cooperatively. He has collaborated with many attorneys expected to seek leadership here.

### F.    Collaboration

Every appointment listed in this application as well as in the accompanying firm resume required Mr. Murray to work under someone else's direction as often as his own. Deputy Special Master DeJean reported that fellow committee members in the ACTOS MDL spoke favorably of the Murray Law Firm's contribution to and cooperation with the Plaintiffs' Steering Committee and other counsel in that litigation.

Mr. Murray has worked directly with attorneys likely to seek Track 1 leadership, including E. Michelle Drake of Berger Montague PC, Jamie Pizzirusso of Hausfeld LLP, Gary Lynch of Lynch Carpenter LLP, MaryBeth Gibson of Gibson Consumer Law Group and Brent Hatch of Hatch Law Group. Working with any of these lawyers on this matter would be seamless for him. He has a history of working cooperatively with all Plaintiffs' counsel and will continue to do so, no matter who the Court sees fit to appoint.

**G. Proposed Leadership Structure and Case Specific Issues**

Consistent with the Manual's caution that committees can create inefficiency, Mr. Murray agrees that the leadership structure here should be no larger than necessary. A small group of Co-Leads, a focused Executive Committee with defined responsibilities, and one Liaison can provide accountability without creating unnecessary layers or duplicative work. While we agree that the Leadership structure should be efficient and streamlined, Track 1 is a large group that calls for a large Leadership structure. With that said, Mr. Murray would propose a Leadership structure consisting of Three Co-Lead Counsel and Six Executive Committee Spots, as well as one Liaison Counsel.

Mr. Murray understands that, Jamie Pizzirusso, Gary Lynch, MaryBeth Gibson, and E. Michelle Drake are applying for Lead Counsel. He supports any of them being appointed to that role (or a combination of them being appointed Co-Lead Counsel).  Based on Mr. Murray's extensive prior experience working with each of these attorneys, Mr. Murray believes they would be well-suited for the roles they are seeking and it would be a benefit to have Mr. Murray on their Executive Committee.

Mr. Murray also understands that Brent Hatch of Hatch Law Group intends to apply as Liaison Counsel. Based on Mr. Murray's experience working with Mr. Hatch on this matter, he fully supports Mr. Hatch in that role. He is located in this District and is familiar with the Court's practices and procedures, and would be well-suited as the link between the Court, Co-Leads, and the other Tracks.

### Conclusion

Mr. Murray respectfully requests appointment to the Plaintiffs' Executive Committee for Track 1.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Arthur M. Murray*

**MURRAY LAW FIRM**
Arthur M. Murray (LA Bar No. 27694) - *Pro Hac Vice*
Stephen B. Murray, Jr. (LA Bar No. 23877) - *Pro Hac Vice*
Ruston Pritchard (LA Bar No. 38379) - *Pro Hac Vice*
701 Poydras Street, Suite 4250
New Orleans, LA 70139

Applicant for Track 1 Executive Committee

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2026, I electronically filed the foregoing and supporting materials, using the Court's CM/ECF system, which automatically sends notice of such filing(s) to all counsel of record in this matter.

I further certify that, on August 14, 2026, I also e-mailed courtesy copies of the foregoing application and supporting materials to UTDecf_Shelby@utd.uscourts.gov, as required by Case Management Order No. 2 (Aug. 7, 2026) [No. 141].

*/s/ Arthur Murray*