

Arthur M. Murray
**MURRAY LAW FIRM**
HANCOCK WHITNEY CENTER
701 POYDRAS STREET SUITE 4250
NEW ORLEANS, LOUISIANA 70139



### <u>Arthur M. Murray – Partner, Murray Law Firm</u>

Arthur M. Murray ("Art") has over twenty-five years of litigation experience as trial counsel in mass actions and class actions throughout the United States and has litigated at all trial and appellate levels. Art has a depth of experience handling complex data breach litigation in federal court and is a leader in the representation of plaintiffs impacted by the theft and misuse of consumer data, an emerging, complex, and technical field of litigation with facts and claims highly pertinent to the unique case at hand. Because of this experience, he has a specialized knowledge of data privacy litigation. In short, Art brings a unique perspective to this important MDL and has the experience and knowledge to litigate the claims at issue.

**Professional Experience with MDLs and with the Subject Matter of this Litigation**

Art has been actively involved in a number of MDL cases involving the theft and misuse of data, including, serving as a member of the Plaintiffs' Steering Committee (Patient Track) in the Change Healthcare Data Breach Litigation (*In re: Change Healthcare, Inc. Customer Data Security Breach Litigation,* MDL No. 3108 (D. Minn.) and as a member of the Plaintiffs' Steering Committee (Financial Institution Track) in the Equifax Data Security Breach Litigation (*In Re Equifax, Inc.*, *Customer Data Security Breach Litigation*, MDL No. 2800 (N.D.Ga.)) and as a member of the Plaintiffs' Steering Committee (Financial Institution Track) for *In Re: The Home Depot, Inc., Customer Data Security Breach,* MDL No. 2583 (N.D.Ga.). Art has also served in leadership and supporting roles in many other MDLs. He was Co-Chair of the Plaintiffs' Steering Committee in *In Re: NFL Sunday Ticket Antitrust Litigation*, MDL No. 02668 (C.D. Cal.) and a member of the Plaintiffs Steering Committee in *In Re: Zofran (Ondansetron) Litigation*, MDL No. 2657 (D.Mass).

Aside from his MDL work, Art has become a leader in data breach litigation, gaining robust knowledge and experience prosecuting such claims. Art has served as Co-Lead counsel in the Kmart Data Breach Litigation (*Greater Chautauqua Fed. Credit Union v. Kmart Corp.*, No. 1:15-cv-02228 (N.D.Ill.)), Co-Lead Counsel in the Chipotle Data Breach Litigation (*Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01102

1

(D.Colo.)), a member of the Executive Committee in the Wendy's Data Breach Litigation (*First Choice Federal Credit Union v. The Wendy's Company, et al.*, No. 2:16-cv-0050 (W.D.Pa)), and a member of the Plaintiffs' Steering Committee in the Arby's Data Breach Litigation (*Midwest America Federal Credit Union v. Arby's Restaurant Group, Inc.*, No. 1:17-cv-00514 (N.D.Ga.)).

Art recently served as lead counsel in the Parkmobile Data Breach Litigation (*Baker v. Parkmobile*, LLC, No. 1:21-cv-02182). Similar to the Canvas Data Breach case, Parkmobile was a class action arising out of a cyberattack and data breach. A settlement has been reached in that matter, the combined value of which is $33 million.

To date, Art has overseen over 20 certified medical provider class actions (both merits and settlement), serving as class counsel in the Louisiana PPO litigation (*Gunderson v. F.A. Richard and Assoc., Inc.* and the related cases which followed), helping thousands of health care providers collect more than $300,000,000 over an almost twenty year span. Additionally, Art served as class counsel in *Opelousas General Hospital Authority v. Blue Cross/Blue Shield of Louisiana*, a state antitrust claim on behalf of all Louisiana medical providers which resulted in a $115 million settlement.   It also gives Art access to a long list of potential plaintiffs in this litigation who he has represented previously.

### The Ability to Help Those Impacted by the Canvas Data Breach

Art has been involved with this litigation since it began. Based on his extensive experience leading data breach cases, Art was retained by an impacted college student in California. He knows well the claims, arguments, and proceedings before the Court, having years of experience handling data breach litigation, as well as legal issues similar to those likely to arise in this case. He is more than able to commit the time and resources needed to successfully resolve this litigation and has the capacity to do so as shown by his history of leadership in MDLs.

Art's years of leadership and support roles in MDLs and mass tort actions reflect well his ability to work cooperatively with both co-counsel and opposing counsel. In his practice, Art has managed and supported numerous litigation teams in an effective and collaborative manner. He has significant experience working collaboratively with most of the other applicants for Leadership in this MDL, and is prepared to work cooperatively with all Plaintiffs' counsel in the prosecution of this case.

Art is also supported by a team at the Murray Law Firm that has shown a dedication to prosecuting and resolving complex litigation.

2

## Murray Law Firm's Background and History

For over forty years, the nationally recognized attorneys of the Murray Law Firm have been actively involved in complex litigation throughout Louisiana and the United States. Murray Law Firm has successfully represented plaintiffs in class action and mass tort cases covering a wide range of areas, including personal injury, property damage, insurance underpayments, and unfair trade practices. Murray Law Firm employs ten attorneys licensed to practice in numerous state and federal courts throughout the United States (including such specialized courts as the Court of Federal Claims and its Vaccine Injury Compensation Program). Many of the firm's lawyers have received major educational and professional awards, have taken a leading role in significant litigation (not only in Louisiana but nationwide), and have authored a number of published articles. Each attorney at the Murray Law Firm is dedicated to ensuring open access to the courts, protecting the rights of the injured, and promoting individual and corporate responsibility, all while maintaining the highest ethical standards.

The Murray Law Firm's founder, Stephen B. Murray, Sr., has an AV Preeminent rating from Martindale-Hubbell, and has been included in *Louisiana Super Lawyers* every year since 2007. He has been appointed class and lead counsel in class actions throughout the country for more than forty years. Serving only as examples of work performed over a long and distinguished career, Mr. Murray was court-appointed class counsel in *In Re: Shell Norco Refinery Explosion*, which settled for a cash payment of over $200 million following several years of highly contested litigation; lead counsel in *In re Ocean Ranger*, MDL 508, which involved the tragic death of 84 oil rig workers in the North Atlantic; and class counsel in the ground-breaking *Gloria Scott v. American Tobacco* class action litigation, which resulted in a $260 million class award. Mr. Murray also frequently lectures on the subjects of class actions, complex litigation, and ethics. His firm includes his wife, two sons, and seven additional attorneys all dedicated to zealously representing their clients.

Much of the Murray Law Firm's experience in complex litigation has been in the field of multi-district litigation. Stephen B. Murray, Sr. has been appointed to the steering committees of a number of MDLs, including *In re: Actos (Pioglitazone)* (MDL 2299), *In re: Baycol* (MDL 1431), *In re: Phenylpropanolamine (PPA)* (MDL 1407); and *In re: Propulsid* (MDL 1355). Attorneys of the Murray Law Firm have been active participants in a host of other MDLs, including: *In re: Vioxx* (MDL 1657); *In re: Zyprexa* (MDL 1596), *In re: Incretin Mimetics* (MDL 2452), and *In re: Xarelto (Rivaroxaban)* (MDL 2592).

Murray Law Firm Partner, Stephen B. Murray, Jr., has also received an AV Preeminent rating from Martindale-Hubbell, and has been included in *Louisiana Super Lawyers* since 2009. He is routinely appointed as class counsel in cases across the country. Stephen was heavily involved with the *Gloria Scott* tobacco litigation, and, for his trial

work in the *Gloria Scott* case, was named as a finalist for the 2005 Trial Lawyer of the Year Award by the Trial Lawyers for Public Justice Foundation. He routinely lectures on Multi-District-Litigation consolidation, class actions, and insurance coverage.

Recently, Stephen Murray, Jr. served as lead counsel in *Slade v. Progressive*, No. 11-cv-02166 (WD. LA), representing nearly forty thousand Progressive insureds who alleged they were injured because Progressive Security undervalued their total-loss vehicles. Stephen Murray, Jr. was able to achieve a $40 million settlement on behalf of the class. He was also lead counsel in another total loss class action against Louisiana Farm Bureau, *Gautreaux v. Louisiana Farm Bureau Cas. Ins. Co.*, 2022-294 (La. App. 3 Cir. 12/29/22), in which he was able to achieve a $17.5 million settlement on behalf of the class.

Like his father and brother, Arthur Murray, Stephen Murray, Jr. has received an AV Preeminentrating from Martindale-Hubbell. He has been included in the Rising Star (Class Action) category of *Louisiana Super Lawyers* since 2014. He also served as appellate counsel in *Grefer v. Alpha Technical, Inc.* which, to date, stands as the largest single plaintiff punitive damage judgment ever upheld on appeal in the State of Louisiana.

The Murray Law Firm employs six additional attorneys, which include a former Louisiana appellate court judge and several former federal and state law clerks. Reflecting the firm's long-standing commitment to diversity, four of these attorneys are women.

With decades of mass tort, class action and MDL experience, Art and everyone at Murray Law Firm know how to efficiently handle large-scale litigation and consistently does so by utilizing time, resources, and expenses responsibly. Murray Law firm also possesses ample financial and personnel resources to dedicate to this litigation, a fact demonstrated by the service of its attorneys in countless other MDLs. In addition to having many attorneys specialized in mass tort, MDL, and class action practice, Murray Law Firm employs a large support staff that is also well experienced in handling this type of litigation.

The unique issues of this case require reliable and innovative leadership from an attorney with demonstrated abilities in the management of complex MDLs and specialized knowledge of the emerging and quickly developing field of data privacy law. Art, with the support of the Murray Law Firm, has the experience and qualities to fulfill that role in this litigation. Combining that skill set with the support of Murray Law Firm, a firm with decades of experience in mass tort, class action, and MDL work, Art will provide both knowledgeable and innovative leadership to this case.

**Art and the Murray Law Firm's Leadership Experience**

Art and the Murray Law Firm have extensive leadership experience in data breach and privacy cases, as well as in consumer cases more broadly. The below list of exemplar cases is representative of Art's experience.

1.   In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation
     Case No. 24-MD-03108 (MDL No. 3108)
     United States District Court, District of Minnesota
     *Plaintiffs' Steering Committee*

2.   Baker v. ParkMobile, LLC
     Case No. 1:21-CV-02182
     United States District Court, Northern District of Georgia
     *Co-Lead of the PSC*

2.   In Re: National Football League's "Sunday Ticket" Antitrust Litigation
     Case No. 2:15-ml-02668 (MDL 2668)
     United States District Court, Central District of California
     *Co-Chair of the PSC*

3.   In Re: Zofran
     Case No. 1:15-md-2567 (MDL 2657)
     United States District Court, District of Massachusetts
     *Member of PSC*

4.   Greater Chautauqua Federal Credit Union v. Kmart Corp., et al.
     Case No. 1:15-cv-02228
     United States District Court, Northern District of Illinois
     *Co-Lead Counsel*

5.   Bellwether Community Credit Union v. CHIPOTLE MEXICAN GRILL, Inc.
     Civil Action No, 1:17-cv-1102
     United States District Court for the District of Colorado
     *Co-Lead Counsel*

6.   In Re: Marriott International Customer Data Security Breach Litigation
     Civil Action No. 8:19-02879
     United States District Court for the District of Maryland
     *Co-Lead Counsel*

7.    In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Civil Action No. MDL 2592
United States District Court, Eastern District of Louisiana

8.    In Re: Syngenta AG MIR162 Corn Litigation
Master Case No. 2:14-md-02591-JWL-JPO (MDL 2591)
United States District Court, District of Kansas

9.    In Re: Home Depot, Inc., Customer Data Security Breach
Civil Action No. 1:14-md-02583 (MDL 2583)
United States District Court, Northern District of Georgia
*Member of PSC*

10.    In Re: Vehicle Carrier Services Antitrust Litigation
Civil Action No. 13-cv-3306
United States District Court, District of New Jersey

11.    In Re: Automotive Parts Antitrust Litigation
Civil Action No. 2:12-md-2311
United States District Court, Eastern District of Michigan, Southern Division

12.    Martin Z. Gavin v. Medtronic, Inc.; Medtronic USA, Inc.; and Medtronic Sofamor Danek USA, Inc.
Civil Action No. 2:12-cv-00851, Section "G", Division 5
United States District Court, Eastern District of Louisiana

13.    In Re: Actos (Pioglitazone) Products Liability Litigation
Civil Action No. 6:11-md-02299-RFD-PJH (MDL 2399)
United States District Court, Western District of Louisiana

14.    In Re: Genetically Modified Rice Litigation
Civil Action No. 4:06-md-1811-CDP
United States District Court, Eastern District of Missouri

15.    Chehalem Physical Therapy, Inc. v. Coventry Health Care, Inc.
Civil Action No. 03-09-CV-320-HU
Oregon District Court
*Class Counsel*

16.    Scottie Day v. Janssen, et al. (In Re: Risperdal Litigation)
December Term 2014, No. 04017

Court of Common Pleas, Philadelphia County

17.     Opelousas General Hospital Authority, A Public Trust, d/b/a Opelousas General Health System v. Louisiana Health Services & Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana
Civil Action No. 16-C-3647-C
27th Judicial District Court, St. Landry Parish, Louisiana
*Class Counsel*

18.     Opelousas General Hospital Authority, A Public Trust, d/b/a Opelousas General Health System v. PPO Plus, L.L.C.
Civil Action No. 13-C-5380-D
27th Judicial District Court, St. Landry Parish, Louisiana
*Class Counsel*

19.     Opelousas General Trust Authority d/b/a Opelousas General Health System, et al. v. Multiplan, Inc., et al.
Civil Action No. 12-C-2603-D, Federal Court Docket No. 6:12-cv-01830
27th Judicial District Court, St. Landry Parish, Louisiana
*Class Counsel*

20.     Opelousas General Hospital Authority, a Public Trust, d/b/a Opelousas General Health System and Arklamiss Surgery Center, L.L.C. v. Fairpay Solutions, Inc.
Civil Action No. 12-C-1599-C
27th Judicial District Court, St. Landry Parish, Louisiana
*Class Counsel*

21.     Darcy Guidry, et al. v. American Public Life Ins. Co., et al.
Civil Action No. 2008-3465, Div. "G"
14th Judicial District Court, Calcasieu Parish, Louisiana
*Lead Counsel for the Class*

22.     Clark A. Gunderson, M.D., et al. v. F.A. Richard & Associates, Inc., et al.
Civil Action No. 2004-002417
14th Judicial District Court, Calcasieu Parish, Louisiana
*Class Counsel*

23.     Joseph Grefer, et al. v. Alpha Technical, et al.
Civil Action No. 1997-15004, Div. "J"
Civil District Court for the Parish of Orleans
*Lead Appellate Counsel*

**Art will be supported by a team with the necessary experience at the Murray Law Firm**

In the Canvas Data Breach Litigation, the following Murray Law Firm attorneys will be working with Art:



**Stephen B. Murray, Sr.**

Stephen B. Murray is the founder of the Murray Law Firm of New Orleans. Mr. Murray is past-president of the Louisiana Trial Lawyers' Association and past-governor of the Association of Trial Lawyers of America. His practice is concentrated in the area of plaintiff personal injury litigation, mass tort, and class action litigation. Stephen B. Murray, Sr. has practiced law for over 50 years specializing in complex, class action and MDL litigation for over 40 years. Mr. Murray has served on numerous MDL Committees. In recent years, Mr. Murray has been appointed as Class Counsel in several cases involving consumer fraud, which have resulted in hundreds of millions of dollars in judgments and/or settlements. Mr. Murray intends to have supervisory responsibilities in connection with Art's involvement in this case.



**Stephen Murray, Jr.**

Stephen Murray, Jr. has over thirty years of litigation experience as trial counsel in individual, mass tort, and class action litigation in a variety of areas, having litigated individual, mass tort, and class action cases at all district and appellate levels from trial to final judgment in federal and state courts throughout the United States. Stephen has

substantial MDL experience, holding several MDL Committee Positions, such as In Re: Baycol (MDL 1431) and In Re: Deepwater Horizon (MDL 2179). Stephen also has extensive class action experience, most recently for certified classes of first party vehicle total loss claimants in *Slade v. Progressive Security Insurance Company*, United States District Court for the Western District of Louisiana, United States Fifth Circuit and *Gautreaux v. Louisiana Farm Bureau*, 19th Judicial District Court for the Parish of St. Martin, State of Louisiana, Louisiana Third Circuit Court of Appeal. Stephen Murray, Jr. has extensive litigation experience and is routinely looked to for effective drafting and arguing of appeals in both state and federal court.



## Jessica W. Hayes

Jessica W. Hayes has over twenty years of experience advocating for individuals and entities that have been harmed by the conduct of others. Jessica is well versed in the mechanics of complex litigation such as multidistrict litigation, class action, and mass tort and has an extensive background in the areas of negligence, product liability, and agricultural and environmental law. Jessica has been appointed as class counsel, tried cases to verdict, and argued at both the state and federal appellate level. Jessica's past clients include people injured by defective products and drugs, landowners with contaminated property, and businesses who sustained property and economic damages. Jessica has actively participated in the common benefit in a number of multidistrict litigations.[1]

---

[1] *In Re: Deepwater Horizon,* United States District Court for the Eastern District of *Louisiana*, Case Number: 2:10-cv-01156-CJB-SS; *In Re: Actos (Pioglitazone) Products Liability Litigation*, United States District Court for the Western District of Louisiana, Case Number: 6:11-md-02299-RFD-PJH; *In Re Domestic Airline Travel Antitrust Litigation*, United States District Court for the District of Columbia, Case Number: 1:15-mc-01404-CKK; *In Re: Zofran (Ondansetron)Products Liability Litigation*, United States District Court for the District of Massachusetts, Case Number: 1:15-md-02657-FDS; *In Re: Taxotere (Docetaxel) Product Liability Litigation*, United States District Court for the Eastern District of Louisiana, Case Number: 2:16-md-02740-JTM-MBN; and *In Re: Phillips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, United States District Court for the Western District of Pennsylvania, Case Number: 2:21-mc-1230-JFC.

THE LAW OFFICES OF

# KENNETH W. DEJEAN

417 W. UNIVERSITY AVENUE • P.O. BOX 4325
LAFAYETTE, LOUISIANA 70502
PHONE  337-235-5294 • FAX  337-235-1095

**KENNETH W. DEJEAN**
KWDEJEAN@KWDEJEAN.COM

**ADAM R. CREDEUR**
ADAM@KWDEJEAN.COM

**NATALIE M. DEJEAN**
NATALIE@KWDEJEAN.COM

**August 13, 2026**

Re: Murray Law Firm
ACTOS MDL

To whom It May Concern:

I was appointed Deputy Special Master in charge of Time and Expense - Plaintiff Only in the ACTOS MDL in Lafayette, Louisiana.

During the course if the litigation Murray Law Firm and its members Stephen Murray Sr., Art Murray and Stephen Murray Jr., along with other the member of the firm, performed Common Benefit work assigned to them.

In the course of performing my court appointed duties, I was required to review all Common Benefit Time and Expense submitted by all law firms and/ or lawyers seeking payment for Common Benefit Time and Expense, which includes Murray Law Firm, Stephen Murray Sr., Art Murray, and Stephen Murray Jr., as well as other members of their firm.

I became extremely familiar with the work product of Stephen Murray Sr., Art Murray, and Stephen Murray Jr. as well as their reputation among fellow committee members and other attorneys performing Common Benefit work.

Based on my interaction with other attorneys involved in the litigation and my review of Common Benefit submissions of Murray Law Firm I found their work to be top tier. Their billing for time and expense was extremely accurate and reasonable for the high quality of work provided. Fellow committee members reported favorably on both their contribution and cooperation with the PSC and other attorneys in this litigation.

Cordially yours,

Kenneth W. DeJean