John A. Yanchunis
Ryan J. McGee
John A. Wirthlin (UT Bar No. 14847)
**MORGAN & MORGAN –**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.223.5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
john.wirthlin@forthepeople.com

*Attorneys for Plaintiffs Audlisha Clarkson,*
*Serena Delagarza, and Alexander Leslie*

---

## UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| | **APPLICATION OF JOHN A. YANCHUNIS FOR APPOINTMENT AS LEAD COUNSEL FOR TRACK 1** |
| *In Re Instructure Data Breach Litigation* | Case No. 2:26-cv-00374-RJS-CMR |
| | District Judge Robert J. Shelby |
| | Chief Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and the Court's August 7, 2026 Case Management Order No. 2 (Dkt. 141), on behalf of his clients, Plaintiffs Audlisha Clarkson, Serena Delagarza, and Alexander Leslie, John A. Yanchunis[1] of Morgan & Morgan respectfully moves for his appointment to serve as Lead Counsel for Track 1.

Mr. Yanchunis oversees the class action group at Morgan & Morgan, which is America's

---

[1] Mr. Yanchunis' firm biography is attached as **Exhibit A**.

largest injury law firm with over 1,200 lawyers in offices throughout the country. Its depth as a trial firm, and its self-funded financial resources, allow it to undertake the largest and most significant cases throughout the country. The attorneys in the firm's class action group includes John A. Wirthlin, who is licensed in Utah and has practiced there for over eight years. Recently, Morgan & Morgan's class action group was recognized as the national Privacy/Data Breach Firm of the Year for 2026 by Law.com.

Mr. Yanchunis' 30 years of professional experience as lead counsel in consumer protection and data breach cases, including certifying contested classes of data privacy cases and trying one last year, make him well qualified to serve as Lead Counsel for Track 1. He has litigated data privacy class cases since 1999, and he has efficiently led many privacy-related Multidistrict Litigation (MDL) and non-MDL class action proceedings, including as Lead or Co-Lead Counsel in some of the largest privacy class actions. Importantly, given his current caseload, Mr. Yanchunis has the time and capacity to effectively fulfill the role of Lead Counsel for Track 1.

As to his experience in a leadership capacity in data breach cases, Mr. Yanchunis was one of three Co-Lead Counsel in *In Re: Capital One Consumer Data Security Breach Litigation*, 1:19-md-02915-AJT (E.D.Va.) (settlement of $190,000,000 approved for 98 million consumers).  Judge Anthony Trenga made the following observation when approving the settlement:

> In pursuing this complex . . . Class Counsel engaged in, inter alia, extensive discovery—including reviewing nearly three million pages of documents and taking nearly fifty depositions—and significant motion practice—including for class certification, summary judgment, and expert exclusion. In total, Class Counsel devoted more than 65,000 hours to what Plaintiffs call "almost undoubtedly, the most heavily litigated data breach case in history."

[Doc. No. 2231] at 1.

2

Mr. Yanchunis was sole Lead Counsel in the largest data breach case to date which affected more than 194 million US residents and 3 billion accounts worldwide, *In re Yahoo! Inc. Customer Data Security Breach Litigation*, No. 5:16-MD-02752-LHK (N.D. Cal.) (Court approved $117,500,000 common fund settlement ); *In re The Home Depot, Inc. Consumer Data Sec. Data Breach Litig.,* No. 1:14-md-02583-TWT (N.D. Ga.) (Co-Lead Counsel with a four-member plaintiffs' steering committee) (Court approved a settlement for a class of 40 million consumers with a total value of $29,025,000); *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-2800-TWT (N.D. Ga.) (member of the Plaintiffs' Steering Committee) (final judgment entered approving  $380,500,000 fund for 145 million consumers ); *In re Fortra File Transfer Software Data Security Breach Litigation,* No. 24-MD-03090 (S.D.Fla.2026) (Co-Lead Counsel) (Court approved a common fund settlement of $21,000,000);  *In re: U.S. Office of Personnel Management Data Security Breach Litigation,* No. 1:15-mc-01394-ABJ (D.D.C.) (member of the Executive Committee) (motion for preliminary approval of a $60,000,000 common fund); *In re Target Corp. Customer Data Sec. Breach Litig.,* MDL No. 2522 (D. Minn.) (Executive Committee member) (Court approved a settlement for a class of 100 million consumers).

Mr. Yanchunis' court-appointed leadership experience in other data breach class actions is likewise significant. *See, e.g.*, *Schmidt, et al., v. Facebook, Inc.,* No. 3:18-cv-05982 (N.D. Cal.) (Co-Lead Counsel) (class certified over Facebook's opposition for 8 million residents and was subsequently settled by the court's approval- one of the few contested class cases in data breach litigation); *In re Arthur J. Gallagher Data Breach Litigation,* No. 1:22-cv-0137 (N.D. Ill 2026) (final approval of common fund of $21,000,000); *In re Harvard Pilgrim Data Breach Security Incident Litigation*, No. 1:23-cv-11211-NMG (D. Mass 2026); (Co-Lead Counsel) (final approval

of common settlement of $16,000,000); *In re Shields Health Group, Inc.,* No. 1:22-cv-10901-PBS and *Kossifos v. Shields Health Care Group, Inc.,* No. 2282-cv-005619 Mass Sup. Court, 2026) (Co-Lead Counsel) (final approval by the Courts in federal and state court of a common fund settlement of $15,350,000); *In re Independent Living Systems Data Breach Litigation,* Master File 1;23-cv-21060-Williams) (Co-Lead Counsel) (final approval of a common fund settlement of $14,000,000); *Angus v. Flagstar Bank, N.A*., No 2:21-cv-10657-MFL-DRG (E.D. Mich) (Interim Lead Counsel) (data breach case where he negotiated a common fund settlement of $31,500,000).

Mr. Yanchunis has also been appointed co-lead counsel in a data privacy case that was certified as a class over Google's opposition, *Brown. et al., v. Google, LLC,* No. 20-cv-03664 (N.D. Cal.). The case settled weeks before trial, and final approval of the class action settlement (benefitting over a hundred million consumers) is now pending before the trial court after the Ninth Circuit affirmed the trial court's denial of a non-party's motion to intervene.

In 2025, in another case against Google, one of the largest, most technologically advanced and well-funded companies, filed in the Northern District of California, *Rodriguez, et al, v. Google, LLC*, No. 20-cv-04688 (N.D. Cal.), Mr. Yanchunis, along with his co-counsel at Boies Schiller Felxner and Susman Godfrey, were appointed as co-lead counsel, and during the litigation certified a class of approximately 98 million consumers over Google's opposition. This class case was tried last year and resulted in a verdict of over $425,000,000. This is one of the very few certification privacy cases that have been litigated through trial.

Mr. Yanchunis' work in class actions, cybersecurity, privacy, and consumer protection has been recognized by many organization, and among other awards, he has received: "Titan of the Plaintiffs Bar," including in 2026, Cybersecurity and Privacy MVP (5 times), Cybersecurity &

4

Data Privacy Trailblazer (twice), Florida Lawyer of the Year (twice) including in 2026, Florida Consumer Lawyer of the Year, and national Lifetime Achievement Award recipient. Mr. Yanchunis' professional leadership and peer recognition further support his appointment. He presently serves as an appointed member of The Florida Bar's Cyber Security and Privacy Subcommittee, and in the past, a member of the Board of Directors of The Florida Bar Foundation (appointed), the Florida Board of Bar Examiners (appointed by the Florida Supreme Court), The Florida Bar Board of Governors (elected), The Florida Bar Young Lawyers Division (elected), and The Florida Bar's Consumer Protection Committee (appointed), where he served as Chair.  He has also served as an expert for The Florida Bar on ethical issues in class litigation.

Mr. Yanchunis has professional relationships with many of the attorneys who have appeared in this case (for Track 1) and has effectively collaborated with them in prior litigation, including Ben Barnow, Raina C. Borrelli, Maureen M. Brady, Israel David, E. Michelle Drake, William B. Federman, Lori G. Feldman, L. Timonthy Fisher, MaryBeth V. Gibson, Daniel E. Gustafson, Gary M. Klinger, Jason L. Lichtman, Thomas E. Loeser, Gary F. Lynch, James J. Pizzirusso, Amber L. Schubert, Sabita J. Soneji, J. Gerard Stranch, IV, and Tina Wolfson, and would be willing to work with them in this case in whatever capacity the Court deems appropriate.

Mr. Yanchunis provides the following judicial references who are familiar with his work in other similar matters: (i) Judge Lucy H. Koh (Ninth Circuit Court of Appeals) (*In re Yahoo*); (ii) Judge Yvonne Gonzalez Rogers (N.D. California) (*Brown v. Google*); (iii) Judge Rodolfo A. Ruiz II (S.D. Florida) (*In re Fortra*) (iv) Judge Thomas W. Thrash, Jr. (N.D. Georgia) (*In re Home Depot* and *In re Equifax*) and Judge Anthony J. Trenga (E.D. Virginia) (*In re Capital One*).

DATED this 14th day of August, 2026

*/s/ John A. Yanchunis*
John A. Yanchunis
Ryan J. McGee
John A. Wirthlin (Utah Bar No. 14847)
**MORGAN & MORGAN –**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813.223.5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
john.wirthlin@forthepeople.com

*Attorneys for Plaintiffs Audlisha Clarkson,*
*Serena Delagarza, and Alexander Leslie*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 14, 2026, he electronically filed the foregoing motion and corresponding documents with the Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ John A. Yanchunis
John A. Yanchunis