# EXHIBIT A



Morgan & Morgan is a leading civil trial law firm representing consumers and commercial clients nationwide. With over 1,200 lawyers, and more than 3,000 non-lawyer employees, Morgan & Morgan is the largest plaintiffs' firm in the nation.  Morgan & Morgan maintains over offices throughout the United States.  Among its lawyers are former state attorney generals and present and former members of various state legislatures.

Morgan & Morgan has a dedicated Complex Litigation Group staffed with  lawyers, paralegals, and retired FBI agents serving as investigators committed to representing consumers in complex litigation, MDL proceedings and class action cases throughout the country. It has achieved many remarkable results in class litigation, including the settlement of *In re Black Farmers Discrimination Litigation*, no. 08-0511 (D.C. Oct. 27, 2017), where one of its partners served as co-lead. The case resulted in a settlement with the United States Government in the amount of $1.2 billion for African American farmers who had been systematically discriminated against on the basis of race, in violation of the Fifth Amendment to the United States Constitution, the Equal Credit Opportunity Act, Title VI of the Civil Rights Act, and the Administrative Procedure Act. The Class Action section is a part of Morgan & Morgan's Complex Litigation group and has assembled a talented, ethnically diverse team of lawyers. Aside from the lawyers listed below, its team of lawyers is assisted by 75 lawyers in the shared legal services section of the Complex Litigation Group. These lawyers are dedicated to document review, deposition preparations and deposition summaries. It is also assisted by a separate section of over ten lawyers, comprised of, among others, former federal law clerks at the District and Circuit level, who assist the Class Action section with research and writing support. Recently, Morgan & Morgan's class action group was recognized as the Privacy/Data Breach Firm of the Year for 2026 by Law.com.

John A. Yanchunis leads Morgan & Morgan's class action group.  His career as a trial lawyer began over 41 years ago following the completion of a two-year clerkship with United States District Judge Carl O. Bue, Southern District of Texas (now deceased)—has efficiently and expeditiously led many privacy-related Multidistrict Litigation (MDL) and non-MDL class action proceedings, including as Lead or Co-Lead Counsel in some of the largest privacy class actions. He has focused his practice on class action litigation for over 28 years.

Mr. Yanchunis began his work in privacy litigation in 1999 with the filing of *In re Doubleclick Inc. Privacy Litigation,* 154 F. Supp. 2d 497 (S.D.N.Y. 2001), alleging privacy violations based on the placement of cookies on hard drives of internet users. Beginning in 2003, he served as co-Lead Counsel in the successful prosecution and settlement of privacy class action cases involving the protection of privacy rights of more than 200 million consumers under the Driver's Protection Privacy Act (DPPA) against the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, and Reed Elsevier (which owns Lexis/Nexis). *See Fresco v. Automotive Directions, Inc.,* No. 03-61063-JEM (S.D. Fla.), and *Fresco v. R.L. Polk*, No. 07-cv-60695-JEM (S.D. Fla.). Subsequently, he also served as co-Lead Counsel in the DPPA class

1

cases, *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.) ($10 million class settlement), and *Kehoe v. Fidelity Fed. Bank and Trust,* No. 03-cv-80593 (S.D. Fla.) ($50 million class settlement).

As a result of his experience in insurance and complex litigation, beginning in 2005, he was selected by Tom Gallagher, the Chief Financial Officer for the state of Florida and a member of the Florida Cabinet, to serve as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators of Florida) in their investigations of the insurance industry on issues concerning possible antitrust activity and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers. He served as lead regulator counsel and worked with a core group of state Attorneys General from the National Association of Attorneys General, which were selected to conduct the investigations. The insurance regulator for Florida was the only insurance regulator in the group. The litigation that was filed and the related investigations netted millions of dollars in restitution for Florida consumers and resulted in significant changes in the way commercial insurance is sold in Florida and across the country.

During his career, he has tried numerous cases in state and federal courts, including one of the largest and longest insurance coverage cases in U.S. history, which was filed in 1991 by the Celotex Corporation and its subsidiary, Carey Canada, Inc. During the seventeen years the case pended, he served as lead counsel for several insurance companies regarding coverage for asbestos and environmental claims. The case was tried in three phases over several years beginning in 1992. He was also lead counsel for these parties in the subsequent appeals that followed a judgment in favor of his clients.

He has been appointed and served in leadership positions in most of the largest data breach cases filed in the area of privacy and data breaches: *In re: Capital One Consumer Data Security Breach Litigation,* No. 1:19-MD-2915-AJT (E.D. Va.) (settlement for $190,000,000 approved for 98 million consumers). With almost no assistance from any other firms other than to assist in preparing their individual clients for deposition, Mr. Yanchunis and his two co-lead attorneys took this case almost to trial before Capital One and Amazon agreed to settle the case. In his order approving the settlement, United States District Judge Anthony Trenga found that:

> *Factor 1, Results for the Class:* This Court previously commended Class and Defense Counsel at the September 8, 2022 Final Approval Hearing for the "exceptional outcome for all the parties given the difficult legal issues," calling it an "outstanding result" attributed "in no small measure, to counsel, counsel's efforts, and . . . the level of competence and professionalism that they've brought to every aspect of this case." [Doc. No. 2261] at 30:19-31:3. The Court stands by that statement. Class Counsel effectively and efficiently pursued the case, resulting in purportedly the second largest data breach settlement to date, in addition to the injunctive relief.

Mr. Yanchunis has also been appointed in the following representative data breach cases: *In re Yahoo! Inc. Customer Data Security Breach Litigation*, No. 5:16-MD-02752-LHK (N.D.

2

Cal.) ("Yahoo") (Lead Counsel, which led a four firm plaintiffs steering committee) (Court approved $117,500,000.00 common fund settlement for approximately 194 million US residents and 270,000 Israeli citizens ); *In re The Home Depot, Inc. Consumer Data Sec. Data Breach Litig.,* No. 1:14-md-02583-TWT (N.D. Ga.) (Co-Lead Counsel)(four- member PSC) (final judgment entered approving a settlement on behalf of a class of 40 million consumers with total value of $29,025,000); *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-2800-TWT (N.D. Ga.) (member of the Plaintiffs' Steering Committee) (final judgment entered approving $380.5 million fund for 145 million consumers ); *In re: U.S. Office of Personnel Management Data Security Breach Litigation,* No. 1:15-mc-01394-ABJ (D.D.C.) ("OPM") (member of the Executive Committee) (motion for preliminary approval of a $60,000,000 common fund ); *In re Target Corp. Customer Data Sec. Breach Litig.,* MDL No. 2522 (D. Minn.) (Executive Committee member) (final judgment approving a settlement on behalf of a class of approximately 100 million consumers); and *In re. Fortra File Transfer Software Data Security Breach Litigation,* No. 24-md-3090 (S.D. Fla.) (MDL Co-Liaison and Executive Committee Co-Chair).

His court-appointed leadership experience in non-MDL, data breach class actions is likewise significant, and to just name a few: *Schmidt, et al., v. Facebook, Inc.,* No. 3:18-cv-05982 (N.D. Cal.) (Co-Lead Counsel) ("Facebook") (class certified over Facebook's opposition for 8 million residents, subsequently settlement of the class was approved by the court); *In re: Citrix Data Breach Litigation*, No. 19-cv-61350 (S.D. Fla.) (preliminary approval of class action settlement entered on January 26, 2021); *In re. Arthur J. Gallasher Data Breach Litigation,* No. 1:22-cv-0137 (N.D. Ill.)(Class Counsel)(Final Approval of class action settlement entered on February 27, 2025); *Whalen, et al., v. Gunster, Yoakley & Stewart, PA,* No. 25-CA-000550 (Hillsborough County, Fla.)(Final Approval Order and Judgment entered on August 13, 2025); *In re Harvard Pilgrim Data Security Incident Litigation,* No. 1:23-cv-11211 (Dist. Mass.)(Final Approval Order and Judgment entered on August 4, 2025); and *Ramirez v. The Paradies Shops, LLC,* No. 1:21-cv-03758 (N.D. GA) (Final Approval and Judgment entered on July 24, 2025).

He has also been appointed co-lead counsel in a data privacy case that was certified as a class over Google's opposition, *Brown. et al., v. Google, LLC,* No. 20-cv-03664 (N.D. Cal.). The case was settled weeks before the commencement of trial, and final approval of the class action settlement benefitting well over a hundred million consumers is set for August 7, 2024. In another data privacy case against Google pending in the Northern District of California, San Francisco Division, *Rodriguez, et al, v. Google, LLC,* No. 20-cv-04688 (N.D. Cal.), he, along with his co-counsel, have been appointed as co-lead counsel for a class certified over Google's opposition. This class case was tried over a two week period beginning August 18, 2025 which resulted in a $425million verdict. He was one of the very few lawyers who has litigated through contested certification privacy class cases. He does not have a reputation for filing and then settling class cases.

In 2023 and in data breach cases, and as a thought leader in the area of data privacy, Mr. Yanchunis lead a team of lawyers in his firm and obtained reversals of lower courts in the Eleventh Circuit and the Second Circuit Courts of Appeals: *Bohnak v. Marsh & McLennan Companies,* No. 22-319 (2d Cir. 2023), *Ramirez v. The Paradies Shops, LLC,* No. 22-12853-HH (11th Cir. 2023), and *Sheffler v. Americold Realty Trust,* No. 22-11789-CC (11th Cir. 2023). On December 7, 2023, he presented argument before the Fourth Circuit in the successful appeal of a lower court decision

3

*-Ford v Sandhills Medical Ctr., Inc*., No.22-2268 (4th Cir. 2023), cert denied (2025), a class case arising out of a data breach at a health care facility.

Mr. Yanchunis was recognized in 2020 for the second year in a row by Law360 as one of four MVPs in the area of Cybersecurity and Privacy. Similarly, in 2016 and then in 2020, Mr. Yanchunis was recognized by the National Law Journal as a Trailblazer in the Area of Cybersecurity & Data Privacy. In 2020, Mr. Yanchunis was named Florida Lawyer of the Year by the Daily Business Review, and in 2022, he was awarded the Best Mentor award in the state of Florida by the same publication. In 2023, he was named Consumer Lawyer of the Year by The Florida Bar's Consumer Protection Committee for his accomplishments in the area of data privacy. Again for his accomplishments in the area of data privacy and cyber security, in 2023, he was recognized as a Titan of the Plaintiffs' Bar by Law360. In 2024, he was named a finalist for Attorney of the Year by ALM/Law360 and he is a finalist for Lawyer of Year by The National Law Journal. In 2024, the class action practice group that he leads at his firm was awarded Litigation Department of the Year in the state of Florida by ALM/Law360, and his practice group was a national finalist for Litigation Department of the Year by The National Law Journal. He received a Lifetime Achievement Award in July 2025 from ALM/360. In 2025, he was recognized by Law Dragon in the following categories: 500 Leading Lawyers in America, 500 Leading Global Cyber Lawyers, 500 Global Plaintiff Lawyers, and 500 Leading Plaintiff Lawyers in America. In 2026, he was also awarded the Consumer Lawyer of the Year. He serves as an appointed member of the newly formed Cyber Security and Privacy Subcommittee of The Florida Bar.

Because of his experience in the area of cyber security and privacy and data breach litigation, he is a frequent speaker nationally and internationally. Earlier this year he spoke on these topics in London and Amsterdam, and he is scheduled to speak in London in the fall at two separate symposiums on data privacy and cyber security. Presently, he is organizing with several universities in the United States, the European Union, and Israel, a symposium to focus on data privacy. It is planned to be held in Rome in 2026. He also is a frequent lecturer at Baylor College of Law in its LLM program on cyber security, most recently in June 2024.

Exhibiting his leadership skills and his ability to work collaboratively with others, Mr. Yanchunis has served in leadership positions on many professional committees and boards, most prominently as a member of the Board of Directors of The Florida Bar Foundation, a member of The Florida Board of Bar Examiners appointed by the Florida Supreme Court (5-year term, and he continues by appointment to date as an Emeritus Member), and an elected member for two terms to The Board of Governors of The Florida Bar, and to The Young Lawyers Division of The Florida Bar. He has served on The Florida Bar's Consumer Protection Committee, including serving as its Chair. He has also served as an expert in ethical issues in class litigation for The Florida Bar in disciplinary proceedings.

He received the Florida Bar Foundation President's Award of Excellence, the Public Justice Impact Change Award, and for his work in representing a class of elderly indigent Floridians on Medicaid in a suit against the state of Florida, which resulted in an increase in the benefits to class members, he was awarded The Florida Bar Elder Law Section Chair's Honor Award. He has been recognized as a Super Lawyer for over two decades and is AV rated by Martindale Hubbell.

4

***Ryan J. McGee***. Mr. McGee is a senior litigator who joined Morgan & Morgan's Complex Litigation Group in March 2018 and has since extensively practiced in the areas of privacy and consumer protection class action litigation. His work since 2018 resulted in Law360 recognizing him as one of only three Rising Stars in the area of cybersecurity and privacy for 2023, as well as the National Law Journal honoring him in 2024 as a Rising Star of the Plaintiffs Bar.

He was a core member of the trial team in *Rodriguez v. Google LLC*, No. 3:20-cv-04688-RS (N.D. Cal.), where he litigated the case from inception through discovery, class certification, and trial, resulting in an historic $425.7 million dollar verdict for certified classes of Google account holders whose privacy was violated when Google impermissibly collected, saved, and used their third-party app activity data. He managed evidentiary and other disputes raised before and during trial (often the night before witnesses were to be called the following day) and had trial assignments (both direct and cross, lay and expert) for witnesses who ultimately did not testify. He was similarly involved in *Brown v. Google LLC*, No. 4:20-cv-03664-YGR-SVK (N.D. Cal.), which resolved on the eve of trial for historic injunctive relief worth billions of dollars based on Google's own documentation, as well as *Adkins v. Facebook, Inc.*, No. 3:18-cv-05982-WHA (N.D. Cal.), one of the first data breach cases to achieve contested class certification, which resolved in a settlement with injunctive relief that improved Facebook's security infrastructure.

He has substantially supported the following additional representative data breach and privacy cases through technical discovery and expert work, hearings and trial preparation, and appeal: *In re SalesForce Customers Sec. Incidents Litig.*, No. 3:25-cv-07232-JSC (N.D. Cal.) (appointed to leadership structure overseeing TransUnion aspect, presently in litigation); *In re Data Breach Sec. Litig. Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (D. Nev.) (data breach involving tens of millions of individuals, presently in litigation); *In re Morgan Stanley Data Sec. Litig.*, No. 20-cv-5914-AT (S.D.N.Y.) (data breach involving 15 million people, resolved for $68 million); *In Re: Ambry Genetics Data Breach Litig,*, No. 20-cv-00791 (C.D. Cal.) (data breach involving approximately 230,000 patients, resolved in excess of $20 million); *Pfeiffer et al. v. RadNet, Inc.*, No. 2:20-cv-09553-RGK (C.D. Cal.) (data breach, resolved for $2.6 million); *Ford et* ; *In re Equifax, Inc. Customer Data Sec. Breach Litig.*, No. 1:17-md-02800 (N.D. Ga.) (data breach involving 145 million people, resolved for $380.5 million); *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-md-02752-LHK (N.D. Cal.) (data breach involving 194 million people, resolved for $117.5 million); *Tafelski, et al. v. Logan Health Medical Center*, No. ADV-22-0124 (Montana Eighth Judicial Court – Cascade County) (data breach involving 213,543 people, resolved for $4.25 million, upheld on appeal); *Henderson v. Kalispell Regional Healthcare*, No. CDV-19-0761 (Montana Eighth Judicial Circuit – Cascade County) (data breach involving hundreds of thousands of Montanans, resolved for more than $4 million); *In re US Fertility, LLC Data Sec. Litig.*, No. 8:21-cv-00299-PJM (D. Md.) (data breach involving 900,000 people, resolved for $5.75 million); *In re Google Plus Profile Litig.*, No. 5:18-cv-06164 EJD (N.D. Cal.) (data breach involving millions of people, resolved for $7.5 million); and *Stoll et al. v. Musculoskeletal Institute, Chartered d/b/a Florida Orthopaedic Institute*, No. 8:20-cv-01798-CEH (M.D. Fla.) (data breach involving 640,000 people, resolved for $4 million).

Ryan studied business economics and history at the University of Florida, where he was a teaching assistant for technology classes in the business school, and received his law degree from

5

Stetson University College of Law, where he was an editor on the *Stetson Law Review*, a research assistant for antitrust and consumer protection laws, and a teaching assistant for Stetson's trial advocacy program. He began his legal career as a state-appointed prosecutor, where he tried over 50 jury trials to verdict, mostly felonies, as well as a special prosecutor appointed to investigate police officers' deadly use-of-force and corruption within various law enforcement agencies. Ryan also served as a law clerk for two years for the Honorable Elizabeth A. Kovachevich, the former Chief United States District Judge, Middle District of Florida. Before joining Morgan & Morgan, Ryan's practice involved complex business disputes, antitrust, trade secret, data security, and class action investigations and defense-side litigation in state and federal courts across the country.

Ryan was admitted to the Florida Bar in 2009 and is also admitted to practice in the Northern, Middle, and Southern Districts of Florida; the District of Colorado; the Third Circuit Court of Appeals; and the Ninth Circuit Court of Appeals.

***John Wirthlin.*** Mr. Wirthlin is a senior litigator who recently joined Morgan & Morgan's Complex Litigation Group. He attended Brigham Young University and graduated with B.A in Chinese followed by a M.A in International Business and law degree from the University of Florida where he graduated *cum laude*. During law school, he was the Executive Research Editor for the Journal of Law and Public Policy and a member of the Corporate and Securities Moot Court Team.

Before joining Morgan & Morgan, John worked at one of the largest international law firms, Greenberg Traurig, LLP in Tampa, Florida, as well as Snell & Wilmer LLP in Salt Lake City, Utah. He practiced in their complex commercial litigation practice groups focusing on variety of legal issues including toxic tort, white collar defense, products liability, construction defect and real property disputes, eminent domain, medical malpractice, consumer protection, and business litigation involving closely held companies. He has successfully managed a large volume of cases with significant experience litigating matters through arbitration and trial. John was admitted to the Florida Bar in 2010 and Utah Bar in 2014 and is also admitted to practice in the Northern, Middle, and Southern Districts of Florida and the Utah District Court.

***Kenya Reddy.*** Ms. Reddy represents consumers in class action litigation. She graduated from Duke University in 1997 with a degree in political science. In 2000, she received her law degree from the University of Virginia School of Law. Prior to joining Morgan & Morgan, Ms. Reddy was a shareholder at Carlton Fields, P.A., where her primary areas of practice were antitrust, complex civil litigation, class action defense, and business litigation. She also has experience in including labor and employment, products litigation, ERISA and employee benefits law, insurance, healthcare, and securities litigation.

Ms. Reddy has served as a law clerk for the Honorable Charles R. Wilson, United States Circuit Court Judge, Court of Appeals for the Eleventh Circuit, the Honorable Anne C. Conway, former Chief Judge of the United States District Court for the Middle District of Florida, the Honorable Mary S. Scriven, United States District Judge, Middle District of Florida, and the Honorable Karla R. Spaulding, United States Magistrate Judge, Middle District of Florida. Ms. Reddy was a guest speaker in January 2019 at HarrisMartin's Marriott Data Breach Litigation Conference on the topic of standing in data breach cases. In October 2019, she presented on the topic of third-party litigation funding at the Mass Torts Made Perfect Conference. Ms. Reddy is

6

admitted to practice in the Northern, Middle, and Southern Districts of Florida.

> **Patrick Barthle.**  Mr. Barthle is the second-longest tenured attorney in the Class Action Department of Morgan & Morgan.  He attended the University of Florida where he was admitted to the Honors Program and graduated, *cum laude*, with a double major in History and Criminology in 2009. While at UF, Patrick was inducted into the Phi Beta Kappa Honor Society and served as President of the Catholic Student Center. Patrick attended Washington and Lee University School of Law, graduating *summa cum laude* in 2012; where he was a Lead Articles Editor for the Wash. & Lee Law Review, a member of the Order of the Coif and the Phi Delta Phi Legal Honor Society, and President of the W&L Law Families organization.

> Before joining Morgan & Morgan in 2015, Patrick worked at one of the country's largest law firms, Greenberg Traurig, LLP, and then served as a law clerk for two years to the Honorable Mary S. Scriven, United States District Judge, Middle District of Florida.  Patrick has privacy and consumer fraud class action experiencing, having participated in the following litigations:  *In re: Capital One Consumer Data Security Breach Litigation,* No. 1:19-MD-2915-AJT (E.D. Va.); *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, 1:15-mc-01394-ABJ (D.C.); *Torres v. Wendy's International, LLC*, No. 6:16-cv-210 (M.D. Fla.); *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.); *In re The Home Depot, Inc. Customer Data Security Data Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.); *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, 16-md-02752-LHK (N.D. Cal.); and *Finerman v. Marriott Ownership Resorts, Inc.*, Case No.: 3:14-cv-1154-J-32MCR (M.D. Fla.).

> Patrick has deep substantive experience in data breach cases.  He has deposed multiple C-suite-level executives, prepared and examined expert witnesses, as well as briefed and argued motions for class certification and summary judgment in any number of data breach cases.  For example, in *In re: Yahoo! Inc. Customer Data Security Breach Litigation,* Case No. 16-md-2752, (N.D. Cal.), a data breach class action involving approximately 3 billion Yahoo user accounts, Patrick was deeply involved in discovery, including with the depositions of multiple Chief Information Security Officers ("CISO") and other cybersecurity related witness, including the Chief Information Officer ("CIO"); as well as assisting with the reports, and defending the depositions, of Plaintiffs' cybersecurity and identity theft experts. Likewise, in the *In re Capital One Customer Data Security Breach Litigation*, Case No.: 1:19-md-2915 (E.D. Va.) case, Patrick was heavily involved in all aspects of discovery

> Patrick has been appointed as Co-Lead Counsel in multiple data breach class actions, including *McNally, et al. v. Infosys McAmish Sys., LLC*, 1:24-cv-00995 (N.D. Ga.); *Hernandez et al. v. Advance America, Cash Advance Centers, Inc. et al*, Case No. 7:23-cv-4256 (D. S.C.); *In re Great Expressions Data Security Incident Litigation*, Case No. 2:23-cv-11185 (E.D. Mich.); and *Trottier et al. v. Sysco Corp.*, Case No. 4:23-cv-01818 (S.D. Tex.).

> Patrick was selected as Law360's Rising Stars in the Cybersecurity & Privacy filed for 2025, and as a Florida Super Lawyer Rising Star in 2019, 2020, and 2021 in the field of Class Actions.  He is also active in speaking on privacy and class action topics, having spoken in June 2018, October 2022, and March 2023 at the NetDiligence Cyber Risk Summit on various privacy related topics; in November 2018 at the American Association for Justice's Advanced 30(b)(6)

Seminar, on the topic of 30(b)(6) Depositions in in Data Breach Cases; in January 2019 at HarrisMartin's Marriott Data Breach Litigation Conference on the topic of damage models and settlements in data breach cases; and in October 2019 at the Mass Torts Made Perfect conference on Rule 23(c)(4) classes.  Mr. Barthle was admitted to the Florida Bar in 2012 and is also admitted to practice in the Middle District of Florida, the Southern District of Florida, the District of Colorado, the Northern District of Illinois, the Eastern District of Michigan, the Northern District of Oklahoma, the Southern District of Texas, and the Eleventh Circuit Court of Appeals.

***Ron Podolny.*** Ronald Podolny is a Lead Attorney in the Complex Litigation Group of Morgan & Morgan PA.  He joined the Complex Litigation Group in 2024, after practicing for 15 years in Canada, 10 of which were dedicated exclusively to representing the plaintiffs in class actions and mass torts.  In that capacity, he represented plaintiffs in numerous securities, antitrust, consumer and privacy class actions, and was trial counsel in several class action trials.  At Morgan & Morgan, Mr. Podolny's practice is focused on representing the plaintiffs in class actions arising out of data breaches, defective consumer and pharmaceutical products, misleading advertising, misconduct by financial institutions, and other matters. Among others, he represents plaintiffs in a number of significant data breaches, and in several class actions against vehicle manufacturers and data brokers arising from alleged consumer vehicle tracking.  In this capacity, he routinely conducts and defends lay and expert witness depositions and appears before trial and appellate courts across the U.S. and Canada.

Most recently, Mr. Podolny was appointed to the following leadership roles by the federal and state courts: *In re Lemonade Inc. Data Disclosure Litigation*, 1:25-cv-04106-KHP (SDNY) (Class Counsel); *In re CarGurus Data Security Litigation*, 1:26-cv-10996-MJJ (D. Mass) (Executive Committee Member); *In re WEL Companies Data Incident Litigation* (Executive Committee Member); *Wilson v. Frontier Communications Parent, Inc.*, 3:24-cv-01418-L-BW (N.D. Tex.) (Interim Executive Committee Member); *Feathers et al. v. On Q Financial, LLC*, 2:24-cv-00811-SMB (D. Ariz.) (Executive Committee Member); *In re Continuum Health Data Security Incident Litigation*, BUR-L-903-24 (N.J. Super. Law Div.) (Executive Committee Member); *In re: Change Healthcare Customer Data Security Breach Litigation*, MDL No. 24-3108 (DWF/DJF) (D. Minn.) (Patient Track Steering Committee Member)

Mr. Podolny has served as an adjunct professor at the University of Toronto, Faculty of Law and Osgoode Hall Law School, York University.  In that capacity, he was recognized with the Osgoode Hall Law School Faculty Teaching and Service Award for contribution to legal education as an Adjunct Professor (2022).  Mr. Podolny speaks frequently in professional conferences on matters relating to class actions and commercial litigation. Mr. Podolny has presented repeatedly on cross-border class actions at the American Association for Justice conferences, across the U.S.  He has been interviewed on legal matters in television, radio and print media.  Mr. Podolny has authored articles on a variety of topics in class actions and commercial litigation in leading industry and academic publications in the U.S., Canada and UK. His articles have been cited with approval by the courts.  Mr. Podolny is admitted to practice in New York and Ontario, and practices in Morgan & Morgan's Tampa office.

***Riya Sharma.*** Ms. Sharma is a dual-qualified attorney admitted to the Texas Bar and the New Delhi Bar, licensed to practice throughout India. After her Juris Doctor/B.A LL.B. from the

8

Jindal Global Law School, she earned her LL.M. from the University of California, Berkeley, School of Law, where she graduated with High Honors in Information Privacy Law, Legal Research and Writing, Contract Law, Fundamentals of U.S. Law, and Legal Ethics and Compliance. She graduated from Berkeley as the highest performer in Contract Law. At Berkeley, she furthered her commitment to legal advocacy and served as a Pro-Bono Student Advocate with the Workers' and Tenants' Rights Clinic and contributed as a member of the Berkely Center for Law and Technology and the Privacy Lab, and also worked towards advancing the rights of women in Technology Law. Prior to obtaining her Masters in Law, Ms. Sharma worked as a Judicial Law Clerk to Justice Abdul S. Nazeer, a Judge of the Supreme Court of India, handling complex federal matters. Alongside her judicial clerkship, she collaborated with UNICEF to provide e-education to underprivileged children during the COVID-19 pandemic. Fluent in both English and Hindi, Ms. Sharma is also certified by the World Intellectual Property Organization for coursework in U.S Intellectual Property.

*Jayden Mougin.* Ms. Mougin graduated with her B.S. from Purdue University and with her law degree from Stetson University College of Law. She is admitted to The Florida Bar and is a Certified Information Privacy Professional through the IAPP. Ms. Mougin began her legal career at the Florida Office of the Attorney General where she was responsible for enforcing Florida's newly enacted data privacy law, the Florida Digital Bill of Rights. While at the Florida Office of the Attorney General, Ms. Mougin worked on data privacy and child online safety matters, investigating and filing litigation against major tech companies. At the Florida Office of the Attorney General's Consumer Protection Division Conference, Ms. Mougin won the Tampa Rising Star Award and was a co-presenter to the entire Division on the COPPA Rule updates. Ms. Mougin has also moderated a panel relating to AI regulation for the Florida Annual Bar Convention and has presented multiple times to law students relating to working in data privacy.

*Michael F. Ram.* Mr. Ram is a consumer-class action lawyer at Morgan & Morgan Complex Litigation Group, where he is the Head of Class Action Consumer Products & Automotive Litigation., Michael has served as co-lead counsel in numerous national and statewide consumer class actions. He pursued his legal education at Harvard Law School and was awarded his Juris Doctor with honors in 1982. He attended Cornell University as an undergraduate, where he majored in government and obtained a Bachelor of Arts magna cum laude in 1979. He was also a co-recipient of the Trial Lawyer of the Year Award given by Trial Lawyers for Public Justice in 1992, for *National Association of Radiation Survivors v. Walters*, No. 83-c-1861 (N.D. Cal.) (tried to class-wide judgment on remand from Supreme Court).

In August 2020, Mr. Ram joined Morgan & Morgan to open a San Francisco office for them. He is currently co-lead counsel in numerous consumer class actions, including *Gold v. Lumber Liquidators,* N.D. Cal. No. 14-cv-05373-RS, a certified multistate class action involving bamboo floors, as well as *Fowler v. Wells Fargo,* N.D. Cal. No. 3:17-cv-02092-HSG, a class action involving interest charges that settled for $30 million, and *Lowell v Lyft*, ED NY 7:17-cv-06251-PMH-AEK, a certified class of wheelchair users with ADA claims, in which he recently co-tried the class case. He is currently serving as co-interim lead counsel in *In re SharkNinja Pressure Cooker Litigation*, D. Mass. No. 1:25-cv-11314-AK; lead trial counsel in *Kellman v. Spokeo, Inc.,* N.D. Cal. No. 3:21-cv-08976-WHO, a certified class action; as well as serving on the Plaintiffs' Expert Discovery Committee *In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, and*

9

*Products Liability Litigation,* MDL No. 3052. He recently obtained a certified class as co-lead counsel in *King v. National General,* N.D. Cal. No. 4:15-cv-00313-DMR and he also obtained a certified class as co-lead counsel in *Nolen v. PeopleConnect*, N.D. Cal. No. 3:20-cv-09203-EMC, appeal pending. As co-lead counsel in a recent $20 million class settlement in *Smith v. Apple, Inc.*, N.D. Cal. No. 4:21-cv-09527-HSG and a settlement in excess of $1.5 billion, while serving on the Plaintiffs' Steering Committee and co-chairing the Law and Briefing Committee *In re Philips Recalled CPAP, Bi-Level Pap, And Mechanical Ventilator Products Litigation,* MDL No. 3014, Mr. Ram helped garner the firm a nomination as a finalist for the National Law Journal's Elite Trial Lawyers awards in Class Action. He is currently serving as Vice-President of San Francisco for the Federal Bar Association, Northern District of California Chapter.

*Amalee Beattie* (she/they). Ms. Beattie represents consumers in class action litigation. She graduated with honors from Harvard College in 2017 with a degree in the Comparative Study of Religion and a minor in Ethnicity, Migration and Human Rights. In 2022, she received her law degree from the University of California, Berkeley School of Law with a Certificate in Race and Law. Prior to joining Morgan & Morgan, Ms. Beattie was a Berkeley Law Public Interest Fellow at Housing and Economic Rights Advocates in Oakland, California where she provided free debt and credit counseling and legal advice to self-represented litigants defending their rights under, inter alia, the Fair Debt Collection Practices Act. She also has experience in antidiscrimination litigation in the context of challenging discriminatory school disciplinary practices and police misconduct. Ms. Beattie is admitted to practice in the Northern and Central Districts of California.

*Logan Buzzell Graham* (he/him). Mr. Graham graduated valedictorian, summa cum laude from North Carolina State University in 2019 with a Bachelor of Arts in Political Science and a Master of International Studies. Prior to law school, Mr. Graham worked as a legal assistant with the Refugee and Immigrant Center for Education and Legal Services—providing legal relief for detained, unaccompanied minors along the U.S. - Mexico border—and, later, as a Presidential Management Fellow with the USDA Forest Service. In 2025, he graduated from the University of California, Berkeley School of Law with certificates in environmental law, and public interest and social justice. At Berkeley Law, Mr. Graham served as the Articles Editor for *Ecology Law Quarterly*, co-led the International Refugee Assistance Project, and was named the 2024 California State Environmental Law Negotiation Champion. He was also awarded the Landis Prize for his published article:*A Seat at the Table: How Texas v. New Mexico Provides Tribes a Potential Route to Assert Outstanding Water Rights Claims in Water Compact Disputes*.  Mr. Graham joined Morgan & Morgan's Complex Litigation Group and Class Action team in 2025. He works to hold corporations, polluters, and powerful entities accountable on behalf of consumers, homeowners, and community members. Mr. Graham is barred in the state of California and admitted to practice in the Northern and Central Districts of California.

10