**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-00374-RJS-CMR<br><br>**APPLICATION OF ISRAEL DAVID FOR TRACK 1 CO-LEAD OR TRACK 1 EXECUTIVE COMMITTEE**<br><br>District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Cecilia M. Romero |

Israel David (*pro hac vice*)
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850
Facsimile: (212) 350-8860
israel.david@davidllc.com

Beau Burbidge (Utah Bar No. 17046)
**BURBIDGE | MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341
beau@burbidgemitchell.com

Pursuant to Case Management Order No. 2 ("CMO No. 2"), counsel for Plaintiff Theresa M. Coelho – Israel David LLC and Burbidge Mitchell – respectfully submit this application seeking appointment of Israel David to serve as Track 1 Co-Lead Counsel or, alternatively, membership on the Track 1 Executive Committee.

## Introduction

Mr. David is well suited to serve as Co-Lead Counsel in this litigation, bringing an extraordinary wealth of on-point experience. Perhaps unique among the applicants before the Court, Mr. David has deep experience on both sides of the docket. On the defense side, Mr. David spent 26 years at the elite international law firm Fried, Frank, Harris, Shriver & Jacobson LLP – including 17 years as a prominent partner at that firm. In that capacity, Mr. David earned a national reputation for successfully leading and co-leading the representation of the primary defendants in some of the largest and most high-profile securities and shareholder class action lawsuits nationwide in the last quarter century. In those cases, Mr. David secured the complete dismissal (with prejudice) of over $120 billion in claimed damages. Those matters are described in the accompanying firm resume of Israel David LLC.

On the plaintiff side of the docket, since the founding of Israel David LLC in 2022, dozens of federal and state courts nationwide have entrusted Mr. David with significant leadership positions in high-profile antitrust and data privacy class action lawsuits – including data breach lawsuits collectively brought on behalf of tens of millions of impacted individuals.

This dual set of experiences means that in virtually any situation that might arise in the course of this litigation (from the courtroom to the mediation room), the class would benefit from Mr. David's keen understanding of the other side's objectives, strategy, and vulnerabilities.

1

As detailed herein, Mr. David has the requisite knowledge and expertise managing similar data breach class actions to effectively prosecute this case, possesses the means and resources to effectively litigate this case, and has the demonstrated collaborative demeanor to lead and work effectively with a diverse leadership team.

### Discussion

Per Sections I.4 and I.5 of CMO No. 2, we address here the following points:

***Willingness to Commit the Requisite Time and Resources***.  Mr. David understands the time-consuming process and resources that a leadership position in this case entails.  He is fully and unconditionally committed to dedicating the time and resources necessary to represent and achieve the best possible outcome for the class.  This is a commitment Mr. David has previously made – and wholly fulfilled – to numerous courts and classes in the past.  Mr. David will not let this Court down.

***Ability to Work Cooperatively***.  If appointed, Mr. David will work cooperatively together with all counsel in leadership (and other Court-approved) roles to represent the interests of the class in this case.  Mr. David enjoys a widely held reputation for being exceptionally collaborative in his approach to litigation, earning him the respect and admiration of legions of colleagues, co-counsel, and – somewhat unusually – opposing counsel.  Track 1 class members would benefit from Mr. David's prior collaborative experience with key members of Track 2 leadership:  Mr. David previously served alongside Track 2 Lead Counsel James Cecchi, as they were both appointed in March 2024 by Judge Rebecca R. Pallmeyer of the Northern District of Illinois to the Plaintiffs' Steering Committee in an MDL class action lawsuit arising out of allegations that TikTok illicitly spied on users of the TikTok app's in-app web browser.  *In re TikTok Consumer Privacy Litigation* (Case No. MDL 2948-A).  Mr. David has also worked extensively with Track

2

2 Executive Committee members Gary Klinger and Jeff Ostrow, two of the nation's leading – and most highly respected – data privacy attorneys.

*Prior Experience Managing Complex Data Privacy Litigation*.  As described in the accompanying firm resume of Israel David LLC, dozens of courts have entrusted Mr. David with significant leadership positions in data breach class action lawsuits and high-profile antitrust lawsuits.  We list here just a few (with other cases included in the accompanying firm resume of Israel David LLC):  In July 2023, Judge Kandis A. Westmore of the Northern District of California appointed Israel David as **Interim Co-Lead Counsel** in a class action lawsuit involving a data breach that compromised the private data of over 200 million Twitter users.  *Gerber v. Twitter, Inc.* (23-cv-00186-KAW).  In June 2024, Judge Rachel P. Kovner of the Eastern District of New York appointed Israel David as **Liaison Counsel** in an MDL arising from a hub-and-spoke data breach that compromised the private health information of at least 12 million victims.  *In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation* (Case No. 1:24-md-3096-RPK-LGD).  In January 2023, Judge Ann M. Donnelly of the Eastern District of New York appointed Israel David as **Interim Co-Lead Counsel** in the antitrust class action lawsuit challenging the so-called Northeast Alliance entered into by American Airlines and JetBlue Airways.  *In re American Airlines/JetBlue Antitrust Litigation* (22-cv-07374-AMD-TAM).  In February 2026, Judge Edgardo Ramos of the Southern District of New York appointed Israel David as **Liaison Counsel** in a class action lawsuit involving a data breach at NYU that compromised sensitive personal information of millions of current and former NYU students and applicants.  *Ding v. New York University* (25-cv-02416-ER).  Since approximately the beginning of 2026, Mr. David has been appointed **Interim Co-Lead Counsel** in data breach class action lawsuits by the Eastern District of New York, Western District of New York, Middle District of Tennessee, Eastern

District of Virginia, Western District of Virginia, and the Eastern District of Wisconsin. In sum, if appointed, Mr. David will bring to bear broad and deep experience leading and managing complex data breach lawsuits.

In considering prior relevant litigation experience, while Mr. David's above-referenced litigation victories are impressive, not every case is necessarily suited to conclude with a defense-side or plaintiff-side judgment or verdict. Sometimes, the best outcome for the class is a win (or a draw) at the negotiating table in mediation. In this regard, Mr. David led or co-led the negotiating teams in mediations (on the defense and plaintiff sides of the table) resulting in aggregate consummated cash settlements of more than one billion dollars.

***Access to Resources to Advance the Litigation***. If appointed, Mr. David will have full access to – and will be backed by – an extraordinary roster of talent at Israel David LLC. The firm's Managing Partner, Adam M. Harris, was an equity partner at Ropes & Gray LLP prior to joining Israel David LLC. Partner Mark Cianci was a 13-year veteran and Counsel at Ropes & Gray LLP. Special Counsel Andrew Cauchi was Counsel at Weil, Gotshal & Manges LLP prior to joining the firm. Special Counsel Hannah Belitz was previously a judicial clerk for the United States Court of Appeals for the Sixth Circuit, an associate at Selendy Gay PLLC, and Co-Editor-in-Chief of the *Harvard Human Rights Law Journal*. Associate Adia Davis was previously a judicial clerk for the Southern District of New York, an associate at Gibson Dunn & Crutcher LLP, and a James Kent Scholar at Columbia Law School. Associate Madeline Sheffield was previously an Assistant District Attorney with the Manhattan District Attorney's Office and was Executive Editor of the *Syracuse Law Review*.

As for financial resources, Israel David LLC is well capitalized, has no debt, has never incurred any debt, and has never used litigation financing. It will not do so for this lawsuit.

***Inclusive and Diverse Leadership Composition.***  Mr. David respectfully concurs with the Court's objective that "the composition of a leadership team [should] adequately reflect a diversity of legal talent and experiences…"  (CMO No. 2 at Section I.4.)  Put simply, the diversity of class leadership should reflect the diversity of the class that leadership represents.  Israel David LLC's track record speaks for itself.  It is a remarkably inclusive firm with a demonstrated diverse hiring history that few firms can hope to match.  Eight of the nine attorneys hired by the firm since its 2022 inception are diverse, including African-American, Hispanic-American, female, and openly LGBTQ attorneys.  Likewise, seven of the eight individuals hired by the firm in supporting roles since its inception are similarly diverse.

***Outstanding Talented Counsel***.  As contemplated in CMO No. 2, Mr. David notes that, within the ambit of Track 1, he has worked extensively with James J. Pizzirusso, a recognized leader in the data privacy arena.  Mr. David has also enjoyed the privilege of working with many other exceptionally talented attorneys in the ambit of Track 1, including such standout attorneys as – in alphabetical order – Kennedy Brian, Maureen Brady, Nickolas Hagman, Gary Lynch, Amber Schubert, Sabita J. Soneji, Grayson Wells, Jeff Westerman, and John A. Yanchunis.

### Conclusion

As detailed above, Israel David has the requisite knowledge and expertise managing similar data breach class actions to effectively prosecute this case to its conclusion, possesses the means and resources to effectively litigate this case, and has the collaborative demeanor to lead and work effectively with a diverse leadership team.  Mr. David respectfully submits that the combination of these factors makes him well suited for appointment as Track 1 Co-Lead Counsel or, in the alternative, a member of the Track 1 Executive Committee.

Dated: August 14, 2026

Respectfully submitted,

/s/ Beau Burbidge

Beau Burbidge (Utah Bar No. 17046)

**BURBIDGE | MITCHELL**

215 South State Street, Suite 920

Salt Lake City, Utah 84111

Telephone: (801) 355-6677

Facsimile: (801) 355-2341

beau@burbidgemitchell.com

Israel David (*pro hac vice*)

**ISRAEL DAVID LLC**

60 Broad Street, Suite 2900

New York, New York 10004

Telephone: (212) 350-8850

Facsimile: (212) 350-8860

israel.david@davidllc.com