

T 212.350.8850
W davidllc.com

60 Broad Street, Suite 2900
New York, NY 10004

## FIRM RESUME OF ISRAEL DAVID LLC

Established in 2022, Israel David LLC is a growing and diverse high-end litigation boutique focused exclusively on class action lawsuits and complex commercial litigation in federal and state courts throughout the United States.

Israel David LLC is comprised of seasoned litigators with extensive experience in antitrust class actions, online and data privacy class actions, securities and shareholder litigation, and complex commercial litigation. Israel David LLC has its offices in New York City and Boston.

Our principal partners have over 50 years of combined experience in litigating high-stakes class action lawsuits at some of the most prestigious law firms in the world, including over 20 years combined experience as prominent partners at those firms.

In January 2023, the Honorable Judge Ann M. Donnelly of the United States District Court for the Eastern District of New York appointed Israel David as Interim Co-Lead Class Counsel in the high-profile antitrust class action lawsuit challenging the so-called Northeast Alliance entered into by American Airlines and JetBlue Airlines. *In re American Airlines/JetBlue Antitrust Litigation* (22-cv-07374-AMD-TAM).

In the securities and shareholder litigation arena, Israel David LLC offers broad and deep experience. Our founding partner has earned national acclaim for successfully leading or co-leading the defense of some of the largest and most high-profile securities and shareholder lawsuits in U.S. history.

Israel David LLC's attorneys also have a deep reservoir of litigation experience prosecuting class action lawsuits arising out of abusive online and data privacy practices.

In July 2023, the Honorable Judge Kandis A. Westmore of the United States District Court for the Northern District of California appointed Israel David as Interim Co-Lead Class Counsel in a data privacy class action lawsuit involving a data breach that compromised the private data of over 200 million Twitter users. *Gerber v. Twitter, Inc.* (23-cv-00186-KAW).

In July 2023, the Honorable Judge Katherine Polk Failla of the United States District Court for the Southern District of New York appointed Israel David as Interim Lead Class Counsel in a data privacy class action lawsuit involving a data security incident at The Metropolitan Opera in New York City. *Tuteur v. Metropolitan Opera Association, Inc.* (23-cv-03997-GS).

In July 2023, the Honorable Judge Araceli Martinez-Olguin of the United States District Court for the Northern District of California appointed Israel David to the Plaintiffs' Executive Committee in a data privacy class action lawsuit arising out of the illicit sharing with Google and Facebook of sensitive private health information of unsuspecting consumers by an online healthcare provider. *Doe v. GoodRx Holdings, Inc, et al.* (23-cv-00501-AMO).

In March 2024, the Honorable Judge Rebecca R. Pallmeyer of the United States District Court for the Northern District of Illinois appointed Israel David to the Plaintiffs' Steering Committee in a data privacy class action lawsuit arising out of allegations that TikTok illicitly spied on users of the TikTok app whilst using the app's in-app web browser to access third party websites. *In re TikTok Consumer Privacy Litigation* (Case No. MDL 2948-A).

In June 2024, the Honorable Judge Rachel P. Kovner of the United States District Court for the Eastern District of New York appointed Israel David as Liaison Counsel in a multidistrict (MDL) class action lawsuit involving a data breach that compromised the private health information of approximately 15 million victims. *In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation* (Case No. 1:24-md-3096-RPK-LGD).

### ADAM HARRIS – MANAGING PARTNER

Adam Harris has nearly 20 years of experience in representing companies, financial institutions, boards of directors, senior management, and other sophisticated clients in a broad array of commercial and corporate disputes – with an emphasis on representing plaintiffs and defendants in securities class actions, shareholder derivative lawsuits, complex business litigation, and corporate governance disputes. He has successfully litigated numerous high-stakes lawsuits at the trial court and appellate levels in federal and state courts throughout the United States, and in domestic and international arbitration proceedings. Mr. Harris has earned national acclaim as a dynamic courtroom advocate and a thoughtful, creative strategist. Mr. Harris is frequently sought out for his deep experience and thought leadership in complex commercial litigation, securities litigation and class action litigation. Mr. Harris is a prolific author and commentator on litigation issues.

Prior to joining Israel David LLC as Managing Partner, Mr. Harris was a partner from 2019 to 2023 at the elite international law firm Ropes & Gray LLP and was an associate and then counsel at that firm from 2016 to 2019. Previously, Mr. Harris was an associate at the elite international law firm Fried, Frank, Harris, Shriver & Jacobson LLP from 2007 through 2015.

### ISRAEL DAVID – PARTNER

Israel David has 30 years of experience in representing litigants in a wide array of corporate and commercial disputes, with an emphasis on securities and shareholder class actions, data privacy class actions, antitrust class actions, along with other complex business disputes. He has litigated numerous "bet-the-company" cases at the trial court and appellate levels in federal and state courts throughout the U.S., and in domestic and international arbitration proceedings.

Mr. David has earned national acclaim for having successfully represented clients in some of the largest and most high-profile securities and shareholder lawsuits in the last quarter century.

Among numerous other class action lawsuits nationwide, these include:

- Leading the representation of the President of Lehman Brothers in numerous lawsuits nationwide – including the consolidated class action securities lawsuit in the Southern District of New York – arising out of the collapse of Lehman Brothers, likely the largest corporate financial collapse in U.S. history.

- Co-leading the representation of Wells Fargo & Company, its predecessor Wachovia Corporation, and Wachovia's senior-most officers and directors in the consolidated class action securities lawsuit in the Southern District of New York arising out of the financial collapse of Wachovia. The lawsuit (which alleged losses of $109 billion) is one of the largest class action securities lawsuits in U.S. history to have obtained a complete dismissal with prejudice.

- Co-leading the representation of all of the underwriters of the General Motors Company 2010 IPO – the then-largest IPO in U.S. history – in a class action securities lawsuit in the Southern District of New York.

- Co-leading the representation of eight globally leading banks in a class action securities lawsuit in the Southern District of New York involving the issuance of approximately $26 billion of Residential Mortgage-Backed Securities.

- Co-leading the defense of the outside directors of JPMorgan Chase & Co. in the shareholder litigation in New York State Supreme Court arising out of the high-profile LIBOR matter.

- Leading the defense of two members of the Board of Directors of The Weinstein Company in the high-profile sexual-assault class action lawsuit in the Southern District of New York, arising out of the well-publicized claims of sexual assault allegedly committed by that company's CEO.

In the antitrust class action and data privacy arena, Mr. David has been entrusted and appointed by numerous federal and state courts nationwide to significant leadership roles. Among countless others, these include:

- In January 2023, the Honorable Judge Ann M. Donnelly of the Eastern District of New York appointed Israel David as **Interim Co-Lead Counsel** in the high-profile antitrust class action lawsuit challenging the so-called Northeast Alliance entered into by American Airlines and JetBlue Airways. *In re American Airlines/JetBlue Antitrust Litigation* (22-cv-07374-AMD-TAM).

- In December 2024, the Honorable Xavier Neals of the District of New Jersey appointed Israel David to the **Executive Committee** in the landmark antitrust class action MDL arising out of Apple's conduct in connection with the Apple iPhone. *In re Apple Inc. Smartphone Antitrust Litigation* (24-md-03113-JXN).

- In July 2023, the Honorable Judge Kandis A. Westmore of the Northern District of California appointed Israel David as **Interim Co-Lead Counsel** in a class action lawsuit involving a data breach that compromised the private data of over 200 million Twitter users. *Gerber v. Twitter, Inc.* (23-cv-00186-KAW).

- In June 2024, the Honorable Judge Rachel P. Kovner of the Eastern District of New York appointed Israel David as **Liaison Counsel** in an MDL arising from a data breach that compromised private health information of 12 million victims. *In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation* (Case No. 1:24-md-3096-RPK-LGD).

- In March 2024, the Honorable Judge Rebecca R. Pallmeyer of the Northern District of Illinois appointed Israel David to the **Plaintiffs' Steering Committee** in a data privacy class action MDL lawsuit arising out of allegations that TikTok illicitly spied on users of the TikTok app whilst using the app's in-app web browser. *In re TikTok Consumer Privacy Litigation* (Case No. MDL 2948-A).

- In December 2025, the Honorable Byron B. Conway of the Eastern District of Wisconsin appointed Israel David as **Interim Co-Lead Counsel** in a class action lawsuit involving a data breach at WEL Companies. *In re WEL Companies Data Incident Litigation* (25-cv-1851-BCC).

- In February 2026, the Honorable Robert S. Ballou of the Western District of Virginia appointed Israel David as **Interim Co-Lead Counsel** in a class action lawsuit involving a data breach at Delta Dental of Virginia. *In re Delta Dental of Virginia Litigation* (25-cv-00873-RSB).

- In February 2026, Judge Edgardo Ramos of the Southern District of New York appointed Israel David as **Liaison Counsel** in a class action lawsuit involving a data breach at NYU that compromised the sensitive personal information of millions of current and former NYU students and applicants. *Ding v. New York University* (25-cv-02416-ER).

- In June 2026, the Honorable Margo K. Brodie of the Eastern District of New York as **Interim Co-lead Counsel** in a class action lawsuit involving a data breach at Empower Group Partner, Inc. *Goehst v. Empower Group Partners, Inc.* (26-cv-03265-MKB).

- In August 2026, the Honorable Eli Richardson of the Middle District of Tennessee appointed Israel David as **Interim Co-Lead Counsel** in a class action lawsuit involving a data breach at Clover Health Investment, Corp. *In re Clover Health Investments, Corp. Data Breach Litigation* (26-cv-01035-ER).

Prior to founding Israel David LLC, Mr. David was a prominent partner from 2005 to 2022 at the elite international law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, and was an associate at that firm from 1996 to 2005. Mr. David has also served as trusted advisor to some of the world's largest private equity and hedge funds, providing counsel on matters in relation to fiduciary duties, disclosure matters, and various sensitive issues faced by fund sponsors and general partners.

**MARK A. CIANCI - PARTNER**

Mark Cianci has 15 years of experience representing globally leading hedge funds, private equity firms, healthcare and life sciences companies, Fortune 100 corporations, and other sophisticated clients in complex, high-stakes litigation.  He has successfully litigated numerous high-profile cases in courts and arbitral forums across the United States and internationally, with an emphasis on shareholder litigation (including securities class action litigation and breach of fiduciary duty actions), M&A litigation, complex commercial litigation, and government investigation and enforcement matters.  Mark also represents clients in the blockchain and cryptocurrency space in litigation and advises on a variety of regulatory and risk-mitigation considerations, including compliance with securities laws.

Prior to joining Israel David LLC as a Partner, Mr. Cianci was Counsel from 2020 to 2024 at the elite international law firm Ropes & Gray LLP and was an associate at that firm from 2011 to 2020.  Mr. Cianci received his Juris Doctor degree *cum laude* from Harvard Law School in 2010.  Mr. Cianci earned his Bachelor of Arts degree *magna cum laude* from Patrick Henry College in 2007.

**ANDREW CAUCHI – SPECIAL COUNSEL**

Andrew Cauchi has a decade of experience in representing corporations, senior executives and boards of directors in high-stakes class action securities lawsuits, shareholder lawsuits, corporate takeover litigation, and complex business disputes in federal and state courts throughout the United States.  Mr. Cauchi also has extensive experience conducting internal investigations on behalf of boards and audit committees, and representing corporations and individuals in governmental and regulatory investigations.

Prior to joining Israel David LLC in February 2024, Mr. Cauchi was Counsel at the elite international law firm of Weil, Gotshal & Manges LLP, and was an associate at that firm from 2015 to 2022.  Mr. Cauchi received his Juris Doctor degree from St. John's University School of Law in 2015, where he was a member of the *St. John's Law Review*. Mr. Cauchi earned his Bachelor of Arts degree from Lehigh University in 2012.

**HANNAH BELITZ – SPECIAL COUNSEL**

Hannah Belitz concentrates her practice on representing plaintiffs and defendants in high-stakes class action lawsuits and business disputes in federal and state courts nationwide.  Ms. Belitz was a judicial clerk with the United States Court of Appeals for the Sixth Circuit from September 2019 through August 2020.  From October 2020 through January 2023, Ms. Belitz was an associate at Selendy Gay PLLC.  From February 2023 through April 2025, Ms. Belitz was an associate at Walden Macht Haran & Williams LLP.

Ms. Belitz received her Juris Doctor degree *cum laude* from Harvard Law School in 2017, where she served as Co-Editor-in-Chief of the *Harvard Human Rights Journal*.  Ms. Belitz earned her Bachelor of Arts degree from Stanford University in 2013, where she graduated with distinction (top 15% of graduating class).

**MADELINE SHEFFIELD – ASSOCIATE**

Madeline Sheffield is an accomplished trial lawyer who has successfully led and first-chaired jury trials to verdict.   Prior to joining Israel David LLC, Ms. Sheffield served with distinction as an Assistant District Attorney in the Manhattan District Attorney's Office from October 2020 to November 2022.   Ms. Sheffield concentrates her practice on representing plaintiffs and defendants in high-stakes business disputes and class action lawsuits in federal and state courts nationwide.

Ms. Sheffield received her Juris Doctor degree *cum laude* from Syracuse University College of Law in 2020, where she served as Executive Editor of the *Syracuse Law Review*.   Ms. Sheffield earned her Bachelor of Arts degree *cum laude* from the University of Buffalo in 2017.

**ADIA DAVIS – ASSOCIATE**

Adia Davis concentrates her practice on representing plaintiffs and defendants in high-stakes class action lawsuits and business disputes in federal and state courts nationwide.  Ms. Davis was a judicial clerk with the United States District Court for the Southern District of New York from September 2024 through August 2025.  From September 2022 through August 2024, Ms. Davis was an associate at Gibson, Dunn & Crutcher LLP.

Ms. Davis received her Juris Doctor degree from Columbia Law School in 2022, where she was a James Kent Scholar and served as Executive Articles Editor of the *Columbia Human Rights Law Review*.  Ms. Davis earned her Bachelor of Arts degree *cum laude* from The College of William & Mary in 2018.

**MARK KAHN – FINANCIAL ANALYST**

Mark Kahn is a financial analyst at Israel David LLC.   Mr. Kahn supports the Firm's securities and shareholder litigation practices, assisting Firm attorneys with case assessment, development, and research.   Mr. Kahn also conducts investigations into potential federal and state securities laws violations.   Mr. Kahn comes to the Firm with significant experience in the financial sector, having previously worked for several hedge funds in investment and capital-raising capacities.