## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

|  |  |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-00374-RJS-CMR<br><br>Judge: Hon. Robert J. Shelby<br><br>Chief Magistrate Judge: Hon. Cecilia M. Romero |

### APPLICATION FOR APPOINTMENT OF SABITA J. SONEJI
### AS TRACK 1 CO-LEAD COUNSEL

Pursuant to this Court's Order entered on August 7, 2026, [Dkt. 141] and Federal Rule of Civil Procedure 23(g), Sabita J. Soneji respectfully submits this application for her appointment as Track 1 co-lead counsel or, in the alternative, as an executive committee member. Ms. Soneji's tremendous experience and success in data privacy litigation and record of working collaboratively to litigate and resolve complex cases precisely like this would serve the individual user class well.

A distinctively credentialed, minority woman, Ms. Soneji brings a wealth of experience and leadership in national data privacy litigation. She is nationally recognized by her peers—including many applying to serve as interim class counsel here—as a leader in the plaintiffs' class action bar, and she has an impressive track record of litigating complex privacy actions and achieving significant results for consumers in hub and spoke data privacy MDLs like this one. *See In Re: Snowflake, Inc. Data Security Breach Litigation*, No. 2:24-md-03126-BMM (D. Mont.) (serving on the PSC and as LAUSD Track Lead); *In Re: Fortra File Transfer Software Data Security Breach Litigation*, No. 1:24-md-03090-RAR (S.D. Fla.) (served as a Track co-lead).

In appointing interim counsel to act on behalf of a putative class, Fed. R. Civ. P. 23(g)(1)(A) directs the Court to consider the work counsel has done in identifying or investigating potential claims; counsel's experience; counsel's knowledge of the applicable law; and the

resources that counsel will commit to the representation. The Court may also consider "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

Each of the factors under Rule 23(g) supports Ms. Soneji's appointment.

## I. Ms. Soneji has a proven track record of success leading complex data privacy cases just like this one

Ms. Soneji is a senior partner at the California office of Tycko & Zavareei LLP. Chair of the firm's Privacy and Data Breach Group, Ms. Soneji is recognized as one of the most respected data privacy attorneys in the United States; she was awarded the California Legal Award for Distinguished Leaders (2024), selected as one of Lawdragon's 500 Leading Consumer Lawyers in America for her accomplishments in privacy litigation (2025 and 2026), nominated for the National Law Journal's Elite Trial Lawyer's Award in Data Privacy (2025), and elected to the American Law Institute (ALI) in 2025.

Ms. Soneji has successfully led and resolved numerous class actions and multidistrict litigations, including *In re T-Mobile Customer Data Security Breach Litigation*, No. 4:21-MD-03019-BCW (W.D. Mo.), one of the largest data breach cases in history, securing a $500 million settlement, including a $350 million cash fund, finalized in June 2023. In February 2024, as Co-Lead Counsel, she achieved final approval of a $37.5 million settlement in *Lundy v. Meta Platforms, Inc.*, No. 3:18-cv-6793 (N.D. Cal.) for unauthorized location tracking. Because of her talent, dedication, and commitment to efficiency, Ms. Soneji has been appointed to help lead MDL and other consolidated actions on behalf of consumers hurt by corporations' collection, exploitation, and failure to protect sensitive and private data. One example is her appointment as Track Co-Lead Counsel in *In re: Consumer Vehicle Driving Data Tracking Collection*, No. 1:24-MD-3115-TWT (N.D. Ga.), an MDL consolidating claims against General Motors and credit

reporting agencies for surreptitious collection, sale, and sharing of GM consumers' driving data and personally identifying data, often resulting in customers' insurance rates increasing. Leading this case requires Ms. Soneji to deftly navigate federal preemption, jurisdictional challenges, and cutting-edge privacy claims, all on behalf of the consumers she represents.

As Track Co-Lead Counsel in *In Re: Fortra File Transfer Software Data Security Breach Litigation*, No. 1:24-md-03090-RAR (S.D. Fla.), an MDL for claims arising from a massive data breach involving a platform and its customers (hub and spoke), Ms. Soneji managed multiple firms, coordinated with other Tracks, and helped lead the case to settlement in February 2025. Because of her exceptional track record in data privacy litigation, Ms. Soneji has been appointed to help lead high-profile data privacy cases across the country, including her recent appointments as co-lead in *In Re: Set Forth Data Security Breach Litigation,* 1:24-cv-11688 (N.D. Ill.) and *Ding v. New York University,* 1:25-cv-02416-ER (S.D.N.Y.) .

## II. Ms. Soneji will work cooperatively with other counsel the Court appoints and her appointment will enhance diversity in the leadership

Leadership in complex litigation like this requires professionalism, communication, cooperation, and courtesy. Ms. Soneji has an established track record of working cooperatively with her peers in the privacy class action bar, including those applying to lead Tracks 1, 2, and 3, as well as maintaining productive relationships with opposing counsel and trust with the Court. Ms. Soneji is well-respected by her peers and has a strong reputation as a team player.

In addition, courts across the country have "agree[d] that it is in the class's best interest to have a diverse legal team at its disposal." *In re FICO Antitrust Litigation Related Cases*, 2021 WL 4478042, at*6 (N.D. Ill., 2021). *See Smallman v. MGM Resorts Int'l*, 2021 WL 326135, at *3 (D. Nev. Feb. 1, 2021) (diversity of counsel allows them to "adequately represent a diverse putative class"); *Bloom v. Anderson*, 2020 WL 6710429, at *9 (S.D. Ohio Nov. 16, 2020) ("whenever

possible, the Court strives to appoint a diverse leadership team that is representative of the diversity of the [p]laintiffs" (quotation omitted)). A leadership slate should "responsibly and fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and background." Duke Guidelines (Best Practice 3C). As a first-generation Indian American, Ms. Soneji brings a unique and diverse perspective to this leadership team. Her firm shares this commitment to diversity and was recognized with the 2022 Diversity Initiative Award by *The National Law Journal's Elite Trial Lawyers* program. Ms. Soneji's resume is attached as **Exhibit A.**

### III.  Ms. Soneji and her nationally recognized firm, Tycko & Zavareei, are willing and able to commit to this litigation

Ms. Soneji understands the time and dedication that complex class actions, including large data privacy cases, require. She and her firm have already invested substantial resources to this MDL, including extensive time researching and investigating the claims in these cases. With the support of her firm and without reliance on litigation funding, Ms. Soneji will contribute the resources necessary to prosecute this litigation. Ms. Soneji's track record in litigating data privacy class actions and her passion for consumer rights support her appointment.

### IV.  Approach to the Litigation and Leadership Structure

"The types of appointments and assignments of responsibilities [of plaintiff's leadership] will depend on many factors. The most important is achieving efficiency and economy without jeopardizing fairness to the parties." Manual for Complex Litigation § 10.221. Ms. Soneji believes that 2-3 co-leads and 1 liaison counsel would be the right sized team necessary to litigate the Track 1 case on behalf of a very large class of individuals against well-funded defendants with sophisticated counsel. A small executive committee of 3-5 members would also be beneficial, and the most effective approach would involve assigning specific functions (*e.g.*, offensive discovery, expert work, law and briefing) to each EC member so there is clarity about the role and to avoid

duplication of work. At all times, there should be communication and coordination across the tracks to ensure that discovery and briefing proceed efficiently. Ms. Soneji has significant experience in privacy MDLs with multiple tracks and also has a proposed time and expense protocol for cases like this, which can be implemented immediately upon the Court's approval.

With 2-3 co-lead counsel, and a small group of other highly experienced data breach class-action litigators to support them, along with each firm's committed resources, Ms. Soneji believes that they can effectively, efficiently, and economically manage this Track and litigation.

Ms. Soneji has had the fortune to work collaboratively with several other Track 1 leadership applicants who are exceptional, including Amber Schubert (serving together in a consolidated data breach class action against Salesforce), Jamie Pizzirusso (served on myriad data privacy cases together including the *In Re Snowflake* hub and spoke data breach MDL); Maureen Brady (served together in myriad data privacy cases including *In re: Cognizant Tech.* data breach MDL); Gary Lynch (serving as co-lead counsel in a consolidated data breach class action), and Kennedy Brian (serving together on the EC for a data breach MDL). While Ms. Soneji believes these applicants would serve the Track 1 class well, she has achieved successes with almost every other plaintiff's attorney on file and can work well with any other attorneys the Court appoints.

## V. References

Ms. Soneji encourages the Court to contact Judge William H. Orrick (N.D. California), Judge Rudolpho Ruiz (S.D. Florida), and Judge Thomas W. Thrash (N.D. Georgia) about her experience and qualifications in a multi-track MDL leadership role.

## VI. Conclusion

Ms. Soneji appreciates the Court's consideration of individual applications and respectfully requests the Court appoint her as co-lead for Track 1, or as an EC member in the alternative.

DATED: August 14, 2026                    Respectfully submitted,

                                          */s/ Sabita J. Soneji*
                                          Sabita J. Soneji (*pro hac vice*)
                                          *ssoneji@tzlegal.com*
                                          **TYCKO & ZAVAREEI LLP**
                                          1970 Broadway, Suite 1070
                                          Oakland, California 94612
                                          Telephone: (510) 254-6808

                                          *Counsel for Plaintiffs Gayle Brownlee*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on August 14, 2026, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Sabita J. Soneji*
Sabita J. Soneji