# EXHIBIT A



# Firm Resume

Jonathan Tycko and Hassan Zavareei founded Tycko & Zavareei LLP in 2002 when they left a large national firm to form a private public interest law firm. Since then, a wide range of clients have trusted the firm with their most difficult problems. Those clients include individuals fighting for their rights, tenants' associations battling to preserve decent and affordable housing, consumers seeking redress for unfair business practices, whistleblowers exposing fraud and corruption, and non-profit entities and businesses facing difficult litigation.

The firm's practice focuses on complex litigation, with a particular emphasis on consumer and other types of class actions, and *qui tam* and False Claims Act litigation. In its class action practice, the firm represent consumers who have been victims of corporate wrongdoing. The firm's attorneys bring a unique perspective to such litigation because many of them trained at major national defense firms where they obtained experience representing corporate defendants in such cases. This unique perspective enables the firm to anticipate and successfully counter the strategies commonly employed by corporate counsel defending class action litigation. Tycko & Zavareei LLP's attorneys have successfully obtained class certification, been appointed class counsel, and obtained approval of class action settlements with common funds totaling over $500 million.

Tycko & Zavareei LLP's twenty attorneys graduated from some of the nation's finest law schools, including Harvard Law School, Columbia Law School, Duke University School of Law, UC Berkeley School of Law, UC Hastings College of the Law, Georgetown Law, the University of Michigan Law School, and the University of Miami School of Law. They have served in prestigious clerkships for federal and state trial and appellate judges and have worked for low-income clients through competitive public interest fellowships. The firm's diversity makes it a leader amongst its peers, and the firm actively and successfully recruits attorneys who are women, people of color, and LGBTQ. To support its mission of litigating in the public interest, Tycko & Zavareei LLP offers a unique public interest fellowship for recent law graduates. Tycko & Zavareei LLP's attorneys practice in state and federal courts across the nation.

# Representative Cases

*U.S. ex rel. Thompson v. Acadia Healthcare Company Inc., et al.,* **Case No. 2:18-cv-543-FtM-38CM (MDFL).** Tycko & Zavareei LLP represented one of the whistleblowers/relators in this case under the False Claims Act which led to a nearly $20 million settlement against Acadia Healthcare Company, Inc., and a 19% reward to the whistleblowers.

*Lisa Tabak, et al. v. Apple, Inc.,* **No. 19-cv-02455-JST (N.D. Cal).** TZ, as Co-Class Counsel, represented plaintiffs claiming that an alleged audio defect impacted the functionality of the audio systems in iPhone 7 and iPhone 7 Plus models achieving a $35 million settlement.

*Andrea Stevenson v. Allstate Insurance Co et al.,* **No. 4:15-cv-04788-YGR (N.D. Cal).** TZ and co-counsel secured a win for over 1.2 million California insurance customers with the approval of a $25 million class action settlement involving Allstate Insurance Company.

*Harris, et al. v. Farmers Insurance Exchange and Mid-Century Insurance Company,* **Case No.: BC579498 (Sup. Ct. Cal., Los Angeles Cty.).** TZ successfully represented plaintiffs in this class action lawsuit against Farmers Insurance Exchange and Mid-Century Insurance Company for the use of price optimization and elasticity of demand methodologies resulting in a $15 million settlement.

*Alexander v. Carrington Mortgage Services, LLC,* **Case No.: 1:20-cv-02369-RDB in the United States (D. Md.)** Carrington Mortgage Services, LLC came to a settlement with borrowers, ending its "pay to pay" practices and agreeing to provide cash payments to members of the class action.

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW,
Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite
1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd.,
Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599



*Susan Wang, et al. v. Stub Hub, Inc.,* **Case No.: CGC-18-564120 (Sup. Ct. Cal. San Francisco Cnty.)** StubHub agreed to pay $2.5 million in cash and provide $20 million in credit to resolve claims it deceived consumers by falsely advertising low ticket prices.

*Lundy et al. v. Meta Platforms, Inc.,* **Case No.: 3:18-CV-06793-JD (N.D. Cal).** This $37.5 million settlement addresses claims that Meta unlawfully collected and inferred precise location information.

*Vergara v. Uber Technologies, Inc.,* **No. 1:15-cv-06972 (N.D. Ill.).** Tycko & Zavareei LLP served as Co-Lead Counsel in this case under the Telephone Consumer Protection Act, obtaining a class settlement of $20 million.

*Farrell v. Bank of America, N.A.,* **No. 16-cv-000492 (S.D. Cal.).** As Co-Lead Counsel, Tycko & Zavareei LLP obtained a settlement valued at $66.6 million plus injunctive relief valued at $1.2 billion.

*In re TD Bank, N.A. Debit Card Overdraft Fee Litigation,* **No. 15-mn-02613 (D.S.C.).** Tycko & Zavareei LLP serves on the Plaintiffs Executive Committee in this case challenging TD Bank's overdraft fee practices. Tycko & Zavareei LLP assisted in obtaining a $70 million class settlement.

*In re Higher One Account Marketing & Sales Practices Litigation,* **No. 12-md-02407 (D. Conn.).** As Lead Counsel, Tycko & Zavareei LLP helped secure a $15 million common fund settlement with significant changes to business practices for illegal debit card fees.

*Duval v. Citizens Financial Group, Inc.,* **No. 10-cv-21080 (S.D. Fla.).** Tycko & Zavareei LLP was appointed Class Counsel and obtained a common fund settlement of $137.5 million.

*In re American Psychological Association Assessment Fee Litigation,* **No. 12-md-02407 (D. Conn.).** As Lead Counsel, Tycko & Zavareei LLP helped secure a $15 million common fund settlement with significant changes to business practices for illegal debit card fees.

*Lloyd v. Navy Federal Credit Union,* **No. 17-cv-1280 (S.D. Cal.).** As Co-Lead Counsel, Tycko & Zavareei LLP helped secure a $24.5 million common fund settlement on behalf of a class of NFCU customers harmed by the credit union's overdraft fee practices.

*Morgan v. Apple, Inc.,* **No. 17-cv-5277 (N.D. Cal.),** *Simmons v. Apple Inc.,* **No. 17CV312251 (Sup. Ct. Ca., Santa Clara Cnty.).** Tycko & Zavareei LLP is currently serving as Lead Counsel in this class action challenging Apple's deceptive marketing of Powerbeats headphones and secured a $9.75 million settlement for the class.

*Wallace v. Wells Fargo Bank, N.A.,* **No. 17CV31775 (Sup. Ct. Ca., Santa Clara Cty.).** Tycko & Zavareei LLP serve as Co-Lead Counsel in this case against Wells Fargo's overdraft fee practices. Tycko & Zavareei LLP helped secure a $10.5 million common fund class settlement.

*Roberts v. Capital One Financial Corporation,* **No. 16-cv-04841 (S.D.N.Y.).** As Co-Lead Counsel, Tycko & Zavareei LLP helped secure a $17 million settlement for Capital One customers forced to pay excessive overdraft fees.

*Hamm v. Sharp Electronics Corp.,* **No. 19-cv-488 (M.D. Fla.).** Tycko & Zavareei LLP was appointed Co-Lead Counsel and was instrumental in providing relief valued at $109 million for class members exposed to a product defect in certain Sharp Microwave Drawer Ovens.

*Mascaro v. TD Bank, N.A.,* **No. 10-cv-21117 (S.D. Fla.).** Tycko & Zavareei LLP was appointed Class Counsel and was instrumental in obtaining a $62 million common fund on behalf of the class.

*Bodnar v. Bank of America, N.A.,* **No. 5:14-cv-03224 (E.D. Pa.),** Tycko & Zavareei LLP served as lead Counsel and obtained a $27.5 million class settlement and significant injunctive relief.

*In Re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation,* **No.: 19-md-02913-WHO (N.D. Cal.),** Tycko & Zavareei LLP served on the Plaintiffs Steering Committee obtaining a $300 million class settlement.

*In re: T-Mobile Customer Data Security Breach Litigation,* **MDL No. 3019, No. 4:21-MD-03019-BCW (W.D. Mo.),** Tycko & Zavareei LLP was named leadership in this MDL, challenging T-Mobile's failure to keep confidential the PII for millions of its customers securing a $350 million settlement.

*LaBella et al v. Apple Inc,* **No. 5:24-cv-07588-NW (N.D. Cal.),** Tycko & Zavareei LLP was named leadership in this class action lawsuit against Apple for selling defective Gen. 1 AirPods Pros to consumers.

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW,
Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite
1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd.,
Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599



## Our Diversity

Tycko & Zavareei LLP is committed to fostering an equitable, diverse, and inclusive work environment. We believe that a diverse team significantly improves our work product and ability to innovate, enhances our ability to serve our clients, and strengthens our ability to attract talented individuals. We strive to maintain a culture that celebrates the strengths of every team member. The firm engages in ongoing efforts to foster a culture of mutual respect and attract, retain, and promote outstanding lawyers and staff from all backgrounds, perspectives, and abilities.

Our team was honored with the 2022 Diversity Initiative Award from The National Law Journal's Elite Trial Lawyers recognition program.

## Tycko & Zavareei LLP's Firm Breakdown:

### Attorneys

- **50%** of attorneys identify as women
- **75%** partners identify as women
- **27%** of attorneys identify as persons of color
- **23%** of attorneys identify as LGBTQIA+

### Attorneys and Staff

- **55%** identify as women
- **27%** identify as persons of color
- **27%** identify as LGBTQIA+

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW,
Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite
1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd.,
Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599



# Sabita J. Soneji

## Partner

510.254.6808
ssoneji@tzlegal.com



In 23 years of practice, Sabita J. Soneji has developed extensive experience in litigation and legal policy at both the federal and state level and a passion for fighting consumer fraud. Now a Partner in Tycko & Zavareei LLP's Oakland office, she focuses on consumer protection class actions and whistleblower litigation. In addition to her success leading cases involving payday loans and predatory student lending products and cases against crypto currency platforms that fail to protect customer funds, Ms. Soneji served in leadership and helped settle multi-district litigation against Juul, for its manufacture and marketing to youth of an addictive nicotine product. Ms. Soneji has achieved significant results for consumers harmed by massive data breaches and corporate practices that collect and monetize user data without consent. She serves as head of the firm s Privacy and Data Breach Group.

Ms. Soneji began her impact work during her time with the United States Department of Justice, as Senior Counsel to the Assistant Attorney General. In that role, she oversaw civil and criminal prosecution of various forms of financial fraud that arose in the wake of the 2008 recession. For that work, Ms. Soneji partnered with other federal agencies, state attorneys general, and consumer advocacy groups. Beyond that affirmative work, Ms. Soneji worked to defend various federal programs, including the Affordable Care Act in nationwide litigation.

Ms. Soneji has extensive civil litigation experience from her four years with international law firm, her work as an Assistant United States Attorney in the Northern District of California, and from serving as Deputy County Counsel for Santa Clara County, handling civil litigation on behalf of the County including regulatory, civil rights, and employment matters. She has successfully argued motions and conducted trials in both state and federal court and negotiated settlements in complex multi- party disputes.

Early in her career, Ms. Soneji clerked for the Honorable Gladys Kessler on the United States District Court for the District of Columbia, during which she assisted the judge in overseeing the largest civil case in American history, *United States v. Phillip Morris, et al.*, a civil RICO case brought against major tobacco manufacturers for fraud in the marketing, sale, and design of cigarettes. The opinion in that case paved the way for Congress to authorize FDA regulation of cigarettes.

Ms. Soneji is a graduate of the University of Houston, *summa cum laude*, with degrees in Math and Political Science, and Georgetown University Law Center, *magna cum laude*.

## Education
Georgetown University Law Center, 2002
*magna cum laude*
University of Houston, 1997, *summa cum laude*

## Bar Admissions
District of Columbia
California
Supreme Court of the United States

## Memberships
Ninth Circuit Judicial Council Lawyer Representative for the Northern District of California, 2023-2025
Law360 Diversity & Inclusion Editorial Advisory Board Member, 2022-2023
American Association for Justice
Public Justice, 2022-2024 Exec Member of the Board of Directors
Impact Fund
Taxpayers Against Fraud Education Fund (TAFEF)

## Awards
2025 Lawdragon 500 Leading Plaintiff Consumer Lawyers

Law.com 2024 California Legal Awards – Distinguished Leader Award Winner

Attorney General's Award for work defending the Affordable Care Act, 2015

## Presentations & Publications
Quoted in, "A 'Chilling Effect'? Lawyers of Color Lose Leadership Gains in Multidistrict Litigation," LAW.COM (October 7, 2025)

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW, Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite 1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599

# TYCKO & ZAVAREEI LLP

# Hassan A. Zavareei

Partner

202.973.0900
hzavareei@tzlegal.com



Mr. Zavareei has devoted the last two decades to recovering hundreds of millions of dollars on behalf of consumers and workers. He has served in leadership roles in dozens of class action cases and has been appointed Class Counsel on behalf of numerous litigation and settlement classes. An accomplished and experienced attorney, Mr. Zavareei has litigated in state and federal courts across the nation in a wide range of practice areas; tried several cases to verdict; and successfully argued numerous appeals, including in the D.C. Circuit, the Fourth Circuit, and the Fifth Circuit. He also recently argued before the United States Supreme Court.

After graduating from UC Berkeley School of Law, Mr. Zavareei joined the Washington, D.C. office of Gibson, Dunn & Crutcher LLP. There, he managed the defense of a nationwide class action brought against a major insurance carrier, along with other complex civil matters. In 2002, Mr. Zavareei founded Tycko & Zavareei LLP with his partner Jonathan Tycko.

Mr. Zavareei has served as lead counsel or co-counsel in dozens of class actions involving deceptive business practices, defective products, and/or privacy. He has been appointed to leadership roles in multiple cases. As Lead Counsel in an MDL against a financial services company that provided predatory debit cards to college students, Mr. Zavareei spearheaded a fifteen-million-dollar recovery for class members. He is currently serving as Co-Lead Counsel in consolidated proceedings against Fifth Third Bank, and on the Plaintiffs' Executive Committee in MDL litigation against TD Bank.

As Co-Lead Counsel in *Farrell v. Bank of America*, a case challenging Bank of America's punitive overdraft fees, Mr. Zavareei secured a class settlement valued at $66.6 million in cash and debt relief, together with injunctive relief forcing the bank to change a practice that will save millions of low-income consumers approximately $1.2 billion in overdraft fees. In his Order granting final approval, Judge Lorenz of the U.S. District Court for the Southern District of California described the outcome as a "remarkable" accomplishment achieved through "tenacity and great skill."

Mr. Zavareei is a highly sought after speaker on class action litigation and has taught numerous CLE courses across the country.

## Education
UC Berkeley School of Law, 1995, Order of the Coif

Duke University, 1990, *cum laude*

## Bar Admissions
California
District of Columbia
Maryland
Supreme Court of the United States

## Leadership
Public Justice, Emeritus Board
NCLC, Partners Council

## Awards
Ranked in Chambers USA Guide, 2022 – 2025

Law360 Titans of Plaintiffs Bar 2022

Law360 Class Action MVP 2021

Selected to Washington, D.C. Super Lawyers List 2012 - 2026

Washington Lawyers Committee, Outstanding Achievement Award

Lawdragon 500

## Presentations & Publications
Witness Before the Subcommittee on the Constitution and Civil Justice, 115th Congress

Witness Before the Civil Rules Advisory Committee, 2018, 2019

Editor, Duke Law School Center for Judicial Studies, Guidance on New Rule 23 Settlement Provisions

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW,
Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite
1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd.,
Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599

# TYCKO & ZAVAREEI LLP

# Andrea R. Gold

Partner

202.973.0900
agold@tzlegal.com



Andrea Gold has spent her legal career advocating for consumers, employees, and whistleblowers. Ms. Gold has litigated numerous complex cases, including through trial. Her extensive litigation experience benefits the firm's clients in both national class action cases as well as in qui tam whistleblower litigation. She has served as trial counsel in two lengthy jury trials.

In her class action practice, Ms. Gold has successfully defended dispositive motions, navigated complex discovery, worked closely with leading experts, and obtained contested class certification. Her class action cases have involved, amongst other things, unlawful bank fees, product defects, violations of the Telephone Consumer Protection Act, and deceptive advertising and sales practices.

Ms. Gold also has significant civil rights experience. She has represented individuals and groups of employees in employment litigation, obtaining substantial recoveries for employees who have faced discrimination, harassment, and other wrongful conduct. In addition, Ms. Gold has appellate experience in both state and federal court.

Prior to joining Tycko & Zavareei LLP, Ms. Gold was a Skadden fellow. The Skadden Fellowship Foundation was created by Skadden, Arps, Slate, Meagher & Flom LLP, one of the nation's top law firms, to support the work of new attorneys at public interest organizations around the country. Ms. Gold earned her law degree from the University of Michigan Law School, where she was an associate editor of the Journal of Law Reform, co-President of the Law Students for Reproductive Choice, and a student attorney at the Family Law Project clinical program. Ms. Gold graduated with high distinction from the University of Michigan Ross School of Business in 2001, concentrating her studies in Finance and Marketing.

## Education
University of Michigan Law School, 2004
University of Michigan, Ross School of Business, 2001

## Bar Admissions
District of Columbia
Illinois
Maryland
Supreme Court of the United States

## Memberships
Public Justice, Board Member

Law360 Banking and Product Liability Editorial Advisory Boards, 2022-2023

American Association for Justice

National Associate of Consumer Advocates

## Awards
Selected as Lawdragon 500 Leading Plaintiff Consumer Lawyers, 2025 and 2026

Selected as 2022-2026 Washington, D.C. Super Lawyer

Selected as 2013-2014 Washington, D.C. Super Lawyer Rising Star

Selected as Top 50: 2026 Women Washington, D.C. Super Lawyers

National Trial Lawyers, Top 100 Civil Plaintiff Lawyers, 2020

Skadden Fellow, Skadden Arps Slate Meagher & Flom LLP, 2004-2006

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW,
Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite
1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd.,
Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599



# Annick M. Persinger

## Partner

510.254.6808
apersinger@tzlegal.com



Annick M. Persinger leads Tycko & Zavareei LLP's California offices as California's Managing Partner. While at Tycko & Zavareei LLP, Ms. Persinger has dedicated her practice to utilizing California's prohibitions against unfair competition and false advertising to advocate for consumers. Ms. Persinger has taken on financial institutions, companies that take advantage of consumers with deceptive advertising, tech companies that disregard user privacy, companies that sell defective products, and mortgage loan servicers. Ms. Persinger also represents whistleblowers who expose their employer's fraudulent practices.

Ms. Persinger graduated magna cum laude as a member of the Order of the Coif from the University of California, College of the Law, San Francisco in 2010. While in law school, Ms. Persinger served as a member of Hastings Women's Law Journal, and authored two published articles. In 2008, Ms. Persinger received an award for Best Oral Argument in the first year moot court competition. In 2007, Ms. Persinger graduated *cum laude* from the University of California, San Diego with a B.A. in Sociology, and minors in Law & Society and Psychology.

Following law school, Ms. Persinger worked as a legal research attorney for Judge John E. Munter in Complex Litigation at the San Francisco Superior Court.

Ms. Persinger served as an elected board member of the Bay Area Lawyers for Individual Freedom (BALIF) from 2017 to 2019, and as Co-Chair of BALIF from 2018 to 2019. During her term on the BALIF Board of Directors, Ms. Persinger advocated for LGBTQI community members with intersectional identities, and promoted anti-racism and anti-genderism. Ms. Persinger now serves as a Steering Committee member for the Cambridge Forum on Plaintiffs Food Fraud Litigation.

### Education
University of California College of the Law, San Francisco, 2010, *magna cum laude,* Order of the Coif
University of California San Diego, 2007, *cum laude*

### Bar Admissions
California

United States Court of Appeals for the Ninth Circuit

United States District Courts for the Northern District of California, Central District of California, Eastern District of California, and Southern District of California

### Memberships
Board Member of Bay Area Lawyers for Individual Freedom (BALIF) from 2017 - 2019 and Co-Chair from 2018 - 2019

Steering Committee Member for Cambridge Forum on Plaintiffs' Food Fraud Litigation

### Awards
Elite Women of the Plaintiffs Bar (2022)

Super Lawyers Southern California, Rising Star 2020-2024

Law360 Rising Stars 2024 – Class Action

Law.com 2024 California Legal Awards – Mentorship Award Finalist

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW,
Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite
1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd.,
Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599

# Gemma Seidita

## Associate

202.973.0900
gseidita@tzlegal.com



Gemma Seidita is an associate in the Washington, D.C. office where she focuses on civil rights cases and advocating for whistleblowers and consumers.

Prior to joining Tycko & Zavareei LLP in 2022, Ms. Seidita was an associate in the Washington, D.C. office of Cooley LLP, where she represented clients in complex commercial litigation and investigations, including cases involving securities, trade secret, and unfair competition claims. At Cooley, Ms. Seidita maintained an active pro bono practice in civil rights and immigration areas. Ms. Seidita was a member of the trial team in the historic federal *Sines v. Kessler* litigation where white supremacists were put on trial for their conspiratorial actions in planning and committing violence at the Unite the Right rally in Charlottesville, Virginia.

Ms. Seidita graduated from Duke University School of Law in 2018 where she earned a J.D. and an LLM in international and comparative law. While in law school, she served as a Research Editor for the Duke Environmental Law and Policy Forum. Ms. Seidita received her Bachelor of Arts in Foreign Affairs from the University of Virginia in 2015.

### Education

Duke University School of Law, 2018, c*um laude*

University of Virginia, 2015, with Distinction

### Bar Admissions

California

District of Columbia

Massachusetts

United States Courts of Appeals for the First, Fifth, and Ninth Circuits

United States District Court for the Central District of California, the Northern District of California, and the District of Massachusetts

### Memberships

Public Justice

### Awards

Selected to 2026 Washington, D.C. Super Lawyers Rising Stars List

Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW,
Suite 1010
Washington, DC 20006
202.973.0900

Tycko & Zavareei LLP
1970 Broadway, Suite
1070 Oakland, CA 94612
510.254.6808

Tycko & Zavareei LLP
10880 Wilshire Blvd.,
Suite 1101
Los Angeles, CA 90024
510.254.6808

Tycko & Zavareei LLP
333 H Street, Suite 5000
Chula Vista, CA 91911
510.254.6808

Tycko & Zavareei LLP
2515 Jay Ave
Cleveland, OH 44113
216.423.6599