James E. Magleby (7247)
  magleby@mcpc.law
Jennifer Fraser Parrish (11207)
  parrish@mcpc.law
**MAGLEBY CATAXINOS, PC**
141 West Pierpont Avenue
Salt Lake City, Utah 84101
Tel.: (801) 359-9000
Fax: (801) 359-9011

Attorneys for Plaintiff David Hornthal

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | **APPLICATION TO APPOINT JENNIFER FRASER PARRISH AS TRACK 1 LIAISON COUNSEL**<br><br>**Case No. 2:26-cv-00374**<br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Cecilia M. Romero** |

Plaintiff David Hornthal hereby submits this application, pursuant to Federal Rule of Civil Procedure 23(g) and the Court's Case Management Order No. 2 [Dkt. 141], to appoint Jennifer Fraser Parrish of the firm of Magleby Cataxinos, PC as Liaison Counsel for Track 1 ("Liaison Counsel"). Ms. Parrish is among counsel best qualified for a leadership role in this matter, including as illustrated by the following points:

1. Ms. Parrish has demonstrated an ability to work cooperatively, including through her eight (8) years of service on the Court's Advisory Committee on the Local Rules of Practice.

2. Ms. Parrish is a member of the local Bar and has existing relationships with Court staff and familiarity with the Court's internal processes and procedures, including through the aforementioned service on the Court's Local Rules Advisory Committee, as well as her civil practice before the Court for the past twenty (20) years, which is summarized in the resume attached as Exhibit A.

3. Experience Resolving Class Actions:  Ms. Parrish successfully represented class members in class actions that proceeded to a final, court-approved resolution in the following matters:

   a. *Jessop v. Larsen et al.*, Case No. 2:14-cv-00916 in the U.S. District Court for the District of Utah (Honorable Bruce S. Jenkins).  Ms. Parrish represented the certified class in this ERISA action where the Court approved a $19.8 million settlement and funds were distributed to 458 class members.

   b. *Lukens v. Utah Imaging Associates, Inc.*, Case No. 210906618 in the Third Judicial District Court, Salt Lake County, State of Utah (Honorable Laura Scott).  Ms. Parrish represented the certified class in this data breach action where the state court approved a $2.1 million settlement for a potential class of 4,491 members, 416,390 of which submitted timely claims.

4. Experience in Data Breach Class Actions:  Ms. Parrish has also acted as counsel in no less than six (6) other cases where a data breach was alleged, and where plaintiffs sought to establish class liability in their pleadings, including:

a. *Lukens v. Utah Imaging Associates, Inc.*, Case No. 210906618 in the Third Judicial District Court, Salt Lake County, State of Utah (Honorable Laura Scott).

b. *Purvis v. Medical Review Institute of America*, Case No. 2:22-cv-00099 in the U.S. District Court for the District of Utah, and *Dean v. Medical Review Institute of America*, Case No. 2:22-cv-00226 in the U.S. District Court for the District of Utah; consolidated into *White v. Medical Review Institute of America*, Case No. 2:22-cv-00082 in the U.S. District Court for the District of Utah (Honorable Dale A. Kimball).

c. *Bohler v. C.R. England*, Case No. 2:22-cv-00099 in the U.S. District Court for the District of Utah (Honorable Bruce S. Jenkins).

d. *Miller v. Uintah Basin Healthcare*, Case No. 2:23-cv-00330 in the U.S. District Court for the District of Utah; consolidated into *Rasmussen v. Uintah Basin Healthcare*, Case No. 2:23-cv-00322 in the U.S. District Court for the District of Utah (Honorable Howard C. Nielson, Jr.).

e. *Allen v. Academy Mortgage Corp.*, Case No. 2:24-cv-00067 in the U.S. District Court for the District of Utah; consolidated into *Stern v. Academy Mortgage Corp*, Case No. 2:24-cv-00015 in the U.S. District Court for the District of Utah (Honorable David Barlow).

f. *Minter v. Finwise Bank*, Case No. 2:25-cv-00569 in the U.S. District Court for the District of Utah (Honorable Jill N. Parrish).

5. <u>Experience in Other Class Actions:</u>  In addition to the ERISA class action in paragraph 3.a. and the data breach class actions in paragraph 4., *supra*, Ms. Parrish has also acted as counsel for plaintiffs in cases where a breach of the TCPA has been alleged and where plaintiffs have sought to establish class liability, including the pending matter of *Cameron v. CHW Group, Inc.*, Case No. 2:23-cv-00320 before the U.S. District Court for the District of Utah (Honorable Howard C. Nielson, Jr.).

6. <u>MDL Experience:</u>  Ms. Parrish is currently counsel for defendants in the pending MDL before this Court, *In Re: Broiler Chicken Grower Antitrust Litigation (No. III)*, Case No. 2:25-md-03167 (Honorable David Barlow).  Ms. Parrish also assisted her firm with its representation of numerous plaintiffs in litigation in the Utah state and federal courts related to claims against Purdue Pharma and others, where she became familiar with MDL procedure in relation to, and assisted with filings in, the *In Re: National Prescription Opiate Litigation*, MDL 2804, in the U.S. District Court for the Northern District of Ohio.

7. Ms. Parrish is willing and able to commit to personally and directly performing the work of Liaison Counsel, and has the bandwidth to carry out her duties without the need to employ associates or other counsel to assist her.

8. Ms. Parrish also has resources and staff at her firm to assist her in carrying out the duties of Liaison Counsel, sufficient to advance the litigation in a timely manner and to meet the requirements of the case, including as certified by the undersigned counsel, who is Managing Partner of Ms. Parrish's firm.

Appointing Ms. Parrish to the role of Liaison Counsel will benefit the putative class and the Court.  Ms. Parrish will be hands-on and will administer the case with efficiency and dedication to the highest standards owed to the Court and to the Class.  Accordingly, Plaintiff David Hornthal respectfully requests that the Court appoint Ms. Parrish as Liaison Counsel for Track 1.

Dated: August 14, 2026

Respectfully submitted,

/s/ James E. Magleby

James E. Magleby (7247)
Jennifer Fraser Parrish (11207)
**MAGLEBY CATAXINOS, PC**

Attorneys for Plaintiff David Hornthal

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, the foregoing **APPLICATION TO APPOINT JENNIFER FRASER PARRISH AS TRACK 1 LIAISON COUNSEL** was served upon all counsel of record through the Court's CM/ECF system.


/s/ H. Evan Gibson