# Exhibit A

# JENNIFER FRASER PARRISH

(801) 359-9000
parrish@mcpc.law

Magleby Cataxinos
141 West Pierpont Avenue
Salt Lake City, Utah 84101

Litigator with over 20 years of experience in all aspects of civil trial and appellate practice.

## Education:

- The University of Texas at Austin School of Law, **J.D. with Honors** 2006
- University of Utah, **M.B.A.** 2000
- University of Utah, **B.A. Biology, Chemistry Minor** 1996

## Legal Experience:

- **Magleby Cataxinos**, Salt Lake City, Utah, Associate, 2006-2017; Partner, 2017 – Present
- **Fenwick & West**, Mountain View, California, Summer Associate 2005
- **Beckley Singleton**, Las Vegas, Nevada, Summer Associate 2005
- **Utah Supreme Court, Chambers of Honorable Ronald E. Nehring**, Summer Extern 2004

## Admissions:

- **Utah** 2006
- **U.S. District Court for the District of Utah** 2006
- **U.S. Patent & Trademark Office** 2006
- **U.S. Court of Appeals for the 10th Circuit** 2009
- **U.S. Court of Appeals for the 2nd Circuit** 2011
- **U.S. Court of Appeals for the 9th Circuit** 2011
- **U.S. Court of Appeals for the 11th Circuit** 2013
- **U.S. Supreme Court** 2014
- **U.S. Court of Appeals for Federal Circuit** 2026

## Recognition:

- Rated **A/V (Preeminent)** by Martindale-Hubble
- Ranked **Chambers USA** 2024-2026
- **Best Lawyers in America** 2024-2026
- Mountain States **Super Lawyers** 2022-2025 and **Rising Star in Business Litigation** 2009 and 2011-2016 in Super Lawyers Magazine
- Utah Business Magazine's **Utah Legal Elite in Civil Litigation** 2021

## Current Service:

- **Salt Lake City Justice Court** *Pro Tempore* Judge (2021-Present)
- **Advisory Committee on Rules of Business and Chancery Court Procedure** (2023-Present)
- **Utah Federal Court Local Rules Advisory Committee** (2018-Present)

## Past Service:

- **Utah Ethics and Discipline Committee,** Vice Chair (2017-2023)
- **Advisory Committee on the Utah Rules of Evidence** (2019-2023)

## Notable Results and Clients:

- *ClearOne v. WideBand* (D. Utah): $10.5 million jury verdict for client in theft of trade secrets case; second chair at trial; obtained post-judgment *ex parte* civil seizure order for violation of permanent injunction; contemnors referred for prosecution and incarcerated.
- *Kitchen v. Herbert* (D. Utah): Utah's same-sex marriage ban found unconstitutional on summary judgment; affirmed by 10th Circuit.
- *Stout v. McCormick* (3d Dist. Utah): $500,000 punitive damages awarded to client by jury in business partnership dispute; first chair at trial.
- *Cicero v. Bond Street* (3d Dist. Utah): Successful jury trial on breach of contract and alter ego; second chair at trial.
- *Jessop v. Larsen* (D. Utah): ERISA class action; $19.8 million obtained in settlement.
- *Dial HD v. ClearOne* (S.D. Ga.): Fees recovered for bad faith litigation; affirmed by 11th Circuit.
- *Other Notable Clients*
  - Sundance Resort and Robert Redford
  - The George S. and Dolores Doré Eccles Theater