Tina Wolfson (admitted *pro hac vice*)
Jeff Westerman (admitted *pro hac vice*)
Yufei Wang (*pro hac vice* forthcoming)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
twolfson@ahdootwolfson.com
jwesterman@ahdootwolfson.com
jwang@ahdootwolfson.com

*Attorneys for Plaintiffs John Doe,*
*Luiz Prudencio, Henry Roach,*
*Tigran Mikayelyan, and Kyllia Bless*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | **APPLICATION OF TINA WOLFSON FOR APPOINTMENT AS TRACK 1 LEAD COUNSEL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge  Robert J. Shelby<br>Chief Magistrate Judge Cecilia M. Romero |

## I.  Introduction

Plaintiffs John Doe, Luiz Prudencio, Henry Roach, Tigran Mikayelyan, and Kyllia Bless apply for Tina Wolfson of Ahdoot & Wolfson PC ("AW") to be Lead Counsel for Track 1 of this litigation. If appointed, Ms. Wolfson will be supported primarily by Jeff Westerman, Of Counsel, and Associate Yufei Wang, with 12 other AW attorneys proficient in data breach class action litigation available as necessary.

Ms. Wolfson and her team are best qualified to lead this litigation on behalf of the class:

(1) They are a diverse team who have decades of *personally* leading major complex class actions, including data privacy cases and MDLs, to successful results, including winning issues of first impression in data privacy cases at trial and appellate levels, recovering billions of dollars on behalf of victims and effecting real change in corporate behavior;

(2) They performed significant pre-filing investigation and spearheaded the organization of over 90 attorneys to file the initial case status report in an inclusive and collaborative manner, despite some differences of opinion;

(3) Ms. Wolfson built her firm from the ground up, has never used litigation funding, and has never failed to pay assessments for case expenses in any matter. This spotless record, in addition to the resources already committed to this litigation, demonstrates that the firm has sufficient human and financial resources for a case of this magnitude, as well as consistently sound business judgment in litigating contingency cases;

(4) Ms. Wolfson and her firm will bring efficiency to the litigation. They have worked cooperatively and successfully in other matters with almost every firm that has filed a case in this litigation and will do so with whomever the Court appoints. *See* Appendix B. Ms. Wolfson and her firm have been recognized by courts and their colleagues to be inclusive and efficient leaders in complex class action cases. In addition to their numerous court appointments, both Ms. Wolfson and Mr. Westerman have both been vetted by the judiciary for their numerous leadership roles in the bar, as listed in Appendix A. The Court can thus rest assured that Ms. Wolfson and her team

will bring the highest level of efficiency, professionalism, and civility to this litigation.

(5) Recognizing Utah's public interest in this litigation, Ms. Wolfson's firm filed the only cases on behalf of Utah victims (Ms. Bless with Jonathan Hafen of Parr Brown Gee & Loveless and Mr. Prudencio (as guardian) with Justin T. Toth of Ray Quinney & Nebeker) and worked closely with the carefully selected Utah litigation counsel who are known in the Utah community as collaborative and thoughtful leaders. Mr. Wolfson and her firm believe that appointing experienced and respected Utah counsel to active roles in the litigation (Mr. Hafen as Overall Liaison or to the Executive Committee, and Mr. Toth to the Executive Committee or as Track 1 Liaison) will ensure this case is litigated consistently with the Utah Standards of Professionalism and Civility for the benefit of the class and the Court's goal of efficiency.

## II.      Proposed Leadership Structure

In addition to her appointment as sole lead counsel for Track 1, Ms. Wolfson supports the appointment of Mr. Hafen as an Overall Liaison to coordinate among the Tracks (*See* Hafen Application for role description) and Executive Committee to include Mr. Toth and 4 or more other members to be selected by the Court.

## III.     Ms. Wolfson and her diverse team have unsurpassed personal experience litigating complex class actions, including data breach cases.

Ms. Wolfson is one of only a handful of female founding partners of a nationwide class action firm. Six years after arriving in the United States as a political refugee from the former Soviet Union, Ms. Wolfson attended Columbia University and then Harvard Law School (class of 1994), graduating both *cum laude*. Four years later, she co-founded AW, and she has spent the past 27 years representing consumers in a wide range of class action litigation.

Ms. Wolfson has led numerous cases to successful results, securing justice for millions of class members, obtaining billions of dollars in relief for victims, and driving meaningful change in corporate conduct. She has extensive and varied experience in data privacy litigation, including in data breach cases. Notably, in the 1990s, Ms. Wolfson sued major financial institutions for

unlawfully compiling and selling the detailed financial dossiers of millions of consumers to third-party telemarketers, exposing corporate practices that later became the subject of Gramm-Leach-Bliley Act regulation. AW continues to set precedent in data breach litigation nationally. *See, e.g., Remijas v. Neiman Marcus Grp., LLC*, 794 F.3d 688 (7th Cir. 2015) (seminal appellate opinion on Article III standing from imminent future harm due to data breaches).

Ms. Wolfson has continued those important efforts to protect data privacy, achieving some of the largest monetary settlements in this space and overhauling corporate practices. For example: *Experian Data Breach Litigation* (co-lead) ($150 million data breach settlement for nationwide class); *Rivera v. Google LLC* (co-lead) ($100 million settlement on behalf of Illinois class for allegedly unlawful collection and storage of biometrics); *Zoom Video Commc'ns, Inc. Privacy Litigation* (co-lead) ($85 million in case stemming from Zoom's data collection and security practices); *Premera Data Breach* (EC) ($74 million settlement for 11 million class); *Google Location History Litigation* (co-lead) ($64 million in class action arising out of Google's collection and use of mobile device location information); *OPM Data Breach* (EC) ($63 million settlement after a successful appeal to the DC Circuit). As technology continues to develop, Ms. Wolfson continues to bring innovative data privacy cases, such as those involving circumvention of in-app privacy protocols (*In Re Meta Android Privacy Litigation* (lead counsel)), AI exploitation of personal data, including biometrics (*In Re Meta AI Glasses* (lead counsel), *Tempus AI*, *Runway AI*, *Google Nest*, *Walmart*), and license plate location tracking (*Motorola*), among others.

With nearly three decades of experience representing consumers in high-stakes class actions, including those involving privacy and complex technological issues, Ms. Wolfson brings the expertise, judgment, and efficiency needed to navigate this case successfully. *See* Appendix A for further summary of Ms. Wolfson's experience, as well as a summary of Mr. Westerman's 45-year career as a class action litigator obtaining billions in relief independently of Ms. Wolfson, and Ms. Wang's experience as a rising-star associate in class action and data breach litigation.

AW is one of a handful of class action firms co-founded by a woman. The firm is 55%

3

female and 45% individuals of backgrounds typically underrepresented in class action litigation, including racially and culturally diverse members, and the LGBTQ+ community. Ms. Wolfson is committed to the professional development of diverse young attorneys from her firm as well as other firms. Wolfson's team's diversity among all ranks of its members will benefit the class, as the Court's Case Management Order No. 2 (ECF 141) recognizes.

IV.     **Ms. Wolfson's team has invested substantial resources to claims investigation and case organization and has the human and financial resources to lead this case.**

Ms. Wolfson and her team have conducted significant investigatory work to unearth potential claims against Defendants after news of the data breach. They extensively investigated the data breach, including any statements or filings Defendants have made regarding it, researched Defendants' corporate structure, including information about the recent controlling private equity investments, interviewed numerous class members around the country regarding the data breach and their individual experiences, reviewed the evidence gathered in light of potential claims under federal and state laws, retained consulting experts, drafted complaints ultimately filed by their respective clients, investigated Defendants' publicly available privacy and security policies, bids and contracts, and evaluated Defendants' likely defenses.

Ms. Wolfson and her team spearheaded the early organization of the cases. Among other efforts, when the Court issued the Order Setting Initial Case Management Conference (ECF 68), Wolfson's team reached out to all more than 90 plaintiffs' counsel within hours, circulated a draft of the joint CMC report before their initial meeting, and suggested an agreeable protocol to take all viewpoints into account. As a result of these efforts, a draft that had consensus from all participants to date was ready by July 10. After additional comments were offered by additional participants, Ms. Wolfson's team collaborated over the weekend to finalize and file the report. Mr. Westerman attended the conference on July 22. (Ms. Wolfson was unable to attend the July 22 hearing in person because of her Ninth Circuit Judicial Conference commitment. *See* Appendix A).

Ms. Wolfson and her team already demonstrated their willingness and ability to dedicate

the necessary resources to ensure the effective progress of this litigation. AW is a well-capitalized firm that has pursued hundreds of complex cases from inception to a favorable result, advancing all litigation costs and necessary human resources, and will do so here. AW has never used litigation funding.

## V.    Ms. Wolfson will lead with the utmost efficiency and civility.

Ms. Wolfson and AW have worked successfully in the past with virtually every firm on file and understand each firm's specific talents and best opportunities for contribution. *See* Appendix B. Ms. Wolfson will make every effort to staff the litigation effectively and efficiently to avoid unnecessary duplication of effort, as she has personally often been tasked to do as lead counsel. (*See*, e.g., Appendix A - *Acura* and *Meta AI Glasses*). To ensure that the case proceeds efficiently, the Ms. Wolfson will implement a billing and expense protocol to monitor activity to avoid duplication and waste of resources, with periodic auditing.

Ms. Wolfson's and Mr. Westerman's extensive experience as leaders in the bar, some of which required judicial appointment, provide further evidence of their professional reputation and further assurance that they will manage the case with the utmost efficiency and civility. *See* Appendix A.

## VI.    Wolfson brought the only cases on behalf of Utah plaintiffs and seeks appointment of Utah litigators to active roles.

The Wolfson team has been conferring with Mr. Hafen and Mr. Toth from the initial stages regarding overall litigation strategy, the Court's rules and preferences, and Utah litigation culture. Both Ms. Wolfson and her team on the one hand, and Mr. Hafen and Mr. Toth on the other, agree that it is in the best interest of the class that they be represented by a combination of experienced data privacy class action practitioners and accomplished Utah litigators.

## V.    Conclusion

Accordingly, Plaintiffs respectfully request the Court appoint Ms. Wolfson as Lead Interim Class Counsel for Track 1, Mr. Hafen as Overall Liaison Counsel, and an Executive Committee that includes Mr. Toth.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ Tina Wolfson*

Tina Wolfson (admitted *pro hac vice*)
Jeff Westerman (admitted *pro hac vice*)
Yufei Wang (*pro hac vice* forthcoming)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
twolfson@ahdootwolfson.com
jwesterman@ahdootwolfson.com
jwang@ahdootwolfson.com

*Attorneys for Plaintiffs John Doe,*
*Luiz Prudencio, Henry Roach,*
*Tigran Mikayelyan, and Kyllia Bless*

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and a courtesy copy was e-mailed to UTDecf_Shelby@utd.uscourts.gov.

*/s/ Tina Wolfson*
Tina Wolfson

6