# Appendix A



### Tina Wolfson, Founding Partner



Ms. Wolfson was born in the former Soviet Union and her family escaped when she was eleven years old. Seven years after arriving in the United States as an indigent political refugee, without speaking any English, she attended Columbia College and then Harvard Law School (class of 1994), graduating both *cum laude*.

Ms. Wolfson began her civil litigation career at Morrison & Foerster, LLP, where she defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice. She then gained further invaluable litigation and trial experience at a boutique firm, representing plaintiffs on a contingency basis in civil rights and employee rights cases.

In 1998, Ms. Wolfson co-founded Ahdoot Wolfson, now a nationally recognized law firm that specializes in complex and class action litigation, with a focus on privacy rights. Our experienced litigators have often been appointed by state and federal courts as lead class counsel, including in multidistrict litigation, recovering billions of dollars for class members.

Ms. Wolfson brings trail-blazing privacy-related class actions and has won numerous issues of first impression at the trial and appellate levels. For example, in *Remijas v. Neiman Marcus Grp., LLC*, 794 F.3d 688 (7th Cir. 2015), the firm single-handedly won the seminal appellate opinion on Article III standing based on imminent future harm.

Examples of her litigation successes include:

### Data Privacy Class Actions

• ***In re Experian Data Breach Litig.***, No. 8:15-cv-01592 (C.D. Cal.) (Hon. Andrew J. Guilford) (co lead counsel): $150 million settlement for a data breach affecting nearly 15 million class members.

• ***Rivera v. Google LLC***, No. 2019-CH-00990 (Ill. Cir. Ct.) (Hon. Ann M. Loftus) (co-lead counsel): $100 million non-reversionary cash fund for Illinois consumers and overhauling of Google's biometric privacy practices related to Google Photos.

• ***In re Zoom Video Communications, Inc. Privacy Litig.***, No. 3:20-cv-02155 (N.D. Cal.) (Hon. Lucy J. Koh and Hon. Laurel Beeler) (co-lead counsel): $85 million non-reversionary cash fund plus robust injunctive relief overhauling Zoom's data collection and security practices.

• ***In re LoanDepot Data Breach Litig.***, No. 8:24-cv-00136 (C.D. Cal.) (Hon. David O. Carter) (co-lead counsel): $98.5 million settlement for a nationwide class of data breach victims.

• ***Premera Blue Cross Customer Data Sec. Breach Litig.***, No. 3:15-cv-2633 (D. Or.) (Hon. Michael H. Simon) (Executive Committee): $74 million settlement for a data breach that disclosed the personal and medical information of 11 million class members plus robust injunctive relief overhauling cybersecurity practices.

1

- ***Google Location History Litig.***, No. 5:18-cv-5062 (N.D. Cal.) (Hon. Edward J. Davila) (co-lead counsel): $64 million in a case alleging Google's unlawful collection and use of mobile device location information on Android and iPhone devices.

- ***U.S. Office of Personnel Management Data Security Breach Litig.***, No. 1:15-mc-1394 (D.D.C.) (Hon. Amy Berman Jackson) (Executive Committee): $63 million settlement for class members affected by the data breach, following a successful appeal to the D.C. Circuit.

- ***In re Meta AI Glasses Litig.***, No. 3:26-cv-01897 (N.D. Cal.) (Hon. Edward Chen) (co-lead): class action alleging surreptitious collection and sharing of recordings with third parties for the purpose of training AI models. In appointing Ms. Wolfson as one of three co-lead counsel, Judge Chen designated her to oversee plaintiffs' counsel efficiency. (Dkt. 95)

- ***In re Meta Android Privacy Litig.***, No. 3:25-cv-04674 (N.D. Cal.) (Hon. Rita F. Lin) (co-lead): AW and co-lead counsel recently overcame Meta's motion to dismiss in a case focused on allegations that Meta exploited a security vulnerability in Google's Android operating system in order to bypass privacy protections and to track users' web browsing activity, even in "Incognito" mode.

- ***In re Allstate and Arity Consumer Privacy Litig.***, No. 1:25-cv-0407 (N.D. Ill.) (Hon. Jeremy C. Daniel) (Executive Committee) – class action alleging defendants secretly tracked the driving habits and location data of over 45 million Americans via popular mobile apps without proper consent.

- ***In re Tempus AI, Inc. Genetic Privacy Litig.***, No. 1:26-cv-01525 (N.D. Ill.) (Hon. Andrea R. Wood): class action alleging that Defendant collected, stored, and exploited genetic information without consent in violation of the Illinois Genetic Information Privacy Act.

- ***Ace Cam, Inc. et al. v. Runway AI, Inc.***, No. 1:26-cv-01362 (S.D.N.Y.) (Hon. Lewis A. Kaplan): creators accuse Runway of unlawfully scraping YouTube videos and bypassing platform protections to train generative video models like Gen-3 without consent or compensation.

- ***Google Nest/Trevino v. Google LLC***, No. 5:26-cv-06694 (N.D. Cal.) (Hon. Edward J. Davila): class action alleging identifying information collected, stored and exploited by google Nest cameras without consent.

- ***Washington v. Walmart Inc.***, No. 3:26-cv-50333 (N.D. Ill.) (Hon. Iain D. Johnston) (lead application pending) class-action lawsuits under the Illinois Biometric Information Privacy Act (BIPA) for allegedly capturing and storing customers' voiceprints via AI-powered customer service phone lines without consent.

- ***Rojas et al. v. Motorola Solutions, Inc.***, No. 1:26-cv-07540 (N.D. Ill.) (Hon. Edmond E. Chang) (lead application pending)

### Other Types of Class Actions

- ***In re Apple Inc. Device Performance Litig.***, No. 5:18-md-2827 (N.D. Cal.) (Hon. Edward J. Davila) (Plaintiffs' Steering Committee):  $500 million settlement to iPhone users whose device performance and battery life were deliberately degraded.

- ***Alvarez v. Sirius XM Radio Inc.***, No. 2:18-cv-08605 (C.D. Cal.) (Hon. James V. Selna) (lead counsel): $420 million settlement in alleged breach of lifetime subscription class action, reached minutes prior to oral argument in the Ninth Circuit on appeal of a granted motion to compel arbitration.

- ***Eck v. City of Los Angeles***, No. BC577028 (LASC) (Hon. Ann I. Jones) (lead counsel): $295 million to Los Angeles electricity customers who paid an allegedly illegal tax.

- ***Kirby v. McAfee, Inc.***, No. 5:14-cv-02475 (N.D. Cal.) (Hon. Edward J. Davila) (co-lead counsel): $80 million to consumers subjected to auto-renewals at an undiscounted subscription price.

2

- ***In re Dental Supplies Antitrust Litig.***, No. 1:16-cv-00696 (E.D.N.Y.) (Hon. Brian M. Cogan): $80 million settlement in a class action alleging an anticompetitive conspiracy among three dominant dental supply companies.

- ***Lavinsky v. City of Los Angeles***, No. BC542245 (Cal. Super. Ct.) (Hon. Ann I. Jones) (lead counsel): $51 million class settlement in a class action alleging the city unlawfully overcharged residents for utility taxes.

## <u>Other Notable Leadership Positions</u>

- ***In re ZF-TRW Airbag Control Units Products Liability Litig.***, No. 2:19-ml-02905 (C.D. Cal.) (Hon. John A. Kronstadt) (Plaintiffs' Steering Committee): a class action alleging a dangerous defect in car airbag component units.

- ***Clark v. American Honda Motor Co., Inc.***, No. 2:20-cv-03147 (C.D. Cal.) (Hon. Andre Birotte, Jr.) (co-lead counsel): certified a nationwide class in a class action alleging an automotive defect. In appointing Wolfson among competing leadership applications, Judge Birotte noted:

> *The Court believes that Ms. Wolfson brings particular attention to the virtues of collaboration, efficiency, and cost-containment which strike the Court as especially necessary in a case such as this. Ms. Wolfson's appointment as Co-Lead also brings diversity to the ranks of attorneys appointed to such positions: such diversity is not simply a "plus factor" but the Court firmly believes that diverse perspectives improve decision-making and leadership.*

- ***Novoa v. The Geo Group, Inc.***, No. 5:17-cv-02514 (C.D. Cal.) (Hon. Jesus G. Bernal): certified a class of immigration detainees challenging private prison's alleged forced labor practices.

- ***In re Google Digital Advertising Antitrust Litig.***, No. 1:21-md-03010 (S.D.N.Y.) (Hon. P. Kevin Castel) (co-lead counsel for advertisers' class): a class action alleging monopolization of the digital advertising market.

- ***Klein v. Meta Platforms, Inc.***, No. 3:20-cv-08570 (N.D. Cal.) (Hon. James Donato) (Plaintiffs' Steering Committee for the advertisers' class): a class action alleging that Meta engaged in anticompetitive conduct to stifle and/or acquire competition to inflate the cost of digital advertising on its social media platform.

- ***In re: Passenger Vehicle Replacement Tires Antitrust Litig.***, No. 5:24-md-03107 (N.D. Ohio) (Hon. Sara Lioi) (lead counsel for the End Payor Plaintiffs): an antitrust action alleging an unlawful conspiracy to fix supracompetitive prices for new replacement tires sold in the United States.

- ***In re GoodRx and Pharmacy Benefit Manager Antitrust Litig. (No. II)***, No. 1:25-md-03148 (D.R.I.) (Hon. Mary S. McElroy) (Plaintiffs' Steering Committee): a class action alleging that defendants colluded to suppress amounts reimbursed to independent pharmacies.

- ***In re Allergan Biocell Textured Breast Implant Products Liability Litig.***, No. 2:19-md-02921 (D.N.J.) (Hon. Brian R. Martinotti) (Plaintiffs' Steering Committee): class action and mass tort alleging textured breast implants caused a rare type of lymphoma.

## <u>Professional Leadership and Recognition</u>

A leading voice in the class action bar, Ms. Wolfson frequently lectures on class action topics and was invited by former opposing counsel to teach as a guest lecturer on class actions at the University of California, Irvine School of Law. Her recent notable speaking engagements include:

- Class Action Mastery Forum at the University of San Diego School of Law: March 2024 (Consumer Class Actions, featuring Hon. Jinsook Ohta); March 2020 (Consumer Class Actions, featuring Hon. Lucy H. Koh, Hon. Edward M. Chen, and Hon. Fernando M. Olguin); January 2019 (Data Breach/Privacy Class Action).

3

- Association of Business Trial Lawyers: "Navigating Class Action Settlement Negotiations and Court Approval: A Discussion with the Experts," Los Angeles, May 2017, featuring Hon. Philip S. Gutierrez and Hon. Jay C. Gandhi.

- CalBar Privacy Panel: "Privacy Law Symposium: Insider Views on Emerging Trends in Privacy Law Litigation and Enforcement Actions in California," Los Angeles, March 2017 (Moderator), featuring Hon. Kim Dunning.

- American Conference Institute: "2nd Cross-Industry and Interdisciplinary Summit on Defending and Managing Complex Class Actions," New York, April 2016: Class Action Mock Settlement Exercise, featuring Hon. Anthony J. Mohr.

- Federal Bar Association, N.D. Cal. Chapter: "2016 Class Action Symposium," San Francisco, Dec. 2016 (Co-Chair), featuring Hon. Joseph F. Anderson, Jr. and Hon. Susan Y. Illston.

- Federal Bar Association: "The Future of Class Actions: Cutting Edge Topics in Class Action Litigation," San Francisco, Nov. 2015 (Co-Chair & Faculty), featuring Hon. Jon S. Tigar and Hon. Laurel Beeler.

She was appointed by the federal judiciary to serve as a Ninth Circuit Lawyer Representative for the Central District of California and to the Magistrate Judge Merit Selection Panel for the Central District of California. This summer she completed her service on the Executive Committee for the Ninth Circuit Judicial Conference, which is responsible for compiling CLE content for the Ninth Circuit Judiciary. She chaired a plenary session entitled "Life, Liberty and the Pursuit of Privacy" on July 22, 2026 in Seattle.

She has also served on the Board of Public Justice and as Vice President of the Federal Litigation Section of the Federal Bar Association, as a member of the American Business Trial Lawyer Association, as a participant/panelist at the Bolch Judicial Institute Conferences at Duke Law School, and the Institute for the Advancement of the American Legal System at the University of Denver.

### <u>Judges Familiar With Ms. Wolfson's Work</u>

While Ms. Wolfson has not asked any judges to serve as references, just a few of the judges familiar with Ms. Wolfson's work are: Hon. Jay Gandhi (Ret.) – Phillips ADR; Hon. Layne Phillips (Ret.) – Phillips ADR; Hon. Carl West (Ret.) (JAMS); Hon. Richard Kramer (Ret.) (JAMS); Hon. Andre Birotte Jr. (CD Cal.); Hon. Michael W. Fitzgerald (CD Cal.); Hon. Jon S. Tigar (ND Cal.); Hon. Laurel Beeler (ND Cal.); Hon. Edward Davila (ND Cal); Hon. Rita F. Lin (ND Cal).



### Jeff Westerman, Of Counsel

Mr. Westerman practices in the areas of securities fraud, investor, consumer, privacy and antitrust class actions, shareholder derivative actions, and corporate mergers and acquisitions litigation. He has served as lead or co-lead counsel in cases resulting in significant corporate governance changes and resulting in recoveries and recognized increased value to plaintiffs totaling more than $2 billion. In 2005, The Daily Journal recognized him as one of the top 30 securities litigators in California. In 2013 he was a finalist for the Consumer Attorneys of California, Consumer Attorney of the Year, for *In re Chase Bank USA, N.A. "Check Loan" Litigation* that settled for $100 million. In 2013 Mr. Westerman was also co-lead counsel on *In Re Medical Capital Securities Litigation* that settled for $219 million, and *In Re Korean Airlines Co., Ltd. Antitrust Litigation* which settled for a total of $86 million. Among other data breach cases, he was stipulated to be lead counsel by about 30 firms in the UCLA Medical Data Breach case which settled for a significant recovery and remedial steps.

4

Mr. Westerman has served as a moderator or speaker for programs, often with judges, on complex litigation, class actions, settlements, the Sarbanes-Oxley Corporate Responsibility Act, shareholder actions, motions and trends in litigation. He is a co-author of "Preparing For And Participating In The Mediation Session" in Financial Services Mediation Answer Book, Layn Phillips et al. eds. (PLI 2017).

Mr. Westerman was a member (2001-2003, 2024-2027) and Co-Chair (2002-2003) of the Central District of California Attorney Delegation to the Ninth Circuit Judicial Conference. He served on the Central District of California, U.S. Magistrate Judge Merit Selection Panel (2003-early 2014). He served on the Central District of California Standing Committee on Attorney Discipline and was appointed Vice Chair in 2011, and Chair 2014 to 2017. He was also a member of the Central District of California Attorney Settlement Officer Panel (1998-2022).

He also served as: President of the Association of Business Trial Lawyers (2004- 2005); on the Board of Governors (1997-2005), Treasurer (2001-2002), Secretary (2002-2003), and Vice President (2003-2004). He is a past President (2020-2021) of the Los Angeles, Federal Bar Association Chapter, Board Member (2003-present) and Finance Committee Member. He was Chair and now Vice Chair of Path to the Bench Committee of Consumer Attorneys Association of Los Angeles (2023-present).

For 2025-2027, Mr. Westerman is Treasurer and Chair of the Finance Committee of the Los Angeles County Bar Association ("LACBA"). Mr. Westerman was LACBA Assistant Vice President (2022-2025). Mr. Westerman was the Chair of the LACBA Litigation Section, with over 2,000 members (2013-2014), and a Board Trustee (2014-2016). He has been a member of the Los Angeles Superior Court's Bench-Bar Civil Committee. He is past Chair of the LACBA Complex Courts Bench-Bar Committee, and he served as Judge Pro Tem in the Los Angeles Small Claims Court in 1987-1988, 1990, 1992-1993, and 1996-1997. He was co-chair of the LACBA Court Funding Committee (2014-2026); and the Sponsorship Committee (2021-2023). He was on the California State Bar Task Force on Complex Litigation, and Chair of the Judicial Education Subcommittee (1997). He was one of Lawdragon's 3000 Leading Plaintiffs' Lawyers In America (2007- 2010). Ranked in Chambers 2018-2019.

California Insurance Commissioner Dave Jones appointed Mr. Westerman to the California Organized Investment Network Advisory Board, 2012 term, which promotes insurance company investment in California communities. Mr. Westerman is admitted to practice law in the State of California, the United States District Courts in California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

**Yufei Wang, Associate**



Prior to joining AW, Ms. Wang represented employees in arbitrations against one of the world's largest social media companies at a worker's rights law firm. She had also represented workers, tenants, and immigrants as the Racial Justice Fellow at a nonprofit organization. Ms. Wang is a graduate of the University of California, Irvine School of Law, where participated for three semesters in the Civil Rights Litigation Clinic.

Since joining AW, Ms. Wang has worked successfully on numerous data privacy cases, including data breach cases, alongside Ms. Wolfson, Mr. Westerman and the other partners.