# Appendix B

## <u>EXAMPLES OF COLLABORATION WITH OTHER FIRMS</u>

While Ms. Wolfson and AW have frequently collaborated with the below firms amicably and successfully, she provides limited examples due to space limitations:

**AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC** (*Katanya Hamersley*) – Track 1
*In re Disney Worldwide Services COPPA Litig.*, No. 2:25-cv-08410 (C.D. Cal.) (Hon. George H. Wu) (Wolfson and Jean Martin co-lead)

**BARNOW AND ASSOCIATES, P.C.** (*David Hornthal, guardian of S.H.*) – Track 1
*Cochran v. The Kroger Co. et al.*, No. 5:21-cv-01887 (N.D. Cal.) (Hon. Edward J. Davila) (co-lead)

**BERGER MONTAGUE PC** (*Daniel Hernandez*) – Track 1
*In re GEICO Customer Data Breach Litig.*, No. 1:21-cv-02210 (E.D.N.Y.) (Hon. Sanket J. Bulsara) (Wolfson and E. Michelle Drake co-lead)

**BRYSON, HARRIS, SUCIU & DEMAY, PLLC** (*Ethan Steinhoff*) – Track 1
*Houser et al. v. Electrolux Consumer Products, Inc.*, No. 5:26-cv-00029 (W.D.N.C.) (Hon. Matthew E. Orso) (class counsel)

**BURSOR & FISHER, P.A.** (*Emma Ivey*) – Track 1
*In re Meta Android Privacy Litig.*, No. 3:25-cv-04674 (N.D. Cal.) (Hon. Rita F. Lin) (co-lead)

**CAFFERTY CLOBES MERIWETHER & SPRENGEL** (*Thomas Sabre; Ethan Faber*) – Track 1
*In re Allstate & Arity Consumer Privacy Litig.*, No. 1:25-cv-00407 (N.D. Ill.) (Hon. Jeremy C. Daniel) (Wolfson and Daniel O. Herrera on EC)

**CARELLA, BYRNE, CECCHI BRODY & AGNELLO, P.C.** (*Moore Public Schools*) – Track 2
*In re American Medical Collection Agency Data Breach Litig.*, No. 2:19-md-02904 (MDL No. 2904) (D.N.J.) (Hon. Jamel K. Semper) (Wolfson on EC, James E. Cecchi lead)

**CAREY & DANIS, LLC** (*Kristi Sarkis, guardian of G.S.*) – Track 1
*Clausner et al. v. American Multispecialty Group Inc., d/b/a Esse Health*, No. 2622-CC00414 (Mo. Cir. Ct. St. Louis City) (local counsel)

**CHIMICLES SCHWARTZ** (*Kristi Sarkis, guardian of G.S.*) – Track 1
*Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415 (D. Colo.) (Hon. Christine M. Arguello) (co-lead)

**COTCHETT, PITRE & McCARTHY LLP** (*Alyssa Bonham and Kyra Mohr*) – Track 1
*In re Zoom Video Comm'ns, Inc. Privacy Litig.*, No. 3:20-cv-02155 (N.D. Cal.) (Hon. Laurel Beeler) (co-lead)

**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP** (*Ethan Cox*) – Track 1
*Anaya, et al. v. Cencora, Inc., et al.*, No. 2:24-cv-2961 (E.D. Pa.) (Hon. Cynthia M. Rufe) (AW lead, Leigh S. Montgomery supporting)

**FEDERMAN & SHERWOOD** (*Farah L. Vallera*) – Track 3
*In re The Home Depot, Inc., Customer Data Security Breach Litig.*, No. 1:14-md-2583 (MDL No. 2583) (N.D. Ga.) (Hon. Thomas W. Thrash, Jr.) (Wolfson and William B. Federman on EC)

1

**FRANCIS MAILMAN SOUMILAS, P.C.** (*Aaliyah Odom*) – Track 1
*Anaya, et al. v. Cencora, Inc., et al.*, No. 2:24-cv-2961 (E.D. Pa.) (Hon. Cynthia M. Rufe) (AW lead, FMS supporting)

**GIBSON CONSUMER LAW GROUP, LLC** (*Remi Zellers*) – Track 1
*Wolfe v. Amgen, Inc.*, No. 2:26-cv-8815 (C.D. Cal.) (Hon. Stanley Blumenfeld, Jr.) (Wolfson proposed lead, MaryBeth V. Gibson supporting)

**GUSTAFSON GLUEK PLLC** (*Sam Mockert*) – Track 1
*Robinson et al. v. Jackson Hewitt Inc. et al.*, No. 2:19-cv-9066 (D.N.J.) (Hon. Michael E. Farbiarz) (co-counsel)

**HALL ATTORNEYS, P.C.** (*Farah L. Vallera*) – Track 3
*Vennor v. Paidwork LLC*, No. 2:26-cv-02578 (E.D. Cal.) (Hon. Dena M. Coggins) (Nicholas Andrew Hall supports Wolfson for lead)

**HAUSFELD LLP** (*Ciara Brown*) – Track 1
*In re Meta AI Glasses Litig.*, No. 3:26-cv-01897 (N.D. Cal.) (Hon. Edward M. Chen) (James J. Pizzirusso supports Wolfson as co-lead)

**HECHT PARTNERS LLP** (*Jasmine Hernandez-Silva, guardian of M.C., M.C. 2 and M.C. 3; Emily Rewolinski*) – Track 1
*In re Meta AI Glasses Litig.*, No. 3:26-cv-01897 (N.D. Cal.) (Hon. Edward M. Chen) (Lori G. Feldman supports Wolfson as co-lead counsel)

**ISRAEL DAVID LLC** (*Theresa Coelho*) – Track 1
*Google Nest/Trevino v. Google LLC*, No. 5:26-cv-06694 (N.D. Cal.) (Hon. Edward J. Davila) (co-counsel)

**KESSLER TOPAZ MELTZER & CHECK, LLP** (*Moore Public Schools*) – Track 2
*In re Meta AI Glasses Litig.*, No. 3:26-cv-01897 (N.D. Cal.) (Hon. Edward M. Chen) (KTMC supported Wolfson for co-lead)

**KOPELOWITZ OSTROW, P.A.** (*Moore Public Schools*) – Track 2
Co-counsel in countless data breach cases, including *In re Episource LLC Data Breach Litig.*, No. 2:25-cv-05330 (C.D. Cal.) (Hon. Stanley Blumenfeld, Jr.) (Wolfson co-lead, KO on EC)

**LAUKAITIS LAW LLC** (*Cesar Escoto*) – Track 1
*Bianucci v. Rite Aid Corp.*, No. 2:24-cv-3356 (E.D. Pa.) (Hon. Harvey Bartle, III) (co-leads)

**LEVI & KORSINSKY, LLP** (*Keaton Monville*) – Track 1
*Lepore v. Affiliated Dermatologists & Dermatologic Surgeons, P.A.*, No. MRS-L-001091-24 (N.J. Super. Ct. Morris Cnty.) (AW lead with LK supporting)

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** (*Moore Public Schools*) – Track 2
*In re Google Location History Litig.*, No. 5:18-cv-05062 (N.D. Cal.) (Hon. Edward J. Davila)

**LYNCH CARPENTER LLP** (*Krystle Schneider*) – Track 1
*Rolston v. Nespresso USA, Inc.*, No. 2:26-cv-07547 (C.D. Cal.) (Hon. Michael W. Fitzgerald) (LC supporting AW for lead)

**MAGLEBY CATAXINOS, PC** (*David Hornthal, guardian of S.H.*) – Track 1
*Lukens v. Utah Imaging Associates, Inc.*, No. 210906618 (Utah Dist. Ct. Salt Lake Cnty.); *Stern v. Academy Mortgage Corp.*, No. 2:24-cv-00015 (D. Utah) (Hon. David Barlow); *Minter v. Finwise Bank et al.*, No. 2:25-cv-00569 (D. Utah) (Hon. Jill N. Parrish); *In re HealthEquity, Inc. Data Security Incident Litig.*, No. 2:24-cv-00528 (D. Utah) (Hon. Jill N. Parrish) (local counsel)

**MCSHANE & BRADY, LLC** (*Jacob Islas*) – Track 1
*Clausner et al. v. American Multispecialty Group Inc., d/b/a Esse Health*, No. 2622-CC00414 (Mo. Cir. Ct. St. Louis City) (co-counsel)

**MILBERG, PLLC** (*Moore Public Schools*) – Track 2
Co-counsel in countless data breach cases, including *In re loanDepot Data Breach Litig.*, No. 8:24-cv-00136 (C.D. Cal.) (Hon. David O. Carter) (co-lead)

**MORGAN & MORGAN** (*Audlisha Clarkson; Serena Delagarza; Alexander Leslie*) – Track 1
*In re Meta AI Glasses Litig.*, No. 3:26-cv-01897 (N.D. Cal.) (Hon. Edward M. Chen) (John A. Yanchunis supported Wolfson for co-lead)

**POTTER HANDY LLP** (*Raymond Martinez*) – Track 1
*McNeely, et al. v. FCA US, LLC d/b/a Stellantis North America*, No. 2:24-cv-11596 (E.D. Mich.) (Hon. Judith E. Levy) (co-counsel)

**SCHUBERT JONCKHEER & KOLBE LLP** (*Jose Moran, guardian of J.M.U.*) – Track 1
*In re Blue Shield of California Data Privacy Litig.*, No. 24CV071744 (Cal. Super. Ct. Alameda Cnty.) (Hon. Michael Markman) (Wolfson on EC), related to *In re Blue Shield of California Data Privacy Litig.*, No. 4:25-cv-03209 (N.D. Cal.) (Hon. Yvonne Gonzalez Rogers) (co-lead)

**SHAMIS & GENTILE, P.A.** (*Kiran Singh*) – Track 1
*Young v. Sax LLP*, No. 2:25-cv-18996 (D.N.J.) (Hon. Brian R. Martinotti) (co-leads)

**SIRI & GLIMSTAD LLP** (*Cheyenne Verbish*) – Track 1
*Wahl v. South Coast Plaza*, No. 30-2026-01575254-CU-BT-CXC (Cal. Super., Orange Cnty.) (SG supporting Wolfson for lead)

**STRANCH, JENNINGS & GARVEY, PLLC** (*Brandi Nelson; Crystal Hall*) – Track 1
*In re: Allstate & Arity Consumer Privacy Litig.*, No. 1:25-cv-00407 (N.D. Ill.) (Hon. Jeremy C. Daniel) (both firms on EC)

**STRAUSS BORRELLI PLLC** (*Charles Becker*) – Track 1
*Stern v. Academy Mortgage Corp.*, No. 2:24-cv-00015 (D. Utah) (Hon. David Barlow)

**TYCKO & ZAVAREEI LLP** (*Gayle Brownlee*) – Track 1
*In re Allstate & Arity Consumer Privacy Litig.*, No. 1:25-cv-00407 (N.D. Ill.) (Hon. Jeremy C. Daniel) (both firms on EC)

**ZIMMERMAN REED LLP** (*Andrew Price*) – Track 1
Mr. Westerman was of counsel before joining AW, have collaborated on several cases before and since then, including *Hernandez v. Lineage Inc. et al.*, No. 26STCV19775 (Cal. Super. Ct. L.A. Cnty.)

3