Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
**HATCH LAW GROUP, PC**
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919

*Counsel for Plaintiffs Krystal Schneider, Lucius Costa, Remi Zellers, Daniel Hernandez, Aailya Odom, Andrew Price, Sam Mockert, and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | **APPLICATION OF BRENT O. HATCH FOR APPOINTMENT AS LEAD LIAISON COUNSEL**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Brent O. Hatch submits this Application for Appointment as Lead Liaison Counsel pursuant to Case Management Order No. 2, ECF No. 141. Mr. Hatch is currently counsel in seven of the individual actions that have been filed. He and his firm have the resources, time, and experience necessary to fill the role of Lead Liaison Counsel for the Track 1 plaintiffs.

## I. LEADERSHIP ROLE SOUGHT AND SIMILAR SERVICE

Mr. Hatch is applying to be the Lead Liaison Counsel for the Track 1 Plaintiffs. If the Court determines that only one Liaison Counsel is required in this matter for all tracks or more than one track, Mr. Hatch requests appointment to that role. Mr. Hatch has not served in this exact position in the past, but has served as a lead counsel in several class action matters including in this District. Some representative examples are summarized below.

In the late 1990's, Mr. Hatch tried a class action case to a successful jury verdict before Judge Thomas Greene of this District. Mr. Hatch as co-lead counsel represented the national accounting firm Grant Thornton which was the main defendant at trial. At the time, the National Law Journal featured the case in its listing of the largest and most significant defense verdicts in the United States of the year. *McEwen et al. v. Digitran Systems, Inc., et al.*, Civ No. 93-C-728G.

Mr. Hatch was co-lead counsel for the plaintiffs in a class action involving fraudulent pricing by a national food wholesaler. The matter was before Judge Dee V. Benson and Magistrate Judge Ronald Boyce of this District. The matter was resolved with a significant settlement before trial. *Storehouse Markets, Inc. et al. v. Fleming Companies, Inc., et al.*, Case No. 2:98cv779.

In 1999-2000, Mr. Hatch served as lead counsel in a proposed class action styled *Villagrana et al., v. State of Utah, et al.*, Case No. 96cv829 before Judge Dee V. Benson of this District. The Complaint was filed in intervention of the "Tobacco" litigation on behalf of a class of those injured by the tobacco products claiming a portion of the settlement of that litigation by the State of Utah.

Mr. Hatch was lead counsel in a class action styled *Laub v. General Motors Corporation*, Case No. 2:98cv485 before Judge David Sam of this District. The class asserted warranty and misrepresentation claims. The matter was resolved in a national settlement before trial.

Mr. Hatch was local counsel in the class action styled *Thompson v. 1-800 Contacts, Inc., et al., Civ. No. 2:16-cv-01183*, before Judge Tena Campbell of this District. The case involved antitrust claims involving various anti-competitive conduct. The case was resolved by settlement.

Mr. Hatch on behalf of the plaintiffs successfully tried a Truth in Leasing Regulations class case to a successful verdict before Judge Ted Stewart of this District. The case was brought by the organization that represented a class of independent truck drivers that worked for the defendant. The damages were both statutory and included the individual claims of the drivers. *Owner-Operator Independent Drivers Association, Inc., et al. v. C.R. England, Inc.*, Case No. 2:02cv950TS.

## II. OTHER EXPERIENCE IN COMPLEX LITIGATION

Mr. Hatch has over forty years of experience in handling complex, high dollar, and sensitive litigation, including some of the largest cases in this District.

Recently, Mr. Hatch was lead counsel in a case in which one of the claims was for a data breach. That case was before Judge Howard C. Nielson, Jr. of this District. The case was resolved by settlement this year. *Purjes, et al. v. WSRP, LLC*, et al., Case No. 2:25cv669-HCN-CMR.

In addition to the class action litigation referenced in the prior section and the data breach case summarized above, Mr. Hatch has been lead counsel in innumerable maters in both the federal and state courts of Utah, a few representative examples of significant complex litigation are listed below.

In 2023, Mr. Hatch was co-lead counsel in a patent infringement jury trial before Judge David O Nuffer in which he obtained a no cause judgment for the defense. The initial claims were for $3.6 billion. *Clearplay, Inc. v. Dish Network, LLC et al.*, Case No. 2:14cv191.

Mr. Hatch was co-lead counsel for the defense in *Brigham Young University, et al. v. Pfizer, Inc.*, et al, Case No. 2:06cv890 TS (BCW) before Judge Ted Stewart of this District. The case involved numerous contract and other claims. At one point, the plaintiffs were seeking more than $164 billion in damages. Those claims were dramatically reduced by multiple successful summary judgment motions, after which the case was settled shortly before trial.

As lead counsel, Mr. Hatch managed the defense of three related antitrust cases totaling over $1.5 billion in alleged damages. The cases were resolved before trial for a small fraction of the claims. Mr. Hatch was lead counsel of the Utah action before Judge David Young of Utah's Third District Court was styled as *Nuclear Fuel Services, Inc. v. Envirocare of Utah, Inc., et al.*, Civ No. 970901677.

Mr. Hatch represented the plaintiffs consisting of local Utah television stations and the Fox Broadcasting Company in copyright litigation with national implications related to the time-shifted rebroadcasts of live broadcasts by a company backed by Barry Diller. A related case was argued before the United States Supreme Court. The Utah case was before Judge Dale Kimball of this District. *Fox Broadcasting Company et al. v. AEREO, Inc.*, Civil No. 2:13cv910.

Mr. Hatch was lead counsel for several defendants in the massive "Opioid" litigation consolidated before Judge Mrazik in the Third Judicial District Court for the State of Utah. The work in that case required considerable interfacing with other defendants and plaintiffs.

As a young lawyer, Mr. Hatch won what was and may remain as the largest plaintiff's jury verdict in the State of Utah in a FELA case. He also successfully represented a survivor of the Bataan Death March in World War II in a copyright infringement case against another author and publisher who wrongfully copied material portions of his account of the faith and love for his soon to be wife

that got him through the terrors of the Bataan Death March and war. The matter was affirmed by the Tenth Circuit and that opinion is often cited as authority in copyright cases.

In short, Mr. Hatch and his firm have been involved successfully in numerous matters of a nature that demonstrate the capability to handle the requested role in this litigation. Mr. Hatch prides himself in aggressively representing his clients, while working well with others and maintaining a high level of professionalism.

## III. RESOURCES AND INFRASTRUCTURE AVAILABLE TO CONTRIBUTE TO THE LITIGATION

Mr. Hatch is able and prepared to work with the leadership team appointed by the Court. Mr. Hatch and his firm are presently local counsel in seven of the filed cases and has been working well with national counsel in those matters. Five of those have submitted applications for appointments to positions of leadership and on the executive committee, as indicated below. Mr. Hatch supports those including:

LYNCH CARPENTER LPP, Gary F. Lynch (applying for Track 1 Leadership, Dkt. 154), Michael H. Sampson, and Nicholas A. Coella, counsel for plaintiff Krystal Schneider;

FRANCIS MAILMAN SOUMILAS, P.C., James A. Francis, John Soumilas, and Lauren KW Brenna, counsel for plaintiff Aailya Odom;

ZIMMERMAN REED LLP, Brian C. Gudmundson, Michael J. Laird, and Benjamin R. Cooper, counsel for plaintiff Andrew Price;

GIBSON CONSUMER LAW GROUP, LLC, MaryBeth V. Gibson (applying for Track 1 leadership, Dkt. 157), counsel for plaintiff Remi Zellers;

MURRAY LAW FIRM, Arthur M. Murray (applying for Track 1 leadership, Dkt. 161), Stephen B. Murray, Jr., and Ruston Pritchard, counsel for plaintiff Lucius Costa; and

GUSTAFSON GLUEK PLLC, Daniel E. Gustafson, David A. Goodwin, Mary M. Nikolai (applying for Track 1 leadership, Dkt. 152), and Adam J. Kolb, counsel for plaintiff Sam Mockert.

Mr. Hatch will be supported by other lawyers at his firm, including Adam M. Pace and Tyler V. Snow, who have significant experience working with him on complex litigation matters.

## IV. PROPOSAL FOR EFFICIENT LEADERSHIP STRUCTURE.

Lead Liaison Counsel will be responsible for interaction with the Court and other counsel as needed. Lead Liaison Counsel should also be a material part of the leadership team with a significant role in the development and strategy of the case, research and drafting, oversight, and compliance with local rules and practice. The leadership team should be a manageable size to avoid duplication, and ensure efficiency.

Based on the foregoing, Brent O. Hatch respectfully requests that the Court appoint him to the leadership team as Lead Liaison Counsel in this matter.

Dated: August 14, 2026

Respectfully submitted,

/s/ Brent O. Hatch
**HATCH LAW GROUP, PC**
Brent O. Hatch
Adam M. Pace

*Counsel for Plaintiffs Krystal Schneider, Lucius Costa, Remi Zellers, Daniel Hernandez, Aailya Odom, Andrew Price, Sam Mockert, and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2026 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/*s/ Brent O. Hatch*
Brent O. Hatch