# EXHIBIT 1

# REESE LLP

Reese LLP represents consumers in a wide array of class action litigation throughout the nation. The attorneys of Reese LLP are skilled litigators with years of experience in federal and state courts. Recent and current cases litigated by the attorneys of Reese LLP on behalf of consumers include the following:

*In re LastPass Data Security Incident Litig.*, case no. 1:22-cv-12047-PBS (D. Mass); (case involving data breach resulting in $24.25 million class action settlement); *In re Seresto Flea and Tick Collar Marketing, Sales Practices and Products Liability Litig.*, case no. 1:21-cv-04447 (N.D. Ill.)(case involving allegedly defective and dangerous flea and tick collars resulting in $15 million class settlement); *In re Fairlife Milk Products Marketing and Sales Practices Litig.*, case no. 1:19-cv-03924 (N.D. Ill.)(case involving milk products allegedly mislabeled resulting in $21 million class settlement); *In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litig.*, case no. 19-md-2887-JAR-TT (D. Kansas)(case involving contaminated pet food resulting in $12.5 million class settlement); *Sharpe v. A&W Concentrate Co.*, case no. 1:19-cv-00768-BMC (E.D.N.Y.)(case involving allegedly mislabeled beverages resulting in $15 million class action settlement); *Armstrong v. Kimberly-Clark Corp*., case no. 20-cv-03150 (N.D. Texas)( class action involving recalled contaminated wipes with case ultimately settling for $22.5 million);
*Bumpus v. Realogy Holdings Corp*., case no. 3:19-cv-03309 (N.D. Cal.)(class action involving violations of the Telephone Consumer Protection Act that resulted in a $20 million class settlement); *Mitchell v. Intero Real Estate Co.*, case no. 5:18-cv-05623-BLF (N.D. Cal.)(class action involving violations of the Telephone Consumer Protection Act that resulted in $18 million class settlement); *Vela v. AMC Networks, Inc.*, case no. 1 :23-cv-02524-ALC (S.D.N.Y.)(class action involving alleged violation of the Video Privacy Protection Act resulting in $8.3 million settlement); *McKinley v. Conopco Inc.*, Index No. 805260/2024E (Bronx Supreme Court)(case involving allegedly mislabeled popular ice cream product resulting in $8.85 million class settlement and reformulation of product); *Filardi v. Mid-America Pet Food, LLC* (S.D.N.Y.)(class action involving salmonella-tainted dog food that resulted in a $5.5 million settlement); *Rankins v. Olde Lyme Gourmet Co.*, case no. 1:20-cv-01756-ENV-TAM (E.D.N.Y.)(class action involving allegedly mislabeled GMO certification on food products resulting in $4 million class action settlement); *Pompiliov. Boar's Head Provisions Co., Inc.,* case no. 24-cv-8220 (S.D.N.Y.)(class action involving recalled deli meats with case ultimately settling for $3.1 million); *Kessler v. The Quaker Oats Co.*, 7:24-cv-00526 (S.D.N.Y.)( class action involving recalled food products with case ultimately settling for $6.75 million); *Hasemann v. Gerber Products Co.*, case no. 15-cv-02995-MKB-RER (E.D.N.Y) (class action involving the mislabeling of baby formulas that resulted in a $31.5 million valued settlement days before the beginning of trial); *Huyer v. Wells Fargo & Co.,* case no. 08-cv-507 (S.D. Iowa)(case involving allegations of violation of RICO against bank by mortgagees resulting in $25 million class action settlement). *Howerton v. Cargill, Inc.* 13-cv-00336-LEK-BMK (D. Hawaii)(case involving allegedly mislabeled sweetener resulting in $6.1 million class settlement); *Wong v. Alacer Corp.*, case no. CGC-12-519221 (S.F. Superior Court)(case involving allegations of mislabeled dietary supplement resulting in $6.4 million class settlement for consumers) (D. Hawaii)(class action for violation of various consumer protection laws regarding sugar substitute); *Yoo v. Wendy's International, Inc.*, 07-CV-04515 FMC (C.D. Cal.)(class action for violation of California's consumer protection laws pertaining to adverse health effects of partially hydrogenated oils in popular food products resulting in reformulation of product to remove harmful ingredient).

**The Attorneys of Reese LLP**

**Michael R. Reese**

Mr. Reese is the founding and managing partner of Reese LLP where he litigates consumer protection class actions. Prior to entering private practice, Mr. Reese served as an assistant district attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting violent and white-collar crime.

Victories by Mr. Reese and his firm where Mr. Reese was appointed as co-lead counsel include a $24.25 million class settlement for in *In re LastPass Data Security Incident Litig.*, case no. 1:22-cv-12047-PBS (D. Mass) for victims on a data breach; a $21 million class settlement in *In re Fairlife Milk Products Marketing and Sales Practices Litig.*, case no. 1:19-cv-03924-RMD (N.D. Ill.) for consumers of an allegedly mislabeled milk product; a $12.5 million dollar class settlement in *In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litig.*, case no. 19-md-2887-JAR-TT (D. Kansas) for pet owners who bought contaminated pet food; a $6.1 million class action settlement in *Howerton v. Cargill, Inc.* (D. Hawaii) for consumers of Truvia branded sweetener; a $6.4 million class action settlement in the matter of *Wong v. Alacer Corp.* (S.F. Superior Court) for consumers of Emergen-C branded dietary supplement; and, a $25 million dollar settlement for mortgagees in *Huyer v. Wells Fargo & Co.* (S.D. Iowa).

Mr. Reese and his firm are frequently appointed as co-lead counsel in multi-district litigations, including, but not limited to *In re Fairlife Milk Products Marketing and Sales Practices Litig.*; case no. 1:19-cv-03924-RMD (N.D. Illinois); *In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litig.*, case no. 19-md-2887-JAR-TT (D. Kansas); *In re Vitaminwater Sales and Marketing Practices Litig.*, case no. 11-md-2215-DLI-RML (E.D.N.Y.); and, *In re Frito-Lay N.A. "All-Natural" Sales & Marketing Litig.*, case no. 12-md-02413-RRM-RLM (E.D.N.Y.).

Mr. Reese is a frequent lecturer and author on issues of class actions. Mr. Reese is the chairperson of an annual conference on class action litigation organized by the Litigation Series; presents on class action litigation at the annual conference of the Consumer Brands Association; and, presents regularly at the Union Internationale des Avocats ("UIA") Annual Congress, with the most frequent presentation in Guadalajara, Mexico, and previous presentations in Rome, Italy; Paris, France; and, Dakar, Senegal.

Mr. Reese is also the President of the Agrifood Law Commission of the UIA, a global organization focused on human rights and other important issues.

Recent articles on class actions appear in the American Association for Justice's *Trial* magazine; the UIA's *Juriste*; and the Northern Illinois University Law Review.

Mr. Reese is also an executive committee member of the Plaintiffs' Class Action Roundtable, where he lectures on an annual basis on issues related to class actions.

Mr. Reese is a member of the state bars of California, Florida, and New York as well as numerous federal district and appellate courts. Mr. Reese received his juris doctorate from the University of Virginia in 1996 and his bachelor's degree from New College in 1993.

**<u>Sue J. Nam</u>**

Ms. Nam is based in Orange County, California where she focuses on consumer class actions. Ms. Nam also runs the appellate practice at the firm and has represented clients before the Second and Ninth Circuits, as well as The Court of Appeals in New York. Ms. Nam also specialized in copyright law and represents photographers and other visual artists who have had their copyright protected works infringed.

Prior to joining the firm, Ms. Nam was the General Counsel for NexCen Brands, Inc., a publicly traded company that owned a portfolio of consumer brands in food, fashion and homeware.

Previously, Ms. Nam was Intellectual Property Counsel and Assistant Corporate Secretary at Prudential Financial, Inc., and she was an associate specializing in intellectual property and litigation at the law firms of Brobeck Phleger & Harrison LLP in San Francisco, California and Gibson Dunn & Crutcher LLP in New York, New York.

Ms. Nam clerked for the Second Circuit prior to joining private practice.

Ms. Nam received her juris doctorate from Yale Law School in 1994. She received a bachelor's degree with distinction from Northwestern University in 1991.

**<u>Carlos F. Ramirez</u>**

Mr. Ramirez is an accomplished trial attorney based in New York, where he focuses his practice on the litigation of consumer class actions. Prior to entering private practice in 2001, Mr. Ramirez served as an Assistant District Attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting both violent and white-collar crimes.

Previous and current consumer fraud class actions litigated by Mr. Ramirez include *Hasemann v. Gerber Products Co.*, case no. 15-cv-02995-MKB-RER (E.D.N.Y.)(case involving misrepresentation of health benefits of baby formula in violation of New York consumer protection laws); *Coe v. General Mills, Inc.*, No. 15-cv-5112-TEH (N.D. Cal.) (involving false advertisement claims relating to the Cheerios Protein breakfast cereal); *In re Santa Fe Natural Tobacco Company Marketing & Sales Practices Litigation*, 16-md-2695-JB/LF (D.N.M.)(involving the deceptive marketing of cigarettes as "natural" and "additive free"); and, *Lamar v. The Coca-Cola Company, et al.*, No. 17-CA-4801 (D.C. Superior Ct.) (involving the deceptive marketing of sugar drinks as safe for health).

Mr. Ramirez is a member of the state bars of New York and New Jersey. He is also a member of the bars of the U.S. District Courts for the Eastern District of New York and Southern District of New York. Mr. Ramirez received his juris doctorate from the Fordham University School of Law in 1997 and his bachelor's degree from CUNY-Joh Jay College in 1994.

**Charles D. Moore**

Mr. Moore is a partner based in Minneapolis, Minnesota where he focuses on both consumer as well as employment class actions.

Mr. Moore has worked on a number of high profile class actions at Reese LLP as well as his prior firm where he worked as co-counsel with Reese LLP on numerous matters. His notable cases include: *Salerno v. Kirk's Natural LLC*, No. 1:21-cv-04987-BMC (E.D.N.Y.) (involving the deceptive claims for the country of origin of the products) *Marino v. Coach, Inc.*, Case. No. 1:16-cv-01122-VEC (OTW) (Lead) (S.D.N.Y.) (involving deceptive reference pricing in the sale of outlet merchandise); *Raporport-Hecht v. Seventh Generation, Inc.*, Case No. 7:14-cv-09087-KMK (S.D.N.Y.) (involving the deceptive advertising of household products as "natural"); *Gay v. Tom's of Maine, Inc.*, Case No. 0:14-cv-60604-KMM (S.D. Fla.) (involving deceptive advertising of personal care products as "natural"): *Frohberg v. Cumberland Packing Corp.*, Case No. 1:14-cv-00748-KAM-RLM (E.D.N.Y.) (involving deceptive advertising of food products as "natural"); *Baharenstan v. Venus Laboratories, Inc. d/b/a Earth Friendly Products, Inc.*, Case No. 3:15-cv-03578-EDL (N.D. Cal.) (involving deceptive advertising of household products as "natural"); *Sienkaniec v. Uber Technologies, Inc.*, Case No. 17-cv-04489-PJS-FLN (D. Minn.) (involving the misclassification of Uber drivers as independent contractors); *Dang v. Samsung Electronics Co.*, 673 F. App'x 779 (9th Cir. 2017) (*cert denied* 138 S. Ct. 203) (rejecting shrink-wrap terms in California for purposes of arbitration).

Mr. Moore is a member of the state bar of Minnesota and New York. He is also a member of the bar of the U.S. District Court for the District of Minnesota, the Southern, Eastern, and Western Districts of New York, and the Northern District of Illinois. Mr. Moore received his juris doctorate from Hamline University School of Law in 2013, and his bachelor's degree from the University of North Dakota in 2007.

**Lance N. Stott**

Mr. Stott is based in Austin, Texas from where he litigates consumer class actions. Previous and current consumer fraud class actions litigated by Mr. Stott include *Davis v. Toshiba America Consumer Products* for allegedly defective DVD players; *Bennight v. Pioneer Electronics (USA) Inc. et al.* for allegedly defective television sets; *Spencer v. Pioneer Electronics (USA) Inc. et al.* for allegedly defective DVD players; and, *Okland v. Travelocity.com, Inc.,* for deceptive pricing for online hotel reservations. Mr. Stott is a member of the state bar of Texas. Mr. Stott received his juris doctorate from the University of Texas in 1996 and his bachelor's degree from New College in 1993.

**Kate J. Stoia**

Ms. Stoia is based in San Francisco, California. Prio to joining the firm, Ms. Stoia was an associate specializing in general and corporate litigation and labor and employment in the San Francisco offices of Brobeck Phleger & Harrison LLP, Gibson Dunn & Crutcher LLP, and Clerence & Snell LLP. Ms. Stoia clerked for the Honorable Charles A. Legge, Northern District of California, prior to joining private practice.

Ms. Stoia is admitted to the bars of several federal courts as well as the state bar of California. Ms. Stoia received her juris doctorate from UC Berkeley School of Law in 1995. She received a bachelor's degree from Columbia University in 1989 and a Master's of Public Affairs from UC Berkeley's Goldman School of Public Policy in 2022.

**George V. Granade II**

Mr. Granade is a partner at Reese LLP based in Los Angeles, California, where he focuses on consumer class actions. Cases Mr. Granade has worked on include: *Barron v. Snyder's-Lance, Inc.*, No. 0:13-cv-62496-JAL (S.D. Fla.); *In re: Frito-Lay North America, Inc. "All Natural" Litigation*, No. 1:12-md-02413-RRM-RLM (E.D.N.Y.) (involving "SunChips," "Tostitos," and "Bean Dip" products labeled as "natural" and allegedly containing genetically-modified organisms); and *Martin v. Cargill, Inc.*, No. 0:13-cv-02563-RHK-JJG (D. Minn.) (involving "Truvia" sweetener product labeled as "natural" and allegedly containing highly processed ingredients).

Mr. Granade received his juris doctorate from New York University School of Law in 2011. He received a master's degree from the University of Georgia at Athens in 2005 with distinction and a bachelor's degree from the University of Georgia at Athens in 2003, *magna cum laude* and with High Honors.

Mr. Granade is a member of the state bars of Georgia, New York, and California. He is also a member of the bar of the U.S. Courts of Appeals for the Second Circuit and Ninth Circuit, as well as the bars of the U.S. District Courts for the Eastern District of New York, Southern District of New York, Western District of New York, Northern District of New York, Southern District of Illinois, Northern District of Illinois, Northern District of California, Southern District of California, Central District of California, and Eastern District of California.