Karra J. Porter (5223)
Nathan D. Alder (7126)
Kristen C. Kiburtz (12572)
Yuchen Cook (18894)
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
karra.porter@chrisjen.com
nathan.alder@chrisjen.com
kristen.kiburtz@chrisjen.com
yuchen.cook@chrisjen.com

Lori G. Feldman (*pro hac vice*)
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, New York 10017
(212) 851-6821
lfeldman@hechtpartners.com
e-service@hechtpartners.com

*Attorney for Plaintiffs Jasmine Hernandez-Silva, M.C.1, M.C. 2, and Emily Rewolinski*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE INSTRUCTURE DATA BREACH LITIGATION** | Case No: 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

**APPLICATION OF LORI G. FELDMAN FOR**
**TRACK 1 LEAD COUNSEL**

Lori G. Feldman of Hecht Partners, LLP ("HP"), counsel for Plaintiffs Jasmine Hernandez-Silva, M.C.1, M.C. 2, and Emily Rewolinski ("Plaintiffs"), hereby submits this leadership application for Interim Lead Class Counsel, Executive Committee member, or any other capacity the Court deems appropriate. Ms. Feldman and HP offer the Court a combination particularly suited to this litigation; more than three decades of class action experience; leadership in significant data breach class actions, substantial recoveries for consumers and investors; experience involving cybersecurity, technology, EdTech; and student privacy; a demonstrated ability to work effectively with named plaintiffs and their families; and the resources of a technologically sophisticated, trial tested litigation firm. Her appointment also would add meaningful gender, geographic, senior, and experiential diversity to the leadership team.

**I. Ms. Feldman Has Extensive Experience in Litigation of This Type**

Ms. Feldman is a senior litigator who has spent more than three decades litigating complex class actions. She currently co-chairs HP's Class Action Practice Group. Before joining HP, she served as Managing Partner of the NY Office and Chair of the Class Action Practice, and previously served as a Partner and Executive Committee Member of one of the country's largest class action firms.

She has held leadership positions as lead and co-lead counsel, and as an executive committee member, in nationwide class actions and multi-district litigation. *See e.g.*, *In re Fidelity Data Breach Litigation*, No. 1:24-cv-12601-LTS, (D. Mass.) (Co-Lead Counsel in data breach class action); *In re Shields Health Care Group, Inc.*, No. 1:22-CV-10901-PBS (D. Mass.) (Co-Lead Counsel in data breach class action); *Tate v. EyeMed Vision Care LLC*, No. 1:21-CV-0036 (S.D. Ohio) (Co-Lead Counsel in data breach class action); *In re Morgan Stanley Data Security Litig.*, No. 1:20-CV-05014-MKV (S.D.N.Y.) (Executive Committee in data breach case which

settled for $60 million); *In re: Canon Data Breach Litig.*, Case No. 1:20-cv-06239-AMD-SJB (E.D.N.Y.) (Executive Committee Member); *In re Fortra File Transfer Software Data Security Breach Litig.*, No. 1:24-MD-03090 (S.D. Fla.) (Plaintiffs' Discovery Committee in MDL data breach case); *Zimmerman et al. v. Highmark, Inc.*, No. 2:23-CV-00250 (W.D. Pa.) (Executive Committee in data breach case); *In re Nurture Baby Food Litig.*, No. 1:21-CV-0127-MKV (S.D.N.Y.) (Co-Lead Counsel in consumer labeling case).

Ms. Feldman has obtained class and individual recoveries exceeding $250 million and has successfully litigated against some of the largest, best-funded corporate defendants in the world. She is also involved in cutting-edge litigation in the EdTech and financial technology sectors. *See Cherkin v. PowerSchool Holdings, Inc.*, No. 3:24-cv-02706-JD (N.D. Cal.); *Hernandez-Silva v. Instructure, Inc,*, No, 2:25-cv-02711-SB-MAA (C.D. Cal); *Reisberg v. Renaissance*, 8:25-cv-01379-FWS-JDE (C.D. Cal.); and *POLAM Fed. Credit Union v. Fiserv Solutions, LLC*, No. 2:26-cv-02352-JFW-DFM (C.D. Cal.). She is also a part of the firm's litigation team in *Kashef, et al v. BNP Paribas SA, et al*., No. 1:16-cv-03228 (S.D.N.Y.), a human rights class action which went to trial and brought in a jury verdict of more than $20 million for three of the 33,000 victims of Sudanese genocide and for which her Class Action Co-Chair at HP was named Public Justice's 2026 Trial Lawyer of the Year.

HP's Class Action Practice Group's litigation experience in privacy and data breach class actions extends beyond Ms. Feldman's individual record.[1]

[1] *See Bowen v. Paxton Media Group*, 5:21-CV-00143-GNS (W.D. Ky.) (Co-Lead Settlement Class Counsel); *In re Lakeview Loan Servicing Data Breach Litig.*, No. 1:22-CV-20955 (S.D. Fla.) (Plaintiffs' Discovery Committee); *Geleng v. Independent Living Systems, LLC*, No. 23-CV-21060 (S.D. Fla.) (Executive Committee); *In re Wawa, Inc. Data Security Litig.*, Case No. 2:19-cv-06019-GEKP (E.D. Pa.) (Pleadings Committee); *Jaramillo v. AT&T Inc.*, No. 3:24-CV-00761 (N.D. Tex.); *Dressel v. Continuum Health Alliance, LLC*, No. 3:24-CV-06176 (D.N.J.); *Elizarrars v. PIH Health, Inc.*, No, 25STCV03773 (Cal. Super. Ct., L.A. Cnty.) (Plaintiffs' Steering Committee).

This litigation presents issues beyond those arising in conventional consumer data breach cases. Instructure operates an educational technology platform, and this implicates information concerning students and families. Effective leadership therefore requires not only data breach experience but also an understanding of the distinctive privacy and cybersecurity concerns that arise when technology companies collect, maintain, and use student information. Ms. Feldman's practice has increasingly focused on data privacy and security, including handling and protecting information associated with students and children. Ms. Feldman also brings decades of experience collaborating directly with named plaintiffs. That skill is particularly important in litigation involving students, children, and families. Named plaintiffs are not placeholders; they undertake obligations to a class and must understand and participate in litigation that may continue for years. Ms. Feldman has experience counseling plaintiffs, preparing them for discovery and deposition, explaining strategic decisions and maintaining their confidence and participation while ensuring litigation decisions remain focused on the people the case exists to protect.

## II. Leadership Structure and Ms. Feldman's Ability to Work Cooperatively

The proposed leadership structure in Track 2 would work for Track 1. Track 1 would also benefit from a Utah-based firm in leadership. Attorney Karra J. Porter, of Christensen & Jensen, based in Salt Lake City, would be an excellent choice as Co-Lead Counsel. Attorney Porter, along with attorneys Alder and Mejía, are highly experienced litigators and would add great value serving in this role and/or as liaison counsel. *See* Ex. A for Christensen & Jensen's firm biographies.

Over the course of Ms. Feldman's career, she has collaborated with numerous attorneys and law firms that have filed cases in this class action. She would be honored to serve in a leadership role with these attorneys. Notably, she has recently completed data breach class actions with John A. Yanchunis of Morgan & Morgan, Gary Lynch of Lynch Carpenter, and Kennedy Brian of Siri & Glimstad LLP, among others, and each one is an excellent practitioner.

**III. Hecht Partners LLP Has the Resources to Advance this Litigation in a Timely Manner and to Meet the Requirements of this Case.**

Ms. Feldman's appointment would also make available Hecht Partners' resources, capabilities, and demonstrated trial strength. Although HP attorneys are comparatively newer to the plaintiffs' data breach bar than some firms seeking leadership positions, its senior lawyers are accomplished civil litigators with demonstrated ability to take cases through trial and verdict. *See Kashef*, No. 1:16-cv-03228 (S.D.N.Y.). That trial capability is complemented by unusual technological sophistication. HP attorneys include lawyers with engineering backgrounds and cybersecurity qualifications, as well as lawyers who actively litigate IP and technology cases. *See* Ex. A. This matters in cybersecurity litigation. Technical discovery may involve network architecture, authentication and access controls, encryption, logging, incident response, data flows, vendor relationships, and forensic evidence. Lawyers who understand technology can work more effectively with experts, identify the evidence that matters, and avoid expensive discovery that adds volume without advancing the merits.

**IV. Ms. Feldman Will Be Supported by Extremely Diverse Legal Talent**

This litigation, arising from a data breach affecting millions of students, teachers, and staff nationwide, will be litigated on behalf of a Class whose members reflect the multifaceted American public. The requested appointment is consistent with the above authority.

The attorneys within Hecht Partners' Class Action Practice Group who would support Ms. Feldman in this litigation reflect diversity in gender, ethnicity, professional background, career stage, and geography, with attorneys located across New York, California, Minnesota, Florida, and Texas. *See* Ex. A. The group includes two young associates who have been in the Plaintiffs' Bar for two years and are of Chinese and Mexican descent. The attorneys and staff at Hecht Partners are also fluent in several languages, including Spanish, Italian, Chinese, Russian, and Turkish. Their representation will help to maintain the highest level of communication – for plaintiff vetting and defensive discovery and other important projects – with the named plaintiffs and class members who are parents and guardians of children in schools nationwide and who speak a variety of languages.

Ms. Feldman's appointment would meaningfully advance CMO No. 2's objectives in several respects. She brings generational diversity that complements the talents of new lawyers. She brings geographic diversity. She is based in New York, but is licensed in both New York and Washington State, giving her genuine bicoastal practice. She also represents a California named plaintiff in this litigation, providing a direct connection to a class member on the West Coast. Finally, she has experiential diversity. Her career spans securities, consumer, privacy, cybertechnology, and technology class actions. That breadth is reinforced by veteran trial lawyers with engineering backgrounds.

For the foregoing reasons, HP respectfully requests that this Court appoint Ms. Lori G. Feldman as Interim Lead Class Counsel, a member of the Executive Committee or in any other capacity the Court deems appropriate.

Respectfully submitted,

Dated: August 14, 2026

*/s/ Karra J. Porter*

Karra J. Porter
Nathan D. Alder
Kristen C. Kiburtz
Yuchen Cook
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111

Dated: August 14, 2026

HECHT PARTNERS LLP

*/s/ Lori G. Feldman*

Lori G. Feldman
125 Park Avenue, 25th Floor
New York, New York 10017
(212) 851-6821

*Attorneys for Plaintiffs Jasmine Hernandez-Silva, M.C. 1, M.C. 2, and Emily Rewolinski*