# EXHIBIT A

HECHTPARTNERS LLP

## David L. Hecht, Partner

David L. Hecht is the firm's founder and its co-managing partner. He is a fierce litigator representing individuals, companies, and nationwide classes in high-stakes commercial disputes. He was recognized as a "Legal Lion" by Law360 following his successful argument before the Ninth Circuit in connection with a copyright infringement case against Epic Games. The case, which redefined the limits of protection for choreography in the era of "short form" media, was also recognized by Law360 as one of the biggest copyright rulings of 2023.

David's legal prowess has been widely recognized, including being named to the IAM 300: The World's Leading IP Strategists (2025), receiving NSEAL's inaugural David A. Pierce award (2024) for championing artists' rights, membership in the Multi-Million Dollar Advocates Forum, and recognition as one of Grazia Magazine's *Game Changers* (2022).

David is a trained electrical and computer engineer and registered patent attorney. He has appeared in dozens of patent matters, including *inter partes* review proceedings, for industry giants such as Samsung, Raytheon, Huawei, and MediaTek, and has tried numerous District Court and ITC cases to verdict across computer, software, communications, and medical technologies — most notably *Apple v. Samsung*, the "patent trial of the century." David was also part of the trial team that secured the first-ever exclusion order against Apple in the ITC.

David also has extensive experience in copyright and Digital Millennium Copyright Act (DMCA) cases. Most recently, he was lead counsel for Corellium in a bet-the-company litigation against Apple—and won. First, he won summary judgment. Then, Apple dropped the remainder of its claims on the eve of trial. David also helped secure a $25 million copyright jury trial win for music publishing house BMG Rights Management, named the largest verdict in Virginia in 2015.

David holds a rare educational trifecta: degrees in engineering (B.S., electrical and computer engineering), business (M.B.A.), and law (J.D.). He draws on this background to understand the most intricate technical and business details of his clients' matters. Prior to founding the firm, David worked at Jones Day, Quinn Emanuel, and Steptoe & Johnson, and as in-house counsel for a publicly-traded IP licensing company.

David's high-profile cases have been featured in major outlets including *The Wall Street Journal*, *The New York Times*, BBC News, NPR, CNN, and NBC's *Today Show*, among others.

David is rated by Martindale-Hubbell® as AV Preeminent®, its highest peer rating standard. He was recognized as a New York Super Lawyer "Rising Star" from 2015–2022 and as a New York Super Lawyer again in 2024.

David is also a Certified Information Privacy Professional (CIPP/US) and he was certified by the Blockchain Council as a Certified Blockchain and Law Professional, Certified Blockchain Expert, and Certified Bitcoin Expert. The CryptoCurrency Certification Consortium (C4) has also certified David as a Certified Bitcoin Professional.

**PRACTICE AREAS**

Intellectual Property & Patent; Commercial Litigation & Arbitration; Transnational Litigation & Arbitration.

**BAR ADMISSIONS**

State of New York; State of New Jersey; State of Texas; State of Pennsylvania; State of Connecticut; U.S. Patent & Trademark Office; U.S. Court of Appeals for the Second, Third, Ninth, Eleventh, and Federal Circuits; U.S. District Courts for the Southern, Eastern, Northern, and Western Districts of New York, the District of New Jersey, the Eastern, Western, Northern, and Southern Districts of Texas, and the Eastern Districts of Michigan and Pennsylvania.

**EDUCATION**

- J.D., Fordham University School of Law.
- M.B.A., Rutgers University School of Business.
- B.S., Rutgers University School of Engineering, Electrical and Computer Engineering, *cum laude.*

**Notable Representations**

Lead counsel for Internet Patent Payments Ltd. in a patent infringement and trade secret case against PayPal involving payment technology.

Lead counsel for Edge Networking Systems in a patent infringement case against Microsoft involving cloud computing technology.

Lead counsel for Stone Interactive Ventures in a patent litigation suit against Electronic Arts; matter was resolved two weeks after David was engaged.

Lead counsel for world-famous saxophonist Leo P. in a false endorsement litigation against Epic Games; matter resolved after David overcame a motion to dismiss, which resulted in new law being established in the field.

Co-lead counsel for Proxense LLC (with Susman Godfrey) in a series of patent infringement cases against Google, Samsung, Microsoft, and Apple, represented by Quinn Emanuel, involving mobile payment and "passwordless" authentication technology in the Western District of Texas; achieved clean-sweeps at *Markman* in each matter, successfully opposed venue transfer (upheld on appeal to the Federal Circuit against Google), and secured favorable settlements in all four cases — including one settled before the pretrial conference and another hours before jury selection.

Represented music publisher copyright holders against a large Internet Service Provider (ISP) relating to allegations of vicarious/contributory liability for copyright infringement by its customers.

Represented women-run Alex and Ani against Bank of America in litigation involving allegations of discriminatory and illegal lending practices (matter settled approximately one month after the complaint was filed).

Represented Alfonso Ribeiro (host of America's Funniest Home Videos), BlocBoy JB, Backpack Kid, and rapper 2 Milly in litigations involving misappropriation of likeness, copyright infringement, and/or trademark infringement against Epic Games and Take-Two Interactive.

Represented a putative class of airline ticket purchasers against Southwest Airlines and Boeing regarding the MAX 8.

Defended a major American defense contractor and industrial corporation before the Patent Trial and Appeal Board.

Defended Furniture World, a New Jersey furniture distributor, against allegations of design patent and copyright infringement by Ashley Furniture; the matter settled favorably.

Represented a pharmaceutical patent holder in several Hatch Waxman ANDA litigations relating to opioid dependence treatment medication.

In November 2020, *Billboard* magazine featured a story on the copyright registration of "Single Ladies - Put a Ring on It." David's client, JaQuel Knight, was recognized as "the first commercial choreographer in pop music to succeed in obtaining a copyright registration for his work."

HECHTPARTNERS LLP

## Lori G. Feldman, Partner

Ms. Feldman, a senior litigator, is known for building and leading high-stakes, complex class and individual actions from inception through resolution. She co-chairs Hecht Partners' Class Action Practice.

Her practice focuses on data privacy and cybersecurity incidents, consumer protection, and financial services litigation where she takes on sophisticated financial institutions, fintech companies, and national consumer brands for consumers and credit unions. Ms. Feldman is regularly appointed to leadership roles in major, multi-jurisdictional class actions.

She is frequently brought in to shape case strategy and drive meaningful results in matters involving systemic misconduct and large-scale consumer harm.

Ms. Feldman has joined the litigation team at Hecht Partners LLP in *Kashef, et al. v. BNP Paribas SA, et al.*, No. 1:2015cv03228 (S.D.N.Y.) (Hellerstein, J.), where Hecht Partners LLP (Lee Boyd, Esq.) is Co-Lead Counsel. Ms. Boyd and the firm obtained a landmark decision in which a Manhattan federal jury found BNP Paribas liable for its role in enabling the genocidal atrocities committed against Black African civilians in Sudan by the al-Bashir dictatorship from 1997 to 2011, paving the way for more than 20,000 Sudanese refugees living in the United States to seek billions more in recovery. The verdict marks a historic moment in human rights and financial accountability, setting a precedent for holding global banks civilly liable for facilitating regimes accused of crimes against humanity.

Prior to joining the Firm, Lori was the Managing Partner of the New York office of a national class action firm and Chair of the firm's Class Action Practice, a Partner and Executive Committee Member in one of the largest class action firms in the country, a Partner in a prestigious securities and consumer class action firm, and Of Counsel to one of the most tenacious criminal and civil litigation boutiques in the United States.

Ms. Feldman is based in New York and bicoastally licensed to practice law in New York and Washington States.

Lori was named a 2021 Plaintiff's Lawyers Trailblazer by the National Law Journal. From 2011 to 2025, Lori was named a New York Metro SuperLawyer. As a young lawyer, she was also named as a Rising Star in New York and Washington State.

**PRACTICE AREAS**
Class Action Litigation; Complex Commercial Litigation; Consumer Protection; Securities Fraud.

**BAR ADMISSIONS**

State of New York; State of Washington; U.S. Supreme Court; U.S. District Courts for the Southern, Eastern, and Western Districts of New York, the Western District of Washington, the Northern District of Illinois, and the District of Colorado; U.S. Court of Appeals for the Second and Ninth Circuits.

**EDUCATION**

J.D., Albany Law School of Union University, *magna cum laude.*
B.A., State University of New York at Albany, *magna cum laude.*

**Notable Representations**

- Washington Mutual Securities Litigation ($41.5 million settlement).
- Century Link Sales Practices and Securities Litigation ($15.5 million settlement).
- General Electric Securities Litigation ($40.15 million settlement).
- In Re Gilead Securities Litigation ($8.5 million settlement).
- ConAgra Foods, Inc. Securities Litigation ($14.4 million settlement).
- In Re Amazon Securities Litigation ($25 million settlement).
- Shields Healthcare Group Data Breach Litigation ($15 million settlement).
- Morgan Stanley Data Breach Litigation ($60 million settlement).
- Independe nt Living Data Breach Litigation ($14 million settlement).
- Boston Childrens' Physicians Data Breach Litigation ($5 million settlement).
- In re Fortra Data Breach MDL ($20 million settlement).
- Actively litigating numerous data breach cases on behalf of consumers and credit unions.

**Professional Associations**

- New York State Bar Association, Member, Present.
- Washington State Bar Association, Member, Present.
- National Association of Shareholder and Consumer Attorneys, Present.

HECHTPARTNERS LLP

## Maxim Price, Partner

Maxim has litigated complex commercial and patent infringement cases for and against Fortune 500 companies. The cases Maxim works on have included the infamous smartphone patent wars, Digital Millennium Copyright Act defense, and the Mt. Gox bitcoin theft litigations. Before joining Hecht Partners, Maxim worked for Jones Day and Quinn Emanuel.

The *IAM Patent 1000: The World's Leading Patent Practitioners* has ranked Maxim as one of the world's leading patent litigators since 2023. Clients said to IAM: "*Maxim is the consummate tactician and has complete mastery of the litigation process. He is highly knowledgeable, strategically brilliant and a wonderful partner.*"

Maxim is also a serial entrepreneur, with multiple tech startups under his belt, featured in inc.com and The American Genius. His startups have focused on the advancement of open innovation through crowdsourcing. Maxim believes that the legal services industry is ripe for startup-style disruption as well and that this firm is the one to do it.

Maxim graduated *cum laude* from Fordham University with a B.S. in Computer Science. He graduated *cum laude* from Fordham University School of Law. His pro bono work includes trials under the federal International Child Abduction Remedies Act and petitions under the Violence Against Women Act.

**PRACTICE AREAS**
Intellectual Property & Patent; Commercial Litigation & Arbitration; Transnational Litigation & Arbitration; Class Actions; Crisis Litigation.

**BAR ADMISSIONS**

- State of New York.

**EDUCATION**
J.D., Fordham University School of Law.
B.S., Fordham University (Computer Science).

**Thought Leadership**

- Unify Biotechnologies, Board of Directors.
- CEO ideaphore LLC, Co-Founder.
- CEO CrowdRaising, Co-Founder.
- World Intellectual Property Organization Research Fellow: Patents and Small Participants. in the Smartphone Industry, published in Stanford Technology Law Review.

HECHT PARTNERS LLP

## Kamilla Mamedova, Counsel

Kamilla Mamedova is Counsel at Hecht Partners LLP. She handles all aspects of litigation in complex commercial disputes and human rights matters, representing corporate clients and individuals in high-stakes proceedings in federal and state courts. Ms. Mamedova is regularly responsible for case strategy, motion practice, discovery, and trial preparation, and is often brought in to manage multifaceted matters requiring coordination across jurisdictions and teams.

Prior to joining Hecht Partners, Ms. Mamedova practiced at Jones Day, where she represented major financial institutions, multinational corporations, and individuals in complex commercial, securities, bankruptcy, and international litigation. Her experience includes work on matters involving sophisticated financial instruments, cross-border disputes, and large-scale discovery efforts, including managing teams of attorneys and overseeing e-discovery strategy. She has also served as a litigation and crisis management consultant, overseeing large portfolios of disputes, including government investigations, employment-related claims, and high-profile contractual and financial matters.

Ms. Mamedova also serves as an Assistant Adjunct Professor at John Jay College of Criminal Justice, where she teaches courses on cybercrime, information privacy, and technology law.

**Representative Experience Includes:**

- Complex commercial and financial litigation involving major institutions and multinational clients.
- International arbitration and cross-border disputes.
- Large-scale discovery management and e-discovery strategy.
- Crisis management and internal investigations.
- Human rights and pro bono representation.

**Bar Admissions:**

State of New York; Southern District of New York; Eastern District of New York.

**Education:**

J.D., University of California, Berkeley School of Law.

B.S./M.A., John Jay College of Criminal Justice.

**Languages:** Fluent/Native Russian; Basic Spanish; and Conversational Hebrew.

CHRISTENSEN & JENSEN
ATTORNEYS

## Karra J. Porter, President

Karra is once again the President and Managing Director of Christensen & Jensen. She is co-chair of the firm's Commercial Litigation and Crisis Management practice groups, and is one of the most experienced and successful commercial and appellate lawyers in Utah. She has consistently been recognized by Super Lawyers/Thomsen Reuters as one of the Top 100 Lawyers in the intermountain west (Utah, Idaho, Montana, Nevada, and Wyoming), and as one of the nation's best attorneys for corporate and commercial matters. Karra has also been consistently named one of Utah's "Legal Elite" by Utah Business Magazine. She has also been acknowledged in the Top 50: 2023 Women Mountain States Super Lawyers Top List.

**Representative Experience Includes:**

- Lead counsel in the largest litigated FTC enforcement action in the country, resulting in a $270 million judgment..
- Obtained a $9 million ruling from the Utah Supreme Court in *Campbell v. State Farm*, a landmark bad-faith insurance fraud case.
- One of Utah's most experienced appellate lawyers, having served as lead or co-lead counsel in more than 120 appeals before the Utah Supreme Court, Tenth Circuit, U.S. Supreme Court, and appellate courts in six other states.
- Named to Super Lawyers Top 50 Women in the Mountain States.

**Bar Admissions:**

All Utah state and federal courts; United States Tenth Circuit Court of Appeals; United States Supreme Court.

**Education:**

University of Texas at Austin, J.D., 1987.

Kansas State University, B.A. in journalism, summa cum laude, 1985.

## Nate Alder, Shareholder

Nate Alder litigates, tries, and resolves complex civil cases. His focus is successful outcomes for clients. He is recognized as one of the Top 100 lawyers in the five-state Intermountain West (Idaho, Montana, Nevada, Utah, and Wyoming], and has been honored as one of Salt Lake City's Top 25 Lawyers (Super Lawyers/Thomson Reuters]. He has received an AV Preeminent rating from Martindale-Hubbell. Nate has served as the elected president of the Utah State Bar (2008-2009),

the 15-state Western States Bar Conference [2012-2013), the National Caucus of State Bar Associations (2014 – 2015), and the National Conference of Bar Presidents (2019-2020). He is Utah's state delegate to the American Bar Associations House of Delegates.

Nate's leadership service includes three Utah Supreme Court Advisory Committees, ABA Standing Committees, Judicial Performance Evaluation Commission (appointed by Governor Herbert); House of Delegates, American Bar Association ; Centre for Innovation, Governing Council. ABA; Executive Council, National Conference of Bar Presidents; The Utah State Bar Commission ; Salt Lake City Police Foundation Board of Directors.

**Representative Experience Includes:**

- Defended a national software company in an antitrust action brought by the State of Utah, and represented an international corporation in a high-profile mass-shooting case.
- Obtained a seven-figure settlement for a plaintiff with a traumatic brain injury who was able to return to work and receive promotions.
- Obtained a seven-figure settlement in a highway design case, along with multiple other seven-figure settlements in auto, pedestrian, and motorcycle accident matters.
- Qualified Mediator on the Utah State Court Roster of Mediators, trained at Pepperdine's Straus Institute for Dispute Resolution.

**Bar Admissions:**

All Utah state and federal courts; Colorado Federal District Court; U.S. Court of Appeals, Tenth Circuit; U.S. Supreme Court.

**Education:**

J.D., Indiana University-Bloomington School of Law (1995); M.P.A., Indiana University-Bloomington School of Public and Environmental Affairs (1995); B.A., Utah State University, University Honors, *cum laude*, Phi Kappa Phi (1991); A.A., Dixie State University, *summa cum laude*, Phi Theta Kappa (1988).

## John Mejía, Shareholder

John joined Christensen & Jensen in 2024 to continue his focus on litigating complex civil rights cases. After graduating from the University of Chicago Law School with honors in 2003, he began his legal career as an associate in the insurance litigation group at Sidley Austin, LLP in Chicago. After working there for four years, he moved back to Utah, where he grew up. He served as a law clerk to the Honorable Judge Tena Campbell and the Honorable Judge Clark Waddoups in the U.S. District Court for Utah between 2008 and 2012. He then became Legal Director of the ACLU of Utah, where, for over a decade, he worked on a wide variety of high impact civil rights cases. In that role, he helped clients from every background and every walk of life promote and defend their

civil rights and individual liberties. His work on civil rights cases continues at Christensen & Jensen, but his efforts have also expanded to other areas, including bringing benefits claims under the Employee Retirement Income Security Act of 1974.

John's work as an advocate and specialized knowledge has earned him numerous invitations to present to many audiences on various topics. He has considerable media experience, including giving hundreds of interviews to local and national media outlets in English and Spanish. He has testified at the Utah State Legislature and local governments on a variety of issues impacting people's civil rights. He has received recognitions from various organizations for his work at the ACLU of Utah, including from Utah Pride and the Navajo Nation Council.

**Representative Experience Includes:**

- Obtained five- and six-figure jury verdicts in favor of prisoners against a county in Utah.
- Reached significant monetary settlements in a variety of other civil rights matters.
- Helped reach settlement agreement with a county in Utah to strengthen language assistance for Navajo voters.
- Achieved injunctive relief on a variety of topics in numerous cases.

<u>Employee Retirement Income Security Act of 1974</u>

Represents families denied benefits under employer-sponsored health plans by bringing actions under Employee Retirement Income Security Act of 1974 in federal court.

Represents parties bringing various other kinds of actions, including malicious prosecution and infliction of emotional distress.

**ADMITTED TO PRACTICE**

The State of Utah; United States District Court for the District of Utah; Tenth Circuit Court of Appeal.

**PROFESSIONAL AFFILIATION**

**Bar Admissions:**

The State of Utah; United States District Court for the District of Utah; Tenth Circuit Court of Appeal.

**Education:**

University of Chicago Law School, J.D. with Honors, 2003 Brown University, B.A., English and American Literature, with Honors, 1997.

**Languages:** Spanish.