**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-374<br><br>**APPLICATION OF AMBER L. SCHUBERT FOR APPOINTMENT AS INTERIM CO-LEAD CLASS COUNSEL**<br><br>District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Cecilia M. Romero |

Pursuant to Case Management Order No. 2 (ECF 141), Amber L. Schubert of Schubert Jonckheer & Kolbe LLP respectfully requests that the Court appoint her as Interim Co-Lead Class Counsel, or, in the alternative, to Plaintiffs' Executive Committee. Her deep privacy expertise and proven collaborative leadership would benefit the class.

**I. Ms. Schubert has extensive experience in data privacy class actions.**

Amber L. Schubert is a Partner at Schubert Jonckheer & Kolbe LLP, where she chairs the firm's Consumer & Data Privacy Practice Group. *See* Ex. A. As of September 1, 2026, Ms. Schubert will join the nationally recognized law firm of Aylstock, Witkin, Kreis & Overholtz, PLC ("AWKO"), where she will lead the firm's Data Privacy Practice and open its first San Francisco office. Ms. Schubert also serves on the Board of the American Association for Justice's Consumer Privacy & Data Breach Litigation Group. *See* Ex. B.

Ms. Schubert has extensive experience in data privacy litigation. She currently serves as lead or co-lead counsel in twelve data privacy class actions. Ms. Schubert serves as Co-Lead Counsel in *In re Blue Shield of California Privacy Litigation*, No. 4:25-cv-03209-YGR (N.D. Cal.), a privacy class action stemming from the unauthorized disclosure of the protected health information of 4.7 million health insurance subscribers to Google and Meta, where she briefed and argued the opposition to the motion to dismiss federal Wiretap Act claims. She is Interim Class Counsel in *Aguilar-Vasquez v. Russell Cellular, Inc.*, et al., No. 6:26-cv-03218-MBB (W.D. Mo.), a data breach of 6.3 million Verizon and Russell Cellular subscribers, *In re Discord Inc. Data Breach Litigation*, No. 3:25-cv-08582-JD (N.D. Cal.), a data breach of 1.7 million Discord users, and *In re WestJet Airlines Data Breach Litigation*, No. 3:25-cv-02785-LL-MSB (S.D. Cal.), a data breach of 1.2 million WestJet passengers. Ms. Schubert serves as Lead Counsel in *Scott v. HMS*, No. 1:25-cv-00012 (N.D.W. Va.), a Medicare data breach affecting 254,000 class members, where she drafted and argued the successful opposition to the motion to dismiss on Article III standing and California claims. She is Interim Co-Lead Counsel in *Cordell v. Patelco Credit Union*, No. 24CV082095 (Cal. Super. Ct.), where she helped negotiate a $7.25

million settlement in a breach involving 1.1 million credit union members' financial data.[1] She is also Additional Class Counsel for Mercy Health in *In re Perry Johnson & Associates Medical Transcription Data Security Breach Litig.*, No. 24-md-3096 (E.D.N.Y.) ("PJ&A"), an MDL involving 13.3 million patients, where she managed client vetting, drafted the consolidated complaint, and is negotiating resolution of the Mercy Health track.

Ms. Schubert serves on plaintiffs' executive committees in some of the largest data breach class actions in the country. Most notably, she serves on the Plaintiffs' Steering Committee in *In re PowerSchool Holdings, Inc. & PowerSchool Group, LLC Customer Security Breach Litigation*, No. 25-md-3149-BEN-MSB (S.D. Cal.), a data breach MDL affecting 62.4 million students' and 9.5 million teachers' financial, health, and academic information, where she manages third-party discovery. Ms. Schubert played a critical role in *In re LastPass Data Security Incident Litig.*, No. 22-cv-12047 (D. Mass.), where, as Chair of the Third-Party Discovery Committee, she negotiated subpoenas with more than twenty non-parties and briefed four motions to quash in a breach affecting 33 million users. In *Hasson v. Comcast Cable Comms LLC*, No. 23-cv-5039 (E.D. Pa.), she drafted the oppositions to two motions to dismiss based on Article III standing and California law in a breach affecting 35.9 million subscribers.[2]

Ms. Schubert also serves as liaison counsel in two major privacy cases: *In re Salesforce Customers Security Incidents Litigation*, No. 3:25-cv-07232-JSC (N.D. Cal.), a hub-and-spoke data breach involving over 8 million customers of TransUnion, Allianz, Farmers, and others; and

---

[1] Ms. Schubert is also Co-Lead Counsel in four additional medical data breaches: *In re Goshen Medical Center, Inc. Data Incident Litigation*, No. 7:26-cv-00032 (E.D.N.C.) (456,000 medical records); *In re Cierant Corporation Data Breach Litig.*, No. 3:25-cv-01095-KAD (D. Conn.) (232,000 medical records); *In re Community Clinic of Maui Data Breach Litig.*, No. 1:24-cv-00431 (D. Haw.) (briefed and argued remand motion), and *Baguindo v. Community Health Systems, Inc.*, No. CVRI2603154 (Cal. Super. Ct., Riverside Cty.).

[2] Other examples include *In re Fortra File Trans. Software Data Sec. Breach Litig.*, No. 24-md-03090 (S.D. Fla.) (briefed the opposition to the motion to dismiss twenty-one state law claims, most of which were upheld); *In re Set Forth Data Security Breach Litigation*, No. 1:24-cv-11688 (N.D. Ill.) (led the drafting of a consolidated complaint and opposition to the motion to dismiss as Co-Chair of the Law & Briefing Committee); *In re Young Consulting Data Breach Litigation*, No. 1:24-cv-03938-TWT (N.D. Ga.) (conducted extensive research into conflict-of-laws issues).

*Doe v. GoodRx Holdings, Inc. et al.*, No. 3:23-cv-00501 (N.D. Cal.), a privacy class action involving the unauthorized sharing of 20 million consumers' private health records with Meta, Google, and Criteo.

Collectively, these cases reflect her ability to lead complex discovery, defeat dispositive motions, and deliver results for plaintiffs, demonstrating that Ms. Schubert is uniquely qualified to serve as Interim Co-Lead Class Counsel in this case.

**II. Ms. Schubert has deep knowledge of data privacy law.**

Data breach litigation demands command of complex technical discovery, emerging legal doctrines, and remedies that can reshape defendants' business practices. Having litigated some of the country's largest privacy cases, Ms. Schubert is fluent in these issues and can apply that knowledge to advance the class's interests. She also helps shape privacy law and regulation. For example, as a member of The Sedona Conference's Data Security and Privacy Liability Working Group (WG11), Ms. Schubert is working on a practical framework for privacy disclosures together with industry experts, other plaintiffs' lawyers, and the defense bar. This expertise allows her to identify issues early, streamline discovery, and secure robust monetary relief for victims, along with critical improvements to defendants' data-security practices.

**III. Ms. Schubert and her firm will commit the necessary resources.**

Ms. Schubert has repeatedly demonstrated the ability to litigate—and win—complex cases against well-resourced defendants. In the *Google AdWords Litigation*, No. 5:08-cv-03369 (N.D. Cal.), for example, SJK won a Ninth Circuit appeal reversing the denial of class certification and establishing important precedent on classwide damages. That decision, *Pulaski & Middleman v. Google*, Inc., 802 F.3d 979 (9th Cir. 2015), has been cited over 300 times. Ms. Schubert then served as primary counsel opposing certiorari in the U.S. Supreme Court, ultimately securing a $22.5 million classwide settlement.

AWKO will commit substantial resources to the case. Founded in 2001, it has represented hundreds of thousands of clients across the country since its inception. AWKO has 35 attorneys and more than 350 staff, and its attorneys bring over 160 years of combined

experience in personal injury, pharmaceutical, and consumer class action litigation. *See* Ex. B. Given those resources, AWKO does not intend to use third-party litigation financing.

**IV. Ms. Schubert has a proven record of collaboration with other counsel.**

Ms. Schubert works effectively with co-counsel and maintains civil, productive relationships with opposing counsel. She has served as co-counsel with many of the other applicants in numerous class actions. For example, as a member of the Plaintiffs' Steering Committee in *PowerSchool*, Ms. Schubert worked with Jamie Pizzirusso and Michelle Drake on third-party discovery. She also collaborated with Mr. Pizzirusso while serving as Additional Class Counsel for Mercy Health in *PJ&A* and as Chair of Third-Party Discovery in *LastPass*. Ms. Schubert has worked with Sabita Soneji on nearly every aspect of data breach litigation, including in *Salesforce*, *Set Forth*, and *Fortra*, and knows her to be an extraordinarily smart and strategic attorney. As Interim Class Counsel in *In re Phia Group LLC Data Security Litigation*, No. 1:26-cv-10530-AK (D. Mass.), Ms. Schubert entrusted Kennedy Brian with managing the plaintiff-vetting process, which Ms. Brian handled with efficiency and attention to detail. Ms. Schubert has worked extensively with Maureen Brady, an invaluable resource with a formidable work ethic in *Russell Cellular*. As a member of the executive committees in *Comcast* and *In re MacBook Keyboard Litig.*, No. 5:18-cv-02813 (N.D. Cal.), Ms. Schubert worked with Gary Lynch to brief Article III standing issues and Beena McDonald on expert discovery for class certification, respectively. At the group's request, Ms. Schubert prepared the joint status report reflecting Plaintiffs' counsel's consensus regarding the process for selecting leadership. Her successful work alongside these other accomplished attorneys confirms that Ms. Schubert has the judgment, experience, and respect of her peers necessary to serve as Co-Lead Counsel.

**V. Ms. Schubert's diverse experience would strengthen class leadership.**

Ms. Schubert's qualifications stand on their own. Her appointment would also advance the Court's stated interest in leadership that reflects a diversity of legal talent and experiences. As an LGBTQ woman who has built a leading California data-privacy practice, Ms. Schubert brings a distinctive combination of background, geography, and subject-matter expertise to class

leadership. At AWKO, she will work alongside Jean Martin, who heads the firm's Class Action Practice Group and brings more than two decades of litigation experience. The team also includes associates Sonum Dixit, who is joining the firm alongside Ms. Schubert, Francesca Burne, and Christopher Pollack. That team includes women at multiple career stages and lawyers with varied geographic and professional backgrounds, further broadening the legal talent available to the class. Ms. Schubert has also worked to widen the path to leadership for others. Most recently, AAJ's LGBT Caucus appointed her as its liaison to the FAIR Committee, which identifies strategies to increase the engagement of all trial lawyers within AAJ, including those who are underrepresented. That appointment reflects the principle underlying the Court's Order: class leadership is strongest when its decisions draw on a broad range of experience.

## VI. Ms. Schubert proposes a lean, accountable leadership structure.

Ms. Schubert proposes three Co-Lead Counsel, one Utah-based Liaison Counsel, and an Executive Committee of up to six members. This lean structure has worked well in *PowerSchool*, a closely analogous educational data-breach case in which Ms. Schubert serves on the Steering Committee. The Co-Leads would set strategy, assign work, and control costs, with each EC member responsible for one portfolio: law and briefing; defendant and third-party discovery; plaintiff discovery and vetting; expert discovery; class certification; or damages and settlement. This structure creates accountability, not additional layers of review, while permitting efficient coordination across tracks. Promptly after appointment, the Co-Lead Counsel will propose a time-and-expense protocol permitting billing only for specifically assigned work, requiring monthly audits, prohibiting block billing, and limiting expenses to reasonable and necessary costs. Her experience in *PowerSchool* prepares Ms. Schubert to implement it efficiently here.

* * *

Ms. Schubert has the privacy expertise, proven leadership, and resources this litigation demands. Accordingly, she respectfully requests appointment as Interim Co-Lead Class Counsel or, in the alternative, to Plaintiffs' Executive Committee.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Amber L. Schubert*

Amber L. Schubert (*pro hac vice*)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St Ste 200
San Francisco, CA 94102
Tel: 415.788.4220
aschubert@sjk.law

*Counsel for Plaintiff Jose Moran, on behalf of his minor child J.M.U., and the Proposed Class*