# EXHIBIT A

## Ms. Schubert's Data Privacy Leadership Appointments

**Lead or Co-Lead Counsel**

- ***In re Blue Shield of California Privacy Litigation***, No. 4:25-cv-03209-YGR (N.D. Cal.). Interim Co-Lead Class Counsel in privacy class action against Blue Shield of California for unauthorized disclosure of the protected health information of 4.7 million health insurance subscribers to Google.

- ***Aguilar-Vasquez v. Russell Cellular, Inc., et al.***, No. 6:26-cv-03218-MBB (W.D. Mo.). Interim Co-Lead Class Counsel in data breach class action involving the personally identifying information of 6.3 million Russell Cellular and Verizon customers.

- ***In Re WestJet Airlines Data Breach Litigation***, No. 3:25-cv-02785-LL-MSB (S.D. Cal). Interim Class Counsel in data breach class action involving private travel records of 1.2 million WestJet passengers.

- ***In Re Discord Inc. Data Breach Litigation***, No. 25-cv-08582-JD (N.D. Cal). Interim Co-Lead Counsel in data breach class action in which ransomware threat actor exfiltrated personally identifying information of 1.7 million Discord users.

- ***Cordell v. Patelco Credit Union***, No. 24CV082095 (Cal. Super. Ct., Alameda Cnty.). Interim Co-Lead Counsel in data breach and ransomware attack involving private information of 1.1 million Patelco credit union members.

- ***In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation***, No. 24-MD-3096 (E.D.N.Y.). Additional Class Counsel for Bon Secours Mercy Health, Inc. plaintiffs in data breach class action concerning breach of 13.3 million confidential patient' health records.

- ***In Re Phia Group LLC Data Security Litigation***, Case No. 1:26-cv-10530-AK (D. Mass.). Interim Co-Lead Class Counsel in data breach class action involving over private health records of over 500,000 subscribers of third-party administered health plans.

- ***In re Goshen Medical Center, Inc. Data Incident Litigation***, 7:26-cv-00032 (E.D.N.C.) Interim Co-Lead Class Counsel in data breach class action involving private health records of 456,000 patients of healthcare provider.

- ***Scott v. Healthcare Management Solutions et al.***, No. 1:25-cv-00012 (N.D. W. Va.). Lead Counsel in data breach and ransomware attack involving financial and medical records of 254,000 Medicare beneficiaries.

- ***In re Cierant Corporation Data Breach Litigation***, No. 3:25-cv-01095-KAD (D. Conn.). Interim Co-Lead Class Counsel in data breach class action involving private health records of 232,000 health insurance subscribers.

- ***In re Community Clinic of Maui Data Breach Litigation***, No. 1:24-cv-00431 (D. Haw.). Interim Co-Lead Class Counsel in data breach class action involving private health records of 123,000 patients of health-care provider.

- ***Hunt v. Charleston Area Medical Center***, Case No. 2:25-cv-00113 (S.D.W.V.). Interim Co-Lead Class Counsel in data breach action involving private health records of 67,000 patients of healthcare provider.

- ***Baguindo v. Community Health Systems, Inc.***, Case No. CVRI2603154 (Cal. Super. Ct., Riverside Cty.). Interim Co-Lead Class Counsel in data breach class action involving over private health records of patients of community health centers.

**Liaison Counsel**

- ***In re Salesforce Customers Security Incidents Litigation***, No. 3:25-cv-07232-JSC (N.D. Cal.). Liaison Counsel and Member of the Executive Committee in hub-and-spoke data breach involving over 8 million customers of TransUnion, Allianz, Farmers, and others

- ***Doe et al. v. GoodRx Holdings, Inc. et al.***, No. 3:23-cv-00501-AMO (N.D. Cal.). Liaison counsel in privacy class action against GoodRx, Criteo, Meta Platforms, and Google for the unauthorized use of over 20 million consumers' personal health information. Responsible for class certification, expert discovery, and third-party discovery.

**Member of Plaintiffs' Executive Committee**

- ***In re PowerSchool Holdings, Inc. Customer Security Breach Litigation***, No. 25-md-3149-BEN-MSB (S.D. Cal.). Member of Plaintiffs' Steering Committee in data breach class action involving 62.4 million students and 9.5 million teachers.

- ***In re LastPass Data Security Incident Litigation***, No. 22-cv-12047-PBS (D. Mass.), No. 22-cv- 12047 (D. Mass.). Member of the Executive Committee and Chair of Third-Party Discovery Committee in data breach class action involving the breach of 33 million users' password vaults.

- ***Hasson v. Comcast Cable Communications, LLC***, No. 2:23-05039-JMY (E.D. Pa.). Member of Executive Committee in data breach class action concerning 36 million customer account records.

- ***In re HealthEC LLC Data Breach Litigation***, No. 2:24-cv-00026-JKS-ESK (D.N.J.) Member of Plaintiffs' Steering Committee in data breach class action involving 4.5 million patients' health records.

- ***Skurauskis et al. v. NationsBenefits Holdings, LLC et al.***, No. 23-CV-60830-RAR (S.D. Fla.). Member of the Plaintiffs' Executive Committee in data breach class action concerning 3 million health insurance subscribers' personal and health records.

- ***In re Set Forth Data Security Breach Litigation***, No. 1:24-cv-11688 (N.D. Ill.). Member of Plaintiffs' Executive Committee and Co-Chair of Law & Briefing Committee in data breach class action involving private records of 1.5 million loan borrowers.

- ***In re Young Consulting Data Breach Litigation***, No. 1:24-cv-03938-TWT (N.D. Ga.). Member of Plaintiffs' Steering Committee responsible for law and briefing in data breach class action involving private health records of 1.2 million health insurance subscribers.

- ***In re Louis Vuitton North America, Inc. Data Breach Litigation***, No. 1:25-cv-7109 (S.D.N.Y.). Member of Plaintiffs' Executive Committee in data breach class action involving breach of personally identifying information of 350,000 consumers.

- ***In re Salesloft, Inc. Data Breach Litigation***, No. 1:25-cv-05877-ELR (N.D. Ga.). Member of Plaintiffs' Steering Committee in data breach class action concerning breach third-party AI chatbot integration that exposed user and CRM records.

- ***In re WEL Companies Data Incident Litigation***, No. 1:25-CV-1851-BBC (E.D. Wis.). Member of Plaintiffs' Executive Committee in data breach class action concerning breach of customers' private information of transportation, logistics, and warehousing company.

- ***In re Johnson Controls, Inc. Data Incident Litigation***, No. 2:25-cv-0955 (E.D. Wis.). Member of Plaintiffs' Executive Committee in data breach class action concerning breach of customers' private information of global building technology and automation company.

- ***In re AnnieMac Data Breach Litigation*, **No. 1:24-cv-10678-RMB-MJS (D. N.J.). Member of Executive Committee in data breach class action concerning breach of customers' private information of mortgage-loan provider.

- ***Fazenbaker et al. v. Community Health Care, Inc. dba CompleteCare Health Network***, No. CUM-L-000036-24 (N.J. Super. Ct.). Member of the Executive Committee in data breach class action concerning breach of patients' personal and health records.

## Data Privacy Attorneys

**Amber L. Schubert** received her J.D. *cum laude* from the University of San Francisco School of Law in 2011, where she served as Editor-in-Chief of the USF Law Review. Ms. Schubert authored a comment titled *Replacement Justice on the U.S. Supreme Court: The Use of Temporary Justices to Resolve the Recusal Conundrum*, 46 U.S.F. L. Rev. 215 (2011), and was awarded Best Oral Argument in the Moot Court Program. Prior to law school, Ms. Schubert worked as the Online Editor for the Center for American Progress in Washington, DC and served as the Online Media Manager for the 2004 Democratic National Convention in Boston, MA. She has also served as part of the National Advance Staff for the Kerry-Edwards campaign and former Vice President Al Gore. She received her B.A. from the University of California, Berkeley in 2003. Ms. Schubert was selected to Super Lawyers Rising Stars for 2021. She is also an active member of the LGBTQ community.

**Sonum Dixit** received her J.D. cum laude from University of Arizona James E. Rogers College of Law in 2023, where she served as Senior Note Editor for Arizona Journal for Environmental Law and Policy and participated in the National Appellate Advocacy Competition moot court. She interned with Harvard Legal Aid Bureau and was a Peggy Browning Fellow at Rothner, Segall & Greenstone. Before joining the firm, Ms. Dixit clerked for the Hon. Jane B. Yohalem at the New Mexico Court of Appeals and Hon. Evan H. Nordby at the United States Department of Labor Office of Administrative Law Judges. She graduated from Amherst College with a B.A. in Neuroscience in 2013.