IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE: INSTRUCTURE DATA BREACH LITIGATION | **CASE MANAGEMENT ORDER NO. 3: APPOINTING INTERIM LEADERSHIP**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Having heard from all interested parties concerning the creation of separate litigation tracks to efficiently manage this litigation, the court concludes this case should proceed on an interim basis on three tracks: Track 1 (Individual Users Track); Track 2 (School District Track); and Track 3 (Educator Track).[1] This order appoints an interim leadership structure. Plaintiffs' counsel have agreed to the interim leadership structure for Track 2 and Track 3.[2]

For Track 1, Case Management Order No. 2 instructed any plaintiff attorney interested in serving in a leadership role to file an individual application.[3] Having carefully considered the twenty-four submissions by counsel in light of the criteria set forth in the *Manual for Complex Litigation*, the court concludes that all applicants have satisfactory qualifications, credentials, and experience to serve in leadership roles in the litigation.[4]

---

[1] *See* Dkt. 107, *Plaintiffs' Joint Initial Case Management Conference Report*; Dkt. 141, *Case Management Order No. 2* at 3 (indicating the case will proceed with Track 3 on a preliminary basis).

[2] *Plaintiff's Joint Initial Case Management Conference Report* at 7–8 (providing the consented-to Track 2 leadership structure); Dkt. 138, *Plaintiff Farah L. Vallera's Status Report Regarding Track 3 and the Efficiency of a Separate Interim Leadership Structure* (addressing Track 3).

[3] *Case Management Order No. 2* at 1.

[4] *Court's Responsibilities*, Ann. Manual Complex Lit. § 10.224 (4th ed.) (outlining factors for courts to assess when appointing counsel).

Accordingly, the court hereby appoints the following interim leadership structure for Plaintiffs:

## I. Track 1 Leadership

a. **Co-Lead Counsel.** The following counsel shall serve as co-lead counsel for the Individual Users Track, in no particular order:

i. James J. Pizzirusso of Hausfeld LLP
1200 17th St. N.W., Ste. 600
Washington, DC 20036
Telephone: (202) 540-7200
Email: jpizzirusso@hausfeld.com

ii. Tina Wolfson of Ahdoot & Wolfson, PC
2600 W. Olive Ave., Ste. 500
Burbank, CA 91505
Telephone: (310) 474-9111
Email: twolfson@ahdootwolfson.com

iii. E. Michelle Drake of Berger Montague PC
1229 Tyler St. N.E., Ste. 205
Minneapolis, MN 55413
Telephone: (612) 594-5933
Email: emdrake@bergermontague.com

b. **Plaintiffs' Executive Committee.** The following counsel shall serve as the Plaintiffs' Executive Committee for the Individual Users Track, in no particular order:

i. Amber L. Schubert of Schubert Jonckheer & Kolbe LLP
2001 Union St., Ste. 200
San Franscisco, CA 94123
Telephone: (415) 788-4220
Email: aschubert@sjk.law

ii. Sabita J. Soneji of Tycko & Zavareei LLP
1970 Broadway, Ste. 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Email: ssoneji@tzlegal.com

iii. Beena M. McDonald of Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 W. Lancaster Ave.
Haverford, PA 19041
Telephone: (610) 642-8500
Email: bmm@chimicles.com

iv. Nikolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP
135 S. Lasalle St., Ste. 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email: nhagman@caffertyclobes.com

v. Arthur M. Murray of Murray Law Firm
701 Poydras St., Ste. 4250
New Orleans, LA 70139
Telephone: (504) 525-8100
Email: amurray@murray-lawfirm.com

vi. Grayson Wells of Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gwells@stranchlaw.com

c. **Liaison Counsel.** The following counsel shall serve as the Plaintiffs' Liaison Counsel for the Individual Users Track:

i. Jonathan Hafen of Parr Brown Gee & Loveless,
101 S. 200 E., Ste. 700,
Salt Lake City, UT 84111
Telephone: (801) 532-7840,
Email: jhafen@parrbrown.com

## II. Track 2 Leadership[5]

a. **Lead Counsel.** The following counsel shall serve as Plaintiffs' Lead Counsel for the School District Track:

i. James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Road, Roseland, New Jersey 07068
Telephone: (973) 994-1700

[5] *See Plaintiff's Joint Initial Case Management Conference Report* at 7–8.

jcecchi@carellabyrne.com

b. **Plaintiffs' Executive Committee.** The following counsel shall serve as the Plaintiffs' Executive Committee for the School District Track, in no particular order:

i. Casondra R. Turner of Milberg Coleman Bryson Phillips Grossman, PLLC
260 Peachtree St. NW, Ste. 2200
Atlanta, GA 30303
Telephone: (771) 772-3086
cturner@milberg.com

ii. Tyler S. Graden of Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
tgraden@ktmc.com

iii. William Shinoff of Frantz Law Group, APLC
402 W. Broadway, Ste. 860
San Diego, CA 92101
Telephone: (619) 233-5945
wshinoff@frantzlawgroup.com

iv. Jason L. Lichtman of Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St., 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com

v. Norman E. Siegel of Stueve Siegel Hanson LLP
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
Telephone: (816) 714-7112
siegel@stuevesiegel.com

vi. Kristen Lake Cardoso of Kopelowitz Ostrow, P.A.
One W. Las Olas Blvd., Ste. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

c. **Liaison Counsel.** The following counsel shall serve as the Liaison Counsel for the School District Track:

i. Charles H. Thronson of Parsons Behle & Latimer
201 S. Main St., Ste. 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
cthronson@parsonsbehle.com

## III. Track 3 Leadership[6]

a. **Lead Counsel.** The following counsel shall serve as the Lead Counsel for the Educator Track:

i. Nicholas Andrew Hall of Hall Attorneys, P.C.
P.O. Box 1370
Edna, TX 77957
Telephone: (713) 428-8967
nhall@hallattorneys.com

b. **Liaison Counsel.** The following counsel shall serve as the Liaison Counsel for the Educator Track:

i. Jessica A. Wilkes of Federman & Sherwood
10205 N. Pennsylvania Ave.
The Village, OK 73120
Telephone: (405) 235-1560
jaw@federmanlaw.com

The court intends to periodically review these appointments, including the necessity of three Track-specific liaison counsel.

## IV. Division of Responsibilities Among Leadership Counsel

Counsel are in the best position to divide responsibilities among the designated lawyers appointed to the respective leadership positions.

[6] Dkt. 146, *Proposal for Track 3 Interim Leadership Positions*.

On July 27, 2026, Lead Counsel for Track 2 submitted a proposed order appointing their leadership structure, which provides the division of responsibilities agreed to by Track 2 Leadership.[7] After careful review, the court accepts that filing as providing the allocation of duties for Track 2.

Within 21 days, Lead Counsel for Track 1 and Track 3 shall each submit a status report outlining the respective roles of their Track's leadership positions. Counsel are encouraged to review the *Manual for Complex Litigation* for guidance in allocating duties.[8] Counsel may, but are not required to, assign specific responsibilities to each Executive Committee member.

SO ORDERED this 24th day of August, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

[7] Dkt. 130-1, *Proposed Order Appointing Leadership Structure* (delineating responsibilities among the lead counsel, executive committee, and liaison counsel).

[8] *Organizational Structures*, Ann. Manual Complex Lit. § 10.221 (4th ed.) (providing general roles of liaison counsel, lead counsel, and executive committee counsel).