Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
jaw@federmanlaw.com

Nicholas Andrew Hall (admitted *pro hac vice*)
**HALL ATTORNEYS, PC**
P.O. Box 1370
Edna, Texas 77957
Telephone: (713) 428-8967
nhall@hallattorneys.com

*Attorneys for Plaintiff and the Proposed Educator Track 3 Classes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No. 2:26-cv-00374-RJS-CMR<br><br>**TRACK 3 STATUS REPORT REGARDING INTERIM LEADERSHIP RESPONSIBILITIES**<br><br>District Judge Robert J. Shelby |

Nicholas Andrew Hall, Interim Lead Counsel for Track 3, and Jessica A. Wilkes, Interim Liaison Counsel for Track 3, jointly submit this report pursuant to Part IV of Case Management Order No. 3, ECF No. 174, entered August 24, 2026. This report sets out the division of responsibilities required by the Order and implements the existing appointments without seeking additional leadership positions. ECF No. 174 at 5–6.

## I. Allocation of Responsibilities

Mr. Hall will have primary responsibility for Track 3's substantive strategy and prosecution. Ms. Wilkes will have primary responsibility for administrative coordination and will also assist with substantive litigation, including pleadings, discovery, hearings, and settlement discussions. Both counsel will consult on material decisions and coordinate assignments to avoid duplication. This allocation follows the division described in the prior Track 3 joint proposal, ECF No. 146, and the organizational guidance identified by the Court.

## II. Interim Lead Counsel

Nicholas Andrew Hall of Hall Attorneys, PC will have primary responsibility for the following:

a. **Strategy and pleadings.** Direct Track 3's substantive strategy; prepare and coordinate its portions of the Consolidated Complaint; and supervise motion practice, class-certification work, and the development of liability and damages evidence.

b. **Discovery and equitable relief.** Coordinate Track 3-specific discovery, including requests, responses, document review, depositions, and discovery disputes; and direct any preservation or content-access relief pursued for Track 3, consistent with applicable rules and the Court's orders.

c. **Presentation of positions.** Meet and confer with defense counsel on substantive Track 3 matters and present Track 3's positions to the Court, personally or through designated counsel, in coordination with Liaison Counsel.

d. **Assignments and supervision.** Delegate specific tasks to other counsel in coordination with Liaison Counsel; select the appropriate level of staffing; and supervise completion so deadlines are met and unnecessary expenditures are avoided. Delegated work will not confer a leadership appointment.

e. **Experts and support services.** In consultation with Liaison Counsel, select and retain necessary consultants, experts, and litigation-support providers, and coordinate their work with other tracks where the subject matter overlaps.

f. **Settlement and stipulations.** Direct settlement positions, negotiations, and other dispute-resolution efforts with Liaison Counsel's participation; and coordinate appropriate stipulations with opposing counsel. Any resolution remains subject to required client authorization and Court approval.

g. **Resources and coordination.** Work with Liaison Counsel to fund necessary discovery and common-benefit work, coordinate with Tracks 1 and 2 on common

issues, and perform other duties necessary to manage Track 3 or directed by the Court.

## III. Interim Liaison Counsel

Jessica A. Wilkes of Federman & Sherwood will perform the following functions:

a. **Court and inter-track administration.** Serve as Track 3's primary administrative contact with the Court, its staff, defense counsel, and leadership for Tracks 1 and 2; coordinate hearings, meetings, briefing schedules, and other scheduling matters.

b. **Substantive assistance.** Assist Lead Counsel with pleadings, motion practice, discovery, class certification, experts, and other litigation tasks; present arguments as coordinated with Lead Counsel; and participate in all Track 3 settlement discussions and potential resolutions.

c. **Filing, service, and notices.** Coordinate Track 3 filings and service under the Court's rules; maintain an up-to-date Track 3 service list; and advise the Court and defense counsel of appropriate changes. This allocation does not alter applicable service requirements.

d. **Distribution and records.** Receive and distribute relevant orders, notices, discovery, pleadings, and correspondence not otherwise provided through electronic filing; maintain accessible copies; and provide applicable leadership orders to counsel in later-added related actions as appropriate.

e. **Reports and workflow.** Prepare and circulate required Track 3 status reports in coordination with Lead Counsel; track assignments and deadlines; organize counsel meetings; and coordinate document-management and litigation-support arrangements.

f. **Funding, experts, and records of expenses.** Coordinate with Lead Counsel on funding necessary discovery and common-benefit work, task delegation, and expert retention; maintain consolidated time and disbursement records and administer any common-benefit funds or assessments only as authorized by the Court.

g. **Additional duties.** Perform other duties incidental to efficient Track 3 coordination or assigned by further Court order.

## IV. Coordination, Funding, and Common-Benefit Work

Both counsel, through their firms, will fund necessary and appropriate Track 3 discovery and common-benefit efforts under arrangements agreed between them. Lead Counsel will coordinate substantive assignments, while Liaison Counsel will maintain the corresponding administrative and expense records. Both will require contemporaneous time and expense records for work submitted for common-benefit consideration and will coordinate recordkeeping with any case-wide protocol.

Lead and Liaison Counsel will jointly evaluate contributions and any proposed compensation for nonleadership counsel, subject to the Court's fee procedures and approval. This report does not establish fee percentages, guarantee compensation, impose assessments, or create a common-benefit fund. Any treasury function will be administrative and subject to the Court's authorization and oversight.

Track 3 counsel will cooperate with Tracks 1 and 2 on the Consolidated Complaint, common discovery, scheduling, and coordinated filings. They will use shared document resources where practicable and avoid duplicative discovery, experts, and submissions while maintaining responsibility for Track 3's substantive positions. No separate Track 3 executive committee or additional liaison position is requested.

## V. Court Communications and Continuing Oversight

Communications and filings presenting common Track 3 positions will be coordinated through Lead or Liaison Counsel. Lead Counsel remains responsible for substantive positions; Liaison Counsel coordinates filing and scheduling. Counsel addressing a distinct client-specific matter will provide appropriate notice and copies to Track 3 leadership, consistent with applicable rules and orders, without unnecessary duplication or impairment of client-specific representation.

The Court reserved periodic review of the appointments, including the need for three track-specific liaison counsel. ECF No. 174 at 5. Track 3 counsel will coordinate administrative work with the other tracks and will supplement this allocation if the Court directs or a material change becomes necessary. This report does not modify any existing schedule, discovery restriction, or other Court order.

The undersigned respectfully submit this report as the allocation of Track 3 leadership responsibilities required by Part IV of Case Management Order No. 3.

Dated: September 14, 2026.

Respectfully submitted,

By: */s/ Jessica A. Wilkes*
Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
jaw@federmanlaw.com

Liaison Counsel for Track 3

By: */s/ Nicholas Andrew Hall*
Nicholas Andrew Hall (admitted *pro hac vice*)
**HALL ATTORNEYS, PC**
P.O. Box 1370
Edna, Texas 77957
Telephone: (713) 428-8967
nhall@hallattorneys.com

Lead Counsel for Track 3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

By: *<u>/s/ Jessica A. Wilkes</u>*
Jessica A. Wilkes