Jonathan O. Hafen
**PARR BROWN GEE & LOVELESS**
101 Soth 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
jhafen@parrbrown.com

*Liaison Counsel for the*
*Individual Users Track (Track 1)*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This Document Relates to Track 1* | **STATUS REPORT RE: ROLES OF TRACK 1 LEADERSHIP**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

The Court's August 24, 2026, Case Management Order No. 3: Appointing Interim Leadership, stated:

> **IV. Division of Responsibilities Among Leadership Counsel**
>
> Counsel are in the best position to divide responsibilities among the designated lawyers appointed to the respective leadership positions. On July 27, 2026, Lead Counsel for Track 2 submitted a proposed order appointing their leadership structure, which provides the division of responsibilities agreed to by Track 2 Leadership. After careful review, the court accepts that filing as providing the allocation of duties for Track 2. Within 21 days, Lead Counsel for Track 1 and Track 3 shall each submit a status report outlining the respective roles of their Track's leadership positions. Counsel are encouraged to review the *Manual for Complex Litigation* for guidance in allocating duties. Counsel may, but are not required to, assign specific responsibilities to each Executive Committee member.

ECF No. 174 at 5–6.

**Status Report of Track 1 Co-Lead Counsel**

As to the respective roles of Track 1's leadership positions, Track 1 Co-Lead Counsel agree that the Track 2 Proposed Order, referenced in the above quote from the Court's August 24 Order, is a reasonable way to divide responsibilities. Attached is a Proposed Order for the Track 1 leadership, which changes the caption and leadership names and otherwise tracks the Proposed Order that the Court indicated is acceptable for Track 2 (Schools). Aside from adjusting the caption and the appropriate leadership names, it is attached as Exhibit A and redlined so the Court can see the few differences. A clean copy will be separately submitted as a Proposed Order.

Track 1 Co-Lead Counsel have worked together before as indicated in the submissions and are already working well and cooperatively with each other and have started making specific work assignments among themselves, to PEC members, and to other counsel in the case. As to specific roles or responsibilities, Co-Lead Counsel plan to continue to follow the Proposed Order, assign responsibilities among themselves, work with and coordinate with Liaison Counsel, and make specific assignments to members of the PEC, and in some instances to other counsel retained by Track 1 Plaintiffs. These assignments will be made based on availability for timely work product, which can change throughout a case due to trials or other commitments, particular strengths and experience with certain types of projects, and interest. To date, Co-Lead Counsel have assigned responsibilities amongst themselves and PEC members for plaintiff vetting, legal research on various issues related to this litigation, drafting a consolidated complaint, and expert selection and coordination. As the case evolves, Co-Lead Counsel anticipate making additional assignments.

Co-Lead Counsel will make those assignments with every effort to staff the litigation effectively and efficiently, and to avoid unnecessary duplication of effort. Co-Lead Counsel are

implementing a Track 1 Time and Expense Protocol, governing timekeeping and expense reporting, and explaining compensable and non-compensable time and expenses. A copy of the Time and Expense Protocol agreed to and being implemented by Co-Lead Counsel for Track 1 is attached as Exhibit B. Co-Lead Counsel, with the assistance of Liaison Counsel when requested, will review all time and expenses to ensure efficiency and compliance with the protocol.

Counsel anticipate filing something shortly with a recommendation that there be separate complaints for the 3 Tracks, but are still meeting and conferring with Lead Counsel for the Tracks and Defense Counsel.

Dated: September 14, 2026

Respectfully submitted,

Jonathan O. Hafen
**PARR BROWN GEE & LOVELESS**
101 Soth 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
jhafen@parrbrown.com

*Liaison Counsel for the Individual Users Track (Track 1)*

Tina Wolfson
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
twolfson@ahdootwolfson.com

E. Michelle Drake

**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933
emdrake@bergermontague.com

James J. Pizzirusso
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
jpizzirusso@hausfeld.com

*Co-Lead Counsel for the Individual Users Track (Track 1)*