Jonathan O. Hafen (6096) (jhafen@parrbrown.com)
Carissa A. Uresk (18114) (curesk@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840

Attorneys for Consol Plaintiff Kyllia Bless

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR CARISSA A. URESK**<br><br>Case No. 2:26-cv-00374<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

NOTICE IS HEREBY GIVEN to all parties that Carissa A. Uresk of the law firm of PARR BROWN GEE & LOVELESS hereby makes her appearance as counsel of record for Consol Plaintiff Kyllia Bless in the above-captioned case. Please add Ms. Uresk to the service list and provide her notice of all hearings, motions, pleadings, actions, and other matters maintained hereafter in the above-entitled lawsuit at the following address:

Carissa A. Uresk
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
curesk@parrbrown.com

DATED this 16th day of September 2026.

PARR BROWN GEE & LOVELESS

*/s/* Carissa A. Uresk
Jonathan O. Hafen
Carissa A. Uresk

*Attorneys for Consol Plaintiff Kyllia Bless*