**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This Document Relates to All Tracks* | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE SEPARATE COMPLAINTS FOR EACH TRACK**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

This matter, having come before the court on Plaintiffs' September 23, 2026, Unopposed Motion for Separate Complaints for each Track,[1] the court orders as follows:

Each track in this litigation as designated in the court's Case Management Order No. 3: Appointing Interim Leadership[2]—i.e., Track 1 (Individual Users Track), Track 2 (School District Track), and Track 3 (Educator Track)—may file its own respective consolidated complaint.

The court modifies the Scheduling Order set forth in Case Management Order No. 1[3] and sets the following amended schedule:

| Event | Deadline |
|---|---|
| Filing of Consolidated Class Action Complaints for each Track | October 8, 2026 (45 days after order appointing leadership counsel) |
| Filing of a consolidated Motion to Proceed Under Pseudonyms | October 8, 2026 (45 days after order appointing leadership counsel) |

[1] Dkt. 178, *Plaintiffs' Unopposed Motion for Separate Complaints for Each Track*.

[2] Dkt. 174, *Case Management Order No. 3: Appointing Interim Leadership*.

[3] Dkt. 125, *Case Management Order No. 1 and Order Imposing Stay of Discovery*.

| | |
|---|---|
| Filing of Motions to Dismiss for each Track | November 23, 2026 (45 days after filing of the Consolidated Complaints) |
| Filing of Oppositions to Motions to Dismiss for each Track | January 14, 2027 (45 days after the filing of the Motions to Dismiss, plus one additional week in light of the holidays) |
| Filing of Replies in support of Motions to Dismiss, if any | February 16, 2027 (30 days after the filing of the Oppositions) |
| Defendants file a Motion to Stay Discovery pending the resolution of the Motions to Dismiss | December 8, 2026 (60 days after the filing of the Consolidated Complaints) |
| Filing of a consolidated Opposition to Motion to Stay Discovery | January 22, 2027 (45 days after the filing of the Motion to Stay) |
| Filing of a Reply in support of Motion to Stay Discovery, if any | February 12, 2027 (21 days after the filing of the Opposition) |
| In-person Hearing on Motions to Dismiss | Thursday, March 4, 2027, at 1:30 PM |

DATED this 30th day of September 2026.

BY THE COURT

JUDGE ROBERT J. SHELBY
United States District Court