**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This Document Relates to Track 1* | **[PROPOSED] ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Upon consideration of the Minor Plaintiffs' Motion to Proceed Under Pseudonym and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

(a) The parties shall refer to the Minor Plaintiffs' guardians by the pseudonyms S.D., A.N., N.G., J.H., A.N., K.S., J.M., and L.L. in all filings and public proceedings; and

(b) The parties shall redact all personally identifying information, including the guardians' true full names, from all filings consistent with Federal Rule of Civil Procedure 5.2(e)(1).

DATED this ___ day of ___________ 2026.

BY THE COURT:

____________________________
Hon. Robert J. Shelby
United States District Judge