Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rothm@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

---

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 1* | Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

**DEFENDANT INSTRUCTURE, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

Defendant Instructure, Inc. ("Instructure") respectfully submits this response to minor plaintiffs' motion to proceed under pseudonym. ECF No. 182. At this stage, Instructure does not oppose minor plaintiffs' guardians' use of pseudonyms. However, Instructure objects to plaintiffs' conclusory assertion that the information allegedly involved in this case is "highly sensitive." *See, e.g.*, *id*. at 5.

Minor plaintiffs are allowed to proceed pseudonymously as a matter of right under Federal Rule of Civil Procedure 5.2(a)(3) and DUCivR 10-2(a)(2). Non-minors proceeding under pseudonym are allowed only in "'exceptional cases involving matters of a highly sensitive and personal nature, real dangers of physical harm, or where the injury litigated against would be incurred as a result of the disclosure of the plaintiff's identity.'" *Luo v. Wang*, 71 F.4th 1289, 1296 (10th Cir. 2023) (quoting *M.M. v. Zavaras*, 139 F.3d 798, 803 (10th Cir. 1998)). But since "identifying a minor's parents effectively disposes of minor anonymity," courts in this District generally permit parents to proceed pseudonymously. *See, e.g.*, *Elizabeth M. v. Premera Blue Cross*, 2025 WL 934506, at *2 (D. Utah Mar. 27, 2025).

Instructure does not oppose the minor plaintiffs' motion on the basis that identifying the guardians may contravene the minor plaintiffs' right to proceed pseudonymously. Courts recognize a "public interest" under the Federal Rules of Civil Procedure "in safeguarding children by protecting minor anonymity" that "would be violated by making a minor's personal information publicly available." *Premera Blue Cross*, 2025 WL 934506, at *2; *Andrew D. v. United Healthcare Ins. Co.*, 2025 WL 933872, at *2 (D. Utah Mar. 27, 2025).

However, Instructure objects to minor plaintiffs' speculative and conclusory assertion that the information they allege is involved in this case, including names, email addresses, student ID numbers, messages, and other information, is "sensitive" or "highly sensitive." *See* ECF No. 182 at 1-2, 5. Given the public interest in protecting minor anonymity, the Court need not resolve whether

the information is sensitive here. Instead, issues regarding information sensitivity should be reserved for later proceedings in this case, including dispositive motions and class certification.

**CONCLUSION**

For the foregoing reasons, and subject to the objections explained herein, Instructure does not oppose the relief requested in plaintiffs' motion. ECF No. 182.

Dated this 15th day of October, 2026

Respectfully submitted,

*/s/ Devin S. Anderson*

Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rothm@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I filed a true and correct copy of the foregoing **DEFENDANT INSTRUCTURE, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM** via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

*/s/ Devin S. Anderson*
Devin S. Anderson