**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 1* | **ORDER GRANTING [182] MOTION TO PROCEED BY PSEUDONYM**<br><br>Civil No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiffs' A.D., E.D., P.E., N.M., E.H., A.N., G.S., J.U., K.I., and M.I. (collectively, Minor Plaintiffs) Motion to Proceed by Pseudonym (Motion) (ECF 182). Minor Plaintiffs request that the court permit their guardians (the Guardians) to be identified by the Guardians' initials (*id.*). Also before the court is Defendant Instructure, Inc.'s (Defendant) Response, in which Defendant does not oppose the relief requested in the Motion (ECF 187 at 3).

Based on the Motion, the court finds that the standard set forth in DUCivR 10-2 is met and, finding good cause, GRANTS the Motion. Accordingly, the court ORDERS as follows:

1. The parties shall refer to the Guardians by the pseudonyms S.D., A.N., N.G., J.H., A.N., K.S., J.M., and L.L. in all filings and public proceedings; and
2. The parties shall redact all personally identifying information, including the Guardians' true full names, from all filings consistent with Federal Rule of Civil Procedure 5.2(e)(1).

DATED this 16 October 2026.

Cecilia M. Romero

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah