Jason L. Lichtman (USB 18770)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
212.355.9500
jlichtman@lchb.com

*Member of Educational Institution Class Executive Committee and Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This Document Relates to Track 2* | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Track 2 Plaintiffs voluntarily dismiss this action against KKR & Co., Inc. without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served.

DATED this 19th day of October, 2026

Respectfully submitted,

Jason L. Lichtman (USB 18770)
**LIEFF CABRASER HEIMANN &**



3596376.1

**BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
212.355.9500
jlichtman@lchb.com
*Member of Educational Institution Class Executive Committee and Counsel for Plaintiffs*