IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CONEJO VALLEY UNIFIED SCHOOL DISTRICT; CONNEAUT SCHOOL DISTRICT; HAWKEYE COMMUNITY COLLEGE; HAWTHORNE SCHOOL DISTRICT; MOORE PUBLIC SCHOOLS; NEW HOPE-SOLEBURY SCHOOL DISTRICT; ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSTRUCTURE HOLDINGS, INC.; INSTRUCTURE, INC.; KKR & CO., INC.,<br><br>Defendants. | **NOTICE FROM THE COURT REGARDING TRACK 2 CLASS ACTION AGAINST KKR & CO., INC.**<br><br>Case No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

On October 19, 2026, Track 2 Plaintiffs filed a Notice of Voluntary Dismissal as to KKR & Co., Inc. (KKR).[1] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal is self-effectuating. Track 2 Plaintiffs' action against KKR is dismissed without prejudice, no fees, costs, or expenses awarded as to any party. No order will follow.

DATED this 20th day of October 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

[1] Dkt. 189, *Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(i)*.