**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jonathan O. Hafen (Bar No. 6096) |
| Firm: | PARR BROWN GEE & LOVELESS, P.C. |
| Address: | 101 South 200 East, Suite 700 |
| | Salt Lake City, UT 84111 |
| | |
| Telephone: | (801) 532-7840 |
| Email: | jhafen@parrbrown.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Jonathan A. Korte |
| Firm: | Ahdoot & Wolfson, PC |
| Address: | 2600 W. Olive Avenue, Suite 500 |
| | Burbank, CA 91505 |
| | |
| Telephone: | (310) 474-9111 |
| Email: | jkorte@ahdootwolfson.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Florida State Bar | 126450 | 12/29/2016 |
| U.S. District Court, Southern District of Florida | | 10/4/2021 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

n/a

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

n/a

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ Jonathan A. Korte*
Signature

10/22/26
Date