**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF JONATHAN A. KORTE**<br><br>No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jonathan A. Korte. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this ____ day of ____________ 2026

**BY THE COURT:**

______________________________
District Judge Robert J. Shelby
United States District Judge