Jonathan O. Hafen (6096) (jhafen@parrbrown.com)
Carissa A. Uresk (18114) (curesk@parrbrown.com)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840

*Liaison Counsel for the Individual Users Track (Track 1)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| IN RE INSTRUCTURE DATA BREACH LITIGATION | **MOTION FOR PRO HAC VICE ADMISSION OF MELISSA CLARK**<br><br>No. 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

I move for the *pro hac vice* admission of Melissa Clark (Applicant) as counsel for Plaintiffs in Track 1, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 22nd day of October 2026.

PARR BROWN GEE & LOVELESS

*/s/* Jonathan O. Hafen
Jonathan O. Hafen
Carissa A. Uresk

*Liason Counsel for the Individual Users (Track 1)*