**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION** | Case No.: 2:26-cv-00374-RJS-CMR<br><br>Honorable Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

This filing relates to all cases

## NOTICE OF CHANGE IN FIRM AFFILIATION

**PLEASE TAKE NOTICE** that Thomas E. Loeser, counsel for Plaintiffs Alyssa Bonham and Kyra Mohr, formerly with Cotchett, Pitre & McCarthy, LLP, has changed firm affiliation to Hausfeld LLP. All pleadings, correspondence, notices, communications, and other documents in this matter should be directed to counsel at the following updated contact information:

Thomas E. Loeser
Hausfeld LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: (414) 633-1908
tloeser@hausfeld.com

This notice is provided for the purpose of updating the Court's and all parties' records. Undersigned Counsel's representation of Plaintiffs remains unchanged.

*/s/ Thomas E. Loeser*
Thomas E. Loeser, *pro hac vice*
Hausfeld LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: (414) 633-1908
tloeser@hausfeld.com

Counsel for Plaintiffs Alyssa Bonham and Kyra Mohr

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 9, 2026, a true and correct copy of the above and foregoing was filed with the Clerk of the Court of the District of Utah by using the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

*/s/ Thomas E. Loeser*
Counsel for Plaintiffs Alyssa Bonham and Kyra Mohr