Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
HATCH LAW GROUP, PC
22 East 100 South, Suite 400
Salt Lake City, UT 84111
Telephone: (801) 869-1919

*Counsel for Plaintiff*

Brian C. Gudmundson (Admitted *pro hac vice*)
brian.gudmundson@zimmreed.com
Michael J. Laird (Admitted *pro hac vice*)
michael.laird@zimmreed.com
Benjamin R. Cooper (Admitted *pro hac vice*)
benjamin.cooper@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| *In re Instructure Data Breach Litigation*<br><br>This document relates to:<br><br>*Andrew Price v. Instructure Holdings, Inc.*, Case No. 2:26-cv-00459 | Case No. 2:26-cv-00374<br><br>District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Cecilia M. Romero |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andrew Price ("Plaintiff"), by and through his undersigned counsel, hereby gives notice that he is voluntarily dismissing all claims against Defendant Instructure Holdings, Inc. ("Defendant"), pending in the above captioned case, without prejudice.

Plaintiff states that Defendant has not filed an answer or motion for summary judgment in either the related case or in the consolidated action. This case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication. Plaintiff files this Notice of Dismissal with the intention of dismissing all of his claims against Defendant, without prejudice.

Accordingly, Plaintiff Andrew Price hereby dismisses all of his claims against Defendant without prejudice.

Respectfully submitted,

Dated: November 11, 2026

*/s/ Brian C. Gudmundson*

Brian C. Gudmundson (Admitted *pro hac vice*)
Michael J. Laird (Admitted *pro hac vice*)
Benjamin R. Cooper (Admitted *pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
benjamin.cooper@zimmreed.com

Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
**HATCH LAW GROUP, PC**
22 East 100 South, Suite 400
Salt Lake City, UT 84111
Telephone: (801) 869-1919

*Counsel for Plaintiff Andrew Price*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: November 11, 2026

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (Admitted *pro hac vice*)