Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
martin.roth@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 1* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**JOINT MOTION TO EXCEED PAGE LIMITATION IN FORTHCOMING MOTION TO DISMISS**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Plaintiffs Kyllia Bless; Madison Clark; Theresa M. Coelho; Colby Walker Darnell; Azrael Gabriela Delagarza; Olivia Gabrich; Crystal Jessica Hall; Ella Jacobs; Natalie Large; Q. Jane Miceli; Sam Mockert; Jeffrey Parker; Dana Reyes; Julianne Theobald; Brandi Nelson; Gerid Bowler; Carmen Brock; Plaintiff A.D., by and through their parent/guardian S.D.; Plaintiff E.D., by and through their parent/guardian S.D.; Plaintiff P.E., by and through their parent/guardian A.D.; Plaintiff N.M., by and through their parent/guardian N.G.; Plaintiff E.H., by and through their parent/guardian J.H.; Plaintiff A.N., by and through their parent/guardian A.N.; Plaintiff G.S., by and through their parent/guardian K.S.; Plaintiff J.U., by and through their parent/guardian J.M.; Plaintiff K.I., by and through their parent/guardian L.L.; and Plaintiff M.I., by and through their parent/guardian L.L. (collectively, "Plaintiffs") and Defendants Instructure, Inc. and Instructure Holdings, Inc. (collectively, "Instructure") (together the "Parties"), by and through counsel, hereby jointly move this Court, pursuant to District of Utah Local Civil Rule 7-1(a)(7) and this Court's Practices and Procedures, for leave to exceed this Court's page limitation in forthcoming motion to dismiss.

In support of this motion, the Parties state as follows:

On October 8, 2026, Plaintiffs filed the operative Complaint. *See* Consol. Compl. (Dkt. 180). The Complaint includes 27 named plaintiffs, spans 173 pages, and alleges 14 different causes of action. *Id.* Instructure intends to file a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Under District of Utah Local Civil Rule 7-1(a)(4)(A), all motions and responses filed under Federal Rule of Civil Procedure 12(b) may not exceed twenty five (25) pages or 7,750 words and a reply may not exceed ten (10) pages or 3,100 words. *See* DUCivR

7-1(a)(4)(A). Under District of Utah Local Civil Rule 7-1(a)(7) and this Court's Practices and Procedures, the Court may grant a motion requesting permission to file a longer motion upon a showing of "good cause." *See* DUCivR 7-1(a)(7).

Good cause exists here. The Complaint brings over a dozen different claims on behalf of over two dozen named plaintiffs. Instructure intends to move to dismiss every claim on the basis of standing and on the merits. Adequately addressing those arguments to aid the Court's understanding of the issues will require more than the alloted pages. Counsel for Instructure has conferred with counsel for Plaintiffs and the Parties agree to the relief requested in this motion. There will be no prejudice to any party if the requested relief is granted.

The Parties therefore respectfully request that the Court grant leave to file a motion and accompanying memorandum not to exceed forty (40) pages for Instructure's forthcoming motion to dismiss the Complaint; forty (40) pages for Plaintiffs' response in opposition to the motion to dismiss the Complaint; and twenty-five (25) pages for Instructure's reply in support of Instructure's motion to dismiss the Complaint.

Dated this 13th day of November, 2026

Respectfully submitted,

*/s/ Devin S. Anderson*

Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
martin.roth@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

*/s/ James J. Pizzirusso*

James J. Pizzirusso (*pro hac vice*)
Mandy Boltax (*pro hac vice*)
HAUSFELD LLP
1200 17th Street Northwest, Suite 600
Washington, D.C. 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jpizzirusso@hausfeld.com
mboltax@hausfeld.com

Tina Wolfson (*pro hac vice*)
Jeff Westerman (*pro hac vice*)
AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
jwesterman@ahdootwolfson.com

Melissa Clark (*pro hac vice*)
AHDOOT & WOLFSON, PC
521 5th Avenue, 17th Floor
New York, New York 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

E. Michelle Drake (*pro hac vice*)
BERGER MONTAGUE PC
1229 Tyler Street Northeast, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5933
emdrake@bergermontague.com

Mark B. DeSanto (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdesanto@bergermontague.com

*Co-Lead Counsel for the Individual Users Track (Track 1)*

Jonathan O. Hafen (6096)
Carissa A. Uresk (18114)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
jhafen@parrbrown.com
curesk@parrbrown.com

*Liaison Counsel for the Individual Users Track (Track 1)*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I filed a true and correct copy of the foregoing **JOINT MOTION TO EXCEED PAGE LIMITATION IN FORTHCOMING MOTION TO DISMISS** via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

*/s/ Devin S. Anderson*
Devin S. Anderson