**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 1* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITATION IN FORTHCOMING MOTION TO DISMISS**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is the joint motion to exceed this Court's page limitation in forthcoming motion to dismiss by Plaintiffs Kyllia Bless; Madison Clark; Theresa M. Coelho; Colby Walker Darnell; Azrael Gabriela Delagarza; Olivia Gabrich; Crystal Jessica Hall; Ella Jacobs; Natalie Large; Q. Jane Miceli; Sam Mockert; Jeffrey Parker; Dana Reyes; Julianne Theobald; Brandi Nelson; Gerid Bowler; Carmen Brock; Plaintiff A.D., by and through their parent/guardian S.D.; Plaintiff E.D., by and through their parent/guardian S.D.; Plaintiff P.E., by and through their parent/guardian A.D.; Plaintiff N.M., by and through their parent/guardian N.G.; Plaintiff E.H., by and through their parent/guardian J.H.; Plaintiff A.N., by and through their parent/guardian A.N.; Plaintiff G.S., by and through their parent/guardian K.S.; Plaintiff J.U., by and through their parent/guardian J.M.; Plaintiff K.I., by and through their parent/guardian L.L.; and Plaintiff M.I., by and through their parent/guardian L.L. (collectively, "Plaintiffs") and Defendants Instructure, Inc. and Instructure Holdings, Inc. (collectively, "Instructure") (together the "Parties"). Based upon the Parties' joint agreement and for good cause showing, the Court

GRANTS the motion. The Parties are granted leave to file a motion and accompanying memorandum to exceed forty (40) pages for Instructure's forthcoming motion to dismiss the Complaint; forty (40) pages for Plaintiffs' response in opposition to the motion to dismiss the Complaint; and twenty-five (25) pages for Instructure's reply in support of Instructure's motion to dismiss the Complaint.

DATED this ___ day of ___________________ 2026.

BY THE COURT:

______________________________

ROBERT J. SHELBY
United States Chief District Judge