Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
martin.roth@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 2* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**JOINT MOTION TO EXCEED PAGE LIMITATION IN FORTHCOMING MOTION TO DISMISS**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Plaintiffs Conejo Valley Unified School District, Conneaut School District, Hawkeye Community College, Hawthorne School District, Moore Public Schools, New Hope-Solebury School District, and Roseville Joint Union High School District (collectively, "Plaintiffs") and Defendants Instructure, Inc. and Instructure Holdings, Inc. (collectively, "Instructure") (together the "Parties"), by and through counsel, hereby jointly move this Court, pursuant to District of Utah Local Civil Rule 7-1(a)(7) and this Court's Practices and Procedures, for leave to exceed this Court's page limitation in the forthcoming motion to dismiss.

In support of this motion, the Parties state as follows:

On October 8, 2026, Plaintiffs filed the operative Complaint. *See* Consol. Compl. (Dkt. 185). The Complaint includes seven named plaintiffs, spans 104 pages, and alleges six different causes of action. *Id.* Instructure intends to file a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Under District of Utah Local Civil Rule 7-1(a)(4)(A), all motions and responses filed under Federal Rule of Civil Procedure 12(b) may not exceed twenty five (25) pages or 7,750 words and a reply may not exceed ten (10) pages or 3,100 words. *See* DUCivR 7-1(a)(4)(A). Under District of Utah Local Civil Rule 7-1(a)(7) and this Court's Practices and Procedures, the Court may grant a motion requesting permission to file a longer motion upon a showing of "good cause." *See* DUCivR 7-1(a)(7).

Good cause exists here. The Complaint brings six different claims on behalf of seven named plaintiffs, and the claims implicate the terms and contents of over a dozen different contracts, notices, and policy statements. Moreover, the Complaint asserts state-law tort claims that are governed by a complex, multifactor choice-of-law analysis. Instructure intends to move to dismiss every claim due to lack of standing and plausibility. Adequately addressing

those arguments to aid the Court's understanding of the issues will require slightly more than the alloted pages. Counsel for Instructure has conferred with counsel for Plaintiffs and the Parties agree to the relief requested in this motion. There will be no prejudice to any party if the requested relief is granted.

The Parties therefore respectfully request that the Court grant leave to file a motion and accompanying memorandum not to exceed thirty (30) pages for Instructure's forthcoming motion to dismiss the Complaint; thirty (30) pages for Plaintiffs' response in opposition to the motion to dismiss the Complaint; and twelve (12) pages for Instructure's reply in support of Instructure's motion to dismiss the Complaint.

Dated this 13th day of November, 2026

Respectfully submitted,

*/s/ Devin S. Anderson*

Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
martin.roth@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
cristina.squiers@kirkland.com

*Attorneys for Defendant Instructure, Inc.*

*/s/ Jason L. Lichtman*

Jason L. Lichtman (18770)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jlichtman@lchb.com

*Member of Educational Institution Class Executive Committee and Counsel for Plaintiffs*

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Lead Counsel for the Proposed Educational Institution Class and Counsel for Plaintiffs*

Charles H. Thronson (3260)
PARSONS BEHLE & LATIMER
201 S. Main, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
cthronson@parsonsbehle.com

*Liaison Counsel for the Proposed Educational Institution Class and Counsel for Plaintiffs*

Kristen Lake Cardoso (*pro hac vice*)
KOPELOWITZ OSTROW, P.A.
One W. Las Olad Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
cardoso@kolawyers.com

Casondra Turner (*pro hac vice*)
MILBERG PLLC
260 Peachtree Street NW, Suite 2200
Atlanta, Georgia 30303
Telephone: (771) 772-3086
cturner@milberg.com

William Shinoff (*pro hac vice*)
FRANTZ LAW GROUP, APLC
402 W. Broadway
San Diego, California 92101
Telephone: (855) 735-5945
Facsimile: (619) 525-7672
wshinoff@frantzlawgroup.com

Tyler S. Graden (*pro hac vice*)
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
tgraden@ktmc.com

Norman E. Siegel (*pro hac vice*)
Andi M. Hammack (*pro hac vice)*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com
hammack@stuevesiegel.com

*Members of Educational Institution Class Executive Committee and Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I filed a true and correct copy of the foregoing **JOINT MOTION TO EXCEED PAGE LIMITATION IN FORTHCOMING MOTION TO DISMISS** via the Court's CM/ECF system, which automatically effectuated service on all parties of record in this matter.

*/s/ Devin S. Anderson*
Devin S. Anderson