**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 2* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**ORDER GRANTING [197] JOINT MOTION TO EXCEED PAGE LIMITATION IN FORTHCOMING MOTION TO DISMISS**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is the Joint Motion (Motion) (ECF 197) to exceed this Court's page limitation in forthcoming motion to dismiss by Plaintiffs Conejo Valley Unified School District, Conneaut School District, Hawkeye Community College, Hawthorne School District, Moore Public Schools, New Hope-Solebury School District, and Roseville Joint Union High School District (collectively, "Plaintiffs") and Defendants Instructure, Inc. and Instructure Holdings, Inc. (collectively, "Instructure") (together the "Parties"). Based upon the Parties' joint agreement and for good cause showing, the Court GRANTS the Motion. The Parties are granted leave to file a motion and accompanying memorandum to exceed thirty (30) pages for Instructure's forthcoming motion to dismiss the Complaint; thirty (30) pages for Plaintiffs' response in opposition to the motion to dismiss the Complaint; and twelve (12) pages for Instructure's reply in support of Instructure's motion to dismiss the Complaint.

DATED this 16 November 2026.

Cecilia M. Romero

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah