**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens*, P.S., WSBA #11984
Cecily C. Jordan*, WSBA #50061
Arshia Nilchian*, WSBA #64496
1200 5th Ave, Suite 1700
Seattle, WA 98101
Tel. 206.682.5600
kstephens@tousley.com
cjordan@tousley.com
anilchian@tousley.com

*Attorneys for Plaintiff Bayan Khorami, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In re Instructure Data Breach Litigation*<br><br>*This document relates to Khorami v. Instructure Holdings, Inc.*, Case No. 2:26-cv-00418 | **PLAINTIFF BAYAN KHORAMI'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br>Case No. 2:26-cv-374- RJS-CMR<br><br>District Judge: Robert J. Shelby<br><br>Chief Magistrate Judge: Cecilia M. Romero |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Bayan Khorami voluntarily dismisses his claims against Defendant Instructure Holdings, Inc. without prejudice, with each party to bear their own fees and costs. Neither an answer to the complaint nor a motion for summary judgment has been served. This case is not governed by any federal statute that requires a court order for dismissal. No counterclaims are pending for independent adjudication. Plaintiff Khorami files this Notice of Dismissal with the intention of dismissing all of his claims against Defendant, without prejudice.



TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Accordingly, Plaintiff Bayan Khorami hereby dismisses all of his claims against Defendant Instructure without prejudice.

DATED this 18th day of November, 2026.

**TOUSLEY BRAIN STEPHENS PLLC**

By: *_/s/ Kim D. Stephens, P.S._*
Kim D. Stephens, P.S. (admitted *pro hac vice*)
*_/s/ Cecily C. Jordan_*
Cecily C. Jordan (admitted *pro hac vice*)
*_/s/ Arshia Nilchian_*
Arshia Nilchian (admitted *pro hac vice*)
1200 5th Ave, Suite 1700
Seattle, WA 98101
Tel. 206.682.5600
kstephens@tousley.com
cjordan@tousley.com
anilchian@tousley.com

*Attorneys for Plaintiff Bayan Khorami*