# Exhibit 4

**Perma.cc record**
Captured November 23, 2026 9:16 am
**View:** Standard (/ZA6R-QR3E?type=standard) Screenshot (/ZA6R-QR3E?type=image)

Show record details

View the live page (https://www.fbi.gov/news/press-releases/fbi-statement-on-compromise-of-fbijobsgov-portal-and-alleged-impact-to-fbi-employee-pii)



**Washington, D.C.**
FBI National Press Office
(202) 324-3691

September 23, 2026

# FBI Statement on Compromise of fbijobs.gov Portal and / Employee PII

The FBI is aware of a cybercriminal enterprise group claiming a compromise of the fbijobs.gov portal and alleged impact to information (PII).

While the point of breach is still undetermined—whether a third-party or the FBI's enterprise—we are actively and aggressiv closely with those third-party providers that support fbijobs.gov to mitigate any and all risk.