# Exhibit 5



(https://www.wiz.io/lp/prompt-injection-incident-response-playbook?utm_source=bleepingcomputer&utm_medium=display&utm_campaign=FY27Q3_INB_FORM_Prompt-Injection-Incident-Response-Playbook&sfcid=701Vh00000hpZhNIAU&utm_term=FY27Q3-bleepingcomputer-970x250-Oct&utm_content=Prompt-Injection-Playbook)



# Instructure confirms data breach, ShinyHunters claims attack

By
**Lawrence Abrams (https://www.bleepingcomputer.com/author/lawrence-abrams/)**

May 3, 2026 06:16 PM **2**




Educational tech giant Instructure has confirmed that data was stolen in a cyberattack, with the ShinyHunters extortion gang claiming responsibility.

Instructure is a U.S.-based education technology company best known for developing Canvas, a widely used learning management system that helps schools, universities, and organizations manage coursework, assignments, and online learning.

On Friday, Instructure disclosed that it suffered a cybersecurity incident and is working with third-party cybersecurity experts and law enforcement to investigate it.

On Saturday, the company issued an update stating that the personal information of users was exposed in the breach.

"While we continue actively investigating, thus far, indications are that the information involved consists of certain identifying information of users at affected institutions, such as names, email addresses, and student ID numbers, as well as messages among users," reads the updated statement.

"At this time, we have found no evidence that passwords, dates of birth, government identifiers, or financial information were involved. If that changes, we will notify any impacted institutions."

As part of the response, Instructure has deployed patches, increased monitoring, and rotated application keys (https://community.instructure.com/en/discussion/665983/application-key-timestamp-notice) as a precautionary step.

Customers are required to re-authorize access to Instructure's API for new application keys to be issued.

While Instructure has not responded to BleepingComputer's questions about when the breach occurred and whether they were being extorted, the ShinyHunters extortion gang has now listed the company on its data leak site.

"Nearly 9,000 schools worldwide affected. 275 million individuals data ranging from students, teachers, and other staff containing PII," reads the data leak site.

"Several billions of private messages among students and teachers and students and other students involved, containing personal conversations and other PII. Your Salesforce instance was also breached and a lot more other data is involved."




**Instructure listed on ShinyHunters data extortion site**

ShinyHunters claimed that the data was stolen from Instructure via a vulnerability in their systems, which has now been patched.

This data allegedly consists of over 240 million records tied to students, teachers, and staff. The threat actor says the data contains students' names, email addresses, enrolled courses, and private messages to teachers.

Data shared by the threat actor indicates that the alleged dataset spans almost 15,000 institutions hosted across multiple geographic regions, including North America, Europe, and Asia-Pacific.

BleepingComputer has not been able to independently confirm which schools or how many individuals were impacted and has contacted Instructure with additional questions about the threat actor's claims.



(https://hubs.li/Q04sB3fb0)

**Once attackers have valid credentials, only 37% of their actions are blocked (https://hubs.li/Q04sB3fb0)**

**Overall prevention scores can hide what happens after initial access. Once attackers are using valid credentials, prevention drops sharply.**

**The Blue Report 2026 measures defenses technique by technique across 338 million simulations run in customer production environments.**

Get the report (https://hubs.li/Q04sB3fb0)

## Related Articles:

Novocure data breach affects more than 1,400 cancer patients (https://www.bleepingcomputer.com/news/security/novocure-data-breach-affects-more-than-1-400-cancer-patients/)

Japan's GMO urges customers to shut down PCs amid ransomware threat (https://www.bleepingcomputer.com/news/security/japans-gmo-urges-customers-to-shut-down-pcs-amid-ransomware-threat/)

UNM Health ransomware attack disrupts patient care, surgeries (https://www.bleepingcomputer.com/news/security/unm-health-ransomware-attack-disrupts-patient-care-surgeries/)

University of Copenhagen data breach exposes data of 525,000 people (https://www.bleepingcomputer.com/news/security/university-of-copenhagen-data-breach-exposes-data-of-525-000-people/)

Cyber exec arrested in case allegedly tied to ShinyHunters hackers (https://www.bleepingcomputer.com/news/security/cyber-exec-arrested-in-case-allegedly-tied-to-shinyhunters-hackers/)

CANVAS (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/CANVAS/)

DATA BREACH (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/DATA-BREACH/)

EDUCATION (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/EDUCATION/)

EXTORTION (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/EXTORTION/)

INSTRUCTURE (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/INSTRUCTURE/)

SHINYHUNTERS (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/SHINYHUNTERS/)

STUDENTS (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/STUDENTS/)

TEACHERS (HTTPS://WWW.BLEEPINGCOMPUTER.COM/TAG/TEACHERS/)

(https://www.bleepingcomputer.com/author/lawrence-abrams/)


**LAWRENCE ABRAMS (HTTPS://WWW.BLEEPINGCOMPUTER.COM/AUTHOR/LAWRENCE-ABRAMS/)**

**(MAILTO:LAWRENCE.ABRAMS@BLEEPINGCOMPUTER.COM)**
**(HTTPS://TWITTER.COM/LAWRENCEABRAMS)**

Lawrence Abrams is the owner and Editor in Chief of BleepingComputer.com. Lawrence's area of expertise includes Windows, malware removal, and computer forensics. Lawrence Abrams is a co-author of the Winternals Defragmentation, Recovery, and Administration Field Guide and the technical editor for Rootkits for Dummies.



**PREVIOUS ARTICLE** | **NEXT ARTICLE**

(HTTPS://WWW.BLEEPINGCOMPUTER.COM/NEWS/MICROSOFT/MICROSOFT-DEFENDER-WRONGLY-FLAGS-DIGICERT-CERTS-AS-TROJAN-WIN32-CERDIGENTADHA/)

(HTTPS://WWW.BLEEPINGCOMPUTER.COM/NEWS/MICROSOFT/MICROSOFT-CONFIRMS-BACKUP-FAILURES-CAUSED-BY-VULNERABLE-DRIVER-BLOCK/)


## Comments

**deltasierra (https://www.bleepingcomputer.com/forums/u/1171975/deltasierra/)**
- 5 months ago

A classic failure in the speed of time-to-patch? Oof. Just another reminder how much basic cyber hygiene still REALLY matters.

One also wonders on whether ShinyHunters is using AI for discovery and acceleration of software vulnerability exploitation -- which I'm one to assume so -- and if so, what their weapon of choice is.

**Lawrence Abrams (https://www.bleepingcomputer.com/author/lawrence-abrams/)** - 5 months ago

From what I was told these were allegedly flaws in their own platform, not a third-party.

## Post a Comment

**Community Rules (https://www.bleepingcomputer.com/posting-guidelines/)**

**You need to login in order to post a comment**

**Login**

Not a member yet? Register Now (https://www.bleepingcomputer.com/forums/index.php?app=core&module=global&section=register)

## You may also like:



(https://www.adaptivesecurity.com/cybersecurity-awareness-month?utm_source=display_network&utm_medium=paid_display&utm_campaign=2026_10_display_banner_bleepingcomputer&utm_id=701Rd00000qUUqjIAG)

## POPULAR STORIES



**Critical 'HTTP2Shell' Brotli vulnerability triggers emergency patches**

(https://www.bleepingcomputer.com/news/security/critical-http2shell-brotli-vulnerability-triggers-emergency-patches/)




**Microsoft releases emergency .NET patches for critical Brotli flaw**

(https://www.bleepingcomputer.com/news/microsoft/microsoft-releases-emergency-net-patches-for-critical-brotli-flaw/)

**PHP2Shell security flaws now sucessfully exploited in the wild**

(https://www.bleepingcomputer.com/news/security/php2shell-security-flaws-now-sucessfully-exploited-in-the-wild/)

## SPONSOR POSTS

**Identity-based order to control the chaos of your agentic AI. See Token Security's AI Agent Security**

(https://www.token.security/book-a-demo?utm_source=bleepingcomputer&utm_medium=3rd-party&utm_campaign=bleepingcomputer&utm_content=oct-28)

**Who really has control of your AI agent? Gen is taking on the agent trust problem.**

(https://ai.gendigital.com/?utm_source=bleepingcomputer&utm_medium=sponsored)

**What can your AI agents actually do? Learn to control every action in our Nov. 18 webinar.**

(https://www.beyondtrust.com/webinars/ai-agents-among-us-identify-understand-control-every-ai-agent-

Case 2:26-cv-00374-RJS-CMR Document 201-5 Filed 11/23/26 PageID.1515 Page 10 of 13

action?
utm_campaign=When_an_AI_Agent_is_the_Incident&utm_source=BC&utm_medium=Tier_One&utm_content=text)

**Stay one step ahead of new threats in the new year. Join Huntress for the monthly Tradecraft Tuesday.**
(https://www.huntress.com/community-series/tradecraft-tuesday?utm_source=bleepingcomputer&utm_medium=resource_link&utm_campaign=cy26-09-camp-multi-global-prospect-all-x-x-social_eng-bleeping_computer&hnt=nsnzaa2spign)

**CTA: Hijacked sessions reach every app your users touch. See how Exaforce agents contain identity attacks**
(https://www.exaforce.com/request-a-demo?utm_source=bleepingcomputer&utm_medium=sponsored&utm_campaign=bleeping&utm_content=sidebar)

**FOLLOW US:**

## MAIN SECTIONS

News (https://www.bleepingcomputer.com/)
Webinars (https://www.bleepingcomputer.com/webinars/)
VPN Buyer Guides (https://www.bleepingcomputer.com/vpn/)
SysAdmin Software Guides (https://www.bleepingcomputer.com/sysadmin/)
Downloads (https://www.bleepingcomputer.com/download/)
Virus Removal Guides (https://www.bleepingcomputer.com/virus-removal/)

Tutorials (https://www.bleepingcomputer.com/tutorials/)

Startup Database (https://www.bleepingcomputer.com/startups/)

Uninstall Database (https://www.bleepingcomputer.com/uninstall/)

Glossary (https://www.bleepingcomputer.com/glossary/)

## COMMUNITY

Forums (https://www.bleepingcomputer.com/forums/)

Forum Rules (https://www.bleepingcomputer.com/forum-rules/)

Chat (https://www.bleepingcomputer.com/forums/t/730914/the-bleepingcomputer-official-discord-chat-server-come-join-the-fun/)

## USEFUL RESOURCES

Welcome Guide (https://www.bleepingcomputer.com/welcome-guide/)

Sitemap (https://www.bleepingcomputer.com/sitemap/)

## COMPANY

About BleepingComputer (https://www.bleepingcomputer.com/about/)

Contact Us (https://www.bleepingcomputer.com/contact/)

Send us a Tip! (https://www.bleepingcomputer.com/news-tip/)

Advertising (https://www.bleepingcomputer.com/advertise/)

Write for BleepingComputer (https://www.bleepingcomputer.com/write-for-bleepingcomputer/)

Social & Feeds (https://www.bleepingcomputer.com/rss-feeds/)

Changelog (https://www.bleepingcomputer.com/changelog/)

Terms of Use (https://www.bleepingcomputer.com/terms-of-use/) - Privacy Policy (https://www.bleepingcomputer.com/privacy/) - Ethics Statement (https://www.bleepingcomputer.com/ethics-statement/) - Affiliate Disclosure (https://www.bleepingcomputer.com/affiliate-disclosure/)

Copyright @ 2003 - 2026 **Bleeping Computer® LLC (https://www.bleepingcomputer.com/)** - All Rights Reserved