# Exhibit 8

# Welcome to the Instructure Privacy Notice Center

## Privacy at Instructure

We believe that privacy is a fundamental human right and take our responsibility very seriously. We are committed to protecting your privacy and have a dedicated privacy and security program. Our customers (educational institutions and companies) entrust us as data stewards for their users' information. We generally process user data at the direction of our customers to provide our products and services. Additionally, our general Privacy Page provides FAQs on how we uphold our privacy commitments.

## Product Privacy Notices

Our Product Privacy Notice describes how we collect and process the information and data provided to us by our customers.

Instructure Summary Privacy Notice (New)

- Instructure Product Privacy Notice - English
- Instructure Product Privacy Notice - German
- Instructure Product Privacy Notice - Dutch
- Instructure Product Privacy Notice - Spanish
- Instructure Product Privacy Notice - Portuguese
- Parchment Digital Badges Privacy Policy
- Parchment Digital Badges Business Account Privacy Policy
- Canvas LMS Cookie Policy
- Instructure AI Privacy Notice (New)
- Instructure COPPA Privacy Notice
- Instructure California Privacy Notice
- Parchment Privacy Notice
- LearnPlatform Privacy Policy
- Digitary Privacy Notice
- Third-Party Processor Guide
- Instructure Biometrics Privacy Policy



## Product Privacy Notice Addendum

These policy addenda apply to the specific country locations described below and supplement our standard Product Privacy Notice.

- Instructure EU Privacy Policy Addendum - English
- Instructure EU Privacy Policy Addendum - Germa
- Instructure EU Privacy Policy Addendum - Dutch
- Instructure EU Privacy Policy Addendum - Spanish

Ask PandaBot

- Instructure Brazil Product Privacy Policy Addendum - English
- Instructure Brazil Product Privacy Policy Addendum - Portuguese
- Instructure APAC Product Privacy Policy Addendum - English

## Marketing Privacy Policy

Our Marketing Privacy Policy describes how we conduct marketing to promote our products and services. Our marketing practices are directed towards the staff of our current and potential customers. We do not advertise to students or use their personal information for marketing purposes.



Learn More

## Support

You may contact us at anytime with questions by emailing us at privacy@instructure.com

## Previous Versions

You can access the previous version of our Product Privacy Notice here.

marketing purposes.



Learn More

## Support

You may contact us at anytime with questions by emailing us at privacy@instructure.com

## Previous Versions

You can access the previous version of our Product Privacy Notice here.



©2026 Instructure, Inc. All rights reserved.

Ask PandaBot