Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
martin.roth@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
cristina.squiers@kirkland.com

*Attorneys for Defendants Instructure, Inc. and Instructure Holdings, Inc.*

---

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 1* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**[PROPOSED] ORDER GRANTING INSTRUCTURE'S MOTION TO DISMISS PLAINTIFFS' TRACK 1 CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is Defendants Instructure, Inc. and Instructure Holdings, Inc.'s (together, "Instructure") Motion to Dismiss Plaintiffs' Track 1 Consolidated Class Action Complaint (the "Motion") (ECF No. ___), brought under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Having considered the Motion, the parties' briefing, the record, and the applicable law, the Court GRANTS the Motion and ORDERS as follows:

Count(s) ____ are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction because no named plaintiff has established Article III standing. No named plaintiff has alleged or shown a concrete and particularized injury in fact that is fairly traceable to the cyberattack on Instructure and redressable by a favorable decision.

To the extent the Court has subject-matter jurisdiction, Count(s) ____ are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted. The Complaint fails to plead facts plausibly establishing the elements of the claim(s), or the claim(s) fail as a matter of law.

The Clerk of Court is directed to enter judgment in favor of Instructure on the Track 1 Consolidated Class Action Complaint and close the Track 1 proceedings.

**IT IS SO ORDERED.**

DATED: ______________, 2027.

BY THE COURT:

______________________________
ROBERT J. SHELBY
United States District Judge