Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
martin.roth@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
cristina.squiers@kirkland.com

*Attorneys for Defendants Instructure, Inc. and Instructure Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 1* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**[PROPOSED] ORDER GRANTING INSTRUCTURE'S MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MOTION TO DISMISS AND EXHIBIT 1**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is Defendants Instructure, Inc. and Instructure Holdings, Inc.'s (together, "Instructure") Motion for Leave to File Under Seal (the "Motion") (ECF No. ___) unredacted versions of the following documents: (1) Instructure's Motion to Dismiss Plaintiffs' Track 1 Consolidated Class Action Complaint (the "Motion to Dismiss") and (2) Exhibit 1 to that motion, the Declaration of Zach Pendleton (the "Pendleton Declaration").

The Motion being narrowly tailored to protect only the specific information deserving of protection, and for good cause appearing, the Court hereby **GRANTS** the Motion and **ORDERS** that the unredacted versions of the Motion to Dismiss and the Pendleton Declaration shall remain permanently under seal.

**IT IS SO ORDERED.**

DATED: ______________, 2026.

BY THE COURT:

______________________________
ROBERT J. SHELBY
United States District Judge