# Exhibit 7

# Security Incident Update & FAQs

View product status

**Latest Update: 9/29/2026**

## To our Instructure Community,

Our forensic review of the data involved in this incident is now complete. This was the most time-consuming part of our work, and finishing it lets us begin the final phase: delivering data to the remaining affected institutions. The designated security contacts for impacted institutions will hear from us directly when your institution's delivery is ready.

We realize that completing this process has taken longer than you would have liked. We also know that while we complete this process, you have been fielding hard questions from your own communities, and you kept giving us honest feedback along the way. I don't take that lightly. Thank you for your patience and for the trust you've continued to place in us.

From here on, we'll send any further updates directly to affected institutions.

You've shown us real grace through all of this, and we're grateful to be part of this community.

**Steve Daly, CEO, Instructure**

## Past Updates

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)

We realize that completing this process has taken longer than you would have liked. We also know that while we complete this process, you have been fielding hard questions from your own communities, and you kept giving us honest feedback along the way. I don't take that lightly. Thank you for your patience and for the trust you've continued to place in us.

From here on, we'll send any further updates directly to affected institutions.

You've shown us real grace through all of this, and we're grateful to be part of this community.

**Steve Daly, CEO, Instructure**

## Past Updates

### Latest Update - 7/21/2026

Last week we paused data delivery while we assessed a security threat disclosed against ShareFile, the secure third-party data-delivery platform. To be clear: this threat did not involve Canvas or any Instructure systems, and your data was never at risk. ShareFile communicated the threat was only to its on-premise servers, entirely separate from the cloud infrastructure we will use. We're confident moving forward, and data delivery will start next week after InstructureCon.

See below for the updated timeline.

- **Wednesday, July 22 at 5 pm ET:** Add your security contact(s) to Canvas. If you've already done this, you're all set. Here's how to add a security contact(opens in a new tab). If you add a contact after this date, you will receive your data in a subsequent delivery.
- **Beginning Sunday evening, July 26:** If user and provisioning data were exfiltrated from your institution, your security contact(s) will receive a secure link to a ShareFile folder, followed by a confirmation email from Instructure.
- **July 29–31:** Join us for a live webinar for an overview of the data files that were delivered and to answer any questions. Register for a webinar here.

As a reminder, if you determine that notice is required for your institution's end users, Instructure will coordinate notifications of your users on your organization's behalf through our third-party consultant, Kroll.

For customers whose exfiltrated data included DAP messaging, that unstructured data is still undergoing forensic review. We are currently targeting a delivery of late September, if this process takes longer, we will update you accordingly.

Thank you for your patience. Protecting your data comes before any timeline, and we're moving forward because we're confident in the path ahead.

### Latest Update - 7/14/2026

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)

For customers whose exfiltrated data included DAP messaging, that unstructured data is still undergoing forensic review. We are currently targeting a delivery of late September, if this process takes longer, we will update you accordingly.

Thank you for your patience. Protecting your data comes before any timeline, and we're moving forward because we're confident in the path ahead.

**Latest Update - 7/14/2026**

**Latest Update - 7/8/2026**

**Latest Update - 6/29/2026**

**Latest Update - 6/28/2026**

**Latest Update - 6/23/2026**

**Latest Update - 6/11/2026**

**Latest Update - 6/8/2026**

**Latest Update - 6/5/2026**

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)

Latest Update - 6/8/2026

Latest Update - 6/5/2026

Latest Update - 6/1/2026

Update from CEO: 5/26/26

Status Update - 5/20/26

Status Update - 5/19/26

Parchment Impact Update - 5/13/26

Status Update - 5/11/26

Status Update - 5/9/26

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)

Status Update - 5/11/26

Status Update - 5/9/26

Update from CEO - 5/8/26

## Incident Overview

What Happened?

Is Canvas available? Will Canvas be operational moving forward?

Has the incident been contained? Is Canvas safe to use?

Were all Instructure products impacted in these incidents?

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)

Were all Instructure products impacted in these incidents?

## Status

To view uptime history for your instance of Canvas, click here.

Instructure.

SUBSCRIBE TO UPDATES

All Systems Operational

Uptime over the past 90 days. View historical uptime.

| | |
|---|---|
| Instructure | Operational |
| ⊞ Canvas | Operational |

Instructure.

| Why Instructure | Customers | Solutions |
|---|---|---|
| Why Instructure | Advocacy | K-12 |

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)

Instructure.

**North America**
6330 S 3000 E, Suite 700
Salt Lake City, UT 84121, USA

**Europe**
Rivington House, 82 Great Eastern Street
London, England

**Asia Pacific**
Bridgetowne, C-5 Road
Ugong Norte, Quezon City, Philippines

**Why Instructure**

- Why Instructure
- Instructure Ecosystem
- Our Partners
- Our Community
- Our Customers
- Security
- Accessibility
- Privacy

**Customers**

- Advocacy
- Case Studies
- Community

**Products**

- Canvas
- Mastery
- Parchment
- All Products
- Services

**Solutions**

- K-12
- Higher Ed
- Business and Government

**About Us**

- Company Overview
- Leadership
- Careers
- AI Principles

**Contact Us**

Privacy | California Privacy Notice | Cookies Settings | Do Not Sell or Share My Personal Information | Modern Slavery Act | Legal | Status

©2026 Instructure, Inc. All rights reserved.

Instructure

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)

**Source URL:** https://www.instructure.com/incident_update

**Collection Timestamp:** Thu Nov 19 2026 07:30:55 GMT-0600 (Central Standard Time)