Devin S. Anderson (18287)
Michael S. Lehr (16496)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 877-8134
Facsimile: (801) 877-8101
devin.anderson@kirkland.com
mike.lehr@kirkland.com

Martin L. Roth, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
martin.roth@kirkland.com

Cristina M. Squiers (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
cristina.squiers@kirkland.com

*Attorneys for Defendants Instructure, Inc. and Instructure Holdings, Inc.*

---

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 2* | Case No. 2:26-cv-00374-RJS-CMR<br><br>**[PROPOSED] ORDER GRANTING INSTRUCTURE'S MOTION TO DISMISS PLAINTIFFS' TRACK 2 CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is Defendants Instructure, Inc. and Instructure Holdings, Inc.'s (together, "Instructure") Motion to Dismiss Plaintiffs' Track 2 Consolidated Class Action Complaint (the "Motion") (ECF No. ___), brought under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Having considered the Motion, the parties' briefing, the record, and the applicable law, the Court finds that:

Count(s) ____ are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction because no named plaintiff has established Article III standing. No named plaintiff has alleged or shown a concrete and particularized injury in fact that is fairly traceable to the cyberattack on Instructure and redressable by a favorable decision.

To the extent the Court has subject-matter jurisdiction, Count(s) ____ are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted. The Complaint fails to plead facts plausibly establishing the elements of the claim(s), and/or the claim(s) fail as a matter of law.

The Clerk of Court is directed to enter judgment in favor of Instructure and close this case.

**IT IS SO ORDERED.**

DATED: ______________, 2027.

BY THE COURT:

______________________________
ROBERT J. SHELBY
United States District Judge