THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **IN RE: INSTRUCTURE DATA BREACH LITIGATION**<br><br>*This document relates to Track 1* | **ORDER GRANTING [202] MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MOTION TO DISMISS AND EXHIBIT 1**<br><br>Civil Action No: 2:26-cv-00374-RJS-CMR<br><br>District Judge Robert J. Shelby<br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Defendants Instructure, Inc. and Instructure Holdings, Inc.'s (together, "Instructure") Motion for Leave to File Under Seal (the "Motion") (ECF 202) unredacted versions of the following documents: (1) Instructure's Motion to Dismiss Plaintiffs' Track 1 Consolidated Class Action Complaint (the "Motion to Dismiss") and (2) Exhibit 1 to that motion, the Declaration of Zach Pendleton (the "Pendleton Declaration").

Having considered the Motion and finding that it is narrowly tailored to protect only the specific information deserving of protection, pursuant to DUCivR 5-3, and finding good cause appearing, the court hereby GRANTS the Motion. Accordingly, the court ORDERS that the unredacted versions of the Motion to Dismiss and the Pendleton Declaration shall remain permanently under seal.

DATED this 24 November 2026.

Cecilia M. Romero

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah